# EXHIBIT 9

Select Written
Testimony From Public
Supporting HB544 to
House Executive
Departments and
Administration
Committee, With
Highlights Added

My name is Dr. Karlyn Borysenko, I am an organizational psychologist and I reside in Merrimack New Hampshire.

I'm testifying today in strong support of HB544.

How did we get to a place where it would be necessary to have a bill specifying that individuals, by virtue of their race or sex, are not inherently racist, sexist, or oppressive?

It started with a fringe ideology that came out of academia starting in the late 1970s called Critical Race Theory. There are entire libraries of books written about this ideology, but the easiest way to understand it is this:

Martin Luther King, Jr. famously said "I look to a day when people will not be judged by the color of their skin, but by the content of their character."

Critical Race Theory teaches exactly the opposite of this: It says that the ONLY thing we should judge people by is the color of their skin RATHER THAN the content of their character.

Critical Race Theory starts with a simple assumption: That racism exists everywhere.

You and I might define racism as the belief that one race is inherently superior to all other races. I think we can all agree that is a fundamentally bad concept and an idea that should not be perpetuated in any form.

However, that is not how Critical Race Theory defines racism.

This is critical to understand, no pun intended.

Critical Race Theory changes the definition of common words in order to gain wider acceptance. After all, no one wants to be called a racist.

Critical Race Theory views race as a political construction that was invented by white people to give themselves power while excluding all other races from it.

It views racism as the ordinary state of affairs in society, present in all interactions and institutions. Anytime you hear the term "systemic racism," that is what they mean.

Think you're not racist? If you were born white, you would be wrong.

Critical Race Theory teaches that if you are white, you are inherently racist.

There is not a question of if you are a racist. That is assumed. There is only a question of how your racism manifests, and what work you are doing to stop it.

Don't believe me? The bestselling book White Fragility is one of the bibles of Critical Race Theory. In it, author Robin DiAngelo confesses that she has been racist since the womb, has been racist her entire life, and will always be a racist simply because she is white.

I have been working non-stop to understand this ideology and its impact for the last two years, and I have seen how detrimental it is to individuals, and to organizations. I'm currently authoring a book on the subject and have been blessed to receive guidance from some of the foremost experts in the world on the topic.

I encountered Critical Race Theory in organizations I was working with as a consultant, where it's commonly billed as diversity training to gain buy-in and support.

Now, I have to be very clear: Not all diversity training in organizations teaches people that they are inherently racist and sexist based on how they were born. It's important to note that this bill would not eliminate the good kinds of diversity and inclusion training related to exploring different cultures and life experiences.

However, in the aftermath of George Floyd's death, training that was grounded in Critical Race Training took over the corporate training industry. Organizations were suddenly requiring that their employees read texts like DiAngelo's White Fragility or Ibram X Kendi's How To Be An Anti-Racist, and forced white employees to go to internal struggle sessions where they were required to confess their inherent racism at risk of losing their job.

And it's even worse when you look at the school systems.

Right now, in schools all over the country, children as young as five are being taught this ideology.

School systems are integrating these ideas throughout their curriculums, and children who are white and/or male are being forced to confess to their classmates that they are oppressors. If they don't fit into one of the oppressor categories, they are taught they are a victim and will never get ahead in the world because of the oppressors.

And if you think it can't happen in New Hampshire, I have some bad news for you: It already has.

Over the summer, I know of teachers in schools in New Hampshire who read White Fragility as a part of "optional" training courses. In Critical Race Theory, "optional" very rarely means optional, because if you don't do it your colleagues will label you a racist and you could lose your job.

Being called a racist is one of the very worst things we can be called in our society. It is a scarlet letter that followers the wearer around, something they can never escape from.

There is absolutely still work to do with regards to making sure everyone in our society has access to opportunity regardless of the color of their skin or gender, and that everyone is treated fairly.

However, Critical Race Theory is not the way to get there. It is a regressive ideology that is going to lead to MORE racism and misogyny, not less.

I strongly encourage you to support the bill and protect the people of New Hampshire from this harmful ideology.

Additional information about Critical Race Theory can be found here:
https://newdiscourses.com/2021/01/what-is-critical-race-theory/

**Archived:** Friday, April 16, 2021 12:52:12 PM
**From:** Thomas Petrucka
**Sent:** Thursday, March 4, 2021 2:50:16 AM
**To:** ~House Executive Departments and Administration
**Subject:** Support for proposal HB544
**Importance:** Normal

---

To whom it may concern,

I am extremely excited to see progress being made in resisting the inherently toxic ideology of critical race theory, and I wanted to applaud your state's proposal to ban it from publicly funded settings.

I grew up a white man in a predominantly white area; but as a child, race and gender have never been some to separate people over. My mother saw her mother's prejudices, and carefully taught me love and listen to everyone while growing up. I wouldn't say that I didn't "see" color, but even through high school--I tried to foster an environment where everyone can feel included and accepted. I did this as a founder of my school's improv troop, and leader in my school theatre program.

And then I went to college. After attending one semester at a local publicly funded university (in its theatre arts programs) I experienced three classes in which I was singled out as a white man, told I was inherently bigoted because of the color of my skin, and listen to performances that reinforced that ideology on repeat--in a required class for my particular program.

I was never very vocal about my moderate conservative viewpoints, but my previously conquered depression resurfaced. I never felt like I could comfortably share any of my opinions without igniting backlash or political debate, and so I stayed silent while my mental health (and subsequently my grades).

I support diversity, and there are plenty of inclusion trainings that have been verified for use, and are effective in uniting a classroom or workplace. *Critical Race Theory* (which this bill opposes) is divisively conceived. It assumes that people of color will always be oppressed. It requires white people to apologize for the acts of some (often imagined) ancestor. Every book or article I have found discussing *critical race theory* lists virtually no sources, and the few studies I see proving any systemic racism present a clear confirmation bias. I cannot thank you enough for leading the charge in combating this corrosive ideology.

