# EXHIBIT 12

# Open Letter from
# Business Community

Case 1:21-cv-01077-PB Document 1-13 Filed 12/30/21 Page 2 of 6



## Your Cart

Your shopping cart is empty.

Search NHBSR.org | Search

Home    About NHBSR    Programs & Services    Our Members    Join NHBSR    News & Events    Blog    Contact Us

## Programs & Services

- ▾ Advocacy
  - Sustainable Economic Development Vision
  - Business Values DEI
  - NH Clean Energy Principles
  - NH Sensible Housing Principles
- Cornerstone Award
- ▸ Just One Thing
- ▸ Measure What Matters NH
- Member Socials
- NH Workplace Racial Equity Learning Challenge
- NH Sustainability Awards
- Partnership for Innovation Award
- Spring Conference
- Sustainability Roundtables
- ▸ Sustainability Slam
- The Art of Conscious Leadership
- Webinars

# Workplaces Value DEI

**New Hampshire Businesses for Social Responsibility stands in opposition to language of House Bill 544**, An Act Relative to the propagation of divisive concepts, **which is now amended to the budget in HB 2**.  Our vision, *New Hampshire will thrive when we engage the power of business and our people to build a sustainable and prosperous state for all*, inspires us to stand together to achieve our best.  The ambiguous language of HB 544 included in the budget amendment may appear to be supportive of diversity, equity and inclusion (DEI), but its intent is to restrict businesses that contract with the state and organizations receiving funding from the state, from offering DEI training to employees as they deem appropriate.

Case 1:21-cv-01077-PB - Document 1-13 - Filed 12/30/21 - Page 3 of 6

We know that diversity and inclusion build workplace cultures that thrive because of the innovative ideas and supportive environment that are built on inclusion.  We invite **businesses, nonprofits and educational institutions** around the state to sign onto this letter and raise your voice in support of open and honest exploration of racism and sexism, and in **opposition** to the restrictions within HB 544's language and its inclusion in the House Budget.

## Add your business or organization as a signatory to the following letter ...

An Open Letter Opposing the Language of House Bill 544 to:

State Representatives

State Senators

Governor Christopher T. Sununu

New Hampshire businesses have been challenged on many levels throughout the pandemic, but the resiliency, loyalty and creativity of our employees have been the critical factors in our ability to survive.   We believe that if enacted HB 544, An Act Relative to the propagation of divisive concepts, will have a chilling impact on our workplaces and on the business climate in New Hampshire, and we raise our voices in opposition to it.  Our experience has shown that:

- Diverse and inclusive work environments support innovative thinking and problem solving.  We value the opportunities that arise from different perspectives and open-minded inquiry.  The success of New Hampshire businesses depends on the ability to attract diverse generational, gender and racial employee groups at all levels within our organizations, and we must constantly work to create an environment that makes all employees feel empowered in their roles.

- Our businesses, large and small, have seen that inclusive work environments dramatically increase employee retention, which directly impacts our financial bottom line.  Inclusive work environments must be fostered, including enabling open and honest discussions about racism and sexism, implicit bias and how we can eliminate structural racism.

- As a geographically small state, we constantly compete with neighboring states to attract the best talent.  Creating the image that New Hampshire is regressive and intolerant puts us at an economic disadvantage.

- We value each of our employees and their diverse backgrounds.  We strive to foster an environment that lifts the human spirit and helps individuals to achieve their fullest potential within our workplaces and our communities.  This bill would diminish our ability to do so.

House Bill 544 is antithetical to all of these principles.  The now-rescinded federal executive order that this bill seems to emulate was rightly opposed by business groups including the US Chamber of Commerce. HB 544 would not only harm the ability of New Hampshire businesses to be competitive, it would severely harm the state's image as business-friendly, since it stifles the ability of organizations who do business with the state to foster diverse workforces as they see fit.

It is important to explore, inquire and learn from our past as we move to the future.  We cannot shy away from Diversity, Equity and Inclusion training.  It is critical to our understanding and ability to build strong workplaces.

We believe that New Hampshire is poised to thrive as we emerge from the pandemic.  HB 544's language will stymy the brand image of our businesses as well as the state's innovative spirit and economic opportunities.  We believe that HB 544 disadvantages our businesses and tarnishes New Hampshire's future.

We strongly urge you, our elected representatives, to protect the state, its people, and its businesses from this dangerous and damaging legislation.

