# EXHIBIT 13

# SAU70 Resolution Opposing HB544



# School Administrative Unit 70

41 Lebanon Street, Suite 2
Hanover, New Hampshire
*03755-2147*

Hanover High School
Frances C. Richmond Middle School
Bernice A. Ray School
Marion W. Cross School

---

Whereas HB 544 promotes an unconstitutional restriction on free speech that is harmful to all residents of New Hampshire;

Whereas HB 544 severely impinges upon the concept of local control - the governing and management of public schools by communities through their locally-elected school boards;

Whereas HB 544 prevents our public-school teachers, staff and administrators from receiving Diversity, Equity and Inclusion training designed to address unconscious bias and disparities based on systemic racism and sexism;

Whereas HB 544 denies New Hampshire public school students of all races and genders the opportunity to think critically, openly and inclusively about systemic racism and sexism;

Whereas HB 544 threatens the mental and emotional health of our families and students who identify as black, indigenous, people of color, and LGBTQ+ — protected groups that experience the effects of systemic racism and sexism and its present-day impacts on their daily lives;

Whereas HB 544 threatens to violate our schools' mission and core values of honoring a common vision of equality, empowering students to examine the impact their actions have on themselves, others, and the environment, and of having its students use their hearts and minds to respect and care for the emotional and physical well-being of themselves and others;

Whereas HB 544 places an undue burden on our teachers, staff and administrators by requiring that they adhere to conflicting legislation in two states, as our schools are members of an interstate school district; now, therefore, be it

*Resolved,* the members of the SAU 70, Dresden, Hanover, and Norwich School Boards:

1. affirm our commitment to providing all families and students in our district communities with a supportive, safe, and equitable educational opportunity in our schools;

2. affirm our belief that the freedom to engage in dialogue around topics such as racism and sexism is central to the work of our dedicated staff, teachers, and administrators;

3. oppose New Hampshire HB 544;

4. respectfully request that the New Hampshire Legislature vote no on HB 544; and

5. respectfully request that Governor Sununu veto HB 544 should it pass in the New Hampshire Legislature.

| | | | |
|---|---|---|---|
| Jon Hunt | Rick Johnson | Brittany Joyce | Garrett Palm |
| Lisa Christie | Marcela Di Blasi | Kim Hartmann | Kelly McConnell |
| Neil Odell | Tom Candon | Ben Keeney | Kelley Hersey |