# EXHIBIT 15

Manchester School Board Committee Meeting Agendas, Materials, and Minutes Concerning Opposition to HB544

**AGENDA**

**MEETING OF THE
BOARD OF SCHOOL COMMITTEE
MANCHESTER SCHOOL DISTRICT SAU #37**

**May 24, 2021**                                                                 **6:00 p.m.**
**Mayor and all School Board Members**                        Remote Meeting of Board
                                                                                  Accessible at MPTV – Channel 22
**Student Representative:** Nycole Spencer (MST)        Call in Phone Number for public: (978) 990-
                                                                                  5000 Access code: 761615#

1.      Mayor Craig calls the regular meeting to order.

As Mayor of the City of Manchester and Chair of the Board of School Committee, I find that due to the State of Emergency declared by the Governor as a result of the COVID-19 pandemic and in accordance with the Governor's Emergency Order #12 pursuant to Executive Order 2020-04, this public body is authorized to meet electronically.

Please note that there is no physical location to observe and listen contemporaneously to this meeting, which was authorized pursuant to the Governor's Emergency Order. However, in accordance with the Emergency Order, I am confirming that we are:

    a)   Providing public access to the meeting by telephone, with additional access possibilities by video or other electronic means:

        We are utilizing Manchester Public Television, Channel 22 for this electronic meeting. All members of the Board have the ability to communicate contemporaneously during this meeting through google meets, and the public has access to contemporaneously listen and, if necessary, participate in this meeting through dialing the following phone # 978-990-5000 and password 761615#.

    b)   Providing public notice of the necessary information for accessing the meeting:

        We previously gave notice to the public of the necessary information for accessing the meeting, including how to access the meeting telephonically, located on the website of the Board at: https://sites.google.com/a/mansd.org/bosc/.

    c)   Providing a mechanism for the public to alert the public body during the meeting if there are problems with access: If anybody has a problem, please call 715-5280 or email at: publiccomment@mansd.org.

    d)   Adjourning the meeting if the public is unable to access the meeting:

        In the event the public is unable to access the meeting, the meeting will be adjourned and rescheduled. Please note that all votes that are taken during this meeting shall be done by roll call vote. Let's start the meeting by taking a roll call attendance. When each member states their presence, please also state whether there is anyone in the room with you during this meeting, which is required under the Right-to-Know law.

**EXCELLENCE AND EQUITY.  EVERY CLASSROOM.  EVERY DAY.**

May 24, 2021 Board of School Committee
Page 2 of 5

**2.**     The Clerk calls the roll.

**PUBLIC FORUM**

**3.**     Mayor Craig advises that the purpose of the public forum is to give the residents of Manchester the opportunity to address the board on items of concerns affecting the community; each person will be allowed only one submission; comments shall be submitted via email to publiccomment@mansd.org and **shall be limited to 400 words or less**.  Your email **MUST** include your **name and address** and must be submitted to the email by 5:00 on the date of the meeting.  The submitted public comments will be read at the meeting by the clerk. Submissions should be regarding items on this agenda.  Submission of comments shall not be to make complaints of school personnel or complaints against any person connected with the District, other channels are provided for Board consideration and disposition of legitimate complaints involving individuals which should be referred to the superintendent.

**4.**     Mayor Craig advises that if there was no one else present wishing to speak, a motion would be in order to take all comments under advisement and further to receive and file any written documentation presented.

**5.**     Response to Public Comment
*(Note:  Motions limited to sending items to Committees only.)*

**6.**     **RECOGNITION/PRESENTATIONS**

**7.**     Manchester West NJROTC 50th Anniversary
https://drive.google.com/file/d/11hj-ky9KjgcJouP3DKGymYDBzxLUGI9b/view

**8.**     Davis Demographics Presentation                                        **1 – 30**

**9**.     **ACTION AGENDA**

**10.**    New Hampshire Department of Education (NHDOE) Program            **31 – 72**
           Assurances for Fiscal Year 2022
           **Ladies and Gentlemen, what is your pleasure?**

EXCELLENCE AND EQUITY.  EVERY CLASSROOM.  EVERY DAY.

