**EXHIBIT 23**

Department of Education Banned Concepts Act Complaint Website as of Dec. 19, 2021

Case 1:21-cv-01077-PB Document 1-36 Filed 12/20/21 Page 2 of 4

 Change Site Language  Search The Site

 **ALERT** **Get the latest Coronavirus COVID-19 update at https://www.covid19.nh.gov**

**New Hampshire**
**Department of Education**



**OPEN MENU**

Home  >  Who We Are  >  Deputy Commissioner's Office  >  Office of Governance  >  Right to Freedom from Discrimination in Public Workplaces and Education

# Right to Freedom from Discrimination in Public Workplaces and Education

*The department of education wants to ensure that all students have the opportunity to learn in a safe and encouraging environment that instills hope and promise for a bright future. One aspect of that environment, both for students and teachers alike, is that it is free from discrimination.*

House Bill 2 was passed by both bodies of the legislature and signed into law by the Governor on June 25, 2021. Included in HB 2 are sections 297 and 298, Right to Freedom from Discrimination in Public Workplaces and Education.

There has been much discussion about this law and what prohibitions it imposes on public employers, government programs, and schools. The State of New Hampshire and its political subdivisions recognize that they have a duty to ensure that they treat all residents and visitors equally. This means that all employees or individuals who work to provide or administer programs and services on behalf of the State of New Hampshire, including teachers in an educational setting, must continually strive to treat all of those with whom they may come into contact equally and with dignity and respect.

This web page is being offered in support of the New Hampshire Commission for Human Rights (Commission) for those who believe that they, or their child, was discriminated against because their child's school was teaching and/or advocating that one identified group is:

- Inherently superior or inferior to people of another identified group
- Inherently racist, sexist, or oppressive, whether consciously or unconsciously
- Should be discriminated against or receive adverse treatment
- Should not treat members of other identified groups equally

Completion of a Public Education Intake Questionnaire does not constitute a formal charge of discrimination, but the first step in making such a determination.

## Filing a Public Education Intake Questionnaire

Please complete and submit the Public Education Intake Questionnaire form below. Before submitting, ensure all contact information provided on the form is as current and up to date as possible. Once the completed questionnaire is received, it will be reviewed by the Commission's Intake Coordinator. The Coordinator may need to reach out to gather more information to determine if the individual filing has grounds to file a formal complaint. Once review is complete, the Intake Coordinator will provide information to explain the next steps in filing a formal complaint or to explain why there is no basis to file a charge of discrimination. We recommend saving or printing a copy of the completed questionnaire for your personal records.

The below form can be submitted to the Commission directly by using the submit button when opened in Adobe. If Adobe is unavailable, please complete the form and submit it via email to humanrights@hrc.nh.gov.

Public Education Intake Questionnaire Form 

## Resources and Links

- New Hampshire Commission for Human Rights Case Processing Procedure and Summary Fact Sheet
- Frequently asked Questions: New Discriminatory practice prohibitions applicable to k-12 public educational programs
- Frequently asked Questions: New Discriminatory practice prohibitions applicable to public employers and government programs
- State Issues Guidance Regarding New Anti-Discrimination Laws
- Chapter 91: HB 2-FN-A-LOCAL Final Version
- NH RSA 354-A
- Educator Code of Conduct and Ethics 

## Contact

New Hampshire Commission for Human Rights
2 Industrial Park Drive, Bldg. One
Concord, NH 03301
Telephone: (603) 271-2767
Fax: (603) 271-6339
E-mail: humanrights@hrc.nh.gov

## To Voice Other Complaints or Concerns

Members of the public who would like to contact a representative from the New Hampshire Department of Education to voice a concern or complaint that is unrelated to alleged discrimination in a school setting are encouraged to find the appropriate staff member here.

 Portable Document Format (.pdf) . Visit nh.gov for a list of free .pdf readers for a variety of operating systems.



New Hampshire
**Department of Education**

101 Pleasant Street | Concord, NH | 03301-3860

(603) 271-3494 | TDD Access: Relay NH 1-800-735-2964 |
info@doe.nh.gov

NH Career and Technical Education

NH Schools

iPlatform

NH Government Careers

NH Travel & Tourism

NH Web Portal - NH.gov

ReadyNH.gov

[Directions to NHDOE](#)  [Subscribe to e-news](#)  [myNHDOE](#)  [Transparent NH](#)

[Educator Search](#)

© 2021 State of New Hampshire • All rights reserved  |  Accessibility Policy  |  Privacy Policy       AN OFFICIAL NEW HAMPSHIRE GOVERNMENT WEBSITE