# EXHIBIT 24

Bounty Tweet

**Moms for Liberty NH**
@Moms4LibertyNH

We've got $500 for the person that first successfully catches a public school teacher breaking this law.

Students, parents, teachers, school staff... We want to know! We will pledge anonymity if you want.

> **The Free State**  @FreeStateNH · 1d
>
> Public school teachers that teach critical race theory in New Hampshire will now lose their jobs and licenses.
>
> Show this thread

### N.H Education Department launches system for parents to lodge discrimination complaints against teachers

New Hampshire Public Radio | By Sarah Gibson

Tweet your reply

    

Students, parents, teachers, school staff... We want to know! We will pledge anonymity if you want.

>  **The Free State** @FreeStateNH · 1d
>
> Public school teachers that teach critical race theory in New Hampshire will now lose their jobs and licenses.
>
> Show this thread
>
> ## N.H Education Department launches system for parents to lodge discrimination complaints against teachers
>
> New Hampshire Public Radio | By Sarah Gibson
>
> Published November 10, 2021 at 4:31 PM EST

9:28 AM · 11/12/21 · **Twitter for Android**

**30** Retweets  **12** Quote Tweets  **106** Likes

    

 **Moms for Liberty NH** @Moms4Li... · 7h  ···

Tweet your reply

        

**The Free State** 
@FreeStateNH

Public school teachers that teach critical race theory in New Hampshire will now lose their jobs and licenses.

> **N.H Education Department launches system for parents to lodge discrimination complaints against teachers**
>
> New Hampshire Public Radio | By Sarah Gibson
>
> Published November 10, 2021 at 4:31 PM EST

3:12 PM · 11/11/21 · Twitter Web App

**90** Retweets  **26** Quote Tweets  **611** Likes

 **The Free State**  @FreeStateNH · 1d 

Tweet your reply