USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Mejia, et al </br>*Plaintiff* </br>v. </br>Edelblut, et al. </br>*Defendant* | ) </br>) </br>) Case No.  1:21-cv-01077 </br>) </br>) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                       .

Date:    12/20/2021                                               /s/ SangYeob Kim
                                                                               *Attorney's signature*

                                                                               SangYeob Kim, Bar No. 266657
                                                                               *Printed name and bar number*

                                                                               ACLU of New Hampshire
                                                                               18 Low Avenue, Concord, NH 03301

                                                                               *Address*

                                                                               sangyeob@aclu-nh.org
                                                                               *E-mail address*

                                                                               (603) 333-2081
                                                                               *Telephone number*

                                                                               *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All parties who have appeared

Conventionally Served:

| | |
|---|---|
| 12/20/2021 | /s/ SangYeob Kim |
| Date | Signature |