AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Andres Mejia, Christina Philibotte and NEA-NH <br> *Plaintiff* <br> v. <br> F. Edelblut, J. Formella, A. Malachi, C.Kim, K.Merrifield <br> *Defendant* | Case No. 1:21-cv-01077 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Education Association - New Hampshire

Date:   12/20/2021

*Attorney's signature*

Esther Kane Dickinson, Bar #20764
*Printed name and bar number*
NEA-NH
9 So. Spring Street
Concord, NH 03301-2425

*Address*

edickinson@nhnea.org
*E-mail address*

(603) 224-7751
*Telephone number*

*FAX number*