UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRES MEJIA, <br><br> CHRISTINA KIM PHILIBOTTE, and <br><br> NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, <br><br> JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, <br><br> AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, <br><br> CHRISTIAN KIM, in his official capacity only as the Chairperson of the New Hampshire Commission for Human Rights, <br><br> KEN MERRIFIELD, in his official capacity only as the Commissioner of the New Hampshire Department of Labor, <br><br> Defendants. | Civil No.  21-cv-1077 |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for:

**ANDRES MEJIA, CHRISTINA KIM PHILIBOTTE, and NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE**

4832-2437-8477.1

Dated:  December 20, 2021

*/s/ Morgan C. Nighan*
Morgan C. Nighan, Esq.
(NH Bar No. 21196)
mnighan@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
T: (617) 345-1000

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Appearance was served *via* the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Morgan C. Nighan, Esq.*
Morgan C. Nighan, Esq.

4832-2437-8477.1