USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Andres Mejia, Christina Kim Philibotte, and National Education Association-New Hampshire <br> *Plaintiff* <br> v. <br> Frank Edelblut, in his official capacity only as the Commissioner of the New Hampshire Deparment of Education, et al. <br> *Defendant* | ) ) ) ) Case No.   1:21-CV-01077 ) ) ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Education Association-New Hampshire                                               .

Date:   12/20/2021

/s/ Rue K. Toland
*Attorney's signature*

Rue K. Toland (NH Bar No. 269021)
*Printed name and bar number*

Preti, Flaherty, Beliveau & Pachios, PLLP
P.O. Box 1318
Concord, NH 03302-1318

*Address*

rtoland@preti.com
*E-mail address*

(603) 410-1500
*Telephone number*

(603) 410-1501
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
Giles R. Bissonnette (giles@aclu-nh.org); Henry R. Klementowicz (henry@aclu-nh.org); Sang Yeob Kim (sangyeob@aclu-nh.org); David Vicinanzo (dvicinanzo@nixonpeabody.com); Morgan C. Nigham (mnighan@nixonpeabody.com); Chris Erchull (cerchull@glad.org); Sarah J. Jancarik (sarahj@drcnh.org); William E. Christie (wchristie@shaheengordon.com); S. Amy Spencer (saspencer@shaheengordon.com); Esther K. Dickinson (edickinson@nhmea.org); Lauren Snow Chadwick (lchadwick@nhmea.org); and Nathan R. Fennessy (nfennessy@preti.com).

Conventionally Served:
Travis Hill (thill@nixonpeabody.com) (Nixon Peabody, LLP, 55 West 46th Street, New York, NY 10036-4120; Emerson Sykes (esykes@aclu.org), Leah Watson (lwatson@aclu.org), and Sarah Hinger (shinger@aclu.org) (Racial Justice Program, Amerian Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004); Alice O'Brien (aobrien@nea.org) and Jason Walta (jwalta@nea.org) (National Education Association, 1201 Sixteenth St. NW, Washington, DC 20036); Frank Edelblut; John M. Formella; Ahni Malachi; Christina Kim; and Ken Merrifield.

| 12/20/2021 | /s/ Rue K. Toland |
|---|---|
| Date | Signature |