UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRES MEJIA,<br><br>CHRISTINA KIM PHILIBOTTE, and<br><br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br><br>        Plaintiffs,<br><br>        v.<br><br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br><br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br><br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br><br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,<br><br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 1:21-cv-01077-PB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF TRAVIS HILL AS ADDITIONAL COUNSEL FOR PLAINTIFFS MEJIA AND PHILIBOTTE**

Pursuant to Local Civil Rule 83.2(b), I hereby move for the admission, *pro hac vice*, of Travis Hill, an attorney with the law firm of Nixon Peabody LLP and a member of the Bar of the State of New York, as additional counsel for Plaintiffs Andres Mejia and Christina Kim Philibotte in this case. Attorney Hill's affidavit is filed herewith.

1

All parties assent to the relief requested in this motion.

WHEREFORE, I respectfully request that this Honorable Court:

A. Grant this Motion for Admission Pro Hac Vice of Travis Hill as additional counsel for Plaintiffs Andres Mejia and Christina Kim Philibotte; and

B. Grant such other and further relief as may be just and equitable.

Date: December 22, 2021

Respectfully submitted,

*/s/ Gilles Bissonnette*
Gilles Bissonette (N.H. Bar No. 265393)
American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301
T: (603) 225-3080
gilles@aclu-nh.org

## **SUPPORTING AFFIDAVIT OF TRAVIS HILL**

Travis Hill, pursuant to Local Rule 83.2(b)(1), hereby certifies that:

1. My office is located at 55 West 46th Street, New York, New York 10036, and my phone number is (212) 940-3131.

2. I am a member in good standing of the Bar of the State of New York. I am also presently admitted to the following courts: U.S. District Court for the Eastern District of New York.

3. I have not been the subject of any past or pending disciplinary matters and have no prior felony or misdemeanor criminal convictions.

4. My *pro hac vice* status has never been denied or revoked in any court.

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

Dated:  December 22, 2021
         New York, New York

                                        */s/ Travis Hill*
                                        Travis Hill
                                        NIXON PEABODY LLP
                                        55 West 46th Street
                                        New York, NY 10036
                                        Telephone:   (212) 940-3131
                                        Facsimile:   (833) 576-1791
                                        Email:       thill@nixonpeabody.com