# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRES MEJIA,<br><br>CHRISTINA KIM PHILIBOTTE, and<br><br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br><br>        Plaintiffs,<br><br>        v.<br><br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br><br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br><br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br><br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,<br><br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br><br>        Defendants. | Civil No. 1:21-cv-01077-PB |

**ASSENTED-TO MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF ALICE O'BRIEN AS ADDITIONAL COUNSEL FOR PLAINTIFF NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE**

Pursuant to Local Civil Rule 83.2(b), I hereby move for the admission, *pro hac vice*, of

Alice O'Brien, General Counsel of the National Education Association and a member of the Bar

1

of the District of Columbia, as additional counsel for Plaintiff NEA-NH in this case. Attorney O'Brien's affidavit is filed herewith.

All parties assent to the relief requested in this motion.

WHEREFORE, I respectfully request that this Honorable Court:

A. Grant this Motion for Admission Pro Hac Vice of Alice O'Brien as counsel for Plaintiff NEA-NH; and

B. Grant such other and further relief as may be just and equitable.

Date: December 22, 2021

        Respectfully submitted,

        */s/ Gilles Bissonnette*
        Gilles Bissonette (N.H. Bar No. 265393)
        American Civil Liberties Union of New Hampshire
        18 Low Avenue
        Concord, NH 03301
        T: (603) 225-3080
        gilles@aclu-nh.org

## SUPPORTING AFFIDAVIT OF ALICE O'BRIEN

Alice O'Brien, pursuant to Local Rule 83.2(b)(1), hereby certifies that:

1. My office is located at 1201 Sixteenth St., NW, Washington DC 20036, and my phone number is (202) 822-7035.

2. I am a member in good standing of the Bar of the District of Columbia. I am also presently admitted to practice in the following courts: California; U.S. Supreme Court; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Fifth Circuit; U.S. Court of Appeals for the Sixth Circuit; U.S. Court of Appeals for the Ninth Circuit; U.S. Court of Appeals for the Tenth Circuit; U.S. Court of Appeals for the Eleventh Circuit; U.S. Court of Appeals for the District of Columbia Circuit; U.S. District Court for the District of Columbia; U.S. District Court for the Northern District of Florida; U.S. District Court for the Southern District of Indiana; U.S. District Court for Western District of Wisconsin; and U.S. Bankruptcy Court for the District of Columbia.

3. I have not been the subject of any past or pending disciplinary matters and have no prior felony or misdemeanor criminal convictions.

4. My *pro hac vice* status has never been denied or revoked in any court.

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

Dated:   December 22, 2021

        Washington, DC

*/s/ Alice O'Brien*
Alice O'Brien
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Telephone: (202) 822-7035
Facsimile: (202) 822-7033
Email: aobrien@nea.org
