## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRES MEJIA, | ) |
| | ) |
| CHRISTINA KIM PHILIBOTTE, and | ) |
| | ) |
| NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE, | ) ) |
| | ) Civil No. 1:21-cv-01077-PB |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, | ) ) ) |
| | ) |
| JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, | ) ) ) |
| | ) |
| AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, | ) ) ) |
| | ) |
| CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, | ) ) ) |
| | ) |
| KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, | ) ) ) |
| | ) |
| Defendants. | ) |

**ASSENTED-TO MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF JASON WALTA AS ADDITIONAL COUNSEL FOR PLAINTIFF NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE**

Pursuant to Local Civil Rule 83.2(b), I hereby move for the admission, *pro hac vice*, of

Jason Walta, an attorney with the National Education Association and a member of the Bar of

1

the District of Columbia, as additional counsel for Plaintiff NEA-NH in this case. Attorney Walta's affidavit is filed herewith.

All parties assent to the relief requested in this motion.

WHEREFORE, I respectfully request that this Honorable Court:

A. Grant this Motion for Admission Pro Hac Vice of Jason Walta as counsel for Plaintiff NEA-NH; and

B. Grant such other and further relief as may be just and equitable.

Date: December 22, 2021

                                        Respectfully submitted,

                                        */s/ Gilles Bissonnette*
                                        Gilles Bissonette (N.H. Bar No. 265393)
                                        American Civil Liberties Union of New Hampshire
                                        18 Low Avenue
                                        Concord, NH 03301
                                        T: (603) 225-3080
                                        gilles@aclu-nh.org

## SUPPORTING AFFIDAVIT OF JASON WALTA

Jason Walta, pursuant to Local Rule 83.2(b)(1), hereby certifies that:

1. My office is located at 1201 Sixteenth St., NW, Washington DC 20036, and my phone number is (202) 822-7035.

2. I am a member in good standing of the Bar of the District of Columbia. I am also presently admitted to the following courts: Massachusetts (inactive); U.S. Supreme Court; U.S. Court of Appeals for the First Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Fourth Circuit; U.S. Court of Appeals for the Fifth Circuit; U.S. Court of Appeals for the Sixth Circuit; U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Ninth Circuit; U.S. Court of Appeals for the Tenth Circuit; U.S. Court of Appeals for the Eleventh Circuit; U.S. Court of Appeals for the District of Columbia Circuit; U.S. District Court for the District of Massachusetts; and U.S. District Court for the Western District of Wisconsin.

3. I have not been the subject of any past or pending disciplinary matters and have no prior felony or misdemeanor criminal convictions.

4. My *pro hac vice* status has never been denied or revoked in any court.

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

Dated:   December 22, 2021
         Washington, DC

/s/ *Jason Walta*
Jason Walta
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Telephone: (202) 822-7035
Facsimile: (202) 822-7033
Email: jwalta@nea.org

Case 1:21-cv-01077-PB   Document 16   Filed 12/22/21   Page 4 of 4