UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRES MEJIA,<br><br>CHRISTINA KIM PHILIBOTTE, and<br><br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br><br>   Plaintiffs,<br><br>           v.<br><br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br><br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br><br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br><br>CHRISTIAN KIM, in his official capacity only as the Chairperson of the New Hampshire Commission for Human Rights,<br><br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br><br>   Defendants. | Civil No. 1:21-cv-01077-PB |

## NOTICE OF APPEARANCE

    I hereby notify the Court of my appearance as counsel for Plaintiffs Andres Mejia and Christina Kim Philibotte.

                                    Respectfully submitted,

                                    DISABILITY RIGHTS CENTER-
                                  NEW HAMPSHIRE, INC.

Date: December 29, 2021                By:  /s/ Sarah J. Jancarik

                                              Sarah J. Jancarik (#272310)
                                              sarahj@drcnh.org
                                              64 North Main Street, Ste. 2
                                              Concord, NH 03301
                                              (603) 228-0432 (general office number)
                                              (603) 225-2077 (general office fax number)

## CERTIFICATE OF SERVICE

       I certify that this Notice of Appearance has been electronically served through ECF to all parties who have appeared.

Dated:  December 29, 2021                      <u>/s/ Sarah J. Jancarik</u>