**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ANDRES MEJIA, | ) |
| | ) |
| CHRISTINA KIM PHILIBOTTE, and | ) |
| | ) |
| NATIONAL EDUCATION | ) |
| ASSOCIATION-NEW HAMPSHIRE, | ) |
| | )   Civil No. _____ |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK   EDELBLUT, in   his   official | ) |
| capacity only as the Commissioner of the | ) |
| New Hampshire Department of Education, | ) |
| | ) |
| JOHN M. FORMELLA, in his official | ) |
| capacity only as the Attorney General of the | ) |
| State of New Hampshire, | ) |
| | ) |
| AHNI MALACHI, in her official capacity | ) |
| only as the Executive Director of the New | ) |
| Hampshire Commission for Human Rights, | ) |
| | ) |
| CHRISTIAN KIM, in his official capacity | ) |
| only as the Chair of the New Hampshire | ) |
| Commission for Human Rights, | ) |
| | ) |
| KEN MERRIFIELD, in his official capacity | ) |
| only   as   the   Commissioner   of   the | ) |
| Department of Labor, | ) |
| | ) |
| Defendants. | ) |

**ASSENTED-TO MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF SARAH**
**HINGER AS ADDITIONAL COUNSEL FOR PLAINTIFFS MEJIA AND PHILIBOTTE**

Pursuant to Local Civil Rule 83.2(b), I hereby move for the admission, *pro hac vice*, of

Sarah Hinger, an attorney with the American Civil Liberties Union, and a member of the Bar of

the State of New York since 2010 and of the Southern District of New York since 2019, as

1

additional counsel for Plaintiffs Andres Mejia and Christina Philibotte in this case.  Attorney

Hinger's affidavit is filed herewith.    All parties assent to the relief requested in this motion.

WHEREFORE, I respectfully request that this Honorable Court:

A.  Grant this Motion for Admission Pro Hac Vice of Sarah Hinger as additional counsel

for Plaintiffs Andres Mejia and Christina Kim Philibotte; and

B.  Grant such other and further relief as may be just and equitable.

Date: January 11, 2022

Respectfully submitted,


*/s/ Gilles Bissonnette*
Gilles Bissonette (N.H. Bar No. 265393)
American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301
T: (603) 224-5591
gilles@aclu-nh.org

### SUPPORTING AFFIDAVIT OF COLIN MCGRATH, ESQ.

Sarah Hinger, Esq., pursuant to Local Rule 83.2(b)(1), hereby certifies that:

1. My office is located at 125 Broad Street, 18th Floor, New York, NY 10004 and my phone number is (212) 519-7882.

2. I am a member in good standing of the Bar of New York and the Southern District of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I am not presently admitted to any other courts.

3. I have not been the subject of any past or pending disciplinary matters and have no prior felony or misdemeanor criminal convictions.

4. My *pro hac vice* status has never been denied or revoked in any court.


Dated:   January 11, 2022

New York, New York

*/s/ Sarah Hinger*
Sarah Hinger
American Civil Liberties Union
125 Broad St., 18th Floor
New York, New York 10004
Telephone:   (212) 519-7882
Facsimile:   (212) 549-2654
Email:       shinger@aclu.org