# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRES MEJIA, | ) |
| | ) |
| CHRISTINA KIM PHILIBOTTE, and | ) |
| | ) |
| NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE, | ) ) |
| | )   Civil No. 1:21-cv-01077-PB |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, | ) ) ) |
| | ) |
| JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, | ) ) ) |
| | ) |
| AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, | ) ) ) |
| | ) |
| CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, | ) ) ) |
| | ) |
| KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, | ) ) ) |
| | ) |
| Defendants. | ) |

**ASSENTED-TO MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF EMERSON SYKES AS ADDITIONAL COUNSEL FOR PLAINTIFFS MEJIA AND PHILIBOTTE**

Pursuant to Local Civil Rule 83.2(b), I hereby move for the admission, *pro hac vice*, of Emerson Sykes, an attorney with the American Civil Liberties Union, and a member of the New York Bar (2d Dept.), as additional counsel for Plaintiffs Andres Mejia and Christina Kim Philibotte in this case. Attorney Sykes's affidavit is filed herewith. All parties assent to the relief

requested in this motion.

WHEREFORE, I respectfully request that this Honorable Court:

A. Grant this Motion for Admission Pro Hac Vice of Emerson Sykes as additional counsel for Plaintiffs Andres Mejia and Christina Kim Philibotte; and

B. Grant such other and further relief as may be just and equitable.

Date: January 11, 2022                    Respectfully submitted,

*/s/ Gilles Bissonnette*
Gilles Bissonette (N.H. Bar No. 265393)
American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301
T: (603) 225-3080
gilles@aclu-nh.org

**SUPPORTING AFFIDAVIT OF EMERSON SYKES**

I, Emerson Sykes, pursuant to Local Rule 83.2(b)(1), hereby certify that:

1. My office is located at 125 Broad Street, 18th Floor, New York, NY 10004 and my phone number is (212) 549-2500.

2. I am a member in good standing of the New York Bar (2d Dept., admitted 6/6/19). I am also presently admitted to the following Courts: Supreme Court of the United States (admitted 6/6/19), 1st Circuit (admitted 1/25/21), 2nd Circuit (admitted 11/20/20), 9th Circuit (admitted 2/2/21), 11th Circuit (admitted 3/9/21), and the Western District of Oklahoma (admitted 11/4/21).

3. I have not been the subject of any past or pending disciplinary matters and have no prior felony or misdemeanor criminal convictions.

4. My *pro hac vice* status has never been denied or revoked in any court.

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

Dated:   January 11, 2022                /s/ *Emerson Sykes*
                                         Emerson Sykes
         New York, NY                    American Civil Liberties Union
                                         125 Broad St., 18th Floor
                                         New York, New York 10004
                                         Telephone:   (212) 519-2500
                                         Facsimile:   (212) 549-2654
                                         Email:       ESykes@aclu.org