# Exhibit A



Verizon 10:49 AM 81%

Keith Butterz

Facebook

You're not friends on Facebook
1 mutual friend: Melissa Marr

VIEW PROFILE

9:33 AM

Whats up homo? I heard your teaching Marxist commie CRT in your classrooms....

You can fuck right off you garbage human!

If you reply, Keith Butterz will also be able to call you and see info like your Active Status and when you've seen messages.

Block  Delete