## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.<br>        Plaintiffs,<br>        v.<br>FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.<br>        Defendants. | Civil No. 1:21-cv-01063-JL<br>[First-Filed Action] |
| ANDRES MEJIA,<br>CHRISTINA KIM PHILIBOTTE, and<br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br>        Plaintiffs,<br>        v.<br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,<br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br>        Defendants. | Civil No. 1:21-cv-01077-PB<br>[Second-Filed Action] |

## APPEARANCE OF COUNSEL

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

>**LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.**

Dated: March 9, 2022

/s/ Charles G. Moerdler
Charles G. Moerdler
*Admitted *Pro Hac Vice*
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400
cmoerdler@stroock.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Appearance was served by the Court's CM/ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing ("NEF").

/s/ Charles G. Moerdler
Charles G. Moerdler