# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.<br>　　　　Plaintiffs,<br>　　　　　　v.<br>FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.<br>　　　　Defendants.<br>------------------------------------------------------------------------<br>ANDRES MEJIA,<br>CHRISTINA KIM PHILIBOTTE, and<br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br>　　　　Plaintiffs,<br>　　　　　　v.<br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,<br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br>　　　　Defendants. | Civil No. 1:21-cv-01077-PB |

**THE PARTIES' JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER**

Pursuant to the Court's March 8, 2022 status conference, the Parties hereby move for entry of the following Case Management Order:

1. The State Defendants shall file their Motion(s) to Dismiss to both the AFT Complaint and the Mejia/NEA-NH Complaint by **March 25, 2022**.

2. The AFT Plaintiffs and Mejia/NEA-NH Plaintiffs shall file their Objection(s) by **May 20, 2022**.

3. The State Defendants shall file any Reply Brief(s), if applicable, by **June 10, 2022**.

4. The AFT Plaintiffs and Mejia/NEA-NH Plaintiffs shall file any Sur-reply by **July 1, 2022**.

5. The Parties request that oral argument be conducted in July (excluding July 4-12) or August (excluding the weeks of August 1-5, August 22-26, August 29 - September 2), or at the Court's earliest possible convenience.

6. The AFT Plaintiffs and the Mejia/NEA-NH Plaintiffs will proceed with the utmost possible coordination in their respective cases. Each Plaintiff group will make every effort to avoid duplicative submissions, but reserves the right to submit supplemental pleadings or submissions where there is not unanimous agreement on material issues of fact or law or the positions thereon are at significant variance as between the Plaintiff groups, where the claims raised are being brought by only one client group, or where the application of fact to law is unique to a particular Plaintiff.

7. In the event the State Defendants' Motion(s) to Dismiss is denied in whole or in part, the Parties will confer and propose a schedule and further case management plan to this Court

for future phases of this case, including a Discovery Plan for any applicable discovery, summary judgment briefing, and any bench trial where appropriate.

      WHEREFORE, the parties' respectfully request that this Court:

    A.    Enter the foregoing Case Management Plan; and

    B.    Award such other relief as the Court deems just and equitable.

March 21, 2022

Respectfully submitted,

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools,

By and through their attorneys,

*/s/ Peter J. Perroni*
NOLAN PERRONI PC
NH Bar. No. 16250
73 Princeton Street
North Chelmsford, MA 01863
(978) 454-3800
peter@nolanperroni.com

STROOCK & STROOCK & LAVAN LLP
Charles G. Moerdler, Esq.*
David J. Kahne, Esq.*
180 Maiden Lane
New York, New York 10038
(212) 806-5400
cmoerdler@stroock.com
Pro Hac Vice

SELENDY & GAY PLLC
Faith Gay, Esq.*
1290 6th Avenue
New York, NY 10104
(212) 390-9000
fgay@selendygay.com
Pro Hac Vice


AMERICAN FEDERATION OF TEACHERS
David J. Strom*
555 New Jersey Ave. NW
Washington DC 20001
(202) 393-7472
dstrom@aft.org
Pro Hac Vice


PHILLIPS, RICHARD & RIND, P.A.
Mark Richard*

4

9360 S.W. 72nd Street, Suite 283
Miami, FL 33137
(305) 412-8322

<u>Pro Hac Vice</u>

ANDRES MEJIA AND CHRISTINA KIM PHILIBOTTE,

By and through their attorneys,

| | |
|---|---|
| */s/ Gilles R. Bissonnette* | */s/ David A. Vicinanzo* |
| Gilles R. Bissonnette (N.H. Bar. No. 265393) | David A. Vicinanzo (N.H. Bar No. 9403) |
| Henry R. Klementowicz (N.H. Bar No. 21177) | NIXON PEABODY LLP |
| SangYeob Kim (N.H. Bar No. 266657) | 900 Elm Street, 14th Floor |
| AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE | Manchester, NH 03101 |
| 18 Low Avenue, Concord, NH 03301 | Tel.: 603.628.4000 |
| Tel.  603.224.5591 | dvicinanzo@nixonpeabody.com |
| gilles@aclu-nh.org | |
| henry@aclu-nh.org | |
| sangyeob@aclu-nh.org | |
| | |
| Chris Erchull (N.H. Bar No. 266733) | Travis Hill* |
| GLBTQ LEGAL ADVOCATES & DEFENDERS | NIXON PEABODY LLP |
| 18 Tremont, Suite 950 | 55 West 46th Street |
| Boston, MA 02108 | New York, NY 10036-4120 |
| Tel.: 617.426.1350 | Tel.: 212.940.3131 |
| cerchull@glad.org | thill@nixonpeabody.com |
| | |
| Sarah J. Jancarik (N.H. Bar No. 272310) | Morgan C. Nighan (N.H. Bar No. 21196) |
| DISABILITY RIGHTS CENTER-NEW HAMPSHIRE | NIXON PEABODY LLP |
| 64 N Main St, Ste 2 | Exchange Place |
| Concord, NH 03301-4913 | 53 State Street |
| Tel.: 603.228.0432 | Boston, MA 02109-2835 |
| Sarahj@drcnh.org | Tel.: 617.345.1031 |
| | mnighan@nixonpeabody.com |
| | |
| William E. Christie (N.H. Bar No. 11255) | Emerson Sykes* |
| S. Amy Spencer (N.H. Bar No. 266617) | Speech, Privacy, and Technology Project |
| SHAHEEN & GORDON, P.A. | Leah Watson* |
| 107 Storrs Street | Sarah Hinger* |
| P.O. Box 2703 | Racial Justice Program |
| Concord, NH 03302 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Tel.: 603.225.7262 | 125 Broad Street, 18th Floor |
| wchristie@shaheengordon.com | New York, NY 10004 |
| saspencer@shaheengordon.com | Tel.: 212.549.2500 |
| | esykes@aclu.org |
| | lwatson@aclu.org |
| | shinger@aclu.org |

NATIONAL EDUCATION ASSOCIATION-
NEW HAMPSHIRE,

By and through its attorneys,

/s/ Esther K. Dickinson
Esther K. Dickinson (N.H. Bar No. 20764)
Lauren Snow Chadwick (N.H. Bar No. 20288)
Staff Attorneys
NATIONAL EDUCATION ASSOCIATION-
    NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
edickinson@nhnea.org
lchadwick@nhnea.org

Nathan R. Fennessy (N.H. Bar No. 264672)
Rue K. Toland (N.H. Bar No. 269021)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
nfennessy@preti.com
rtoland@preti.com

Alice O'Brien*
Jason Walta*
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
aobrien@nea.org
jwalta@nea.org


*Admitted *pro hac vice*.

Frank Edelblut, Commissioner, New Hampshire Department of Education,
Christian Kim, Chair of the New Hampshire Commission on Human Rights,
John M. Formella, Attorney General of the State of New Hampshire,
Ahni Malachi, Executive Director of the New Hampshire Commission on Human Rights,
Ken Merrifield, New Hampshire Department of Labor,

By their attorneys,

John M. Formella
Attorney General

*/s/ Samuel Garland*
Samuel Garland (N.H. Bar No. 266273)
N.H. Department of Justice
Civil Bureau
33 Capitol Street
Concord, NH 03301
Tel. 603.271.3658
samuel.garland@doj.nh.gov