## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. <br>　　　　Plaintiffs, <br>　　　　　　v. <br>FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. <br>　　　　Defendants. <br>-------------------------------------------------------------------------- <br>ANDRES MEJIA, <br>CHRISTINA KIM PHILIBOTTE, and <br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE, <br>　　　　Plaintiffs, <br>　　　　　　v. <br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, <br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, <br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, <br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, <br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, <br>　　　　Defendants. | Civil No. 1:21-cv-01077-PB |

1

## **NOTICE OF APPEARANCE**

I hereby notify the court of my appearance for Plaintiffs Andres Mejia and Christina Kim Philbotte.

Dated:  March 21, 2022	Respectfully submitted,

	DISABILITY RIGHTS CENTER-NEW
	HAMPSHIRE, INC.

	By:	/S/ Pamela E. Phelan
		Pamela E. Phelan (Bar #10089)
		pamelap@drcnh.org
		64 North Main Street, Ste. 2
		Concord, NH 03301
		(603) 228-0432 (general office number)
		(603) 225-2077 (general office fax number)

CERTIFICATE OF SERVICE

I certify that this Notice of Appearance has been electronically served through ECF to all parties who have appeared.

Dated: March 21, 2022	/S/ Pamela E. Phelan