UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| LOCAL, 8027 AFT-NEW HAMPSHIRE, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, et al., <br><br> Defendants. | Case No. 1:21-cv-1077-PB |

**MOTION TO DISMISS AFT-NH COMPLAINT (ECF Doc. No. 30)**

Frank Edelblut, in his official capacity as Commissioner of the Department of Education, John M. Formella, in his official capacity as Attorney General of the State of New Hampshire, Ahni Malachi, in her official capacity as Executive Director of the Commission for Human Rights, Christian Kim, in his official capacity as Chair of the Commission for Human Rights, and Kenneth Merrifield, in his official capacity as Commissioner of the Department of Labor (the "defendants"), by and through the Office of the New Hampshire Attorney General, move to dismiss the complaint filed by Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richman, John Dube, Jocelyn Merrill, Kimberly Green Elliott, and Meghan Eveyln Durden (ECF Doc. No. 30) (the "AFT-NH complaint"). The AFT-NH complaint should be dismissed under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for the reasons set forth in the memorandum of law filed contemporaneously with this motion. **Sections I**, **II**, and **III** of the argument section of the defendants' memorandum of law pertain to the claims asserted in the AFT-NH complaint. *See* Defs.' Mem. Law at 11–37.

- 2 -

WHEREFORE, the defendants respectfully request that this Honorable Court:

A. Dismiss the AFT-NH complaint (ECF Doc. No. 30) for the reasons set forth in **Sections I**, **II**, and **III** of the memorandum of law filed contemporaneously with this motion; and

B. Grant such other relief as the Court deems just and equitable.

        Respectfully submitted,

        FRANK EDELBLUT, in his official capacity as Commissioner of the Department of Education,

        JOHN M. FORMELLA, in his official capacity only as Attorney General of the State of New Hampshire,

        AHNI MALACHI, in her official capacity as Executive Director of the Commission for Human Rights,

        CHRISTIAN KIM, in his official capacity as Chair of the Commission for Human Rights,

        *and*

        KENNETH MERRIFIELD, in his official capacity as Commissioner of the Department of Labor

        By their attorney,

        JOHN M. FORMELLA
        ATTORNEY GENERAL

Date: March 25, 2022        */s/ Samuel Garland*
        Samuel R.V. Garland, Bar #266273
        Assistant Attorney General
        Civil Bureau
        New Hampshire Dept. of Justice
        33 Capitol Street
        Concord, NH 03301
        (603) 271-3650
        Samuel.RV.Garland@doj.nh.gov

- 3 -

## Certificate of Service

I hereby certify that a copy of the foregoing was served on all counsel of recording using the Court's electronic-filing service.

>  /s/ Samuel Garland
>  Samuel R.V. Garland