

**General Court of New Hampshire - Bill Status System**

# Docket of HB544

Docket Abbreviations

**Bill Title:** relative to the propagation of divisive concepts.

*Official Docket of* **HB544.**:

| Date | Body | Description |
|---|---|---|
| 1/12/2021 | H | **Introduced** (in recess of) 01/06/2021 and referred to Executive Departments and Administration **HJ 2** P. 53 |
| 2/3/2021 | H | ==RECESSED== Public Hearing: 02/11/2021 11:30 am Members of the public may attend using the following link: To join the webinar: https://zoom.us/j/91078617911 / Executive session on pending legislation may be held throughout the day (time permitting) from the time the committee is initially convened. |
| 2/11/2021 | H | ==CONTINUED== Public Hearing: 02/18/2021 01:30 pm Members of the public may attend using the following link: To join the webinar: https://zoom.us/j/97238685330 / Executive session on pending legislation may be held throughout the day (time permitting) from the time the committee is initially convened. |
| 3/24/2021 | H | Majority Committee Report: Ought to Pass with Amendment **#2021-0611h** (Vote 10-9; RC) **HC 18** P. 45 |
| 3/24/2021 | H | Minority Committee Report: Inexpedient to Legislate |
| 4/8/2021 | H | Lay on Table (Rep. Osborne): MA DV 347-18 04/08/2021 **HJ 6** P. 72 |
| 1/6/2022 | H | Died on Table, Session ended 01/05/2022 |

NH House          NH Senate