Rep. Ammon, Hills. 40
March 3, 2021
2021-0611h
05/04



## Amendment to HB 544

1  Amend RSA 10-C:1, I as inserted by section 1 of the bill by replacing it with the following:
2
3      I.  "Contractor" means any and all persons, individuals, corporations, or businesses of any
4  kind that in any manner have entered into a contract to perform a service for, or perform a
5  subcontract pursuant to a contract to perform a service for, or with the state of New Hampshire.
6
7  Amend RSA 10-C:2, V(a)(1) as inserted by section 1 of the bill by replacing it with the following:
8
9      (1)  The head of each agency shall ensure that the agency, agency employees while on
10 duty status, and any contractors hired by the agency to provide training, workshops, forums, or
11 similar programming to agency employees do not teach, advocate, act upon, or promote in any
12 training to agency employees any of the divisive concepts listed in RSA 10-C:1, II; and
13
14 Amend RSA 10-C:3 as inserted by section 1 of the bill by inserting after paragraph II the following
15 new paragraph and renumbering the original paragraph III to read as paragraph IV:
16
17     III  Nothing in this chapter is meant to include as a "contract or subcontract" certain
18 government financial assistance, including but not limited to the taking or receiving of loans, tax
19 credits, tax incentives, tax abatements or gifts deriving from money sent from the federal
20 government or agency designed or meant to assist during or after a declared emergency, including
21 but not limited to health, weather, riot, civil disobedience or acts of foreign agents, or designed as
22 economic stimulus during economic emergency.