Case 1:21-cv-01077-PB   Document 36-5   Filed 03/25/22   Page 1 of 5

EXHIBIT D

General Court of New Hampshire - Bill Status System

# Docket of HB2

[Docket Abbreviations]

**Bill Title:** relative to state fees, funds, revenues, and expenditures.

*Official Docket of* **HB2.**:

| Date | Body | Description |
|---|---|---|
| 3/2/2021 | H | **Introduced** (in recess of) 02/25/2021 and referred to Finance **HJ 4** P. 48 |
| 3/8/2021 | H | Division III Work Session: 03/09/2021 12:00 pm Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| 3/9/2021 | H | Division III Work Session: 03/12/2021 12:00 pm Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| 3/12/2021 | H | Division III Work Session: 03/15/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| 3/10/2021 | H | Division I Work Session: 03/16/2021 09:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/94444579237 |
| 3/10/2021 | H | Division II Work Session: 03/16/2021 10:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| 3/8/2021 | H | Division III Work Session: 03/16/2021 10:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| 3/16/2021 | H | Public Hearing: 03/16/2021 01:00 pm Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/92166004660 |
| 3/12/2021 | H | Division II Work Session: 03/17/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| 3/11/2021 | H | Division III Work Session: 03/18/2021 09:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| 3/12/2021 | H | Division II Work Session: 03/18/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| 3/11/2021 | H | Division III Work Session: 03/19/2021 09:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| 3/17/2021 | H | Division II Work Session: 03/22/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| 3/17/2021 | H | Division III Work Session: 03/22/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| 3/17/2021 | H | Division II Work Session: 03/23/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| 3/15/2021 | H | Division I Work Session: 03/23/2021 10:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/94444579237 |

| | | |
|---|---|---|
| 3/17/2021 | H | Division II Work Session: 03/24/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| 3/17/2021 | H | ==CANCELLED== Division III Work Session: 03/25/2021 09:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| 3/17/2021 | H | Division II Work Session: 03/25/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| 3/17/2021 | H | ==CANCELLED== Division III Work Session: 03/26/2021 09:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| 3/17/2021 | H | ==CANCELLED== Division II Work Session: 03/26/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| 3/25/2021 | H | Executive Session: 03/29/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/92166004660 |
| 3/25/2021 | H | ==CANCELLED== Executive Session: 03/30/2021 09:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/92166004660 |
| 3/25/2021 | H | ==TIME CHANGE== Executive Session: 03/31/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/92166004660 |
| 4/1/2021 | H | Majority Committee Report: Ought to Pass with Amendment **#2021-1059h** (Vote 12-9; RC) **HC 18** P. 30 |
| 4/1/2021 | H | Minority Committee Report: Inexpedient to Legislate |
| 4/7/2021 | H | Amendment **#2021-1059h**: AA **RC** 204-178 04/07/2021 **HJ 5** P. 87 |
| 4/7/2021 | H | FLAM **#2021-1064h** (Reps. Walz, Hatch): AF **RC** 175-203 04/07/2021 **HJ 5** P. 89 |
| 4/7/2021 | H | FLAM **#2021-1065h** (): AF **RC** 175-206 04/07/2021 **HJ 5** P. 92 |
| 4/7/2021 | H | FLAM **#2021-1068h** (Reps. Rogers, Nordgren, Wallner): AF **RC** 181-199 04/07/2021 **HJ 5** P. 94 |
| 4/7/2021 | H | FLAM **#2021-1071h** (Rep. McWilliams): AF **RC** 177-206 04/07/2021 **HJ 5** P. 96 |
| 4/7/2021 | H | FLAM **#2021-1073h** (Rep. Heath): AF **RC** 174-206 04/07/2021 **HJ 5** P. 99 |
| 4/7/2021 | H | FLAM **#2021-1062h** (Reps. Heath, K. Murray): AF **RC** 178-203 04/07/2021 **HJ 5** P. 101 |
| 4/7/2021 | H | FLAM **#2021-1093h** (Reps. Leishman, Buco): AF **RC** 186-197 04/07/2021 **HJ 5** P. 104 |
| 4/7/2021 | H | FLAM **#2021-1094h** (Reps. Hatch, Leishman, Buco, Walz): AF **RC** 176-208 04/07/2021 **HJ 5** P. 106 |
| 4/7/2021 | H | FLAM **#2021-1063h** (Rep. Hatch): AF **RC** 186-193 04/07/2021 **HJ 5** P. 109 |
| 4/7/2021 | H | FLAM **#2021-1069h** (Reps. Nordgren, Rogers, Wallner): AF **RC** 180-201 04/07/2021 **HJ 5** P. 115 |
| 4/7/2021 | H | FLAM **#2021-1066h** (Reps. Rogers, Nordgren, Wallner): AF **RC** 184-194 04/07/2021 **HJ 5** P. 117 |
| 4/7/2021 | H | FLAM **#2021-1104h** (Rep. Almy): AF **RC** 161-218 04/07/2021 **HJ 5** P. 120 |
| 4/7/2021 | H | **Ought to Pass with Amendment** 2021-1059h: MA **RC** 200-181 04/07/2021 **HJ 5** P. 123 |

