## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, et al..<br>Defendants. | No. 1:21 cv 1077-PB |

### MOTION FOR *PRO HAC VICE* ADMISSION OF ELIZABETH C. MILBURN

Pursuant to Local Rule 83.1(d), Plaintiffs, LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE, AND JOCELYN MERRILL, individual teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOT and MEGHAN RYAN DURDEN, individual parents of children in the New Hampshire public schools, through undersigned counsel, hereby move for the admission *pro hac vice* of Elizabeth C. Milburn, an attorney with the law firm of Stroock & Stroock & Lavan LLP, to permit her to appear and practice before this Court in the above-captioned matter on behalf of Plaintiffs. A declaration in support of this motion is submitted herewith.

WHEREFORE, undersigned counsel of record and Plaintiffs respectfully request that this Court admit Attorney Elizabeth C. Milburn to appear and practice before this Court, without the presence of the undersigned, in the above-captioned matter.

Date:  March 29, 2022

          Respectfully Submitted,
          For the Plaintiffs,
          By their lawyer,

          /s/ Peter J. Perroni, Esq.
          Peter J. Perroni, Esq. - NH Bar 16259
          Nolan Perroni, P.C.
          The Mill - 73 Princeton Street, Suite 306
          N. Chelmsford, MA 01863
          T: 978. 454. 3800
Dated: 3/29/22          peter@nolanperroni.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 29, 2022.

Dated: 3/29/22          By:   /s/ peter j. perroni