UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

LOCAL 8027, AFT-NEW HAMPSHIRE,
AFL-CIO, et al.

                Plaintiffs,

v.

FRANK EDELBLUT, in his official capacity
only as the Commissioner of the New
Hampshire Department of Education, et al..
                Defendants.

No. 1:21 cv 1077-PB

### DECLARATION OF ELIZABETH C. MILBURN IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Elizabeth C. Milburn, hereby declare and state under penalty of perjury, as follows:

1. I am over eighteen (18) years of age.

2. I make this Declaration on the basis of my personal knowledge.

3. I am an associate with the law firm of Stroock & Stroock & Lavan LLP, in the offices located at 180 Maiden Lane, New York, NY 10038-4982. The telephone number for my office is 212-806-5400 and my e-mail address is ecmilburn@stroock.com.

4. I am a member in good standing of the bar of the State of New York, Bar No. 5683321, as well as the bars of the United States District Courts for the Southern District of New York, the Eastern District of New York, and the United States Courts of Appeals for the Fourth Circuit. I have practiced law in the area of litigation for approximately 4 years.

5. I have never been convicted of any crime.

6. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of New Hampshire, and the New Hampshire Rules of Professional Conduct.

9. By virtue of this Declaration and its submission to this Court, I hereby designate Peter Perroni of Nolan Perroni, P.C., 613 Front Street, Manchester, New Hampshire and a member in good standing of the bar of the United States District Court for the District of New Hampshire, phone number is (603) 921-9132 and e-mail address is peter@nolanperroni.com, as my agent for service of process and the District of New Hampshire as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: March 28, 2022

_____
Elizabeth C. Milburn