# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, et al..<br>                Defendants. | No. 1:21 cv 1077-PB |

## ADDENDUM TO PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF ELIZABETH C. MILBURN PURSUANT TO L.R. 7.1

      Pursuant to Local Rule 7.1, undersigned counsel states that all parties assent and concur in the allowance of this motion.

Date:  March 29, 2022

                                        Respectfully Submitted,
                                        For the Plaintiffs,
                                        By their lawyer,

                                        /s/ Peter J. Perroni, Esq._____
                                        Peter J. Perroni, Esq. - NH Bar 16259
                                        Nolan Perroni, P.C.
                                        The Mill - 73 Princeton Street, Suite 306
                                        N. Chelmsford, MA 01863
                                        T: 978. 454. 3800
Dated: 3/29/22                         peter@nolanperroni.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 29, 2022.

Dated: 3/29/22                        By:     /s/ peter j. perroni