UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

LOCAL 8027, AFT-NEW HAMPSHIRE, ET AL
Plaintiff(s)/United States

v.  Case No. 1:21-cv-01077-PB

FRANK EDELBLUT, ET AL.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs has conventionally filed the following attachment or exhibit: A -- The complete legislative history of HB544 (bates stamped HB544 0001-1361).

This attachment or exhibit has not been filed electronically because:

It exceeds the permitted file size.

Date: 5/16/22

/s/ Gilles Bissonnette
Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603.224.5591
gilles@aclu-nh.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record.

Date: 5/16/22

/s/ Gilles Bissonnette
Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603.224.5591
gilles@aclu-nh.org