UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

 LOCAL 8027, AFT-NEW HAMPSHIRE, ET AL
Plaintiff(s)/United States

                    v.                                    Case No.  1:21-cv-01077-PB

 FRANK EDELBLUT, ET AL.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

        Please take notice that  Plaintiffs                                                      has
conventionally filed the following attachment or exhibit:  B-The legislative history of HB2,
 including only the portions related to challenged law (unless otherwise noted) HB2 0001-1020 .

        This attachment or exhibit has not been filed electronically because:

 It exceeds the permitted file size.

Date: 5/16/22                              /s/  Gilles Bissonnette
                                           Gilles Bissonnette
                                           265393
                                           ACLU of New Hampshire
                                           18 Low Avenue
                                           Concord, NH 03301
                                           603.224.5591
                                           gilles@aclu-nh.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record.

Date: 5/16/22

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603.224.5591

gilles@aclu-nh.org