# Exhibit B

Skip to main content
scroll to top
A A A Change Text Size
Change Site Language
Search The Site
CLOSE
MAKE TEXT SMALLER
MAKE TEXT LARGER
CLOSE
Select Language
Powered by Google Translate Translate

Powered by:
Reset Language to English
CLOSE
Search entire site by keyword or topic Search by keyword or topic...
SEARCH
ALERT

**Get the latest Coronavirus COVID-19 update at https://www.covid19.nh.gov**

New Hampshire
**Department of Education**

- 
- 
- 
- 

## Main navigation

OPEN MENU CLOSE MENU

- Home
- Education Pathways
  - Local District Schools
  - Public Charter Schools
  - Private/Nonpublic Schools
  - Home Education
  - Adult and Continuing Education
  - Education Outside the Classroom
  - Higher Education in New Hampshire
  - Bureau of Special Education Support
  - Career and Technical Education
  - Section 504
- Parents and Students
  - My Local School District
  - Services for my child
  - Appeals and Mediation
  - School Safety
  - Transportation
- Educators
  - Bureau of Credentialing
  - Resources for Teachers
  - Grants and Funding
  - Rules and Regulations
  - Bureau of Student Wellness

- Data Reports
- Partners
- Who We Are
- Careers
- Contact Us
  - NHDOE Email Distribution List

- Home
- Education's Sacred Trust

## In the News

For Immediate Release
April 15, 2022

### Contact

Kim Houghton, Communications Administrator
(603) 513-3030 | kimberly.c.houghton@doe.nh.gov

## Education's Sacred Trust

***Op-ed written by Commissioner Frank Edelblut of the New Hampshire Department of Education***

Educators and the public education system are custodians of a sacred trust.

When children come to school, they arrive reflecting the value systems of the families responsible for raising them. Those value systems are as different as the children themselves.

Recent revelations from educators around the country, mostly on social media platforms like TikTok, reveal a number of educators who believe that it is their responsibility to weigh in on and influence the value systems of the children toward a particular goal. This impulse to influence a child's value system is not limited to educators. As was recently revealed, Disney also wants to weigh in. It is not good enough to simply allow parents and caregivers the responsibility to instill a value system they believe is right for the child. Whether it is a rogue educator or a corporation trying to impose a value system on impressionable youngsters, that is not their job. That is the job of parents and caregivers.

Fortunately, parents can choose to turn off Disney. They can't, however, easily escape the efforts of activist educators who might be knowingly dismantling the foundations of a value system they are attempting to build.
That means that families, when they send their children to school, entrust the educators to respect the value systems that the family is building. This is the sacred trust that educators have.

To be fair, most educators do not engage in such practices, and effective educators know that blatant displays of bias are not necessary. They can teach challenging and sometimes controversial topics without allowing their personal preferences to seep through to the children. A student may never even know a teacher's opinion on a topic, particularly a sensitive topic like sexuality and gender, or perspectives on political systems, whether capitalism or socialism, or an ideological engagement of race and diversity.

Rather, these teachers provide instruction that is developmentally appropriate to the child, and parents are left to determine how, and when, to explain the benefits and consequences of adopting beliefs that align with one side of an argument or another.

But when educators overstep, it weakens the ability for parents to achieve the values they believe to be best for their children, and it squanders the credibility of the profession as a whole.

For the most part, New Hampshire has avoided many of the problems seen on a national level. But, that does not mean that we are immune to them. Recent experiences in New Hampshire show that some of these biases are beginning to seep into our own institutions. This document.pdf exemplifies actual instructional material from New Hampshire schools that parents have identified as conflicting with their values.

One example includes messaging to children as young as 8 and 9 year "that there are totally more than two genders! Some people identify as a gender that is not male or female, some identify as more than one gender, and some people don't identify as any gender." Not only can this be confusing for a child, but it might conflict with – or worse, undermine – the value system of many of the families.

Children in New Hampshire need to learn about capitalism and socialism. And, when those subjects are taught, the teaching needs to be factually accurate. The goal, however, is not to persuade children to become socialists through a biased or subtle affirmation of the tenants of socialism, even if the educator holds a personal belief in that system. Again, for an effective teacher, those beliefs do not seep through. But, when walls of one New Hampshire classroom are adorned with posters extoling the virtues of socialism, the educators undermine the values of families.

Parents of students taking an art class should have a reasonable expectation that they will be learning about, well, art. They should not be concerned, as occurred in another New Hampshire classroom, that the introduction to art will begin with a lesson in pronouns and links to Black Lives Matters for kids and LGBTQ+ for kids.

For a very long time, educators were a highly trusted partner for parents, and in that role, they were given great latitude. With that latitude came great responsibility. Responsibility to support the parents and not undermine their values.

The actions of some educators, which have become increasingly apparent through social media as a result of the pandemic, are undermining the sacred trust that educators hold. Educators have a position of influence over children. The correct use of that influence will support and not compromise the values of families.

Good educators have always recognized that.

.pdfViewer

Portable Document Format (.pdf) . Visit nh.gov for a list of free .pdf readers for a variety of operating systems.

New Hampshire

**Department of Education**

*25 Hall Street | Concord, NH | 03301-3860*
*(603) 271-3494 | TDD Access: Relay NH 1-800-735-2964 | info@doe.nh.gov*
Directions to NHDOE Subscribe to e-news

## Footer - Agency Links

- NH Career and Technical Education
- NH Schools
- iPlatform
- myNHDOE
- Educator Search

## Footer - State Links

- NH Government Careers
- NH Travel & Tourism
- NH Web Portal - NH.gov
- ReadyNH.gov
- Transparent NH

© 2022 State of New Hampshire • All rights reserved

- Accessibility Policy
- Privacy Policy

An official NEW HAMPSHIRE government website

# Original text

Contribute a better translation

# Topic One

EdChange
informing ourselves
reforming our schools
transforming our world
www.EdChange.org

# Equity & Diversity in the U.S.
# A Re-Perception Quiz

1. 57% of people in state prisons for drug offenses in the US are African American. What percentage of illicit drug users in the US are African American?
   a. 14%
   b. 28%
   c. 42%
   d. 56%

2. According to the Southern Poverty Law Center, 34 anti-Muslim organizations were operating in the US in 2015. How many were operating in the US in 2016?
   a. 21
   b. 34
   c. 101
   d. 146

3. According to GLSEN, what percentage of students who report an incident of homophobia at school say the school did nothing in response or told them to ignore it?
   a. 18%
   b. 31%
   c. 48%
   d. 64%

4. US Census data show that African American and Latina women earn how much for every dollar a White man earns?
   a. one dollar and one dollar, respectively
   b. 81 cents and 79 cents respectively
   c. 64 and 56 cents, respectively
   d. 54 cents and 49 cents, respectively

The Service Women's Action Network has reported that women serving in Iraq and ghanistan are less likely to have been killed by an enemy than they are to have been:
a. raped by a colleague
b. dishonorably discharged
c. promoted in rank

6. According to the Center for American Progress, compared with schools attended by at least 90% white students, those attended by at least 90% students of color spend how much less per pupil annually?
   a. $312
   b. $733
   c. $1,028

7. About 5% of the world's people live in the United States. About what percentage of people currently in prison live in the United States?
   a. 5%
   b. 25%
   c. 45%
   d. 65%

8. In a study conducted by the National Bureau of Economic Research, researchers replied to help-wanted ads by sending résumés from fictitious applicants. Each applicant had the same qualifications, but some had stereotypically African American sounding names while others had stereotypically White sounding names. How much more likely were applicants with stereotypically White names to get a callback regarding their applications than applicants with stereotypically Black names?
   a. 15% more likely
   b. 26% more likely
   c. 39% more likely
   d. 50% more likely

9. Identify the source of this quote: "We have deluded ourselves into believing the myth that capitalism grew and prospered out of the Protestant ethic of hard work and sacrifices. Capitalism was built on the exploitation of black slaves and continues to thrive on the exploitation of the poor, both black and white, both here and abroad."
   a. bell hooks
   b. Michael Moore
   c. Martin Luther King, Jr.

