# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.

      Plaintiffs,

        v.

FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION, CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.

      Defendants.

----------------------------------------------------------------------------     Civil No. 1:21-cv-01077-PB

ANDRES MEJIA,
CHRISTINA KIM PHILIBOTTE, and
NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,
Plaintiffs,

v.

FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,
JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,
AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,
CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,
KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,

      Defendants.

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby file this Notice of Supplemental Authority informing this Court of the recent relevant decision in *Honeyfund.com, Inc., et al v. Desantis*, No. 4:22cv227-MW/MAF, 2022 U.S. Dist. LEXIS 147755 (N.F. Fla. Aug. 18, 2022 (Walker, J. (DN #55, preliminarily enjoining Florida's so-called "Individual Freedom Act" ("IFA"—or "Stop WOKE Act"—in part on the grounds that it was "impermissibly vague." *Id.* at pp. 27-37.

Dated: August 23, 2022

Respectfully Submitted,

*/s/ Peter J. Perroni*
NOLAN PERRONI PC
NH Bar. No. 16250
73 Princeton Street
North Chelmsford, MA 01863
(978 454-3800
peter@nolanperroni.com

STROOCK & STROOCK & LAVAN LLP
Charles G. Moerdler, Esq.*
David J. Kahne, Esq.*
Elizabeth Milburn, Esq.*
180 Maiden Lane
New York, New York 10038
(212 806-5400
cmoerdler@stroock.com

SELENDY & GAY PLLC
Faith Gay, Esq.*
1290 6th Avenue
New York, NY 10104 (212 390-9000
fgay@selendygay.com

*Co-Counsel for Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richman, John Dube and Jocelyn Merrill, teachers in the New Hampshire Public Schools, and Kimberly Green Elliot and Meghan Evelyn Durden parents or guardians of children in the New Hampshire public schools,*

*/s/ Gilles R. Bissonnette*

Gilles R. Bissonnette (N.H. Bar. No. 265393
Henry R. Klementowicz (N.H. Bar No. 21177
SangYeob Kim (N.H. Bar No. 266657
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue, Concord, NH  03301 Tel. 603.224.5591
gilles@aclu-nh.org

Boston, MA  02109-2835 Tel.: 617.345.1031
mnighan@nixonpeabody.com

*/s/ Morgan C. Nighan*
Morgan C. Nighan (N.H. Bar No. 21196
NIXON PEABODY LLP
Exchange Place
53 State Street

William E. Christie (N.H. Bar No. 11255

Concord,   NH    03302

*/s/ Chris Erchull*
Chris Erchull (N.H. Bar No. 266733
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
Tel.: 617.426.1350
cerchull@glad.org

*/s/ David A. Vicinanzo*
David A. Vicinanzo (N.H. Bar No. 9403
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH 03101 Tel.: 603.628.4000
dvicinanzo@nixonpeabody.com

Pamela E. Phelan (N.H. Bar No. 10089
Sarah J. Jancarik (N.H. Bar No. 272310
DISABILITY RIGHTS CENTER-NEW HAMPSHIRE
64 N Main St, Ste 2
Concord, NH 03301-4913
Tel.: 603.228.0432
Sarahj@drcnh.org

Travis Hill*
NIXON PEABODY LLP
55 West 46th Street
New York, NY 10036-4120 Tel.: 212.940.3131
thill@nixonpeabody.com

S. Amy Spencer (N.H. Bar No. 266617 SHAHEEN & GORDON, P.A.
107 Storrs Street
P.O. Box 2703

Tel.:      603.225.7262
wchristie@shaheengordon.com
saspencer@shaheengordon.com

4

*Co-counsel for Plaintiffs Andres Mejia and Christina Kim Philibotte*
Emerson Sykes*
Speech, Privacy, and Technology Project
Leah Watson*
Sarah Hinger*
Racial Justice Program
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004 Tel.: 212.549.2500
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

*/s/ Jason Walta*
Alice O'Brien*
Jason Walta*
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036 Tel: 202.822.7035
aobrien@nea.org
jwalta@nea.org

Esther K. Dickinson (N.H. Bar No. 20764
Lauren Snow Chadwick (N.H. Bar No. 20288 Staff Attorneys
NATIONAL EDUCATION ASSOCIATION-
  NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
edickinson@nhnea.org
lchadwick@nhnea.org

Nathan R. Fennessy (N.H. Bar No. 264672
Rue K. Toland (N.H. Bar No. 269021 PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
nfennessy@preti.com

rtoland@preti.com

*Co-Counsel for National Education Association-New Hampshire*

\*Admitted *pro hac vice*.