## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. | ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| ------------------------------------------------------------------------- | ) Civil No. 1:21-cv-01077-PB |
| ANDRES MEJIA,<br>CHRISTINA KIM PHILIBOTTE, and<br>NATIONAL EDUCATION ASSOCIATION-NEW<br>HAMPSHIRE, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, | ) ) ) |
| JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, | ) ) |
| AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, | ) ) ) |
| CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, | ) ) ) |
| KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, | ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

I hereby notify the court of my Withdrawal as counsel for Plaintiffs Andres Mejia and

Christina Kim Philbotte.

Dated:  October 26, 2022           Respectfully submitted,

                                 DISABILITY RIGHTS CENTER-NEW
                                 HAMPSHIRE, INC.

                By:   /S/ Pamela E. Phelan_____
                      Pamela E. Phelan (Bar #10089)
                      pamelap@drcnh.org
                      64 North Main Street, Ste. 2
                      Concord, NH 03301
                      (603) 228-0432 (general office number)
                      (603) 225-2077 (general office fax number)

CERTIFICATE OF SERVICE

I certify that this Notice of Withdrawal has been electronically served through ECF to all parties who have appeared.

Dated: October 26, 2022            /S/ Pamela E. Phelan