## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL, 8027 AFT-NEW HAMPSHIRE, AFL-CIO, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, et al., )<br><br>Defendants. ) | Case No. 1:21-cv-1077-PB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The defendants, by and through the Office of the New Hampshire Attorney General, submit this notice of supplemental authority to inform this Court of the First Circuit's November 8, 2022 opinion in *Frese v. Formella*, No. 21-1068, which involved, among other things, a facial vagueness challenge to New Hampshire's criminal defamation statute. A copy of the slip opinion is attached to this notice.

    Respectfully submitted,

    FRANK EDELBLUT, in his official capacity as Commissioner of the Department of Education,

    JOHN M. FORMELLA, in his official capacity only as Attorney General of the State of New Hampshire,

    AHNI MALACHI, in her official capacity as Executive Director of the Commission for Human Rights,

- 2 -

        CHRISTIAN KIM, in his official capacity as Chair of the Commission for Human Rights,

            *and*

        KENNETH MERRIFIELD, in his official capacity as Commissioner of the Department of Labor

        By their attorney,

        JOHN M. FORMELLA
        ATTORNEY GENERAL

Date: November 8, 2022        */s/ Samuel Garland*
        Samuel R.V. Garland, Bar #266273
        Senior Assistant Attorney General
        Civil Bureau
        New Hampshire Dept. of Justice
        33 Capitol Street
        Concord, NH 03301
        (603) 271-3650
        Samuel.RV.Garland@doj.nh.gov

**Certificate of Service**

I hereby certify that a copy of the foregoing was served on all counsel of recording using the Court's electronic-filing service.

        */s/ Samuel Garland*
        Samuel R.V. Garland