# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.<br>      Plaintiffs,<br>            v.<br>FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.<br>      Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>ANDRES MEJIA,<br>CHRISTINA KIM PHILIBOTTE, and<br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br>      Plaintiffs,<br>            v.<br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,<br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br>      Defendants. | Civil No. 1:21-cv-01077-PB |

## NOTICE OF WITHDRAWAL

I hereby notify the court of my Withdrawal as counsel for Plaintiff National Education Association-New Hampshire.

                              Respectfully submitted,

                              PRETI FLAHERTY BELIVEAU
                                & PACHIOS PLLP

Date:  January 5, 2023          By:  */s/ Rue K. Toland*
                                        Rue K. Toland, Esq. (NH Bar No. 269021)
                                        P.O. Box 1318
                                        Concord, NH  03302-1318
                                        (603) 410-1524
                                        rtoland@preti.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                          */s/ Rue K. Toland*
                                                          Rue K. Toland