UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL, 8027,<br>AFT-NEW HAMPSHIRE, et al.<br><br>Plaintiffs<br><br>v.<br><br>FRANK EDELBLUT, in his official<br>capacity only as the Commissioner<br>of the New Hampshire Department<br>of Education, et al.<br><br>Defendants | Case No. 1:21-cv-1077-PB |

## ASSENTED-TO MOTION TO EXTEND ANSWER DEADLINES

The defendants, by and through counsel, request a two-week extension of their deadlines to answer the plaintiffs' complaints. In support of this request, the defendants state as follows:

1. On January 12, this Court issued a memorandum and order denying in significant part the defendants' motions to dismiss the plaintiffs' complaints. Per Federal Rule of Civil Procedure 12(a)(4)(A), the defendants' answers are due on January 26.

2. The defendants request a two-week extension of these deadlines to January 26. The make this request in light of undersigned counsel's competing litigation obligations and the fact that undersigned counsel has been away from the office at points during the past two weeks due to illness.

3. Counsel for the plaintiffs assent to the requested extension.

4. The requested extension will not result in the continuance of any hearing, conference, or trial. LR 7.2(a).

5. No memorandum accompanies this motion because reasons for the requested extension are all stated above. LR 7.1(a)(1).

WHEREFORE, the defendants respectfully request that this Honorable Court:

A. Extend their deadlines to answer the plaintiffs' complaints by 14 days to February 9, 2023; and

B. Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

FRANK EDELBLUT, in his official capacity as Commissioner of the Department of Education,

JOHN M. FORMELLA, in his official capacity only as Attorney General of the State of New Hampshire,

AHNI MALACHI, in her official capacity as Executive Director of the Commission for Human Rights,

CHRISTIAN KIM, in his official capacity as Chair of the Commission for Human Rights,

*and*

KENNETH MERRIFIELD, in his official capacity as Commissioner of the Department of Labor

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

- 3 -

Date:  January 26, 2023               /s/ *Samuel Garland*
                                       Samuel R.V. Garland, Bar No. 266273
                                       Senior Assistant Attorney General
                                       Civil Bureau
                                       New Hampshire Dept. of Justice
                                       33 Capitol Street
                                       Concord, NH 03301
                                       (603) 271-3650
                                       Samuel.RV.Garland@doj.nh.gov

## Certificate of Service

I hereby certify that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system.

                                       /s/ *Samuel Garland*
                                       Samuel R.V. Garland