UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.<br>        Plaintiffs,<br>            v.<br>FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.<br>        Defendants.<br>---<br>ANDRES MEJIA,<br>CHRISTINA KIM PHILIBOTTE, and<br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br>        Plaintiffs,<br>            v.<br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,<br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br>        Defendants. | Civil No. 1:21-cv-01077-PB |

## NOTICE OF WITHDRAWAL

On behalf of Plaintiffs, Andres Mejia, Christina Kim Philibotte and National Education Association-New Hampshire, kindly withdraw the appearance of S. Amy Spencer in the above-captioned matter. Attorney Spencer is no longer with Shaheen & Gordon, P.A.

Dated: May 1, 2023

Respectfully submitted,

Andres Mejia, et al.
By Their Attorneys:
SHAHEEN & GORDON, P.A.

/s/ *S. Amy Spencer*
S. Amy Spencer (NH Bar #266617)
William E. Christie (NH Bar #11255)
107 Storrs Street/P.O. Box 2703
Concord, NH 03302
(603) 225-7262
saspencer@shaheengordon.com
wchristie@shaheengordon.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be served electronically on all parties or their counsel.

/s/ *S. Amy Spencer*
S. Amy Spencer

4887-4690-8256, v. 1