USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| Andres Mejia, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-CV-01077-PB |
| NH Department of Education, Commissioner, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andres Mejia and Christina Kim Philibotte.

Date:  07/19/2023

/s/ S. Amy Spencer
*Attorney's signature*

S. Amy Spencer / NH Bar No. 266617
*Printed name and bar number*

Nixon Peabody LLP
900 Elm Street, 14th Floor, Manchester, NH 03101

*Address*

aspencer@nixonpeabody.com
*E-mail address*

(603) 628-4019
*Telephone number*

(603) 628-4040
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Conventionally Served:

| 07/19/2023 | /s/ S. Amy Spencer |
|---|---|
| Date | Signature |