# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|   |   |
|---|---|
| LOCAL, 8027 AFT-NEW HAMPSHIRE, AFL-CIO, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:21-cv-1077-PB ) |
| FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

## ATTACHMENT TO MOTION TO EXTEND DEADLINES

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Cross-motions for summary judgment | August 7, 2023 | August 14, 2023 |
| Simultaneous objections to cross-motions for summary judgment | September 11, 2023 | September 18, 2023 |

Respectfully submitted,

FRANK EDELBLUT, in his official capacity as Commissioner of the Department of Education,

JOHN M. FORMELLA, in his official capacity only as Attorney General of the State of New Hampshire,

AHNI MALACHI, in her official capacity as Executive Director of the Commission for Human Rights,

CHRISTIAN KIM, in his official capacity as Chair of the Commission for Human Rights,

*and*

- 2 -

        KENNETH MERRIFIELD, in his official capacity as Commissioner of the Department of Labor

        By their attorney,

        JOHN M. FORMELLA
        ATTORNEY GENERAL

Date: August 7, 2023

*/s/ Samuel Garland*
Samuel R.V. Garland, Bar #266273
Senior Assistant Attorney General
Nathan Kenison-Marvin, Bar # 270162
Assistant Attorney General
Civil Bureau
New Hampshire Dept. of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3650
Samuel.RV.Garland@doj.nh.gov
Nathan.w.kenison-marvin@doj.nh.gov

## Certificate of Service

I hereby certify that a copy of the foregoing was served on all counsel of recording using the Court's electronic-filing service.

*/s/ Samuel Garland*
Samuel R.V. Garland