# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. <br>　　　　Plaintiffs, <br>　　　　　　v. <br> FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION, CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. <br>　　　　Defendants. <br>------------------------------------------------------------------------- <br> ANDRES MEJIA, <br> CHRISTINA KIM PHILIBOTTE, and <br> NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE, <br>　　　　Plaintiffs, <br>　　　　　　v. <br> FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, <br> JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, <br> AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, <br> CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, <br> KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, <br>　　　　Defendants. | Civil No. 1:21-cv-01077-PB |

# PLAINTIFFS' JOINT
# MOTION FOR SUMMARY JUDGMENT

Plaintiffs in the first above-captioned action (the "AFT Plaintiffs" or the "AFT Action") and Plaintiffs in the second above-captioned action (the "Mejia Plaintiffs" or "Mejia Action") each filed separate complaints in this consolidated case challenging the provisions of Sections 297 and 298 of 2021 House Bill 2 ("HB2"), codified at N.H. Rev. Stat. Ann. ("RSA") 354-A:29-:34 and RSA 193:40. These provisions were enacted on June 25, 2021 and ban teaching, instructing, inculcating, or compelling a student to express belief in (or support for) four concepts in public schools and places of public employment. They are herein referred to as the "Amendments" and are attached, along with Plaintiffs' other exhibits, as *Ex. 1* (Depo. Ex. 1) to Plaintiffs' contemporaneously-filed Statement of Undisputed Facts and the accompanying declaration of Attorney Gilles Bissonnette.

In its January 12, 2023 Memorandum and Order, this Court denied Defendants' Motion to Dismiss both Complaints, ruling that the Amendments' vague terminology, the lack of a scienter requirement, and the possibility that teachers could be found to violate the law (and potentially lose their teaching license) for teaching a banned concept solely by implication left "both teachers and enforcers to guess at what speech the amendments prohibit." *Local 8027 v. Edelblut*, No. 21-cv-1077-PB, 2023 DNH 005, 2023 U.S. Dist. LEXIS 5593, at *50 (D.N.H. Jan. 12, 2023). This Court also found that the AFT Plaintiffs sufficiently pled a plausible First Amendment violation based on the Amendments' exceedingly broad application prohibiting speech in all extracurricular activities, including in the school hallway, schoolyard, lunchroom, library, and even beyond school grounds. *Id.* at *22

Plaintiffs now file this Motion for Summary Judgment as to (i) the Fourteenth Amendment's procedural due process/vagueness claim alleged in Counts I and II of the AFT Action and in Count I of the Mejia Action and (ii) the First Amendment's freedom of speech claim

1

alleged in Count III of the AFT Action given the Amendments' impact on educators' private, extracurricular speech.[1]

Plaintiffs refer this Court to the attached consolidated memorandum of law in support of this Motion for Summary Judgment. An unredacted version of this memorandum has been provisionally filed under seal. A redacted version of this memorandum will be filed publicly.

In a separate contemporanous filing, Plaintiffs have submitted their Statement of Undisputed Facts under Local Rule 56.1 and a declaration of Attorney Gilles Bissonnette authenticating the relevant testimony and documents in this case. An unredacted version of this Statement of Facts has been provisionally filed under seal. A redacted version of this Statement will be filed publicly.

WHEREFORE, Plaintiffs respectfully request that this Court

A.      Grant Plaintiffs' Motion for Summary Judgement, and enter summary judgment in their favor as to (i) the Fourteenth Amendment's procedural due process claim alleged in Counts I and II of the AFT Action and in Count I of the Mejia Action and (ii) the First Amendment's freedom of speech claim alleged in Count III of the AFT Action given the Amendments' impact on the extracurricular speech of educators;

B.      Deny Defendants' Motion for Summary Judgment; and

C.      Grant any other relief that is just or equitable.

---

[1] As to Count IV of the AFT Action, this Court concluded (and we accordingly assume here) that this Count encompasses the relief requested in Counts I-III of the AFT Action. *See* Sept. 14, 2022 Motion to Dismiss Hearing Transcript (Docket No. 55) at 2:19-23.

