# EXHIBIT 19

July 26, 2021 Email
from DOE
Commissioner
Frank Edelblut

**From:** Lois Bixby <loisbixby@hotmail.com>
**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: HB2
**Date:** Wed, 28 Jul 2021 12:23:55 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Yes, thank you.  That was helpful.  Interesting how the use of the double negative tones down the assertion of a statement.

Sincerely,
Lois Bixby

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Monday, July 26, 2021 7:38 PM
**To:** 'Lois Bixby' <loisbixby@hotmail.com>
**Cc:** Lynne Ober <lynne.ober@comcast.net>
**Subject:** RE: HB2

Lois,

Sorry for the delayed reply. I have been out of the office/state.

We want to treat people as the person that they are, without regard to individual characteristics that, in many cases, cannot be changed.

The double negative is confusing (welcome to legislative language). If you go back to the beginning of this section in "I" you have yet another negative, 'no pupil shall be taught' not to attempt to treat people without regard to these individual characteristics, e.g., they should be taught to treat people without regard to these characteristics.

I hope that helps.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov




New Hampshire
**Department of Education**

*The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Lynne Ober <lynne.ober@comcast.net>
**Sent:** Tuesday, July 20, 2021 1:57 PM

**To:** 'Lois Bixby' <loisbixby@hotmail.com>; Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: HB2

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Commissioner Edelblut,
I am forwarding Ms. Bixby's email to you as I believe she is asking for examples found in teaching.   Since you are the DOE Commissioner, I believe you should provide the response.

Respectfully,
Lynne Ober
State Representative

**From:** Lois Bixby <loisbixby@hotmail.com>
**Sent:** Tuesday, July 20, 2021 1:35 PM
**To:** lynne.ober@comcast.net
**Subject:** HB2

To whom it may concern:

I confess to having a difficult time in understanding a section of HB2.   I just can't wrap my head around all the double negatives.  Perhaps you could be so kind as to provide an example of the following in practice?

193:40 Prohibition on Teaching Discrimination.

"(d) That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin - should not attempt to treat others without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin."

Thanks so much,

Lois Bixby
Hollis, NH

"To know and not to know, to be conscious of complete truthfulness while telling carefully constructed lies, to hold simultaneously two opinions which cancelled out knowing them to be contradictory and believing in both of them, to use logic against logic, to repudiate morality while laying claim to it" -- George Orwell, 1984