I hope this letter may be received well, and I thank you for considering this bill. If someone is truly reading this, I thank you for your public service. Small steps HB544 will be crucial to preserving the American ideals that have allowed this nation to thrive in the past, and I hope the bill passes.

May God bless you,

~ Thomas Petrucka

**Archived:** Friday, April 16, 2021 12:52:12 PM
**From:** gem122782
**Sent:** Thursday, March 4, 2021 1:37:32 AM
**To:** ~House Executive Departments and Administration
**Subject:** SUPPORT for HB544 Bill!!!
**Importance:** Normal

---

Dear Committee members,

I am emailing you as a concerned parent of New Hampshire, to voice my SUPPORT for the HB544 Bill to ban Critical Race Theory. My daughter has already experienced forms of this at Pinkerton Academy and it is a form of racism. This is very harmful and dangerous rhetoric and should absolutely be banned from being taught in our NH schools. A person is not born automatically racist solely based on the color of their skin etc. As I mentioned above my daughter attends Pinkerton Academy and her American Government teacher Mrs. Diane Gioseffi is using her classroom (which is a required credit to graduate) as a platform to indoctrinate all her students during 90 minute classes. In this class my daughter has had lessons on Implicit Bias, White Privilege and been forced to watch The Peanut Butter, Jelly & Racism video and much more. This has no place in American Government class or any other class for that matter. Critical Race Theory is divisive, harmful to the childrens self esteem, mental and emotional well-being, causes racism and teaches children to hate themselves and their Parents. It is so sad to see what this is doing to our children and the future generation, it is a very powerless feeling as a parent. New Hampshire parents need your help in order for our children to have a brighter future! I implore you to please pass this bill and protect the children of New Hampshire's mental health and well-being. You have more support than you know!! Thank you for your time!

Sincerely,
Kristen M.

Sent from my Galaxy

**Archived:** Friday, April 16, 2021 12:52:14 PM
**From:** Lauren Smith
**Sent:** Wednesday, March 3, 2021 5:32:12 PM
**To:** ~House Executive Departments and Administration
**Subject:** I Support HB544
**Importance:** Normal

---

Good morning,

I am reaching out in support of HB544.

I understand many people will be contacting you to oppose this bill by stating it's the equivalent to banning diversity training. This is not the case and I am not opposed to diversity training. This bill targets race and gender scapegoating, which shouldn't be included in diversity training if your aim is a more inclusive and understanding society/workplace.

Critical race theory based training (or anti-racists training) segregates groups based on race (white and non-white). The white group is told they are the oppressor and made to confess to their sin of racism. I realize it sounds outlandish, but individuals in workplaces and colleges have been secretly recording these conversations for at least the last few years. When listening to these conversations there are eerie similarities to the struggle sessions during the cultural revolution in China. During these struggle sessions, a white individual that resists being told they are an oppressor or racists provides additional proof of their guilt. There is no way out for the individual. On the flip side, non-white individuals are grouped together and told they are oppressed by the white population. If a non-white individual resists, by reporting no sense of oppresson, this proves they are complicit in systemic racism. Non-white individuals that resist can be ridiculed and labeled race traitors. Essentially this process is striping away individuality and placing everyone into collectives based on immutable characteristics.

Unfortunately it appears our country is forgetting MLK Jr.'s I have a dream speech. Individuals should be judged on the content of their character, not the color of their skin. I'm honestly worried this continued shift is going to increase actual racism in the country and teach a whole new generation of Americans to judge fellow citizens on their skin color (it's already being pushed on children as young as kindergarten). We must stand up for our liberal values and push back on this illiberal ideology.

Thank you for your time.
Lauren

**Archived:** Friday, April 16, 2021 12:52:15 PM
**From:** Scott Slone
**Sent:** Wednesday, March 3, 2021 3:47:38 PM
**To:** ~House Executive Departments and Administration
**Subject:** Live Free or Die, Vote Yes on HB544
**Importance:** Normal

Greetings to the House Executive Department,

My name is Scott, I'm a recent New Hampshirite, having moved to the state for work and opportunity in 2017. In the four years I've been here, I've grown in love with the state. It reminds me of my homeland in Alaska, both in culture and nature. I want to live here for years to come, I would like to make a life here, I would like to grow old here.

That being said, the infectious disease known as Critical Race Theory threatens to tear down all we hold dear. It ruins lives, solidarity with our friends, teaches us we are all evil and racist, with the end result being time and time again that all good folk give up all desire to be good, since what is the point? CRT destroys businesses, governments, societies, and the hate that is its source has no intention of peace or justice. It only wants more hate, whether that's through sayings like "Systemic Racism" and "Be Less White." These phrases drip with hatred for our fellow Man, when they should be the ones we love most.

I do know know if anyone in NH's legislative system will read this, but I hope you will. Vote Yes on ending the hatred. Vote Yes on HB544.

-Scott Slone

**Archived:** Friday, April 16, 2021 1:03:44 PM
**From:** Michael Maloney
**Sent:** Tuesday, March 2, 2021 11:09:35 PM
**To:** ~House Executive Departments and Administration
**Subject:** Voicing my support for HB544 [Relative to the propagation of divisive concepts]
**Importance:** Normal

---

I am writing in to voice my complete support for HB544 to ban the dissemination of divisive concepts in New Hampshire schools.

The Constitution of the United States under the First Amendment mandates the separation of church and state. While a common, myopic interpretation of this is that the state (and state schools) should be separate from any particular denomination of Christianity, the spirit of this Right should be understood in much broader terms, extending even to areas that would be widely considered secular.