**Bolded text indicates >100 employees**

| | | | |
|---|---|---|---|
| 36 Creative | Dimentech, LLC | Meredith Village Savings Bank | Racial Unity Team |
| 350 New Hampshire | Disability Rights Center - NH | Meridan Congregational | Ragged Mountain Equipment |

| | | Church | |
|---|---|---|---|
| 603 Forward | DMS Remodelers | Mindful Making & Design | Rain for the Sahel and Sahara |
| 900 Degrees | Dover Children's Home | MLK and Company | Rakowsky Meditation |
| ABLE NH | **Easterseals NH, VT, ME & Farnum** | Molan Law Offices, PLLC | READ TO ME Literary Arts |
| **Adimab, LLC** | Economic Justice Mission Group, NH Conference Church of Christ | Monadnock Conservancy | Reaching Higher NH |
| AGG Consulting | EcoPhotography LLC | **Monadnock Food Co-op** | Resilient Buildings Group, LLC |
| AHEAD, Inc. | Educating for Good | Monadnock Interfaith Project | **ReVision Energy** |
| Aileen Dugan State Farm Insurance | Erin McCabe Wellness | Morneau Law | Reis & Kirkland PLLC |
| Alexandra Chan Photography | **Families in Transition** | Mountain Shadow Adventures | Resilient Buildings Group, Inc. |
| Allgood Strategies LLC | Fat Peach Farm, LLC | NAMI New Hampshire | Revolution |
| Altus Engineering | **Fidelity Investments** | Nashua Soup Kitchen & Shelter, Inc. | Richardson Media Group |
| American Friends Service Committee - NH Program | Flamingos Coffee Bar | Natural Dharma Fellowship | Rights & Democracy NH |
| Ammonoosuc Conservation Trust | Foothills Physical Therapy | Naturesource Communications | Rippleffect Consulting LLC |
| **Amoskeag Health** | Forteng Designs | Neighborhood Access | Rocket Science Rowing |
| Amy Conley Music | Frontyard Law, PLLC | NeighborWorks Southern NH | Rooted by Stacey, LLC |
| Anastasia's Table, LLC | Gale River Motel | NEMO Equipment | RSG |
| **Appalachian Mountain Club** | Garland Mill | New Directions Collaborative | **Saint Anselm College** |
| Arts in Reach | Gateways Community Services | New Fellowship Baptist Church | Sarah K. Benning Studios |
| Ascentria Care Alliance | Gibson's Bookstore | New Futures | Savings Bank of Walpole |
| Atlantic Media Productions | Global Citizens Circle | New Hampshire Alliance for Healthy Aging | School Administrative Unit 50 |
| Backyard Concept, LLC | Global Round Table Leadership | New Hampshire Audubon | Seacoast NH Permaculture |
| Ballantine Partners, LLC | GoodWork | New Hampshire Business Committee for the Arts | Shaheen & Gordon, P.A. |
| BCM Environmental & Land Law, PLLC | Granite Backcountry Alliance | New Hampshire Businesses for Social Responsibility | **Sheehan Phinney** |
| Beechleaf Design | Granite Bay Connections | New Hampshire Center for Nonprofits | Sheldon Pennoyer Architects |
| **Bernstein Shur** | Granite Outdoor Association | New Hampshire Charitable Foundation | Shire Digital |
| Bi-State Primary Care Association | **Granite State College** | New Hampshire Coalition to End Homelessness | Shtudy |
| Bill Maddocks Consulting | **Granite State Independent Living** | New Hampshire College and University Council | Slingshot Ent. |
| Blasty Bough Brewing Company | Granite State Oral Surgery, PLLC | New Hampshire Community Action Partnerships | Society for the Protection of New Hampshire Forests |
| **Boloco** | Granite State Organizing Project | New Hampshire Community Loan Fund | SOS Recovery Community Organization |