May 24, 2021 Board of School Committee
Page 3 of 5

**11.** Ratification of the Phone poll approving the submission of the letter to State Legislators in opposition of HB544 **73 – 84**
**Ladies and Gentlemen, what is your pleasure?**

**12.** Approval of Job Descriptions and Reorganization of HR and Network Directors **85 – 102**
    a.   Elimination of three (3) Network Directors  *85 – 93*
        • Replaced with two (2) Executive Directors of School Leadership and Performance
    b.   Budgetary savings from elimination of one Network Director used for new position: Chief Talent Officer *94 – 102*
        • Director of Human Resources job description change
**Ladies and Gentlemen, what is your pleasure?**

**13.** **CONSENT AGENDA (ITEMS 13 – 20)**

**14.** Mayor Craig advises if you desire to remove any of the following items from the Consent Agenda, please so indicate.  If none of the items are to be removed, one motion only will be taken at the conclusion of the presentation.

**15.** Approval of minutes, if available:  Minutes of the May 10, 2021 Special and Regular Meeting; and both of the May 17, 2021 special meetings

**16.** Report(s) of the Committee of Policy, if available.

    a.  Fiscal Policy 130: Federal Funds Policies and Procedures **103 – 136**

**17.** Report(s) of the Committee of Teaching and Learning, if available.

**18.** Report(s) of the Committee of Finance and Facilities, if available. **137 – 259**

    a.  SmartShopper Renewal     137 – 174
    b.  Financial Reports     175 – 191
    c.  Treasurer's Report     192 – 197
    d.  City Services Invoices ($909,387.86)     198 – 200
    e.  Manifest of Authorized Expenditures ($19,152,580.89)     201 – 203
    f.  Grant, Gifts and Donations Report ($161,559.91)     204 – 207
    g.  Anthem 2020 New Hampshire Legislative Mandates ($25,000.00) 208 – 210
    h.  RFP Results – Stop Loss Health Insurance ($947,158.00)     211 – 213

EXCELLENCE AND EQUITY.  EVERY CLASSROOM.  EVERY DAY.

    i.   Facilities Projects        214 – 216

    j.   RFP Results – Competency-Based Education – School Implementation Training and
Consulting Services ($261,000.00)    218 – 219

    k.   RFP Results – 2021 Request for Fall Supplies, Equipment and  220 – 226
Uniforms ($28,941.06)

    l.   RFP Results – Art Supplies ($36,000.00)    227 – 230

    m.  RFP Results – Music Supplies ($9,000.00)    231 – 235

    n.   RFP Results – Copy/Printer Paper ($102,298.00)    236 – 238

    o.   RFP Results – School and Office Supplies ($179,728.00)    239 – 243

    p.   RFP Results – Elevator and Chair Lift Maintenance and Inspection Services  244 – 251

    q.   Southern New Hampshire University (SNHU) ESY MOU    252 – 255

    r.   Southern New Hampshire University (SNHU) and MSD Aspire  256 – 259
Program Continuation

**19.**    Report(s) of the Special Committee on Education Legislation, if available.

**20.**    Report(s) of the Committee of Student Conduct, if available.

**LADIES AND GENTLEMEN, HAVING DULY READ THE CONSENT AGENDA, A
MOTION WOULD BE IN ORDER THAT THE CONSENT AGENDA BE APPROVED.**

## **COMMUNICATIONS**

**21.**    Superintendent's Communications.

    a)  Covid Update

        1.  Mask Use in Schools    **260**
        **Ladies and Gentlemen, what is your pleasure?**

    b)  Teaching and Learning Update    **261 – 262**

        1.  Graduation Numbers

    c)  Athletics: Approval for change in mask requirements and Summer Sports Training -  by
Amy Allen, Assistant Superintendent of Teaching, Learning and Leading and Christine
Pariseau-Telge, Athletic Director
        **Ladies and Gentlemen, what is your pleasure?**    **263 – 264**

EXCELLENCE AND EQUITY.  EVERY CLASSROOM.  EVERY DAY.

May 24, 2021 Board of School Committee
Page 5 of 5

    d) Update on the Chief Equity Officer Position

    e) Discussion on in-person meetings

**22.** Board of School Committee Members' Communications.

**23.** Personnel Report.
    **Ladies and Gentlemen, what is your pleasure?**    **CONFIDENTIAL**    **265 – 269**

**24.** **TABLED ITEMS**
    *(A motion would be in order to remove any item from the table.)*

**25.** **NEW BUSINESS**

**26.** A motion is in order to go into non-public session under the provisions of RSA 91-A:3 II *(a, b, and c)* for the dismissal, promotion or compensation of any public employee or the hiring of any person as a public employee; and, for matters, which if discussed in public, would likely affect adversely the reputation of any person.