| | | |
|---|---|---|
| 4/7/2021 | H | Reconsider (Rep. Osborne): MF **RC** 175-204 04/07/2021 **HJ 5** P. 125 |
| 4/7/2021 | S | Introduced 04/01/2021 and Referred to Finance; **SJ 11** |
| 4/22/2021 | S | Remote **Hearing:** 05/04/2021, 01:00 pm; Links to join the hearing can be found in the Senate Calendar; **SC 21** |
| 4/22/2021 | S | Remote **Hearing:** 05/04/2021, 06:00 pm; Links to join the hearing can be found in the Senate Calendar; **SC 21** |
| 5/28/2021 | S | Committee Report: Ought to Pass with Amendment **#2021-1799s**, 06/03/2021; **SC 26** |
| 6/3/2021 | S | Sen. Soucy Moved to divide the Question on Committee Amendment 2021-1799s: on Sections 74-75: Sections 427-429, Sections 397-404; and Section 412; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | The Chair ruled the Question Divisible; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Committee Amendment **#2021-1799s**, on Sections 74-75 Sections 427-429 Sections 397-404 and Section 412, **RC** 24Y-0N, AA; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Bradley Moved to divide the Question on Committee Amendment 2021-1799s Sections 89-102 and then the Remainder; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | The Chair ruled the Question Divisible; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Committee Amendment **#2021-1799s**, on Sections 89-102, **RC** 13Y-10N, AA; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Committee Amendment **#2021-1799s**, Remainder of the Committee Amendment, **RC** 14Y-10N, AA; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Bradley Floor Amendment **#2021-1816s**, **RC** 24Y-0N, AA; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Whitley Floor Amendment **#2021-1862s**, **RC** 10Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Kahn Floor Amendment **#2021-1855s**, **RC** 10Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Rosenwald Floor Amendment **#2021-1850s**, **RC** 10Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Kahn Floor Amendment **#2021-1863s**, **RC** 10Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. D'Allesandro Floor Amendment **#2021-1861s**; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Bradley Moved to divide the Question on Floor Amendment 2021-1861s on Sections 89-102 of the Amending Language and then the Remainder of the Amendment; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | The Chair ruled the Question Divisible; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Floor Amendment **#2021-1861s**, Sections 89-102 of the Amending Language, **RC** 10Y-13N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Floor Amendment 2021-1861s; on the Remainder of the Amendment **RC** 10Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Rosenwald Floor Amendment **#2021-1858s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Perkins Kwoka Floor Amendment **#2021-1859s**, AA, VV; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Rosenwald Floor Amendment **#2021-1847s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Birdsell Floor Omendment **#2021-1842s**, **RC** 14Y-9N, AA; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Soucy Floor Amendment **#2021-1874s**, **RC** 9Y-14N, AF; |