10. The median household income in the US has increased 16% since 1980. During the same period, corporate profits after taxes increased 182%, the average income for the wealthiest 1% of families increased 190%, and the average income for the wealthiest 0.01% of families grew 322%. What happened to the average income of the poorest 90% during that time?
   a. increased 16%
   b. increased 0.03%
   c. decreased 16%

*For a list of references as well as other quizzes and answer keys, please visit the Multicultural Pavilion Web site at http://www.edchange.org/multicultural/quizzes.html.*

© EdChange and Paul C. Gorski, 2017
http://www.EdChange.org

a. $312
b. $733
c. $1,028

7. About 5% of the world's people live in the United States. About what percentage of people currently in prison live in the United States?

a. 5%
b. 25%
c. 45%
d. 65%

8. In a study conducted by the National Bureau of Economic Research, researchers replied to help-wanted ads by sending résumés from fictitious applicants. Each applicant had the same qualifications, but some had stereotypically African American sounding names while others had stereotypically White sounding names. How much more likely were applicants with stereotypically White names to get a callback regarding their applications than applicants with stereotypically Black names?

a. 15% more likely
b. 26% more likely
c. 39% more likely
d. 50% more likely

9. Identify the source of this quote: "We have deluded ourselves into believing the myth that capitalism grew and prospered out of the Protestant ethic of hard work and sacrifices. Capitali[sm] was built on the exploitation of black slaves and continues to thrive on the exploitation of the poor, both black and white, both here and abroad."

a. bell hooks
b. Michael Moore
c. Martin Luther King, Jr.

2. According to the Southern Poverty Law Center, 34 anti-Muslim organizations were operating in the US in 2015. How many were operating in the US in 2016?
   a. 21
   b. 34
   c. 101
   d. 146

3. According to GLSEN, what percentage of students who report an incident of homophobia at school say the school did nothing in response or told them to ignore it?
   a. 18%
   b. 31%
   c. 48%
   d. 64%

4. US Census data show that African American and Latina women earn how much for every dollar a White man earns?
   a. one dollar and one dollar, respectively
   b. 81 cents and 79 cents respectively
   c. 64 and 56 cents, respectively
   d. 54 cents and 49 cents, respectively

5. The Service Women's Action Network has reported that women serving in Iraq and Afghanistan are less likely to have been killed by an enemy than they are to have been:
   a. raped by a colleague
   b. dishonorably discharged
   c. promoted in rank



That student told me Parent pulled him aside today and asked if he was given an assignment that made him "uncomftorable"

Im not sure how he even know who it was that shared that info. Parent said that teacher had them fill out permission slips? But even with a slip, i would think its still not allowed.



Verizon LTE
8:06 AM
31%
3 People

Probably they pinpointed him because he was at the meeting I did put in a call to the principal because I've never spoken to him before and I wanted to bring up about the fact that the comfort of the students should be in the forefront

I figured it was because he was sitting with us last night

iMessage
Pay

6



Verizon LTE
8:07 AM
34%
3 People
[redacted]
questionable
Saturday 8:22 PM
[redacted]
[redacted] pulled [redacted] aside and told him she "didnt want him being taken advantage of"
[redacted]
[redacted]? Your [redacted]?
[redacted]
[redacted] not mine
The kid that shared those worksheets
[redacted]
Omg
iMessage

Verizon LTE
8:06 AM
31%
3
3 People
That's harassment
Did say yes?
Im not sure
Either way i thought it was wrong of parent to do. That makes the student feel like did something wrong
I think a complaint needs to be filed against parent. I can't imagine being in that students shoes and
iMessage
Pay

Verizon LTE
8:08 AM
36%
3
3 People
engaging with in the middle of the hallway. yelled that talking to me. Loudly. Said it loudly not exactly yelling but said it loudly.
I told I had zero trust in anything, I told that as well. said we had the department of education emailing them and they
reached out to someone trusted, in an uncomftorable situation, and they want to punish for it. Disgusting.
Oh boy. Please find a way to acknowledge and thank this student
I already did. And reminded very brave
iMessage
Pay

Verizon LTE 8:08 AM 36%

Done 14 of 16

students mom because said student stuck up for what's right that will benefit future grades. Absolutely insane. I couldn't believe that [REDACTED] was so rude and I told [REDACTED] I lost all respect for [REDACTED] understood that because [REDACTED] not very nice after school board meetings, apparently, that's what [REDACTED] said. [REDACTED] gonna "fix it" 🙄 yeah I'm not talking to that [REDACTED] ever again.

What did [REDACTED] say to you

Wanted to know who I told (didn't tell [REDACTED] - all of this at 7:15 am WHILE i was walking to my A period class. Questioned me and I walked away because I wasn't engaging with [REDACTED] in the middle of the hallway. [REDACTED] yelled that [REDACTED] talking to me. Loudly. Said it loudly not exactly yelling but said it loudly.
I told [REDACTED] I had zero trust in anything, I told [REDACTED] that as well. [REDACTED] said we had the department of education emailing them and they were scrambling to fix it. The fact that [REDACTED] just assumed it was me no questions asked says enough.






**Edelblut, Louis (Frank)**

**From:** Farrell, Richard
**Sent:** Tuesday, April 12, 2022 9:00 AM
**To:** Edelblut, Louis (Frank)
**Subject:** FW: [redacted]
**Attachments:** Human Relations Course Syllabus.pdf

Please review the attachment.
Rich

Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

***The contents of this message are CONFIDENTIAL Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is PROHIBITED. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.***

**From:** [redacted]
**Sent:** Thursday, April 7, 2022 9:34 AM
**To:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Cc:** [redacted]
**Subject:** [redacted]

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good morning Rich.
We have had an opportunity to review the material that you'd sent and have the following information for you in response to the inquiry.
First and foremost, the activities identified are from the Human Relations Course at [redacted] After review with the principal, curriculum coordinator, and assistant superintendent, we have determined that these activities do fall within the scope of the course. For your information, I have attached a copy of the syllabus. You'll also notice that this syllabus includes a form for parental notification, as well as an invitation for parents to review class assignments on Google Classroom at any time. I'm told that all participants in the class have submitted signed acknowledgements. Furthermore, neither the teacher nor school administrators have received any complaints to date regarding the course content. Should any such objection be received, the district will handle it in accordance with our Policy IGE – Exceptions to Use of Specific Course Material(s). We have also reviewed this material through the lens of the new Divisive Concepts law, and find that the subject of these activities do not apply.

I have copied the school staff involved in this matter on this email – please feel free to let us know if you require further information.
Regards,
[redacted]

# Human Relations with [redacted]

room: [redacted] email: [redacted] phone: [redacted]

## Class Description

Students will develop knowledge, skills, and behaviors to create a greater understanding of themselves, other individuals, families and society. The course will proceed by way of class activities and development of skills to contribute to positive relationships, families and an understanding of our society.

## Class Competencies

**Personal Development:** Students will analyze functions and expectations of personal needs, characteristics and the effects on interpersonal relationships.

**Communication Skills:** Students will demonstrate communication skills that contribute to positive relationships in all aspects of life.

**Leadership & Teamwork:** Students will demonstrate leadership and teamwork.

## Responsibility and Preparation

Come to class on time and prepared. You should be in your seat by the time the bell rings.

### CLASS EXPECTATIONS = LIVE THE LANCER WAY!

1. **Be Positive & Respectful**
2. **Be Prepared & Organized**
3. **Be Present & On-time**
4. **Be Proud**

Situations disregarding our classroom expectations will be handled on a case-by-case basis to emphasize the importance of being our best.

### *Cell Phone Policy*

Please be respectful with the use of personal devices and keep them put away during instructional time. Your device should not be preventing you from doing your work.

## Google Classroom

All lesson materials and assigned work (including papers that are handed out in class) will be posted on Google Classroom for reference and review purposes, or in the event that you are absent. You are encouraged to invite your parent/guardian to our Google Classroom so that they may stay informed about what we are doing in class.



**Course Competencies-**

**Competency 1 - Communication and Collaboration in the classroom**
**Competency 2 - Critical Thinking, Creativity and Problem Solving**
**Competency 3 - Self- Directed Learners**
**Competency 4 - Engaged Citizens in our communities**

## Classroom Work/Grading

Assessments will be done in multiple ways. Bell ringers, quizzes, class activities, exit tickets and reflections will be used in the classroom to formatively assess the students' learning. Performance tasks, projects, presentations and reflective writing will be used to summatively assess a student's work.
**Summative work counts for 80% of your grade.**
**Formative work counts for 20% of your grade.**

## Attendance-

Students are expected to be in class, on time, every day. Attendance will be taken at the beginning of each class and absences will be noted. **Students who miss more than 5 classes per quarter are in danger of failing** the course. In addition, those students who arrive late (without proper documentation) will also be noted and marked as tardy. **3 tardy arrivals count as 1 absence**. REMEMBER..... Most of our course assignments are completed in class so it is in your best interest to be in class to complete the work.