August 14, 2023

                                                                 Respectfully Submitted,

                                                                 */s/ Peter J. Perroni*
                                                                     NOLAN PERRONI PC
                                                                    NH Bar. No. 16250
                                                                     73 Princeton Street
                                                     North Chelmsford, MA 01863
                                                                    (978) 454-3800
                                                        peter@nolanperroni.com

STROOCK & STROOCK & LAVAN LLP
Charles G. Moerdler, Esq.*
David J. Kahne, Esq.*
Elizabeth Milburn, Esq.*
180 Maiden Lane
New York, New York 10038
(212) 806-5400
cmoerdler@stroock.com

David Strom*
American Federation of Teachers
555 New Jersey Ave. NW
Washington DC 20001
Tel.: 202.393.7472
dstrom@aft.org

Mark Richard*
Phillips, Richard & Rind P.A.
9360 S.W. 72nd Street, Suite 283
Miami, FL 33137
Tel.: 305.412.8322
mrichard@phillipsrichard.com

SELENDY & GAY PLLC
Faith Gay, Esq.*
1290 6th Avenue
New York, NY 10104
(212) 390-9000
fgay@selendygay.com

*Co-Counsel for Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richman,*

*John Dube and Jocelyn Merrill,
teachers in the New Hampshire Public Schools,
and Kimberly Green Elliot and Meghan Evelyn
Durden parents or guardians of children in the
New Hampshire public schools.*

| | |
|---|---|
| /s/ Gilles R. Bissonnette<br>Gilles R. Bissonnette (N.H. Bar. No. 265393)<br>Henry R. Klementowicz (N.H. Bar No. 21177)<br>SangYeob Kim (N.H. Bar No. 266657)<br>AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE<br>18 Low Avenue, Concord, NH  03301<br>Tel.  603.224.5591<br>gilles@aclu-nh.org | /s/ Morgan C. Nighan<br>Morgan C. Nighan (N.H. Bar No. 21196)<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109-2835<br>Tel.: 617.345.1031<br>mnighan@nixonpeabody.com |
| /s/ Chris Erchull<br>Chris Erchull (N.H. Bar No. 266733)<br>GLBTQ LEGAL ADVOCATES & DEFENDERS<br>18 Tremont, Suite 950<br>Boston, MA 02108<br>Tel.: 617.426.1350<br>cerchull@glad.org | /s/ David A. Vicinanzo<br>David A. Vicinanzo (N.H. Bar No. 9403)<br>S. Amy Spencer (N.H. Bar. No. 266617)<br>NIXON PEABODY LLP<br>900 Elm Street, 14th Floor<br>Manchester, NH 03101<br>Tel.: 603.628.4000<br>dvicinanzo@nixonpeabody.com<br>aspencer@nixonpeabody.com |
| Jennifer Eber (N.H. Bar No. 8775)<br>Kayla Turner (N.H. Bar No. 270167)<br>DISABILITY RIGHTS CENTER-NEW HAMPSHIRE<br>64 N Main St, Ste 2<br>Concord, NH 03301-4913<br>Tel.: 603.228.0432<br>JenniferE@drcnh.org<br>kaylat@drcnh.org | William E. Christie (N.H. Bar No. 11255)<br>SHAHEEN & GORDON, P.A.<br>107 Storrs Street<br>P.O. Box 2703<br>Concord, NH  03302<br>Tel.: 603.225.7262<br>wchristie@shaheengordon.com |
| *Co-counsel for Plaintiffs Andres Mejia and Christina Kim Philibotte* | Emerson Sykes*<br>Speech, Privacy, and Technology Project<br>Leah Watson*<br>Sarah Hinger*<br>Racial Justice Program<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY  10004<br>Tel.: 212.549.2500<br>esykes@aclu.org<br>lwatson@aclu.org<br>shinger@aclu.org |

5

/s/ *Jason Walta*
Alice O'Brien\*
Jason Walta\*
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
aobrien@nea.org
jwalta@nea.org

Esther K. Dickinson (N.H. Bar No. 20764)
Lauren Snow Chadwick (N.H. Bar No. 20288)
Staff Attorneys
NATIONAL EDUCATION ASSOCIATION-
   NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
edickinson@nhnea.org
lchadwick@nhnea.org

Nathan R. Fennessy (N.H. Bar No. 264672)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
rtoland@preti.com


*Co-Counsel for National Education Association-New Hampshire*

\*Admitted *pro hac vice*.