Indeed, the rightful interpretation of the separation of church and state is that no man shall ever be compelled to believe any set of doctrines or principles by the state or any public institution. This should be understood to mean not only religion, classically understood, but also secular worldviews

But what we are experiencing right now, with this spreading of Critical Theory (CRT) (including related notions, such as Critical Race Theory, Intersectionality, or watered-down variations which often surround themselves with terms such as "Equity" and "Inclusion"), is several schools and other institutions mandating the belief in a particular secular worldview -- that of Critical Social Justice. Refusal of these ideas often put the student or employee at risk of their grades, their careers, and their future prospects. There is a serious threat of humiliation and ostracization for those who refuse to conform to these beliefs.

We would think it completely *absurd* in modern day America that a public school would ever tolerate a teacher who inquired into their students' belief in God. The belief in God is legitimate, but public schools are the wrong place in society for such inquiry. And moreover, it would be a scandal if any teacher were to do so *publicly* of a student, in front of the entire rest of the class. Such reckless abuse of teacher-parent trust would quickly land the school district in a barrage of costly lawsuits and would further erode trust in a public school system of whose public opinion has been in decline since the 1990s.

And even if the State of New Hampshire does not officially recognize this emerging "Wokeism" as a kind of pseudo-religion, as I and many other American taxpayers do, the above would hold just as firmly for secular beliefs. If a teacher were to publically interrogate their students on the "Failings of Capitalism" or the "Untrustworthiness of the Police" or of "the Importance of Free Love in Society", the religious connotations would not be there, but the sharp sense of a moral overstep on the part of the school system would remain. And this feeling becomes even more acute the younger the students are. Race and gender are important subjects. But the moral disgust felt by parents who feel revulsion at them being taught to (say) third graders is a force that the school systems, and ultimately, the state itself, will have to bear the cost of.

At the public hearing for HB544, there were dozens and dozens of arguments that were presented in support of the bill. It has precedent from the former presidential administration, as HB544 was closely modeled on the relevant executive order to ban "racial scapegoating" in the federal government. This executive order was received with wide support. James Lindsay gave a very

powerful, objective, and well-informed analysis of the underlying philosophy of Critical Theory. He brought up that these ideas have been implemented in several institutions already across the country, and in every case, they lead to decoherence of the social fabric. And, as James explains, this was what the Critical worldview was *designed* to do. Very similar ideas promoting "racial consciousness" have been tried abroad in other countries, including South Africa, with disastrous consequences. The result is more racial tension between students and faculty -- the exact opposite of the outcome Critical Race Theory purports to champion. As was in the very moving testimony by the older Chinese woman "Lily", despite the warm, fuzzy language used by the proponents of Critical Race Theory, the actual policies are disturbingly similar to those that were used in China during the 1960s during the Cultural Revolution under Mao.

Why would we tolerate such practices in our children's curricula?

Of the many testimonies *against* HB544, there were two types of arguments presented.

The first type of argument, presented by the vast majority of speakers, simply promoted Critical Racist Theory and "Anti-Racist" training as being social goods. These were moral arguments, offered by people who, in all likelihood, already subscribe to the Critical worldview. They claimed that HB544 would impede efforts to address racism in society. At a few points during the hearing, there were attempts to insinuate that certain people offering their testimony were, themselves, racist. The most notable example of this, again, was James Lindsay at the end of his testimony, where Rep. Kris Shultz tries several times to suggest that James is involved with white supremacist groups. James's response to her behavior was perhaps the most important part of the whole day's hearing:

Any opposition to Critical Social Justice will be met with animosity and an attempt to silence the dissenting voice.

This is what makes Critical Race Theory so dangerous. Rather than inviting open a conversation about race, it prescribes its interpretation (the so-called "Anti-Racist" approach) and fiercy attacks anyone who proposes alternative ideas.

But the truth is that for nearly 60 years, the United States has been engaging in an alternate interpretation of how to handle the issue of race in our society. Namely, the liberalist approach advocated by Dr. Martin Luther King, Jr. In what is perhaps the most important speech in the history of modern America, Dr. King articulated his belief so concisely that every American over 30 knows it: Judge people not by the color of their skin, but by the content of their character. Despite his hardships while he was alive, Dr. King's message was so powerful and so resonant with our society, that race relations had been objectively improving since the 1960s up until very recently. (And I will leave it to the reader to decide if it is coincidence -- until the last decade where the Critical worldview became prominent).

But sadly, Dr. King's message -- do not judge a person by their race -- is not only an alternative to Critical Race Theory, but it is antithetical to it. Critical Race Theory teaches that race is the *primary* factor on which to judge someone. The idea that all white people have an inherent "White Privilege" and that all black people suffer from "White Oppression" are basic tenets of Critical Race Theory. Although this language is often couched and softened, it is a short exercise in academic history to trace the more administrative dressings of these ideas back to their original sources. And even now, popular accounts of these ideas, such as the various books published in the last few years by Robin DiAngelo and Ibram X Kendi, are very explicit in their language about the problems of society stemming directly from "Whiteness".

It is an absurdity that we must indulge in the Marxist-derived notion of "Anti-Racism" lest our society succumb to racism.  As Americans and as lovers of liberty and equality, we all have a duty to uphold Dr. Martin Luther King, Jr.'s vision of America.

The second point I heard in the hearing for HB544 is also worth addressing here: that HB544 would infringe on the free speech of private companies contracted to create curricula for the New Hampshire school systems.

It's interesting that it is the First Amendment that both protects free speech and also excludes the state from mandated doctrine. That alone is enough to suggest that those presenting the "free speech" argument against HB544 bear just as much the burden of proof as do the proponents of it do.

In defense of the free speech of these companies, I do believe it is their right to design and produce curricula based on Critical Race Theory. This is despite my personal belief that Critical Social Justice is a danger to our society. To the credit of the opponents of HB544, the danger of advocating for state censorship is equally or more dangerous than CRT. And so let me state that I believe it is the right for these companies to sell these materials in the *private* sector, including to the private school system in New Hampshire. If parents want their children to receive an education based on Anti-Racism, they should have every right to do so.