Workplaces Value DEI: New Hampshire Businesses for Social Responsibility

| | | | |
|---|---|---|---|
| Bona Fide Green Goods | Granite United Way | New Hampshire Council on Developmental Disabilities | South Central Public Health Network |
| Brewbakers | Greater Nashua Area Branch NAACP | New Hampshire Land Trust Coalition | **Southern New Hampshire University** |
| **Brewster Academy** | **Greater Seacoast Community Health** | New Hampshire Legal Assistance | Square Properties |
| Brown & Company Design | **Hanover Co-op Food Stores & Auto Service Centers** | New Hampshire Mutual Bancorp | **St. Joseph Hospital** |
| Bruss Construction Management | **Harvard Pilgrim Health Care Foundation** | New Hampshire News Views & Blues | **St. Paul's School** |
| Burton Strategies | Heartwood Media | New Hampshire Peace Action | Sterndale Strategic LLC |
| Business Decision Services | Henry Whipple House | New Hampshire Psychiatric Society | Stibler Associates |
| **C & S Wholesale Grocers, Inc.** | Homefree, LLC | New Hampshire Public Health Association | **Stonyfield Organic** |
| Caldwell Law | HR State Council of New Hampshire | New Hampshire Rivers Council | Stratus Telecom LLC |
| Campus Compact for New Hampshire | Hvizda Realty Group | New Hampshire Trust Company | **Sunrise Labs** |
| Centerbury Center Bed and Breakfast LLC | Hypersoft, Inc. | New Hampshire Womens Foundation | Sunset Hill Educational Institute |
| Canterbury Shaker Village | **Hypertherm, Inc.** | New Hampshire Youth Movement | Sustainable Futures Consulting |
| Capitol Area Public Health Network | Image 4 | New Sky Productions | Sweaty Turtle Entertainment |
| Carroll County Coalition for Public Health | ISR with Deb Rossetti | **NFI North** | Synchrony Advisors, LLC |
| Carsey School of Public Policy, UNH | JLA Analytics, LLC | **Nixon Peabody** | The Black History Trail of New Hampshire |
| Cayena Capital Management, LLC | JSA Design | **Norris Cotton Cancer Center** | The Cohen Center for Holocaust & Genocide Studies |
| Center for Women & Enterprise | John Benford Photography LLC | North Country Climbing Center | The Collector's Eye |
| Centrus Digital | Kate Johnson, Consultant | **Northeast Delta Dental** | **The Duprey Companies** |
| Chapel+Main Brewpub | **Keene State College** | Northeast Organic Farming Association of New Hampshire | The Edgewood Centre |
| Cheshire County TV | Kieschnick Consulting Services | Northroad Wood Signs | The Front Door Agency |
| Cheshire Garden | Kilwins Portsmouth | Northwood Congregational Church | The Nature Conservancy |
| Cheshire Housing Trust | **Kimball Union Academy** | Organizational Ignition | The Nutrition Counseling Center |
| **Cheshire Medical Center** | Lakes Region Community Developers | Owl & Pen LLC | **The University of New Hampshire** |
| City Year New Hampshire | Lamprey Health Care | **Oyster River Cooperative School District** | Throwback Brewery |
| Clean Water Action | League of Conservation Voters | Partnered Success College & Life Skills Coaching | **Timberland** |

| | | | |
|---|---|---|---|
| **Colby-Sawyer College** | **Littleton Food Co-op** | Penumbra | T.L. Hill Group |
| **Community Action Partnership of Strafford County** | Live Free Heating & Cooling | PeopleSense Consulting | TOP Wellness Inc. |
| Concord Food Co-op | Lucky's Coffee Garage | Perform Well | **Tufts Health Plan & Tufts Health Plan Foundation** |
| **Concord School District** | Luminta, LLC | Performance Imaging, Inc. | United Way of Greater Nashua |
| Conservation Law Foundation | MacDowell | Persimmon Consulting, LLC | University of New Hampshire Franklin Pierce School of Law |
| Contract Support Group | Mack Hill Riding Academy LLC | **Pete & Gerry's Organics** | Upper Merrimack Watershed Association |
| Convergent Technical Solutions LLC | MAKE Architects | Petersen Engineering | **Velcro USA Inc** |
| Cornerstone Financial Planning | Manchester Community Action Coalition | **Pierce Atwood, LLP** | Vida Cantina |
| Cornerstone Tree Care | **Mascoma Bank** | Placework | W.S. Badger & Company |
| CUP OF JOE | MasterPeace Massage | **Plymouth State University** | Watson International Consulting |
| Darkfin Studios | MAYO Design | Portsmouth Music and Arts Center | West Central Behavioral Health |
| **Dartmouth College** | **McLane Middleton, PA** | Portsmouth School Board | Wheelhouse Web Solutions |
| **Dartmouth-Hitchcock Health** | McLean Communications | **Prime Buchholz** | **Worthen Industries** |
| David Baum Associates | **MegaFood** | Prince Communications | Yahso Jamaican Grille |
| Davis Pinney Inc. | | Proximity Lab | Yankee Publishing |
| Deep Blue Compass | | | YWCA New Hampshire |

**[Add your company or organization to this letter](#)**

*carnevale*

© New Hampshire Businesses for Social Responsibility, all rights reserved.
P.O. Box 3562, Concord, NH 03302-3562. Phone: 603.391.7437

Terms of Use | Privacy Policy | Site Map