    **A roll call is required on the motion.**    **CONFIDENTIAL**

**27.** A motion is in order to call the meeting back to order.
    **If the board so desires, a motion is in order to seal the minutes of the non-public session.**

**ADJOURNMENT**

**28.** If there is no further business, a motion is in order to adjourn.

It is the policy of the Manchester Board of School Committee, in its actions, and those of its employees, that there shall be no discrimination on the basis of age, sex, race, color, marital status, physical or mental disability, religious creed, national origin or sexual orientation for employment in, or operation and administration of any program or activity in the Manchester School District.  The Title IX Coordinator is Mary Steady for staff and students.  Please see above for contact information.

**EXCELLENCE AND EQUITY.  EVERY CLASSROOM.  EVERY DAY.**

## 2020-2022
## Board of School Committee

### Yeas and Nays

**Meeting:** Board of School Committee - PHONE POLL

**Date:** 5/13/2021

**Motion:** *To approve the submission of the letter to State Legislation in opposition to HB544, as amended by the Policy Committee.*

| Committee Member | Yea | Nay | Abstain | Absent |
|---|---|---|---|---|
| Cmt. Member Turner | √ | | | |
| Cmt. Member Kelley Arnold | √ | | | |
| Cmt. Member Soule | √ | | | |
| Cmt. Member Want | √ | | | |
| Cmt. Member Dobson | √ | | | |
| Cmt. Member Bergeron | √ | | | |
| Cmt. Member Shea | √ | | | |
| Cmt. Member Perich | √ | | | |
| Cmt. Member Dion | √ | | | |
| Cmt. Member Beaulieu | √ | | | |
| Cmt. Member Leapley | √ | | | |
| Cmt. Member Thomas | | | √ | |
| Cmt. Member Lachance | | √ | | |
| Cmt. Member O'Connell | √ | | | |
| Mayor Craig | √ | | | |
| **Total:** | **13** | **1** | **1** | **0** |

**73**

TO:          Board of School Committee

FROM:        Committee on Policy
             Committee Members Want, Dion, O'Connell, Perich and Leapley

DATE:        May 24, 2021

RE:          Letter opposing HB544

At the May 11, 2021, Committee on Policy meeting, it was moved to approve the submission of the letter to State Legislation in opposition of HB544, as amended, allow the Vice Chair to request a phone poll be done on the approval and forward this item to the full Board of School Committee for approval.

Committee Members Want, Dion, O'Connell, Perich and Leapley were in favor.

Respectfully submitted,

Angela Carey

Clerk of the Board of School Committee

**74**

**Amendments made at 5/11/2021 Policy Committee are in red.**

May 10, 2021

Dear **Governor Sununu**, House, Senate, and Executive Council members,

The Manchester Board of School Committee would like to voice its **opposition to House Bill 544 and the inclusion of its language in current budget proposals**. This bill seeks to define and prohibit "the dissemination of certain divisive concepts related to sex and race in state contracts, grants, and training programs." In reality, this bill is an attempt to silence dialogue and restrict speech.

We are opposed to any bill which will limit any school's ability to talk about race or gender, or to educate our students and staff about the historical discrimination against communities of color, women, and other marginalized groups, and the impacts this long standing racism and sexism has had on the American people.

As a board we have looked at disaggregated data and have identified stark disparities in outcomes for our students of color, students from lower socio-economic backgrounds, as well as, our special needs students. These are national trends. To quote former President George W. Bush they are often the result of "the soft bigotry of lower expectations"[1]. In order to overcome the biases that hold some of our students back from reaching their fullest potential, we believe it is critical for teachers and students to examine the outcome disparities that exist in our society and understand their root causes. Unfortunately, there are long term consequences of slavery and sexism in this country, and while our current laws might mean that such discrimination is illegal today, millions of Americans still experience the effects of that history. We cannot pretend this history does not exist or that it does not affect our present and future. We believe our students should learn to think critically about their world, so that they can not only thrive in it, but work to improve it for themselves and others.