| Date | Chamber | Action |
|---|---|---|
| | | 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Kahn Floor Amendment **#2021-1876s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Whitley Floor Amendment **#2021-1883s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Sherman Floor Amendment **#2021-1878s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Rosenwald Floor Amendment **#2021-1875s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Kahn Floor Amendment **#2021-1852s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Whitley Floor Amendment **#2021-1867s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Soucy Floor Amendment **#2021-1815s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Rosenwald Floor Amendment **#2021-1882s**, **RC** 9Y-14N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Daniels Floor Amendment **#2021-1821s**, AA, VV; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Carson Floor Amendment **#2021-1827s**, AA, VV; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Giuda Floor Amendment **#2021-1838s**, **RC** 8Y-15N, AF; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Hennessey Floor Amendment **#2021-1866s**, AA, VV; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Bradley Floor Amendment **#2021-1884s**, AA, VV; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Sen. Bradley Moved to divide the Question on **Ought to Pass with Amendment** on Sections 89-102 and then the Remainder of the Bill; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | The Chair ruled the Question Divisible; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | **Ought to Pass with Amendment** on Sections 89-102, **RC** 13Y-9N, MA, 06/03/2021; **SJ 18** |
| 6/3/2021 | S | **Ought to Pass with Amendment** on the Remainder of the Bill, **RC** 14Y-9N, MA, OT3rdg; 06/03/2021; **SJ 18** |
| 6/3/2021 | S | Without Objection, the Clerk is authorized to make technical and administrative corrections which are necessary to reflect the intent of the Senate, Relative to Bills and Amendments Passed Today, MA; 06/03/2021; **SJ 18** |
| 6/9/2021 | H | House Non-Concurs with Senate Amendment 2021-1799s and 2021-1816s and 2021-1859s and 2021-1842s and 2021-1821s and 2021-1827s and 2021-1866s and 2021-1884s and Requests CofC (Reps. L. Ober, Weyler, Umberger, Turcotte, Packard): MA VV 06/04/2021 **HJ 9** P. 53 |
| 6/9/2021 | H | Speaker Appoints Alternates: Reps. Edwards, Leishman, Wallner, Major, Emerick 06/04/2021 **HJ 9** P. 53 |
| 6/10/2021 | S | Sen. Daniels Accedes to House Request for Committee of Conference, MA, VV; (In recess 06/03/2021); **SJ 19** |
| 6/10/2021 | S | President Appoints: Senators Morse, Bradley, Rosenwald; (In Recess 06/03/2021); **SJ 19** |
| 6/10/2021 | H | ==RECESSED== Conference Committee Meeting: 06/14/2021 11:00 am LOB 210-211 |

| | | |
|---|---|---|
| 6/14/2021 | H | Conferee Change: Rep. Erf added as Alternate 06/10/2021 **HJ 10** P. 22 |
| 6/15/2021 | H | ==RECESSED== Conference Committee Meeting: 06/15/2021 01:00 pm LOB 210-211 |
| 6/16/2021 | H | ==RECESSED== Conference Committee Meeting: 06/16/2021 01:00 pm LOB 210-211 |
| 6/17/2021 | H | ==CONTINUED== Conference Committee Meeting: 06/17/2021 10:00 am LOB 210-211 |
| 6/17/2021 | S | Conferee Change; Senator Daniels Replaces Senator Rosenwald; **SJ 20** |
| 6/17/2021 | H | Conferee Change: Rep. Edwards Replaces Rep. Turcotte 06/10/2021 **HJ 10** P. 23 |
| 6/17/2021 | H | Conferee Change: Rep. Emerick Replaces Rep. Packard 06/10/2021 **HJ 10** P. 23 |
| 6/17/2021 | S | Conference Committee Report Filed, **#2021-2040c**; 06/24/2021 |
| 6/24/2021 | S | Conference Committee Report **#2021-2040c**; **RC** 14Y-10N, Adopted; 06/24/2021; **SJ 20** |
| 6/24/2021 | H | Conference Committee Report 2021-2040c: Adopted, **RC** 198-181 06/24/2021 |
| 6/24/2021 | H | Reconsider (Rep. Osborne): MF DV 172-203 06/24/2021 |
| 6/25/2021 | S | Enrolled Bill Amendment **#2021-2048e** Adopted, VV, (In recess of 06/24/2021); **SJ 20** |
| 6/25/2021 | H | Enrolled Bill Amendment **#2021-2048e**: AA VV (in recess of) 06/24/2021 |
| 6/25/2021 | S | Enrolled Adopted, VV, (In recess 06/24/2021); **SJ 20** |
| 6/25/2021 | H | Enrolled (in recess of) 06/24/2021 |
| 6/28/2021 | H | Signed by Governor Sununu 06/25/2021; Chapter 91; Unless otherwise specified the remainder of this act shall take effect: 07/01/2021 |

NH House                                                                                                    NH Senate