## Materials

Folder
Pencil/Pen
Notebook or paper (guided note sheets will be provided for some lessons)
Laptop/device to access Google Classroom and online assignments

## Make Up Work & Remediation Plans-

**Make-Up-**

If you are absent---it will be **YOUR** responsibility to do the following-

- Check the **Google Classroom** and your **Weekly Overview**
- Initiate communication with me on how to complete any missing formative or summative work
- All make-up work must be completed within one week after returning to school unless an alternative plan is made with your teacher according to the Student Handbook page 9.

**Late work -**

I understand that life happens and assignments will be accepted late. However if arrangements were not approved in advance and the assignment is more than 1 day late, 5 points will be taken off. If assignments are repeatedly turned in late additional points may be taken off. If you are completing an assignment late that is an online assignment, it will be your responsibility to notify me to check the online assignment for your work (send an email, comment on classroom assignment or discuss in person).

**Remediation-**

If you are not satisfied with your success on a summative assignment and you would like to create a plan to improve, you must make arrangements with me to create a remediation plan. Plans will be created based on the assessment, the competencies addressed and the area of need for the student. Remediation must be completed within the same quarter as the original assignment.

**Extra help -**

For extra help, to make up work or just to talk about life, please see me either before school (7:05-7:15) or during my prep period (C period) or lunch (F period). If you need a longer time period I am happy to schedule one with you.

I am looking forward to the opportunity to work with you throughout the semester. LET'S GET GOING! 😊

# Human Relations Units of Study

## Values, Goals & Self

- Values
- Goal-Setting
- Self-Concept
- Self-Esteem

## Stress Management

- What is stress?
- Managing Stress
- Lifestyle, Attitude & Gratitude
- Time Management

## Communication

- "I" Messages
- Levels of Communication
- Handling Conflict
- Communication Styles
- Complaints & Difficult Conversations

## Diversity

- Celebrating our Differences
- Equity vs. Equality
- Race & Privilege
- Gender & Sexuality
- Microaggression

## Media & Technology

- Social Media
- The Evolution of Dating
- Digital Drama & Cyberbullying

## Relationships

- Love
- Friendship
- Healthy Relationships
- Ending Unhealthy Relationships
- Partnership & Marriage
- Family & Parenting Styles
- Family Stressors

## Community

- Leadership & Teamwork
- Community Resources
- Building Confidence
- Community Service





Welcome to
Class
ALL ABOUT
RELATIONSHIPS

**High School---Family & Consumer Sciences Department**

**Teacher** **E-Mail-** **Phone-**

If you need assistance please see me in class or send me an email to set up an appointment.

By signing the course agreement, you are stating you understand the requirements of the course and the expectations. Please have your parent/guardian sign so they are aware of the requirements and expectations of the course as well.

## HUMAN RELATIONS COURSE AGREEMENT

### Please read and sign:

I have read and understood the expectations and requirements of Human Relations course..

**Student Name (please type or print):** ---------------------------------------

**Student Signature:** ---------------------------------------

**Please list any food allergies:** ---------------------------------------

Since our class is held in our foods classroom I would like to be aware of any food allergies to ensure classroom safety.

**Parent/Guardian Signature:** ---------------------------- **Date:** -------------

Parents/Guardians:

- If you have any special skill/experience in relation to the class topics, please feel free to call or email me to set up a time to discuss, or write your phone number below for me to contact you.
- You are welcome to join our Google Classroom to stay up to date on what we are covering in class and review any assignments with your student.
  - Google Classroom code - Human Relations - ______________
- Please feel free to contact me if you have any concerns/suggestions about the class or your child. I look forward to working with you and your child(ren) this semester!

# Topic Two



Today

11:58 AM

A friend has a 6th grader at [redacted] that came home and said that in their 'debate' class they were debating a sexual Relationship between two men. the sixth grader came home and said their debate was very uncomfortable and was about S E X (spelled out because they are too young to even want to say the word!!). not an appropriate topic for 6th...maybe towards the end of high school but not right around puberty...and we are to trust the 'experts' in education have designed the curriculum and have done their due diligence on what is best for kids and age appropriateness??? This has to stop. My friend is still processing it before deciding how to address it with the school.

12:27 PM

3

# Topic Three



March 16, 2022

Dear Families of Fourth Graders:

The Life Science unit will begin prior to spring break this year. This unit focuses on body development and puberty. This unit can be a way of gathering answers to questions students have been curious about, but frequently it can be an uncomfortable topic for some children. I hope that with support from both home and school, we will be able to help students learn accurate information about their bodies in a way that encourages them to be respectful and accepting of themselves and others. I will work with all fourth grade students together in an open teaching format. There will be a focus on basic scientific facts explaining how everyone will go through adolescent changes at their own body's pace. Now is the perfect opportunity for you to take some time to begin a conversation with your child prior to the school lessons to let them know you are there to answer any questions they may have.

Topics covered:

- Anatomy and physiology of the reproductive system
- Emotional and physical changes that begin with puberty
- Health and hygiene
- Personal safety including strangers, safe phone/internet use
- Peer pressure & respect for self and others

If you would like to review the materials that will be used in teaching please feel free to connect with me. Here is a great website if you are looking for information: Amaze.org There are also many other sites, some better than others, so be sure to review beforehand if you want to use it with your child!

Here are some books you might find helpful:

"The Care and Keeping of You" –American Girl Library

"On Your Mark, Get Set, Grow" –Lynda & Andrea Madaras

**Thank you for your help! Please call anytime if you have questions.**

using some of the following:
Speak with your child when you're both relaxed, like over dinner or in the car
Bring these issues up when you hear someone is getting married
If your child says a friend's sister or a teacher is getting married, you can say, "That's fantastic! Is she marrying a man or a woman?"
If you hear your child or one of their friends say, "That's so gay," address it

What's important to remember is that people deserve to express themselves in ways that feels right for them and to be respected no matter how they identify, look or dress

Are there more genders than "boy" and "girl"?

Yes, there are totally more than two genders! Some people identify as a gender that is not male or female, some identify as more than one gender, and some people don't identify as any gender.

How can I tell a person's gender?

What should I do if I don't feel like either a boy or girl, or if how I feel doesn't match my body?

Related Videos

know if I am?

How do I figure out my sexual orientation and identity?

Your sexual orientation refers to the gender(s) of who you're attracted to or who you fall in love with. While sexual orientation is not a choice, it can shift over time for some people. It also may be difficult to understand and make sense of your feelings. Separately, your identity is what you decide to call yourself, which is a decision that can only be made by you. You get to figure out which sexual identity best suits you and what that identity means. Some of these identities are gay, pansexual, lesbian, demisexual, heterosexual, bisexual, asexual and more! It's also all right if your identity changes over time or doesn't exactly match up with your sexual orientation or sexual behaviors. There is no need to feel pressured into identifying a certain way.

## Related Videos




# VIDEO TOPICS

## Gender Identity

What Are Pronouns?

Challenging Male Gender Stereotypes With Jason Rogers

Sex Assigned at Birth and Gender Identity: What Is The Difference?

Range of Gender Identities

Puberty and Transgender Youth

Gender Identity: Gender Roles and Stereotypes

How To Be A LGBTQIA+ Ally

My Friend Is Transgender

Being Female, Male, Transgender or Fluid

Expressing Myself. My Way.

## Healthy Relationships

# Topic Four



Art with Mx.
SLIDESMANIA.COM
1



Awkward

Who is Mx. ?
HELLO! I'm...

My name is Mx.

Mx. is pronounced just like the word "mix." It is a gender-neutral prefix/honorific (like Dr. or Professor or Coach) instead of using Ms., Mrs., or Mr.

Click here for more info!

SLIDESMANIA.COM

# My pronouns are they/them/theirs

Pronouns are what people use to refer to you without using your name. For example, "This is Mx. [redacted] They are my [redacted] teacher! I like them as a teacher. Their favorite color is peacock blue."

Common pronouns:

She/her/hers

He/him/his

They/them/theirs

Click the pronouns for more info on "they"

SLIDESMANIA.COM

# What else should we know about Mx. [redacted]?

Click here for more info on BLM for kids

Click here for more info on how to make safer spaces for LGBTQ+ kids

SLIDESMANIA.COM

# Topic Five



Poster reads:

Socialism

An Economic Ideology

Economic system where the basic means of production is primarily owned and regulated by the government

All for one and one for all

“Socialism is workable only in heaven where it isn’t needed and hell where they’ve got it” Cecil Palmer

A few examples: Socialist Republic of Vietnam 1976-Present, Laos 1975-Present

Socialism also has another meaning. It refers to the kind of economic system most European nations have today. In this kind of socialism the government owns or helps out the major businesses but allows individual ownership of small businesses. Most European governments are parliamentary democracies paired with economic socialism. They are not fascist governments.