Where I feel there are *limits* to the rights of those in favor of CRT is the teaching of it in *public* schools. This is precisely where we find the conflicting rights: that of the curriculum-writers to sell their product and that of parents and students to be free of indoctrination.

Perhaps to present a thought-experiment for the reader: In any school teaching Critical Race Theory as part of its curriculum, is it possible for a student to pass a class with full marks if they publicly denounce their belief in "Anti-Racism"? Is it possible to get full marks without ever being compelled to write affirmatively about ideas the student and his or her family may not believe in, such as "Privilege", "Systemic Racism", or "Oppression"? --- with all of these taken to mean the technical concepts, as they are written about in the peer-reviewed literature on the subject and not taken to mean the obviously extant notions we mean when these words are used in every-day speech. Is it possible for a student to pass such a class with full marks if they opt out of *all* activities where students are required to affirm or declare their Race, Privilege status, or Oppression status?

My belief is that these situations would not be tolerated by the schools. Students who refuse to affirm would be humiliated by their teachers and failed on the grounds that they were not compliant with the coursework.

To a careful observer, the hearing for HB544 was revealing in more ways that you could count. This bill isn't the result of a special interest lobby group. It is the result of a plurality of concerned parents and American citizens who want to make sure the next generation is able to get the education they deserve without being coerced into believing in a false Critical worldview. It is a concern not just to white parents, but to hispanic parents, asian parents, black parents, and others. The concerns raised against the teaching of Critical Race Theory are diverse and many. And the arguments, by and large, are not grounded in race or racism. While on the other side, those opposed to the bill are singularly preoccupied with both. And they would be content to see every other parent's children be preoccupied with them as well.

The public school system in America is a relatively young institution. The sentiment among a rapidly growing sector of the American public is that if schools are not serving the interests of their children, then they will find alternative ways to find their children succeed in life. It may feel

easy to succumb to the enormous pressures exerted by the activist-class pushing Critical Social Justice. But to vote against HB544 is an invitation to a decade of expensive litigation, with accusations of racial discrimination and violations of Title IX in the short-term --- and a collapse of the school system in the long-term, as Critical Social Justice does what it has a reputation for doing to institutions.

The HB544 bill is perhaps one of the most influential pieces of legislation in the country at the moment. Just as with Brown v. Board of Education in 1954, the great state of New Hampshire is being asked to make an enormously important choice which will affect the future of our the rest of America. Segregation was an evil in our country -- an ugly, residual after-effect of slavery. Today, we see a horrifying resurgence of advocates calling *for* the re-segregation of our society. It is unfathomable. And it is pernicious --- for these advocates have made use of purposefully obscuring language to pass these illiberal ideals off as social justice. Indeed, those pushing Critical Social Justice into our schools, use the Orwellian inversion, "de-segregation", to refer to the practice of creating racially separated spaces.

Thank you for taking the time to read this. Support HB544 and ban the teaching of divisive concepts based on the ideas of Critical Race Theory in public schools.


Michael Maloney

**Archived:** Friday, April 16, 2021 1:04:37 PM
**From:** Diane Champa
**Sent:** Tuesday, March 2, 2021 7:04:12 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

---

Dear Committee Members,

I urge you to pass HB544 that would ban educators from teaching systemic racism and sexism in schools. It is the job of parents to teach their children moral values, not teachers or educators. As a teacher, my job is difficult enough teaching academic subjects, and our job just became more difficult with children out of school for an entire year. However, I do teach kindness and respect to my students, and so far, those simple values seem to work for most children.

Thank you for listening to an educator,

Diane Champa

**Archived:** Friday, April 16, 2021 1:05:11 PM
**From:** Annie Jung
**Sent:** Tuesday, March 2, 2021 5:49:38 PM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal

Hello committee members,

I'm writing in support of HB544.
I'm not a resident of NH, but I've started to see critical race theory creep up in my home state of NY, which has disturbed me profoundly. And I'm not a white person. I'm Asian. I sincerely hope this does not bleed into NH and that's why I'm writing this email.

Below link shows a recent material that was distributed by a NYC public school to the parents of their students. A prime example of critical race theory in practice.
https://www.syracuse.com/state/2021/02/ny-principal-asks-students-parents-to-reflect-on-their-whiteness.html
It lays out "8 white identities", one of which is "white abolitionists".
I'm not a white person, but this is incredibly racist. If anyone reduced me down to 8 possible identities of "Asian" or if anyone did that to any other race, that person would be justifiably condemned and fired immediately .

I'm not writing this to complain. I'm writing to ask you to help stop this kind of racist rhetoric at our public schools, where kids are so impressionable. This only encourages people to see life through race, which is incredibly divisive and patronizing. Furthermore, I wonder if our schools are in fact racist since they are sending these things out. Is this an admission of guilt? They are proclaiming we are governed by whiteness (I'm assuming they mean their school, too, since they're sending it out). If that's the case, there should be an investigation and the staff, principles, and the school board should be fired for white supremacy/racism.

I spent a good part of my teens and early 20's being afraid that whatever I did was a reflection of my race and always feeling insecure about it. I learned this behavior from my family, not white people. It was my non-Asian friends  who helped me realize none of them were judging my actions through my race, but only as an individual. When I realized this, it was incredibly freeing. Critical race theory and materials like the one distributed by East Side Community High School does exactly the opposite. It only reinforces stereotypes, which helps no-one. Groups of people will grow up thinking their destiny is somehow fixed because of their skin color and that they are "oppressed" and will never achieve the same level of success as whites, which stunts them from the beginning. How will they ever achieve something if they don't aim for it because they are told they will never get there because of "systemic racism"? This is called the soft bigotry of low expectations. On the other hand, another group of people will grow up thinking they are bad racist people just because of the color of their skin and that they should live every aspect of their lives to atone for the sin that is the color of the skin - regardless of their beliefs or actions. This is racist. This is backwards. This isn't why my grandparents and father risked everything to come to this country.
Instead, we should be teaching our kids that while life is unfortunately unfair, hard work, persistence, and kindness will get them closer to their goals and a better community. Bashing a group of people for their supposed privilege is lazy, racist, and anything but kind.
Whether intentional or not, CRT is a way to skew the socio-economic class issue into a racial one to divide our communities, rather than unify to solve problems.