This Board recently passed a policy aimed at creating an equitable education experience for the students in the Manchester school district. This policy acknowledges that students in the Manchester school district do experience the negative impacts of racism and sexism, and this policy aims to study data regarding the real educational hurdles that racism creates for many students. Specifically, this policy seeks to provide "all employees and students opportunities to develop critical racial, ethnic, and cultural competence to understand the contexts in which they teach, work, and learn." This goal is only attainable if the District is (a) able to study data regarding the negative impact of biases against certain students; and (b) work to meaningfully train and educate everyone in the district's community on the nature of implicit bias and how it negatively impacts many students in the district by limiting their access to the same education as their peers. The goal is to provide the same educational access to each student in Manchester, regardless of the student's race or ethnicity. The reach of this policy is wide, as we hope to address not only race and ethnicity, but also those impacted by discrimination due to language, gender identity, special education status, sexual orientation, socioeconomic background, and mobility. Many students in Manchester fall into one of those categories, and to pass a bill such as

**75**

this one would severely hamper the ability of our district to move forward in our goal of providing equitable access to education for all our students.

We MUST be able to talk about these issues and not simply pretend they don't exist because they make some of us feel uncomfortable talking about them. We MUST all be able to sit with the discomfort and have real conversations about how we can all work together to create environments in our schools that promote each child's abilities and interests to help them reach their fullest potential.

The Board of School Committee is responsible for working with our community to set expectations of awareness around equal opportunity for all of our students with an understanding that race and gender can impact outcomes if not addressed in an open honest manner.

Manchester is New Hampshire's most diverse community and this bill would harm the Manchester School District students by limiting our freedom of speech and local control. We ask you to vote NO on HB544.

Thank you for taking the time to understand our opposition to HB544.

Sincerely,
The Manchester Board of School Committee

*1 Quote from President George W. Bush in speech to NAACP that marked the launch of the <u>No Child Left Behind Act of 2000</u>.*

# MANCHESTER SCHOOL DISTRICT

**TITLE**: HB544-Letter from the Board

**COMMITTEE ON __Policy_____ MEETING OF: _____5/11/21_____**

ACTION: ____x__          CONSENT:          INFORMATION:

**BACKGROUND**:  **Attached please find the following policy:**

**HB544-Letter from the Board of School Committee**


                                                            FISCAL VERIFICATION: _____

**RECOMMENDATION**:

That the Committee on Policy moves to approve this letter and send it to the full Board of School Committee for approval and submission to the NH State legislature.


Prepared by:                              Presented by:

_____                   _____
Katie Cox Pelletier                       Leslie Want
                                          Committee Chair


                                          _____
                                          Leslie Want
                                          Committee Chair


**77**

May 10, 2021

Dear House, Senate, and Executive Council members,

The Manchester Board of School Committee would like to voice its objection to HB544. This bill seeks to define and prohibit "the dissemination of certain divisive concepts related to sex and race in state contracts, grants, and training programs." In reality, this bill is an attempt to silence dialogue and restrict speech.

We are opposed to any bill which will limit any school's ability to talk about race or gender, or to educate our students and staff about the historical discrimination against communities of color, women, and other marginalized groups, and the impacts this long standing racism and sexism has had on the American people.

As a board we have looked at disaggregated data and have identified stark disparities in outcomes for our students of color, students from lower socio-economic backgrounds, as well as, our special needs students. These are national trends. To quote former President George W. Bush they are often the result of "the soft bigotry of lower expectations"[1]. In order to overcome the biases that hold some of our students back from reaching their fullest potential, we believe it is critical for teachers and students to examine the outcome disparities that exist in our society and understand their root causes. Unfortunately, there are long term consequences of slavery and sexism in this country, and while our current laws might mean that such discrimination is illegal today, millions of Americans still experience the effects of that history. We cannot pretend this history does not exist or that it does not affect our present and future. We believe our students should learn to think critically about their world, so that they can not only thrive in it, but work to improve it for themselves and others.

This Board recently passed a policy aimed at creating an equitable education experience for the students in the Manchester school district. This policy acknowledges that students in the Manchester school district do experience the negative impacts of racism and sexism, and this policy aims to study data regarding the real educational hurdles that racism creates for many students. Specifically, this policy seeks to provide "all employees and students opportunities to develop critical racial, ethnic, and cultural competence to understand the contexts in which they teach, work, and learn." This goal is only attainable if the District is (a) able to study data regarding the negative impact of biases against certain students; and (b) work to meaningfully train and educate everyone in the district's community on the nature of implicit bias and how it negatively impacts many students in the district by limiting their access to the same education as their peers. The goal is to provide the same educational access to each student in Manchester, regardless of the student's race or ethnicity. The reach of this policy is wide, as we hope to address not only race and ethnicity, but also those impacted by discrimination due to language, gender identity, special education status, sexual orientation, socioeconomic background, and mobility. Many students in Manchester fall into one of those categories, and to pass a bill such as this one would severely hamper the ability of our district to move forward in our goal of providing equitable access to education for all our students.