Socialism also has another meaning. It refers to the kind of economic system most European nations have today. In this kind of socialism the government owns or helps out the major businesses but allows individual ownership of small businesses. Most European governments are parliamentary democracies paired with economic socialism. They are not fascist governments.
TEACHER'S
Discovery
Goods



SERIOUSLY?
I ♡ This book, because it's history with a lot of opinion. It is not presented like "fact"
We should start the book by reading the Afterward

JASON REYNOLDS
IBRAM X. KENDI
STAMPED
RACISM, ANTIRACISM, AND YOU

A TEACHER TA
OPENS A MIND
HEART, SHAPES
THE #1 NEW YORK TIMES BESTSELLER
JASON REYNOLDS
IBRAM X. KENDI
STAMPED
Certificate of Appreciation

reaming with
antiracist decl
social media o
at antiracist pr
protesters reject
that Black lives don't matter. #BlackLivesMatter quickly transformed from an antiracist love declaration into an antiracist movement filled with young people operating in local BLM groups across the nation, often led by young Black women. Collectively, these activists were pressing against discrimination in all forms, in all areas of society, and from a myriad of vantage points. And in reaction to those who acted as if Black male lives mattered the most, antiracist feminists boldly demanded of America to #SayHerName, to shine light on the women who have also been affected by the hands and feet of racism. Perhaps they, the antiracist daughters of Davis, should be held up as symbols of hope, for taking potential and turning it into power. More important, perhaps we should all do the same.



OJ Simpson Trial
Kind of Skimmed over this....
his com-
ath Row.
ecause of
e stay of
on? Not at the Million Man March, that's for sure. He
vas going
was in Texas, pleading to evangelicals for racial healing.
Instead of listening to the people dealing with it, he went
to beg people not dealing with it to ask God to fix it.
And, of course, it slipped into *pray God fixes Black people.*
Even though a year later, affirmative action was banned
in California, making the playing field, especially as it
pertained to higher education



Dom's Perspective Racism
Everything was now fine (according to whites)
How whites
blame blacks
for their circumstances
. blacks should get over it,
work harder etc.
whites claimed they were
now the victims
Nonetheless, the Civil Rights Act of 1964
first important civil rights legislation since
Rights Act of 1875. Hours after President
signed it into law, on July 2, 1964, he hit the
to play up the whole American



Desegregation is
good for only
elite blacks!
p. 185
Black Power even appealed to the face of the civil righ
movement. That's right, even Dr. King, in 1967, was tur
ing away from assimilationist thought in the same w
W. E. B. Du Bois had later in his life. Dr. King had n

BOOKRAGS

Answer

8. Who do Reynolds and Kendi claim was the world's first racist?

Gomes Eanes de Zurara. A loyal commander in Prince Henry's Army. He was the first person to write about the Black human ownership

9. Who did the world's first racist write a biography about, according to Reynolds and Kendi

Prince Henry.

10. What was the book that the world's first racist wrote titled, according to Reynolds and Kendi?

Pg. 6 The Chronicle of the Discovery and Conquest of Guinea. in 1450

11. How was the world's first racist's book received by the public?

It was a bestseller.

12. How did the world's first racist depict Africans in his book, according to Reynolds a Kendi?

As savages that needed training. Africans needed slavery in ord fed and taught Jesus.

13. What did the Climate Theory say about Africans?

They were savages because of the hot weather where they came from. and th become white if they moved.

14. What did the Curse Theory say about Africans?

# Original

8th Grade

2021-22

Competency 1: I can demonstrate an understanding of conflict and compromise.

| Date | Monday 9/20 | Tuesday 9/21 | Wednesday 9/22 | Thursday 9/23 | Friday 9/24 |
|---|---|---|---|---|---|
| Learning Target | Learning Target 1.5: I can explain the causes and the results of racial tension in the United States. | Learning Target 1.5: I can explain the causes and the results of racial tension in the United States. | Learning Target 1.5: I can explain the causes and the results of racial tension in the United States. | Learning Target 1.5: I can explain the causes and the results of racial tension in the United States. | Learning Target 1.5: I can explain the causes and the results of racial tension in the United States. |
| Essential Question | What are the causes of Racial Tension? | | | | |
| Formative | US History Formatives: Who was the first Racist? What did he accomplish? | | US History Formatives: Blank Map of New England | | |
| Classwork | Hand out Stamped. Read Aloud chapters 2-4 Answer questions | Hand out Stamped. Read Aloud chapters 2-4 Answer questions in packet Slave Trade packet Exit Ticket | Read aloud Chapters 3 and 4 and answer questions together. Slave Trade packet | Read to P. 78 and answer questions together. Review Slave Trade packet Do exit Ticket | Worksheet: Historical Background: The Development of Race-Based Theory |
| HW | | | | | |



# Recreation

## 8th Grade 2021-22

Competency 1: I can demonstrate an understanding of conflict and compromise

| Date: | Monday: 9/20 | Tuesday: 9/21 | Wednesday: 9/22 | Thursday: 9/23 | Friday: 9/24 |
| --- | --- | --- | --- | --- | --- |
| Learning Target | Learning Target 1.5: I can explain the causes and results of racial tension in the United States | Learning Target 1.5: I can explain the causes and results of racial tension in the United States | Learning Target 1.5: I can explain the causes and results of racial tension in the United States | Learning Target 1.5: I can explain the causes and results of racial tension in the United States | Learning Target 1.5: I can explain the causes and results of racial tension in the United States |
| Essential Question | What are the causes of Racial Tension? | | | | |
| Formative | US History Formatives: Who was the first Racist? What did he accomplish? | | US History Formatives: Blank Map of New England | | |
| Classwork | Hand out Stamped. Read Aloud chapters 2-4 Answer questions | Hand out Stamped. Read aloud chapters 2-4 Answer questions in packet Slave Trade packet Exit Ticket | Read aloud Chapters 3 and 4 and answer questions together. Slave Trade packet | Read to P. 78 and answer questions together. Review: Slave Trade packet Do exit Ticket | Worksheet: Historical Background: The Development of Race-Based Theory |
| HW | | | | | |

# Topic Six

# Get to Know You!

Answer the Google Form below to help me get to know you!

What is your first and last name? *

Liam Elliott

What is your preferred name? *

Liam

Who can I use this name in front of? *

- [x] I can use this name in front of other students
- [x] I can use this name when contacting parents/guardians
- [x] I can use this name with other teachers, including substitutes
- [ ] Any other comments:
- [ ] Other:

What are your preferred pronouns? *

- (●) He/him/his
- ( ) She/her/hers
- ( ) They/them/theirs

My preferred learning style is... *

- ( ) Visual-- maps, graphs, diagrams, charts, etc.
- ( ) Auditory-- speaking and listening
- (●) Kinesthetic-- experience, practice, examples, simulations (hands-on)
- ( ) Reading and writing

I like when my teacher... *

Gives me A's

One thing you should know about me as a student is... *

I'm a pain

One thing you should know about me in general is... *

I have red hair

Any thing else you would like me to know? *

Pronouns are the same ones i got in the womb

This form was created inside of [redacted]

Google Forms

# Algebra 2 Getting to Know You

Please answer the following questions, so that I can better assist you this semester.



1. Email *



2. Name (First and Last) *



3. Name you want me to call you in class. *




4. Pronouns (ex: he/him, she/her, they/them): *




5. May I use these pronouns in front of the class? *

*Mark only one oval.*



Yes

No

4

Case 1:21-cv-01077-PB Document 45-2 Filed 05/20/22 Page 53 of 79

6. May I use these pronouns when I contact home? *

*Mark only one oval.*

- [x] Yes
- [ ] No

7. May I use these pronouns in front of other teachers? *

*Mark only one oval.*

- [x] Yes
- [ ] No

8. Would you like to follow up with me (in a private conversation) about your pronouns? *

*Mark only one oval.*

- [ ] Yes
- [x] No

9. Are you taking another math class this semester? If so, what is it? *

No

10. What math classes have you taken and at what level? *

Algebra 1 pt 1 &2 (E)
Geometry (H)
Consumer Science (H)

11. Why did you take this particular class? *

Because I need the Credit

12. What grade do you expect to earn in this class? *

*Mark only one oval.*

A

B

C

13. Tell me about your past math experiences. *

I can grasp Concepts very well, but I do tend to overthink equations and end up overwhelming myself.