Racism is a problem, yes. I have been at the receiving end of racial slurs thrown at me. However, I realize that those who called me names are mentally ill or at such fringes of society that they practically don't matter in my life or the vast majority of my community members' lives, too. So they don't bother me at all. This is what we should be teaching our kids. Racism exists, but we need to be rational, tough, and persevere through the difficulties in life to make our own lives better through hard work and surrounding ourselves with those who uplift us.

I have told my councilmembers that this kind of rhetoric in the public space where my future children will attend has made me looking to other states to put down roots and pay taxes. I am not alone, and I'm sure I wouldn't be alone in NH. Please pass this bill.

Thank you for your time.

--
Annie Jung
anniejung90@gmail.com
661-714-7625

**Archived:** Friday, April 16, 2021 1:05:38 PM
**From:** Adrian Zavalza
**Sent:** Tuesday, March 2, 2021 5:12:52 PM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal

───────────────────────────────

To whom it may concern,

When I was young, I learned about the Civil Rights movement and the words of Dr. Martin Luther King. I remember being taught the concept of not judging a book by its cover. Being shown that no matter who you are or what you look like, working twice as hard as the person next to you leads to success. I grew up in a diverse neighborhood where skin color was never considered to create friendships.

Today, I see all of the amazing progress the people of this country have made is being forgotten. History rewritten. Critical Race Theory requires that a person view every aspect of society through the lens of race. If you're not white, somehow you have been oppressed by whites. If you are white, somehow you are inherently oppressive or a beneficiary of your immutable characteristic.

I'm not a college graduate or a renowned thinker, but it doesn't take a genius to see the irony in promoting a school of thought which peddles racist ideology in order to rid the world of racism. CRT is the antithesis of our nation's values. HB544 must pass before more unsuspecting citizens and even children are indoctrinated into this horrible ideology.

Proponents of CRT claim it is necessary to overcome systemic racism and to help minorities succeed. The reality is that CRT is just another scheme to support the false idea of systemic racism. It is simultaneously a detriment to society and a distraction from real solutions that would entail reforming or removing actual government policies that negatively impact minority communities.

I support HB544.

Thank you,

Adrian Zavalza

**Archived:** Friday, April 16, 2021 12:52:16 PM
**From:** Orlando Campa
**Sent:** Wednesday, March 3, 2021 3:32:52 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

---

Good morning,

I am reaching out to you to bring to your attention why Critical Race Theory should not be supported by your State. As a Mexican-American immigrant who is racially of European descent, I take personal umbrage with this supposed "anti-racist" program telling any race that they are lesser than.

I am not "lesser than" because of my Caucasian blood, nor has "Whiteness" made me more arrogant. This type of reasoning may lead to more racial, social, cultural, and political division in your State, but worse, it may set a precedent to other States or even Federally that this kind of indoctrination is okay.

Please do as much research into Critical Race Theory as you can and realize that this is divisive, not unifying, speech.

Thank you for your time.

Orlando Campa

**Archived:** Wednesday, April 7, 2021 1:18:19 PM
**From:** D Hyde
**Sent:** Wednesday, March 3, 2021 9:38:58 AM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal
**Digitally Signed:** Yes

To whom it may concern

As an employer, we are committed to inclusion and diversity in the workplace. However, we have been very concerned about the popularity of Critical Race Theory based programmes being offer to us. We have banned any course or trainer that uses racist stereotyping, makes racial generalisations or promotes discrimination. We support this legislation to help protect all workplaces from racist training like this.

There has been extensive research into CRT based diversity programmes, including by the  United Kingdom government  and they are proven not to work, to promote racism and racial disunity as well as to increase inefficiencies and damage interpersonal dynamics. The programmes do not foster real anti-racist workplaces. The use of the term 'anti-racism', when used by these programmes does not mean against racism. Indeed it encourages it.

There are wonderful positive diversity and inclusion programmes such as Chloe Valdery's, which we use and is very successful.

In conclusio,n  I urge you not to be swayed by very load activists in this matter. There inteention is not to improve the culture, it is to dismanttle it including your own venerable institution.

Thank you for your attentions.

Yours sincerely,

Danielle Hyde

**Archived:** Friday, April 16, 2021 12:52:18 PM
**From:** austindpowers89@yahoo.com
**Sent:** Wednesday, March 3, 2021 11:57:20 AM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

---

To whom it may concern, I want to voice my support for HB544. Critical Race Theory is a disgusting and racist ideology that helps divide people along racial lines and antagonize them toward one another. It promotes using shame, intimidation and other bullying tactics in order to berate and belittle people of particular races and justify discriminating against them. Proponents use the guise of "anti-racism" and "social justice" to justify their racist actions and ideology, but while these concepts on their face may sound good, they are just names meant to conceal the racism and injustice they promote.

The critical race theorists believe the only solution for past discrimination is present discrimination. They just want to point the present discrimination in the opposite direction. They say these groups of people were discriminated against and marginalized in the past, and so now its your turn. "It's not enough to be not racist," they say, "you have to be anti-racist..." aka racist against white people. This ideology is directly antithetical to Dr. Martin Luther King Jr's dream where we are not judged by the color of our skin. Critical Race Theory wants people judged by the color of their skin in a racial hierarchy, telling white people to shut up and check their privilege, while promoting "diversity" to favor people of color.

This ideology is dangerous and divisive and has no place being endorsed, promoted or funded by state or federal government dollars. I hope you will support HB544 and help promote and ensure the continued strive toward both Dr. King's and the American dream.