**78**

We MUST be able to talk about these issues and not simply pretend they don't exist because they make some of us feel uncomfortable talking about them. We MUST all be able to sit with the discomfort and have real conversations about how we can all work together to create environments in our schools that promote each child's abilities and interests to help them reach their fullest potential.

The Board of School Committee is responsible for working with our community to set expectations of awareness around equal opportunity for all of our students with an understanding that race and gender can impact outcomes if not addressed in an open honest manner.

Manchester is New Hampshire's most diverse community and this bill would harm the Manchester School District students by limiting our freedom of speech and local control. We ask you to vote NO on HB544.

Thank you for taking the time to understand our opposition to HB544.

Sincerely,
The Manchester Board of School Committee


*1 Quote from President George W. Bush in speech to NAACP that marked the launch of the <u>No Child Left Behind Act of 2000</u>.*

Case 1:21-cv-01077-PB   Document 15-5   Filed 10/29/21   Page 14 of 21



# Bill Text: NH HB544 | 2021 | Regular Session | Introduced
# New Hampshire House Bill 544

---

**Bill Title:** Relative to the propagation of divisive concepts.

**Spectrum:** Partisan Bill (Republican 3-0)

**Status:** *(Introduced)* 2021-04-08 - Lay on Table (Rep. Osborne): Motion Adopted DV 347-18 04/08/2021 [HB544 Detail]

**Download:** New_Hampshire-2021-HB544-Introduced.html

---

**HB 544  - AS INTRODUCED**


2021 SESSION

21-0732
05/04

HOUSE BILL **544**

AN ACT relative to the propagation of divisive concepts.

SPONSORS: Rep. Ammon, Hills. 40; Rep. Cordelli, Carr. 4; Rep. J. Osborne, Rock. 4

COMMITTEE: Executive Departments and Administration

---------------------------------------------------------------

ANALYSIS

This bill defines and prohibits the dissemination of certain divisive concepts related to sex and race in state contracts, grants, and training programs.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Explanation: Matter added to current law appears in **bold italics.**
Matter removed from current law appears [in brackets and struckthrough.]
Matter which is either (a) all new or (b) repealed and reenacted appears in regular type.
21-0732
05/04

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Twenty One*

AN ACT relative to the propagation of divisive concepts.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

1  New Chapter; Propagation of Divisive Concepts Prohibited.  Amend RSA by inserting after chapter 10-B the following new chapter:

CHAPTER 10-C
PROPAGATION OF DIVISIVE CONCEPTS PROHIBITED

10-C:1  Definitions.  In this chapter:

I. "Contractor" means any and all persons, individuals, corporations, or businesses of any kind that in any manner have entered into a contract, or perform a subcontract pursuant to a contract, with the state of New Hampshire.

II.  "Divisive concept" means the concept that:

(a) One race or sex is inherently superior to another race or sex;

(b) The state of New Hampshire or the United States is fundamentally racist or sexist;

(c) An individual, by virtue of his or her race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

(d) An individual should be discriminated against or receive adverse treatment solely or partly because of his or her race or sex;

(e) Members of one race or sex cannot and should not attempt to treat others without respect to race or sex;

**80**

(f) An individual's moral character is necessarily determined by his or her race or sex;

(g) An individual, by virtue of his or her race or sex, bears responsibility for actions committed in the past by other members of the same race or sex;

(h) Any individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his or her race or sex; or

(i) Meritocracy or traits such as a hard work ethic are racist or sexist, or were created by a particular race to oppress another race.

(j) The term "divisive concepts" includes any other form of race or sex stereotyping or any other form of race or sex scapegoating.

III. "Race or sex stereotyping" means ascribing character traits, values, moral and ethical codes, privileges, status, or beliefs to a race or sex, or to an individual because of his or her race or sex.

IV. "Race or sex scapegoating" means assigning fault, blame, or bias to a race or sex, or to members of a race or sex because of their race or sex. It similarly encompasses any claim that, consciously or unconsciously, and by virtue of his or her race or sex, members of any race are inherently racist or are inherently inclined to oppress others, or that members of a sex are inherently sexist or inclined to oppress others.