14. Tell me three things about yourself. This could be a hobby (or hobbies), interesting facts, or anything you want me to know about you? *

- I write/sing songs
- I play the Piano
- I'm a host at [redacted] in [redacted]

15. What would you like to ask me about myself or this class?

If you could teach another Class What would it be and why?

This content is neither created nor endorsed by Google.

Google Forms

# Topic Seven



LSA
Ethnicity
Race
Socio-Economic Status
Religious or Spiritual Affiliation
Gender
1. Identities you think about most often
2. Identities you think about least often
3. Your own identities you would like to learn more about
Sex
Age
4. Identities that have the strongest effect on how you perceive yourself
5. Identities that have the greatest effect on how others perceive you
Sexual Orientation
Physical, Emotional, Developmental (Dis)Ability
National Origin
First Language
pted for use by the Program on Intergroup Relations and the Spectrum Center, University of Michigan.
urce hosted by LSA Inclusive Teaching Initiative, University of Michigan (http://sites.lsa.umich.edu/inclusive-teaching/).

**DIVERSITY BINGO**

*Directions: Find someone in the class to fill each square and ask them to write their name in that square. Each person can only fill ONE square on your card. The first goal is to get Bingo: a row across, down or diagonally. When you do, yell: "BINGO!"*

| | | | | |
|---|---|---|---|---|
| Knows what Diwali is | Has memorized a poem | Has travelled to South America | Is a vegetarian | Has a quote that inspires them |
| mes from an nterracial family | Celebrates Yom Kippur or knows what it is | Is a twin or triplet | Has a family member who has a service animal | Has travelled to Europe |
| musical ment | Speaks more than one language (fluently) | Lives on the planet Earth | Is a first generation American (both parents were born in another country) | Was born in another country |
| a ts | Has travelled to Canada | Celebrates Kwanzaa or knows what it is | Sent a handwritten 'thank you' note recently | Does NOT have SnapChat |
| Is of Native American heritage | Does not use binary gender pronouns | Has lived in more than one state | Has a cause they are passionate about | |

9:41

sites.lsa.umich.edu

Definitions as a Starting Point

Key definitions and concepts associated with anti-racist pedagogy

Readings to further your understanding

This button links to an anti-racist pedagogy annotated bibliography maintained by CRLT

Disrupting White Supremacy on Campus

Learn about the historical legacy of racism and activism at U-M

LSA DEI and Anti-Racism Initiatives

Learn about LSA DEI and anti-racism initiatives

## Practicing Anti-Racism and Anti-Racist Pedagogy: An Overview

9:46

sites.lsa.umich.edu

LSA INCLUSIVE TEACHING
UNIVERSITY OF MICHIGAN

## Social Identity Wheel

| | |
|---|---|
| **Overview** | The Social Identity Wheel worksheet is an activity that encourages students to identify social identities and reflect on the various ways those identities become visible or more keenly felt at different times, and how those identities impact the ways others perceive or treat them. The worksheet prompts students to fill in various social identities (such as race, gender, sex, ability disability, sexual orientation, etc.) and further categorize those identities based on which matter most in their self-perception and which matter most in others' perception of them. The Social Identity Wheel can be used in conjunction with the Personal Identity Wheel to encourage students to reflect on the relationships and dissonances between their personal and social identities. The wheels can be used as a prompt for small or large group discussion or reflective writing on identity by using the Spectrum Activity Questions on Identity. |
| **Goals** | 1) To encourage students to consider their identities critically and how identities are more or less keenly felt in different social contexts. The classroom and the university can be highlighted as a context as a way to approach questions on barriers to inclusion.<br><br>2) To illuminate how privilege operates to normalize some identities over others. For example, a student who speaks English as their first language can reflect on why they rarely need to think about their language as an aspect of their identity while some of their peers may identify language as the aspect of their identity they feel most keenly in the classroom.<br><br>3) To sensitize students to their shared identities with their classmates as well as the diversity of identities in the classroom, building community and encouraging empathy. |
| **Implementation** | 1) View this video (at the 6:46 mark) to see how to facilitate this activity in your classroom.<br><br>2) There are three ways you can approach this activity:<br>a. Option A: This can be done as an independent activity where students answer the questions on their own and then you lead a whole-class discussion.<br><br>b. Option B: You can post the different social identity categories around the room and have students go through the questions on the handout, moving to the identity that best answers the question. Students can then discuss with other students who chose the same identity. You can then lead a debrief after the activity.<br><br>c. Option C: In combination with Option A or B, have students complete the Personal Identity Wheel as well. |

| | |
|---|---|
| **Implementation** | 1) View this video (at the 6:46 mark) to see how to facilitate this activity in your classroom.<br><br>2) There are three ways you can approach this activity:<br>a. Option A: This can be done as an independent activity where students answer the questions on their own and then you lead a whole-class discussion.<br>b. Option B: You can post the different social identity categories around the room and have students go through the questions on the handout, moving to the identity that best answers the question. Students can then discuss with other students who chose the same identity. You can then lead a debrief after the activity.<br>c. Option C: In combination with Option A or B, have students complete the Personal Identity Wheel as well. |

| | |
|---|---|
| | 3) If you are choosing Option B or Option C/B, place the social identity categories around the room before class. |
| **Challenges** | 1) The students may not perceive the activity as relevant to the course and thus may exhibit resistance.<br><br>2) Students may not be familiar with particular concepts, or they may have different assumptions about those concepts that the activity assumes. For example, they may not know the difference between the terms "sex" and "gender," or they may be resistant to the distinction between the two.<br><br>3) If the wheel is used as a discussion prompt or if students are in close quarters and are able to see what their peers have written on their worksheets, this exercise may feel especially vulnerable to students with invisible identities that they may not want to disclose to the class. Disclosure in verbal or written form should be voluntary and discussion questions should be broad enough that students can opt to not talk about more vulnerable aspects of their identities while still leaving space for them to share if |

# Topic Eight

Case 1:21-cv-01077-PB Document 45-2 Filed 05/20/22 Page 63 of 79

CHOOSING MY PATH

10

DISRUPT!

## HOW DO I STAND UP? AND SPEAK OUT? WHAT HAPPENS IF I DON'T SAY ANYTHING?

*YOU CAN DO IT. YOU CAN DISRUPT RACISM AND CHANGE THE "NORMAL."*

You are now able to see the world in a way you didn't always notice before. You are building a new lens to see yourself and the world around you. You know more history (the parts you are told about and what has been left out). You are more conscious of the ways people interact with one another. You are attuned to microaggressions and are aware of their impact. You see the work institutions have put in over hundreds of years to maintain the structure of racism. Your school may have rules around how students can wear their hair or what folx can wear on their head and you understand how this is affirming the dominant culture. You notice that, still, most of the shows and movies you watch have a nearly all-white cast and how every time there is a terrorist that person is Western Asian and speaks Arabic. You see how stereotypes are created and sustained. You have the tools to seek out more knowledge and gain a deeper understanding.

What do you do next?

You have a voice. Use it. Speak the truth. Share it with others. Choosing silence is not an option. Audre Lorde, an American feminist, writer, and activist said,
"MY SILENCES HAD NOT PROTECTED ME. YOUR SILENCE WILL NOT PROTECT YOU."

Case 1:21-cv-01077-PB Document 45-2 Filed 05/20/22 Page 64 of 79
10 CHOOSING MY PATH - DISRUPT!

*YOU CANNOT HEAR SILENCE. INACTION CANNOT BE SEEN. WE CANNOT FEEL THE MOMENTUM OF CHANGE IF NOTHING HAPPENS.*

Use your voice to speak the truth about injustice and share the history we are often not told. Talk to your family, your friends, your classmates, anyone and everyone who will listen. Write and write and write and share. Create art and share it. Take risks. You can do this.

I wish I had used my voice when my teacher was so continually awful to us. I wish I had stood up to my teacher. And to our school administration that allowed her to remain there.

What would I do today if I were in that classroom?

I'd physically stand up to her (in my small nine-year-old self). I'd get out of my seat, stand up, and tell her, "You can't talk to him like that. It's not okay."

Then, I'd walk out of that classroom, bringing my friend with me and anyone else who wanted and needed to come. I would walk down the stairs to the office, where I'd ask the school secretary or the principal to file a complaint against that teacher. I'd tell them what happened. I'd tell them she verbally abused my friend. And I'd file that complaint. I would ask the office to call my friend's parents. He shouldn't have to sit another minute in the classroom with our teacher who assaulted him with her racist words. No one should.