**Archived:** Friday, April 16, 2021 12:52:18 PM
**From:** ellen
**Sent:** Wednesday, March 3, 2021 11:40:59 AM
**To:** ~House Executive Departments and Administration
**Subject:** HB544 - Please Support
**Importance:** Normal

---

Good morning,

I am reaching out in support of HB544. I understand many people will be contacting you to oppose this bill by stating it's the equivalent to banning diversity training. This is not the case and I am not opposed to diversity training. This bill targets race and gender scapegoating, which shouldn't be included in diversity training if your aim is a more inclusive and understanding society/workplace. Critical race theory based training (can also be called anti-racists training) segregates groups based on race (white and non-white). The white group is told they are the oppressor and made to confess to their sin of racism. I realize it sounds outlandish, but individuals in workplaces and colleges have been secretly recording these conversations for at least the last few years. When listening to these conversations there are eerie similarities to the struggle sessions during the cultural revolution in China. During these struggle sessions, a white individual that resists being told they are an oppressor or racists provides additional proof of their guilt. There is no way out for the individual. On the flip side, non-white individuals are grouped together and told they are oppressed by the white population. If a non-white individual resists, by reporting no sense of oppresson, this proves they are complicit in systemic racism. Non-white individuals that resist can be ridiculed and labeled race traitors. Essentially this process is striping away individuality and placing everyone into collectives based on immutable characteristics.

Unfortunately it appears our country is forgetting MLK Jr.'s I have a dream speech. Individuals should be judged on the content of their character, not the color of their skin. I'm honestly worried this continued shift is going to increase actual racism in the country and teach a whole new generation of Americans to judge fellow citizens on their skin color (it's already being pushed on children as young as kindergarten). We must stand up for our liberal values and push back on this illiberal ideology.

Thank you for your time.
Ellen

**Archived:** Friday, April 16, 2021 1:03:57 PM
**From:** Jason Walters
**Sent:** Tuesday, March 2, 2021 9:59:56 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544 Support
**Importance:** Normal

Hello all,

I'm writing to show my support for ending the funding of Critical Race Theory. I wanted to let you know that I'm in favor of ending the funding of this racist training. Don't be fooled by the manipulative word play they like to use. Critical Race Theory is what these racists want to make more people racist. Take a close look at the leaders and what they say. They asspose that they are racist and therefore all people of their race must be racist. They preach Anti-Racism but that is only a cover for being racist against those in the racial majority. These people only see you as a racial monolith. To think differently than your group is to be othered.

If you believe that you should be judged on actions, not words, then look at their actions. The people who are pushing Critical Race Theory have pushed to have minorities removed from common place media. You can see examples of this with the removal of positive black role models from store shelves with brands like Uncle Ben and Aunt Jamima, real people who worked hard and brought delight to many, while White faces are allowed to remain without issue. Dr. Suess books have been removed for depicting images of people in traditional ethnic outfits, further removing non-White European images from our cultural landscape.

This ideology pushes people into thinking of themselves as a racial group, and for those in the majority group to punish themselves and hate themselves for being born in the majority. This just breeds more belief that the majority is superior. They would have you believe that the homeless Majority man on the corner is better off than Former President Obama just because they have different skin color.

Don't be fooled by this racist ideology. Please lead the way on removing this cancerous ideology from our society.

Take care and have a nice day.
-Jason Walters
CA Resident hoping for NH to lead the way to MLK's dream.

**Archived:** Friday, April 16, 2021 1:04:43 PM
**From:** Joshua Sanders
**Sent:** Tuesday, March 2, 2021 6:46:33 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

---

Dear Honorable New Hampshire Representative,

I support the passing of HB544 to restrict the usage of public funds teaching of Critical Race Theory (CRT). CRT or otherwise known as Anti-Racism is an Ideologically driven mindset that advocates its adheres to make moral judgements about people based upon their race. Which is the general understanding of the term Racism.

Our nation fought a war to combat institutionalized racism please do your part to prevent our nation from reversing course.

Sincerely,
Joshua Sanders

**Archived:** Friday, April 16, 2021 1:04:48 PM
**From:** Matt Malkan
**Sent:** Tuesday, March 2, 2021 6:32:16 PM
**To:** ~House Executive Departments and Administration
**Subject:** please vote FOR HB544
**Importance:** Normal

---

Having spent many good times in New Hampshire with the good people there,
I urge you to pass HB544. I stress that this is NOT a partisan issue.
Hardly anybody in either party wants schools or businesses to embrace
ideological indoctrination, whatever name it is called ("Critical Race Theory",
'Anti-Racism' or many other deliberately misleading euphemisms).
This indoctrination is  harmful because it is
founded on the factually incorrect assumption that your skin color
is the most important thing about you, determining your views,
attitudes, values and behavior. It falsely assumes that any differences
can only be explained by unconscious 'racism', and that heavy-handed
government intervention is then required to take away things some people
earned, and give them to others, SOLELY BASED ON THEIR SKIN COLOR.
this is utterly against everything our country stands for, from Dr. King
back to Lincoln.
Please support the passage of HB544.

Thank you for your consideration,
Sincerely
Matt Malkan
Distinguished Prof of Physics, UCLA

**Archived:** Friday, April 16, 2021 1:05:13 PM
**From:** Bob Danielson
**Sent:** Tuesday, March 2, 2021 5:47:48 PM
**To:** ~House Executive Departments and Administration
**Subject:** Please support HB544 and banish the divisive and racist critical race theory movement.
**Importance:** Normal

To whom it may concern,

Please support NH HB544 to ban critical race theory training.

Common sense should tell you that critical race theory and it's bedfellow; Anti-Racist and White Fragility training is a horrible political movement/development and will set back race relations and the continued advancement of black people in America.  The teaching from these initiatives is in itself RACIST and frankly bizarre.

You may not know this, but the foundation of critical race theory et al is an offspring of and backdoor to advancing Socialism. I kid you not. But even setting that aside, you do not minimize racism by pushing forward with racist training based in identity politics.