V. "The state of New Hampshire" means all agencies and political subdivisions of the state of New Hampshire, including counties, cities, towns, school districts, and the state university system.

VI. "Student" means any and all students of any school district, school, college, or university which receives grants, funds, or assets from the state of New Hampshire.

10-C:2 Unlawful Propagation of Divisive Concepts.

I. Requirements for the state of New Hampshire:

(a)　The state of New Hampshire shall not teach, instruct, or train any employee, contractor, staff member, student, or any other individual or group, to adopt or believe any of the divisive concepts defined in RSA 10-C:1, II.

(b)　No employee, contractor, staff member, or student of the state of New Hampshire shall face any penalty or discrimination on account of his or her refusal to support, believe, endorse, embrace, confess, act upon, or otherwise assent to the divisive concepts defined in RSA 10-C:1, II.

II.　Requirements for government contractors:

(a)　All state contracts entered into on or after the effective date of this chapter shall include the following provision:

"During the performance of this contract, the contractor agrees as follows:

The contractor shall not use any workplace training that inculcates in its employees any form of race or sex stereotyping or any form of race or sex scapegoating, including the concepts that:　(a) one race or sex is inherently superior to another race or sex; (b) an individual, by virtue of his or her race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously; (c) an individual should be discriminated against or receive adverse treatment solely or partly because of his or her race or sex; (d) members of one race or sex cannot and should not attempt to treat others without respect to race or sex; (e) an individual's moral character is necessarily determined by his or her race or sex; (f) an individual, by virtue of his or her race or sex, bears responsibility for actions committed in the past by other members of the same race or sex; (g) any individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his or her race or sex; or (h) meritocracy or traits such as a hard work ethic are racist or sexist, or were created by a particular race to oppress another race.　The term "race or sex stereotyping" means ascribing character traits, values, moral and ethical codes, privileges, status, or beliefs to a race or sex, or to an individual because of his or her race or sex, and the term "race or sex scapegoating" means assigning fault, blame, or bias to a race or sex, or to members of a race or sex because of their race or sex."

(b)　The contractor shall send to each labor union or representative of workers with which the contractor has a collective bargaining agreement or other contract or understanding, a notice, to be provided by the agency contracting officer, advising the labor union or workers' representative of the contractor's commitments under this section, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

(c)　In the event of the contractor's noncompliance with the requirements of this section, or with any rules, regulations, or policies that may be promulgated in accordance with this section, the contract may be canceled, terminated, or suspended in whole or in part and the contractor may be declared ineligible for further government contracts.

(d)　The contractor shall include the provisions of this section in every subcontract or purchase order unless exempted by rules, regulations, or policies of the department of administrative services, so that such provisions shall be binding upon each subcontractor or vendor.　The contractor shall take such action with respect to any subcontract or purchase order as may be directed by the department of administrative services as a means of enforcing such provisions including sanctions for noncompliance.

III.　The department of administrative services, or an agency designated by the department of administrative services, is directed to investigate complaints received alleging that a state contractor is utilizing such training programs in violation of the contractor's obligations under the binding provisions of this section.　The department shall take appropriate enforcement action and provide remedial relief, as appropriate.

IV.　The heads of all agencies shall review their respective grant programs and identify programs for which the agency may, as a condition of receiving such a grant, require the recipient to certify that it will not use state funds or assets to promote any of the divisive concepts defined in RSA 10-C:1, II.

V.　Requirements for agencies.

(a)　The fair and equal treatment of individuals is an inviolable principle that must be maintained in the state workplace.　Agencies should continue all training that will foster a workplace that is respectful of all employees.　Accordingly:

(1)　The head of each agency shall use his or her authority under to ensure that the agency, agency employees while on duty status, and any contractors hired by the agency to provide training, workshops, forums, or similar programming, for purposes of this section, "training", to agency employees do not teach, advocate, act upon, or promote in any training to agency employees any of the divisive concepts listed in RSA 10-C:1; and

(2)　Agency diversity and inclusion efforts shall, first and foremost, encourage agency employees not to judge each other by their color, race, ethnicity, sex, or any other characteristic protected by federal or state law.

(b)　The commissioner of the department of administrative services, pursuant to RSA 541-A, shall develop regulations for the enforcement of the provisions of this statute.