I'd tell my mom. (I did.) We'd talk to his parents. I'd ask all our classmates to share what happened with their families. Our parents and caregivers would help our voices to be heard. We would be louder than just my own voice. They, too, would file complaints and show up at school the next morning. They'd ask for the resignation of our teacher because she should not be teaching us if she couldn't keep us safe. And she couldn't keep us safe because she was the one causing the harm.

We would all attend the next school board meeting to demand our schools be a place where we can learn, free from racial violence, both verbal and physical.

I think about that day so often and wish I had had the tools to go beyond recognizing what was happening. I wish I had created a plan and spoken up. I wish I had resisted my teacher and everything that kept her in place.

*THIS IS WHY I SHARE WITH YOU. YOU CAN RESIST NOW. YOU CAN DISRUPT NOW.*

What if it's something beyond your daily interactions at school? What if it's something outside of the comfort of what is familiar?

What if you and your family or friends are driving through town, and you see four police officers surrounding two young Black men? Maybe you recognize them, maybe you don't. Maybe one of them was in chorus with you last year. Maybe you've seen them at the store. Or maybe you don't know them at all. It doesn't matter if you know them or not.

You may be able to see if the police are armed. You may not. (While some police



carry guns and others do not, we do know that they all carry power in their role as law enforcement.) You can see the young Black men are not armed, that they look confused, and that their hands are up.

You've seen the news over and over again; you know history. You think of Eric Garner, Sandra Bland, Philando Castile, Michael Brown, and all the others. You know this happens every day and today can be the day you change that. Here is where you can make a plan so you'll know what you can do if this does come up in your life. **NOTE:** You must make sure YOU are safe and out of harm's way. Talk to a trusted adult BEFORE taking any action.

*Activity:*

First, grab your notebook. Let's start writing!

You've observed what's happening and have examined the situation. You know the folx being held by the police look frightened. They don't want to be there. You don't want these two young Black men to become new hashtags and statistics.

So, there are a bunch of things you can do—take a few minutes and make a list of **every possible outcome** you can think of.

Here's my list:

- Ask the person who is driving the car to stop. We get out and walk over to the situation so we can stand witness.

- Record what is happening with my phone. I can. This is my right to do so. In the United States, the UK, and many other countries I cannot get arrested for recording if I take photos or video of public spaces. The police cannot take my phone from me. (They need a warrant to do so.) They may ask me to stop recording, but I don't have to stop.

If I am inside a store, private property, etc. the owner sets the rules and it is their choice whether I can record or not. This is not the decision of the police.

- Stay in the car and record.

- Stay in the car and shout out to the two being held by the police, "I see this."

- Standing near the police and the young men, I can ask the two Black men if there's anything I can do... if there's anyone I can call for them. (The adults I'm with can stand with me too.)

- Stop other people walking by and ask them to stand witness too. (There is strength and power in numbers.)

- Ask the adult I'm with to intervene while I stay in the car.

- Ignore this and keep driving.

What else?

Do our lists look similar? What am I missing? What are you missing? There's more we can add and we'll look at this in the next couple of chapters! You will continue to build your plan for taking action.

my choice

Some of your choices will require you to take risks. Some may not. Understanding your privilege and the power you have—or do not have—is important. It will determine how you approach everything. This situation with the police is one where, especially if you are white and cisgender, you can use your privilege to speak up. **If you are a Black, Brown, or Indigenous Person of the Global Majority, you will need to decide how each outcome could end for you**. White people, this is not something you need to do because you are at the center of the system: taking a risk with any of these choices will, most likely, not have you end up in jail or harmed.

# Topic Nine

# Homework:
# Defining Sexual Orientation

**Name:** ______________________________ **Date:** ____________________

**Instructions:** View the short animated video from Amaze.org called, "Talking Sexual Orientation with Jane" available here: http://amaze.org/video/talking-sexual-orientation-with-jane/. Once you have watched the video, please write down your own definition of sexual orientation. Then, think of an adult you know well and trust who you could share this definition with. This could be a parent or other adult family member, a friend's parent, someone at school, etc. Tell this person what we discussed in class and share your definition so that they also know what sexual orientation is. See if they agree with your definition, or whether they have another take and add that to what you have. Make sure they sign below!

**1) Sexual orientation is:**

(What I say):

(What the adult I asked says):

**2) Did you learn about sexual orientation when you were growing up?: If so, what did you learn?**

(What the adult I asked said):

Name of adult: ______________________________

Their signature: ______________________________

Relationship to you: ______________________________

Advocates for Youth
Rights. Respect. Responsibility.
www.advocatesforyouth.org

# Topic Ten

# Exploring Whiteness and Becoming an Anti-Racist Activist

INSTRUCTORS [redacted]
LOCATION [redacted] Classroom Room [redacted]
READINGS TBD
TIME Full Day MAX ENROLLMENT 16 STUDENT COST $0

DESCRIPTION *Students will join in honest, frank, and respectful examination of what it means to be a white person in 21st century America. We will explore many topics on race including: personal identity and power, white privilege, guilt, and fragility, and taking anti-racist action. We will learn how whiteness and race were invented in the early years of our country's formation, further sustained through government programs, and how this has played out in our own community. Students will learn how to take anti-racist action by meeting with college students who currently are engaged in national and local anti-racist work, including where anti-racist work intersects with gun safety, climate change, and LGBTQ rights. This MI is open to all students, and we hope that we will have a diverse group. The course will be designed to be a dynamic and interactive experience based at [redacted] but also involving field trips off campus. Tentative plans include interaction with Dartmouth students/staff members and other local community members involved with anti-racism work and correspondence with students from Ashley Hall School in Charleston SC to discuss how we perceive race and each other in New England and the South.*

Tuesday 3/10
8:00-8:30 Introductions/Rules of Engagement/ Race Literacy Quiz [redacted]
8:30-9:00 Equity and Inclusion Terms, Language, and Definitions [redacted]
9:00-9:45 The Invention of Whiteness/ Race the Power of an Illusion [redacted]
9:45-10:00 Break
10:00-11:00 Action Plan Design planning (Group led by [redacted]
11:00-12:00 Lunch
12:00-1:00 "Understanding Racism and Systemic Oppression " Brian Cook/Groundswell Change OK
1:00-1:30 Discussion on Brian Cook's Presentation OK
1:30-1:45 Break
1:45-2:45 iPod walk-around [redacted]
2:45-3:00 Journaling [redacted] prompts)

Wednesday 3/11
8:00-9:00 How we got here: Jim Crow, Redlining, Racial Wealth Gap [redacted]
9:00-9:30 Shadows Fall North film excerpt [redacted]
9:30 -10:00 Citrus Preview [redacted]
10:00-10:30 Brunch
10:30-1:30 (including travel time) Citrus at Northern Stage
1:30-2:00 Citrus Discussion and Journaling [redacted] prompts)

Thursday 3/12
8:00-9:00 White Privilege/ White Fragility [redacted] (with selected video)
9:00-9:45 Intro to Kendi: Anti-racism/ in-class reading [redacted]
9:45-10:00 Break
10:00-10:30 Action Plan Design planning (Group/ [redacted]
10:30-11:30 "Carol Street" Being a Person of Color in an All White Environment (film maker Demetrius Borge)

11:30-12:30 Lunch (can shift later 15 minutes if needed)
12:30- 1:00 walk to Rauner
1:00-2:30 "Ties That Bind" Slavery at Dartmouth Tour and discussion Dr. King
2:30-3:00 Downloading and Journaling

Friday 3/13
8:00-9:00 /Case Studies on Activism Brian Cook/Groundswell Change
9:00-10:00 Anti-Racism Activism Kendi section on activism/in class reading/discussion
[redacted]
10:00-10:15 Break
10:15-11:00 Teaching Tolerance: Speaking up! [redacted]
11:00-12:00 Lunch
12:00-12:30 Action Plan Prep for Asma Elhuni [redacted]
12:30-1:30 Preparing for Activism Asma Elhuni/Activist and Organizer
1:30-3:00 Action Plan Design/ Closing/ Goals/ Action Steps

***First Draft of Daily Schedule Topics***
***Speakers/video/presentations/discussion TBD***

## Tuesday 3/10

**Introductions/ / Rules of Engagement/ Opening Exercises**

*http://www.pbs.org/race/002_SortingPeople/002_00-home.htm*

*race literacy quiz*

*http://newsreel.org/guides/race/quiz.htm*

**Language and Definitions**

**The Invention of Race and Whiteness**

*Tim Wise:what is race invention of whiteness*

*https://www.youtube.com/watch?v=jBUnziGqN4o 1:53-2:01*

*Race the Power of an Illusion*

*Ep 1 The difference between us ... segments*

*https://www.youtube.com/watch?v=OXEV0tqox9k&t=2s*

*Discussion Guide pages 7&8 http://newsreel.org/guides/race/race-guide-lores1.pdf*