Please Please Please I beg of you... use your heads and do not buckle to the "woke" activists who have become a fixture in many once excellent media organizations (including PBS to my despair for Gods sake).

Thank you for helping put a stop to this madness.

Sincerely,
Robert Danielson

**Archived:** Friday, April 16, 2021 1:05:55 PM
**From:** James Lindsay
**Sent:** Tuesday, March 2, 2021 4:46:41 PM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal

---

To whom it may concern,

I am writing as an expert and concerned American, though not a New Hampshire citizen, in unequivocal support of HB544 which bans the teaching of certain divisive tenets as though they are fact. I also testified in the committee hearing as an expert on Critical Race Theory, against which this bill is ultimately based, on February 18 of this year. Please give this important, necessary bill your full-throated endorsement and a positive recommendation.

I don't know that this is the time for lengthy written testimony, so I'll try to keep my remarks brief. The bill being proposed, it should immediately be noted, bans not only the divisive tenets that stem from the Critical Race Theory worldview and its related activism, which is very aggressive and very interested in achieving dominance in our schools, workplaces, and lives, but it also bans trainings and uncritical teaching of what would be the more commonly understood forms of unacceptable bias, behavior, and ideology, including both white supremacy and patriarchy. It prohibits recipients of state funding from the same things the Civil Rights Acts and the Fourteenth Amendment are already supposed to protect against, although these are failing. Namely, the bill would prohibit teaching as uncontested fact or mandating training in racial and sex stereotyping, scapegoating, and discrimination, as well as positioning the state, institutions, etc., as intrinsically racist in a "systemic" way, which has allowed them thus far to avoid being found in violation of either the Civil Rights Acts or Fourteenth Amendment despite openly and explicitly advocating, in the words of the theorist Ibram X. Kendi, "present discrimination," which is billed as a necessary remedy to past discrimination. While someone might argue that this bill is unnecessary because of the Civil Rights Act, in practice this has not been borne out, making a bill like this more necessary than not. Every American, and every New Hampshire citizen, should not want discrimination, stereotyping, and scapegoating to be a part of their workplace training modules or children's education. This bill helps support that fundamentally equal and fair treatment before the law, which is currently at risk.

It should also be noted that this bill has First Amendment relevance as well, and not in the way its opponents would explain. The essence of the First Amendment is that people have freedom of conscience, particularly with regard to matters of spiritual belief, and freedom of speech, such that the state can neither compel nor restrict speech. Opponents of this bill will say that the bill seeks to restrict speech, but this is not true. It explicitly leaves provision for workplace trainings and education that don't teach these already-illegal tenets as uncontested fact. Moreover, the situation is quite the opposite to that portrayed by the opponents to the bill who oppose it on free-speech grounds. These workplace trainings and educational programs violate for very many people both freedom of conscience and freedom of speech. Their freedom of speech is violated by compelling them to admit to complicity in racism and sexism, among other social violations that are unlikely to be true. It also compels them to adopt a particular approach to anti-racism and anti-sexism that is very narrow and to speak on its behalf. This latter example, then, not only violates freedom of speech but also the freedom of conscience implied by both the free-exercise and establishment clauses of the First Amendment. It is not the state's place to be dictating (or funding the dictators of) how one is to feel about the issue of racism and sexism. Citizens, the overwhelming majority of whom firmly reject racism and sexism, should be granted the freedom of conscience to oppose

those on terms they find recognizable, which in a free, liberal country like the United States will mostly likely be rooted in equality, colorblindness, individualism, and universal humanity, which are solidly American values. They may also do so from Judeo-Christian principles, for example the famous injunction from Paul that in Christianity there is "neither Jew nor Greek, slave nor free," etc. They should not be compelled to do so in the terms most often employed by so-called "anti-racist," "diversity," "racial sensitivity," and "culturally responsive" programs today, which are a specific ideology known as Critical Theory, which explicitly rejects virtually all of these values for others, sometimes termed "liberationist" and at other times rightly labeled "neo-Marxist," including in the words of the activists pushings these programs themselves. While the law may not bear out today that these trainings and pedagogical pursuits violate the First and Fourteenth Amendments, as well as existing Civil Rights legislation, it is likely that they will eventually. It is therefore better to get on the right side of this issue now and take proactive steps to strengthen a legal architecture that is failing citizens in their most fundamental rights.

For the sake of brevity, I will not elaborate at length on the theory underlying the overwhelming bulk of these trainings and relevant school curricula, which is Critical Race Theory, the same (neo-Marxist) Critical Theory mentioned above specifically made to take race as a category of difference upon which Marxian conflict theory (oppressors versus oppressed) is to be applied. I will simply remind the committee that in addition to this theory being one among many approaches to the issue of race and racism, it is one that is rooted specifically in making precisely the same mistake that made racism the problem it has been throughout our history as a nation, which is specifically placing social significance into racial categories and considering that significance determinant and in some ways relevant to one's social standing and access to power. This was a horrific thing to have done in the 16th century going forward, and it's no better to do in the 21st century. It didn't work out then, and it won't work out now, unless one's goal is to effect an American Cultural Revolution in mirror image to the one Mao perpetrated on China in the 1960s-1970s, which (as few people know) used many of the same arguments and ideas about race, applied to the Han Chinese race instead of "whiteness."