(c)　Each agency head shall:

Case 1:21-cv-01077-PB   Document 1-5   Filed 10/09/21   Page 16 of 21

(1)  Issue a policy incorporating the requirements of this chapter into agency operations, including by making compliance with the policy a provision in all agency contracts;

(2)  Request that the agency thoroughly review and assess not less than annually thereafter, agency compliance with the requirements of the policy in the form of a report submitted to the department of administrative services; and

(3)  Assign at least one senior political appointee responsibility for ensuring compliance with the requirements of the policy.

VI.  Review of agency training.

(a)  All training programs for state agency employees relating to diversity or inclusion shall, before being used, be reviewed by the department of administrative services for compliance with the requirements of RSA 10-C:2, V.

(b)  If a contractor provides a training for agency employees relating to diversity or inclusion that teaches, advocates, or promotes the divisive concepts defined in RSA 10-C:1, II, and such action is in violation of the applicable contract, the agency that contracted for such training shall evaluate whether to pursue debarment of that contractor, consistent with applicable law and regulations.

10-C:3  General Provisions.

I.  Nothing in this chapter shall prevent agencies or contractors from promoting racial, cultural, or ethnic diversity or inclusiveness, provided such efforts are consistent with the requirements of this chapter.

II.  Nothing in this chapter shall be construed to prohibit discussing, as part of a larger course of academic instruction, the divisive concepts listed in RSA 10-C:1, II in an objective manner and without endorsement.

III.  If any provision of this chapter, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this chapter and the application of its provisions to any other persons or circumstances shall not be affected thereby.

2  Effective Date.  This act shall take effect January 1, 2022.

**82**

**FOUNDATIONS 101 DISTRICT EQUITY POLICY**

The Manchester School District is committed to equity and the success of every student. This commitment means that student success will not be predicted based on race, ethnicity, family economics, mobility, gender, sexual orientation, disability, or initial proficiencies. Equity in education is about inclusiveness. Equity is achieved when there is sufficient evidence that each child has a high quality educational experience, and outcomes and successes are not predicted by student subgroup membership.

In order to break the predictive link between student demographics and student achievement, the District must apply the principle of equity to all policies, programs, operations, and practices and ensure all students have access and opportunity to high quality education.

To assure equity, the District will:

- Use data, disaggregated by race: ethnicity, language, special education, gender, sexual orientation, socioeconomic background, and mobility (when available) to inform all district decision-making and report on the district website and to the BOSC annually;

- Create and nurture an inclusive and welcoming environment for all students, families, and staff; provide a report to the BOSC annually which reports student, parent and staff complaints.

- Provide students with equitable access to a high quality curriculum, effective teachers and principals, support, facilities, and sufficient support services; report results of student surveys annually.

- Aspire to recruit, hire and retain high quality personnel that reflect student demographics at all organizational levels; report to the BOSC annually.

- Support personnel at all organizational levels to engage in culturally responsive practices and high quality professional engagement; include evidence of professional development in the district professional development Plan.

- Identify and mitigate culturally biased instructional materials, assessments, and pedagogies that result in achievement disparities;

- Incorporate the voice and perspectives of students, families and communities that reflect student demographics into decisions that benefit student success;

- Assure all students have access to the college planning handbook;

**83**

- Translate documents for families so that they have equitable access to information.

First Reading Coordination: 7/11/16
Second Reading and Approval BOSC: 8/8/16

**BOARD OF SCHOOL COMMITTEE**
**MANCHESTER SCHOOL DISTRICT SAU #37**

**May 24, 2021**                                                                                      **6:00 p.m.**

**1.**      Mayor Craig calls the regular meeting to order.

As Mayor of the City of Manchester and Chair of the Board of School Committee, I find that due to the State of Emergency declared by the Governor as a result of the COVID-19 pandemic and in accordance with the Governor's Emergency Order #12 pursuant to Executive Order 2020-04, this public body is authorized to meet electronically.

**2.**      The Clerk calls the roll.

Present:        Committee Members Turner, Kelley Arnold, Soule, Want, Dobson, Perich, Dion, Beaulieu, Leapley, Thomas, Lachance, O'Connell, Mayor Craig and Student Representative Mahindru.

Late:   Committee Members Bergeron and Shea.