*The Other Race (Mixed Race) Documentary...segments*

*https://www.youtube.com/watch?v=GfM-F172548*

**White Privilege**

The advantages of wealth and whiteness 10 question walk/race

**https://www.youtube.com/watch?v=4K5fbQ1-zps**

**https://www.nasponline.org/resources-and-publications/resources-and-podcasts/diversity/social-justice/social-justice-lesson-plans/talking-about-race-and-privilege-lesson-plan-for-middle-and-high-school-students**

**https://www.huffpost.com/entry/explaining-white-privilege-to-a-broke-white-person_b_5269255**

***"White Immunity": Working through the pitfalls of "privilege" discourse***
***https://www.youtube.com/watch?v=JtLpAfB-DEc segments***

**Affirmative Action**

A Long History of Affirmative Action - For Whites

http://newsreel.org/guides/race/whiteadv.htm

**Black Lives Matter**

***NYT A conversation with police***

**https://www.nytimes.com/video/opinion/100000004027684/a-conversation-with-police-on-race.html?module=inline 1:59-2:30**

Tim Wise Black Lives Matter/All Lives Matter

https://www.youtube.com/watch?v=jBUnziGqN4o 42:06

## Wednesday 3/11

**How we got here: Jim Crow, Redlining, Racial Wealth Gap**

*Race the Power of An Illusion - ep3 The House We Live*

https://www.youtube.com/watch?v=QHo8AKNfB68

https://www.youtube.com/watch?v=mW764dXEI_8

*THE POWER OF AN ILLUSION How the Racial Wealth Gap Was Created*

https://www.youtube.com/watch?v=QHo8AKNfB68&t=4s

*Discussion Guide pages 11-13* http://newsreel.org/guides/race/race-guide-lores1.pdf

**Being a Person of Color in an all white environment**

**Documentary film maker speaker**

**White Fragility/ White Guilt**

**Robin DiAngelo lecture**

**https://www.youtube.com/watch?v=45ey4jgoxeU&t=1230s**

**https://www.nytimes.com/video/opinion/100000003773643/a-conversation-with-white-people-on-race.html?module=inline**

## Thursday 3/12

**Anti-racism**

**Dartmouth Student Leaders and others**

**Skype with school in South Carolina North/South perspectives on race**

## Friday 3/13

**Becoming and activist**

**Dartmouth Student Leaders and others**

**Closing/ Goals/ Action Steps**



**RACE LITERACY QUIZ**
**What differences make a difference?**

The Race Literacy Quiz was developed by California Newsreel, in association with the Association of American Colleges and Universities. The myths and misconceptions it raises are explored in the documentary series *RACE - The Power of an Illusion*, available on video from California Newsreel at Newsreel.org or 1-415-284-7800. For more information and background, visit the companion Web site at racepowerofanillusion.org.

JUMP TO ANSWER KEY>

**1. Humans have approximately 30,000 genes. On average, how many genes separate all members of one race from all members of another race?**

A. None
B. 1
C. 23
D. 142
E. 1008
F. We don't know

**2. Which characteristic did the ancient Greeks believe most distinguished them from "barbarians"?**

A. Religion
B. Skin color
C. Language
D. Dress
E. Hairiness

**3. In Medieval Europe (circa 1300-1400), Ethiopians were looked upon as:**

A. Savages
B. Saviors
C. Barbarians
D. Infidels
E. Negroes

**4. Members of a race can be identified by their:**

A. Blood group
B. Skin color
C. Ancestry
D. Genes
E. None of the above
F. All of the above

**5. Skin color correlates most closely with:**

A. Hair form
B. IQ
C. Risk for sickle cell, Tay Sachs and other genetic diseases
D. Geographic latitude
E. Continent of ancestral origin
F. Jumping and sprinting ability

**6. When Jamestown colonist John Rolfe and his new wife Pocahontas traveled to the Court of London in 1619, it caused a scandal because:**

A. An Englishman had married an Indian
B. John Rolfe had cuckolded General John Smith, the leader of the colony
C. Pocahontas, a princess, married beneath her station by wedding a commoner
D. Londoners had never seen an Indian before
E. A Christian had married a heathen

**7. The rise of the idea of white supremacy was tied most directly to:**

A. Indian removal
B. Slavery
C. The Declaration of Independence
D. The U.S. Constitution
E. Ancient Greece

**8. Which group has the most genetic variation?**

A. Humans
B. Chimpanzees
C. Penguins
D. Fruit flies
E. Elephants

**9. Which two populations are most likely, on average, to be genetically similar?**

A. Italians and Ethiopians
B. Senegalese and Kenyans
C. Italians and Swedes
D. Chinese and Lakota (Sioux)
E. Saudi Arabians and Ethiopians

**10. Most human genetic variation can be found:**

A. Within any local population, for example, among Zulus, or among Hmong
B. Between two populations on the same continent, for example between Irish and Poles
C. Between two populations on different continents, for example between Koreans and Zulus
D. Between any two continents, for example, between Africa and Asia
E. Between tall people and short people

**11. Which continent has the greatest human genetic diversity?**

A. Europe
B. Asia
C. Africa
D. North America
E. South America

**12. Who was the first American public figure to suggest, albeit "as a suspicion only," that black people might be inherently inferior to whites?**

A. Thomas Jefferson
B. Sir Walter Raleigh
C. George Washington
D. Robert E. Lee
E. Capt. John Smith, founder of the Jamestown colony

**13. Which of the following was NOT an important reason why African slavery first took root in North America:**

A. As non-Christians, they had no legal protections
B. They were skilled semi-tropical farmers
C. The supply of indentured servants from Europe was becoming unreliable
D. They were deemed innately inferior
E. They couldn't easily run away

**14. Which was NOT introduced to Indians by whites?**

A. An Indian identity
B. Democracy
C. Identity by "blood quantum"
D. Horses
E. Measles

**15. Of the $120 billion in home loans underwritten by the federal government between 1933 and 1962, what percentage went to white homeowners?**

A. 45 percent
B. 64 percent
C. 75 percent

D. 88 percent
E. 98 percent

**16. Which of the following is not a result of federal government policies?**

A. Redlining
B. Urban renewal
C. Deterioration of inner cities
D. Affirmative action quotas
E. The wealth gap between black and white families

**17. Today, the net worth of the average white family is how much compared to the average black family?**

A. Three times as much
B. Eight times as much
C. Half as much
D. Twice as much
E. The same

**18. When white and black families of similar incomes are compared, what is the difference in their net worth?**

A. No difference
B. Black net worth is slightly greater
C. White net worth is more than eight times greater
D. White net worth is more than two times greater
E. Black net worth is twice as great

**19. According to a 1993 study, 86% of suburban whites lived in a community where the black population was:**

A. Less than 5%
B. Less than 10%
C. Less than 1%
D. More than 10%
E. More than 15%

**20. Which is NOT an example of a government racial preference program?**

A. 1964 Civil Rights Act
B. 1862 Homestead Act
C. 1790 Naturalization Act
D. 1934 Federal Housing Administration
E. 1935 Social Security Act

**ANSWER KEY**

**1. A. None**

There are no characteristics, no traits, not even one gene that distinguish all members of one so-called race from all members of another race.

**2. C. Language**

The word barbarian comes from the Greek word "bar-bar," for someone who stutters, is unintelligible, or does not speak Greek. The Greeks, like most ancient peoples, did not attribute much meaning to physical appearance. In ancient Greece, language was the difference that mattered, because it indicated who was not Greek. Some historians believe that the first to be labeled barbarian were the Scythians of circa 500 B.C., who lived northeast of the Black Sea and were very fair skinned. Ideas of 'race' did not exist during antiquity.

**3. B. Saviors**

In medieval Europe, religion mattered most, not physical appearance. At the time, Christian Europe was at war with the Moslem Empire. Europe looked towards a mythical Christian Ethiopian kingdom, led by the fabled priest-king Prester John, to rescue them from the infidels. Theories of race didn't emerge until the late 18th and early 19th centuries.