Critical Race Theory begins from the assumption, in its own words, that racism is the normal state of affairs of society, changing the question from "did racism take place?" to "how did racism manifest in that situation?" (for racism is assumed to be relevant to every situation), and it calls into question "the very foundations of the liberal order, including equality theory, legal reasoning, Enlightenment rationalism, and the neutral principles of constitutional law." That is, it is presumptive, divisive, and explicitly un-American, if not anti-American. Moreover, it is designed not to be able to be disagreed with, as all disagreement is framed as some variation of racial "fragility" or "privilege-preserving epistemic pushback," which is to say a cynical drive to maintain one's social dominance, not legitimate criticism of the genuinely bad arguments and cynical assumptions put forth by the theory itself. Because it cannot be disagreed with without accusations of bad intentions and motivations, it is divisive and very difficult to uproot once installed. Because it believes "there is no neutral" between "dominance" and "oppression" (Marxian conflict theory), it is again divisive and in fact polarizing. Because its issues are so sensitive and because it addresses them in such an accusatory way (everyone who doesn't agree with it is racist and white supremacist), it diverts incredible volumes of resources to dividing and polarizing every environment it can gain a foothold in. HB544 exists to minimize that destructive influence and colossal waste of (taxpayer-funded) resources. Even worse, not only is there no evidence supporting the application of this theory, there is evidence against its claims that it can generate that which it claims to generate, so it tears apart organizations and poisons minds (including those of children) with its divisive tenets while profiting off a fraudulent enterprise that robs the taxpayers while destroying their communities.

On these grounds, and possibly hundreds of pages more that I could write if needed, I again urge you in the strongest possible way to support and recommend HB544 as a step in the right

direction, away from these divisive teachings and in support of the fundamental inalienable rights this country has always recognized and strived to extend to all citizens, even the allegedly privileged ones. This bill is important for New Hampshire, and it sends a message to America, whose federal government has just unambiguously signaled it wants to take us in the opposite direction by rescinding a similar federal executive order. That opposite direction is back into racial and sex discrimination, stereotyping, and scapegoating, and its into things America has never been and has never been willing to become, namely whatever it is that Critical Theory (i.e., neo-Marxism) aims to make of it.

Thank you.
James Lindsay, Ph.D.

**Archived:** Friday, April 16, 2021 1:06:05 PM
**From:** Kyle Sherman
**Sent:** Tuesday, March 2, 2021 4:23:52 PM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal

---

Hello,

I'm writing this email to express profound support for HB544, a desperately needed piece of legislation to combat the rise of dogma and pedagogy in our public institutions. There is no room for divisive and inherently discriminatory critical race theory or anti-racism doctrine within institutions formed to serve the interests of the American people, specifically the people of New Hampshire. We cannot afford to subvert the interests of citizens and students by allowing the this particularly pernicious dogma to infiltrate governance, one that is tantamount to a religion that preaches identarian discrimination, teaches minorities they are hated by the world, and tells youth of a certain skin color that they're inherently evil and born racists. We the people demand these divisive concepts to be outlawed as outlined in HB544.

Yours Truly,
Concerned Citizen

**Archived:** Friday, April 16, 2021 1:06:34 PM
**From:** Mike Breen
**Sent:** Saturday, February 20, 2021 7:41:39 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB 544
**Importance:** Normal

---

I am contacting you regarding the potential for "Critical Race Theory" being taught in our schools. I have been a professional curriculum developer for the International Association of Chiefs of Police, the Department of State, and the Department of Justice. I have encountered these types of "theories" in the past and rejected their inclusion in curriculum I designed.

Why? "Theories" of this ilk pose as social science theories, presumably grounded in credible replicated research. However, they are not. They are scientifically illiterate radical false narratives sponsored by special interest groups promoting destructive agendas.

Please understand that at its core, "Critical Race Theory" (CRT) is not a Civil Rights Oriented belief system. Rather it asserts that White citizens are unavoidably and inherently racist and that the United States is a racist country. CRT is joined at the hip with a growing Afrocentric racial superiority belief system. Much of the racial scientific and historic illiteracy originates from an assertion that Black citizens are naturally superior to non-Black citizens "spiritually, physically, and intellectually" due to the greater level of melanin in their bodies.  Ironically, all this doublespeak gibberish is coined "anti-racism" by radicals sponsoring federally mandated instructions of this ilk to our children.  It in fact seeks to explain why all White citizens are inherently and unavoidably racist.

Just how mainstream are these racist beliefs? Despite the fact that claims of natural racial superiority are anathema to our civil rights movement, and the spirit and letter of our civil rights laws, Kristen Clark, [a current nominee for the office of the Assistant Attorney General for the Civil Rights Division of the Department of Justice] has publicly proliferated this widely discredited pseudoscience for decades.

Societies have been at these crossroads in the past. The world has not seen this level of race and ethnic hatred and suppression of genuine science since the rise of the Nazi Regime. Recall their teachings were based upon similar eugenic "science" of the day. The United States itself has not experienced this level of proliferated race pseudoscience since the rise of the Ku Klux Klan and has NEVER experienced mandatory racist teachings in local schools. Because history has clearly revealed the consequence of promulgating the hatred at the core of racial inferior "Theories" it will judge those making this mistake again harshly. To expose our children and their teachers to programs and tutelage which asserts that one race is inherently racist--thus inferior, and another is naturally superior is not simply scientifically illiterate. It is immoral on its face. Please protect our teachers and students from this societal cancer coined "Critical Race Theory" and the racist pseudoscience promoting beliefs of this ilk by making HB 544 the law in New Hampshire.

Michael D. Breen, MPA, Ph.D. 42 Marvin Road Moultonborough, NH 03254 Telephone: 603 253 9114

**Archived:** Friday, April 16, 2021 1:07:07 PM
**From:** Rachel Valk
**Sent:** Wednesday, February 17, 2021 12:08:21 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

Good Morning,
I am writing in support of Bill HB544. I am just a private citizen who has never been involved in politics but I am very concerned. I clearly see that our American rights and values are being stolen from us and it feels like no one is doing anything about it. These policies are all being promoted under the guise of love, anti-sexism and anti-racism and it's so evident to me when digging deeper that that is not true. Critical Race Theory is divisive and we as a state should not be promoting or mandating that. I for one believe that these social issues are things that should be taught at home not in a school. People are free to believe what they want. This is America. People are free to think and to research for themselves. This is America.

Thank you,
Rachel Valk