**PUBLIC FORUM**

**3.**      Mayor Craig advises that the purpose of the public forum is to give the residents of Manchester the opportunity to address the board on items of concerns affecting the community; each person will be allowed only one submission; comments shall be submitted via email to publiccomment@mansd.org and **shall be limited to 400 words or less**.  Your email **MUST** include your **name and address** and must be submitted to the email by 5:00 on the date of the meeting.  The submitted public comments will be read at the meeting by the clerk. Submissions should be regarding items on this agenda.  Submission of comments shall not be to make complaints of school personnel or complaints against any person connected with the District, other channels are provided for Board consideration and disposition of legitimate complaints involving individuals which should be referred to the superintendent.

**1.   Terese Aguirre, 65 Tibbetts Hill Road, Goffstown NH:**

To Whom It May Concern,  I have been a teacher at Hillside for 8 years.  I was not ready to work in the Middle School environment and I went in feeling like a small fish in a big pond.  I was overwhelmed walking into such a big school.  That feeling quickly changed.  I was put on a wonderful Hillside team and everyone made me feel like I have known them for years.  From the start, it was clear that I was never just a number.  I was Therese, with all of my strengths and weaknesses.  I felt comfortable that learning from my mistakes was okay, while at the same time being called on to share my strengths.  Teachers and administrators are always the first to say, "The only mistake is not to try,"

We have talked about consolidating buildings and making beautiful buildings that are high tech.  It was stated that the city needs to do something big to attract families back to the district.

19. It was stated that previous numbers were based on students from outside of the district with no significant changes in programming and we need to create a reason for students to want to come to the district.

**9**.     **ACTION AGENDA**

**10.**     New Hampshire Department of Education (NHDOE) Program Assurances for Fiscal Year 2022

*There were no questions or comments on this item.*

*On motion of **Committee Member Soule**, duly seconded by **Committee Member Beaulieu**, it was moved to approve the New Hampshire Department of Education Program Assurances for Fiscal Year 2022.*

*Roll Call:      Committee Members Turner, Kelley Arnold, Soule, Want, Dobson, Bergeron, Shea, Perich, Dion, Beaulieu, Leapley, Lachance, O'Connell and Mayor Craig voted yay.  Committee Member Thomas was absent. Motion passed.*

**11.**     Ratification of the Phone poll approving the submission of the letter to State Legislators in opposition of HB544

*There were no questions or comments on this item.*

*On motion of **Committee Member Want**, duly seconded by **Committee Member O'Connell**, it was moved to ratify the phone poll and approve the submission of the letter to the State Legislators in opposition of HB544.*

*Roll Call:      Committee Members Turner, Kelley Arnold, Soule, Want, Dobson, Bergeron, Shea,*

*Perich, Dion, Beaulieu, Leapley, O'Connell and Mayor Craig voted yay. Committee Member*

*Lachance voted nay. Committee Member Thomas was absent. Motion passed.*

12.   Approval of Job Descriptions and Reorganization of HR and Network Directors
   a.   Elimination of three (3) Network Directors
      - Replaced with two (2) Executive Directors of School Leadership and Performance
   b.   Budgetary savings from elimination of one Network Director used for new position: Chief Talent Officer
      - Director of Human Resources job description change

*On motion of **Committee Member O'Connell,** duly seconded by **Committee Member Lachance,** it was moved to send item 12 to the Committee on Teaching and Learning for further study.*

*Roll Call:      Committee Members Turner, Kelley Arnold, Soule, Dobson, Bergeron, Perich, Dion, Beaulieu, Leapley, Lachance, O'Connell and Mayor Craig voted yay. Committee Members Want and Shea voted nay. Committee Member Thomas was absent. Motion passed.*

13.   <u>**CONSENT AGENDA (ITEMS 13 – 20)**</u>

14.   Mayor Craig advises if you desire to remove any of the following items from the Consent Agenda, please so indicate.  If none of the items are to be removed, one motion only will be taken at the conclusion of the presentation.

**Committee Member Dobson** removed item 18-i.
**Committee Member Want** removed item 18-b.

The balance of the consent agenda was as follows:

15.   Approval of minutes, if available:  Minutes of the May 10, 2021 Special and Regular Meeting; and both of the May 17, 2021 special meetings

16.   Report(s) of the Committee of Policy, if available.

   a.   Fiscal Policy 130: Federal Funds Policies and Procedures

17.   Report(s) of the Committee of Teaching and Learning, if available.