**4. E. None of the above**

There are no traits, no characteristics, not even one gene that is present in all members of one so-called race and absent in another. The A, B, and O blood groups can be found in all the world's peoples (the percentage of Estonians and Papua New Guineans with A, B, and O blood are almost exactly identical). Skin color tends to correlate with the earth's geographic latitude not race; sub-Saharan Africans, the Dravidians and Tamils of southern Asia, and Melanesians from the Pacific all have very dark skin. Ancestry is difficult to trace; we all have two parents, four grandparents, etc. If you could trace your family back 30 generations, slightly more than 1,000 years, you'd find one billion ancestors.

**5. D. Geographic latitude**

Skin color tends to correspond with ultra-violet radiation from the sun and hence latitude. People with ancestors from the tropics typically have darker skin while those further north have lighter skin. Sub-Saharan Africans, Asian Indians, Aboriginal Australians and Melanesians all have dark skin. But skin color really is only skin deep. Most traits are inherited independently from one another. The genes influencing skin color have nothing to do with those influencing hair form, eye shape, and blood type, let alone the very complex traits we value such as intelligence, musical ability or athletic ability. Genetic diseases are inherited through families, not race. Sickle cell, for example, confers resistance to malaria. It occurs in people whose ancestors came from where malaria was once common: the Mediterranean, Arabia, Turkey, southern Asia and western and central Africa - but not southern Africa. The presence of sickle cell is not an indicator of race but of having an ancestor from a malarial region.

**6. C. Pocahontas, a princess, married beneath her station by wedding a commoner**

17th century England was a very hierarchical, feudal society where people's class status was fixed at birth. Status was so important that laws regulated the clothing people could wear so they couldn't "pass" as another class. When John Rolfe took his new bride Pocahontas (who had converted to Christianity) back with him to London in 1617, the English had not yet developed the racial ideology that later justified their taking of Indian lands. But it was unthinkable that royalty would marry a commoner.

**7. C. The Declaration of Independence**

Ironically, it was freedom, not slavery, that gave rise to modern theories of race. Until the Revolutionary period, slavery was an unquestioned "fact of life." It was only when Americans proclaimed the radical new idea that "all men are created equal" that slavery was first challenged as immoral. As historian Barbara Fields notes, the new idea of race helped explain why some people could be denied the rights and freedoms that others took for granted.

**8. D. Fruit flies**

Fruit flies have been around for a very long time but they also have a short life span, so lots of genetic mutations have accumulated over many generations. In contrast, modern humans are one of the most genetically similar of all species. On average, only one of every 1,000 nucleotides (the "letters" that make up our DNA) differ one individual from another. This is because we are a relatively young species (approximately 150,000 - 200,000 years old). We simply haven't been around long enough to accumulate much genetic variation. Also, humans have always moved, mixed and mated, further homogenizing our gene pool. Beneath the skin, we're all very similar.

**9. E. Saudi Arabians and Ethiopians**

Populations that live near each other geographically tend to be genetically more alike than populations that live far apart. That's because they are more likely to have intermixed in the recent past and therefore share more genes. So even though Senegalese and Kenyans or Italians and Swedes are traditionally placed in the same "races," they live farther apart from each other and have had less contact and intermixing than Saudis and Ethiopians.

**10. A. Within a local population**

85%, or almost all human variation, can be found within any single local population, whether it's Malay, Irish, Zulus or Koreans. There is FAR more variation within groups than between groups. This means that there may be as many - or more - genetic differences between two random Koreans as between a random Korean and a Zulu. On average, approximately 94% of all genetic variation can be found within any continental area.

**11. C. Africa**

We are all Africans. Modern humans (Homo sapien sapiens) originated in Africa, and we spent most of our evolution as a species together there. Some modern humans first left Africa 50,000 - 70,000 years ago and spread out around the world. All the other populations of the world can be seen as a subset of Africans. Every human genetic trait found elsewhere can also be found in Africa, with the exception of relatively few recent variations favored by the environment, genetic drift, or sexual selection - such as light skin.

**12. A. Thomas Jefferson**

Thomas Jefferson was the first prominent American to speculate that black people might be innately inferior to Europeans. Until then, most Enlightenment figures believed that differences between groups were not inborn but due to environmental factors. It wasn't until Jefferson introduced the radical new ideas of liberty and equality that slavery had to be justified and prejudices against the enslaved began to crystallize into a doctrine of white supremacy. American freedom and the idea of innate racial difference were born together. Historian Barbara Fields calls them "Siamese twins."

**13. D. They were deemed innately inferior**

Throughout much of history, societies have enslaved people, often as a result of conquest, war or even debt. People were not enslaved because they were first deemed inferior. African slaves were well-suited to labor in North America: unlike the Indians, they were resistant to European diseases; they couldn't easily run away; they were not Christians (and hence unprotected by English law); and they were skilled semi-tropical farmers. Finally, in the late 17th century, African slaves became available in large numbers just as the original labor force on Virginia's tobacco plantations - English indentured servants - began to rebel and immigration from England slowed. Over time, the degradation of slavery became identified with blackness, giving white Americans the idea that Africans were a fundamentally different kind of people.

**14. B. Democracy**

United States' representative democracy drew upon the traditions of the Iroquois Confederacy. Indians didn't think of themselves as Indians when European settlers arrived, but rather as members of separate tribes or nations, divided by language, custom and religion. The idea of "blood quantum," i.e., the determination of Indian identity by ancestry, was imposed by the federal government. In contrast, tribal membership traditionally was open to anyone, even Europeans, as long as they accepted tribal customs and authority. There were no horses in the New World until they were brought over by Europeans. Measles, small-pox and other communicable diseases were also unknown in the Americas prior to European exploration. Some historians estimate that up to 90% of all Atlantic coast Indians died from diseases contracted from European traders and explorers by the time of the first Plymouth settlement.

**15. E. 98 percent**

Beginning in the 1930s and 1940s, the federal government created programs that subsidized low-cost home loans, opening up home ownership to millions of Americans for the first time. At the same time, government underwriters introduced a national appraisal system tying property value and loan eligibility to race, inventing "redlining," and effectively locking nonwhites out of home-buying just as most middle class white Americans were beginning to purchase homes.

**16. D. Affirmative action quotas**

Federal affirmative action guidelines specifically prohibit quotas. Beginning in the 1930, the Federal Housing Administration and related programs made it possible for millions of average white Americans to own a home for the first time and set off the post-WWII suburban building boom. The government established a national neighborhood appraisal system, explicitly tying mortgage eligibility to race, a policy known today as "redlining." The FHA and other government policies made possible the post-World War II all-white suburbs, while people of color and in central cities were denied loans. Government policies and practices helped create two legacies that are still with us today: segregated communities and a substantial wealth gap between whites and nonwhites, much of which can be traced to the differential value of their homes.

**17. B: Eight times as much**

Probably no one statistic better captures the cumulative disadvantage of past discrimination than wealth. Even at the same income levels, whites still have, on average, twice as much wealth as nonwhites. Much of this difference is due to the different rates of home ownership and the different values of homes in white and Black neighborhoods. But wealth is not only the end point, it's the starting line for the next generation - helping finance your children's education, helping them through hard times, or helping with the down payment of their own home. Economists estimate 50-80% of one's lifetime wealth accumulation can be traced to this head start. As wealth gets passed down from generation to generation, the legacy of past discrimination accumulates, giving whites and nonwhites vastly different life chances.

**18. D. White net worth is more than two times greater**

See above (Question #17) for explanation.

**19. C. Less than 1%**

According to the 2000 Census, whites are more likely to be segregated than any other group. This is largely a result of past housing discrimination, but it is perpetuated today by unfair practices such as predatory lending, racial steering and a substantial wealth gap between black and white families. Today, 71% of whites own their own home, compared to 44% of African Americans. Black and Latino mortgage applicants are 60% more likely than whites to be turned down for loans, even after controlling for employment, financial, and neighborhood characteristics. On average, nonwhites who are approved for mortgages still pay higher rates.

**20. A. 1964 Civil Rights Act**

The Civil Rights Act made racial discrimination in public places illegal. The other programs are all examples of racial preferences - for white people. Over a 40-year period, the Homestead Act gave away, for free, 270 million acres of what had been Indian Territory, almost all of it to white people. The Naturalization Act allowed only "free white persons" to adopt citizenship, thus opening our doors to European immigrants, but barring Asians and other groups. Racial barriers to citizenship were not removed until 1952. The Federal Housing Administration made it possible for millions of average white Americans - but not others - to own a home for the first time. (see #16 above). And the Social Security Act specifically exempted two occupations from coverage: farm-workers and domestics, both largely non-white.

<BACK TO TOP

▲ back to top

**Home** **Titles A-Z** **New Releases** **Shopping Cart** **Order Tracking** **Contact Us**