**EXHIBIT 22**

Northwood Republican Town Committee's "CRT Parents' Guide" (Depo. Ex. 51)

Paid Political Advertisement

# CRT PARENTS' GUIDE

## Northwood Republican Town Committee

**Critical Race Theory as defined by Britannica.com**
Critical race theory is an intellectual movement and a framework of legal analysis according to which (1) race is a culturally invented category used to oppress people of colour and (2) the law and legal institutions in the United States are inherently racist insofar as they function to create and maintain social, political, and economic inequalities between white and nonwhite people.

You are not alone in your concern that CRT has morphed into the shaming of white children for the sins of their ancestors, which has engulfed the education system. NH legislators passed strong anti-discrimination language this year to supplement current civil rights legislation for the protection of all children.   https://nhjournal.com/new-hampshire-joins-national-fight-against-crt/

You are not alone in your concern that CRT is a back door political ideology for indoctrination of Socialism or worse Marxism in our schools. The word **equity outcome** is common language used with systemic racism as the catalyst to propagandize Socialism/Marxism. Our Constitutional Democratic Republic stands for **equal opportunity**. Talk with local parents and your children about what is being discussed in the classroom. Inform your child/children that they should never let a teacher tell them to lie to you about what is said in the classroom.

Educate yourself on CRT. The link below is a toolkit to get you started.
https://media4.manhattan-institute.org/sites/default/files/woke-schooling-toolkit-for-concerned-parents.pdf

Watch the Northwood School Board Meetings on Livestream to stay informed. Do not rely on second-hand information. Livestream meetings link can be found at www.northwoodnh.org

Make sure the school is aware you want your child taught the lessons of math, reading, writing science and history along with civics without shame and injecting their political indoctrination. Your child's success is dependant upon receiving a great education in the fundamentals not political ideology and government dependence. The following page gives you a sample letter for you to copy and/or edit and send to the school. Contact us for an electronic copy.

Support teachers, administrators and elected officials who do not support injecting racism where none exists and who do not support political indoctrination. Support each other and stand together. There is strength in numbers.

Be positive. We all want history taught and an end to racism where it still exists.

CRT concern is not Republican or Democrat. Northwood Republican Town Committee has filed Right-to-Know  (RTK) requests on Northwood Elementary School curriculum and will continue to monitor and file additional requests as needed. Follow conservative media and social outlets that will keep you informed. Links:
 www.truthinamericaneducation.com and statewide follow www.granitgrok.com .

**Northwood Republican Town Committee  Meets the 2nd Monday of Each Month
At The Northwood Community Center 135 Main Street  6:30pm**

Cheryl Dean, Chairperson  603.344.2190

CRT Tip Line 603.932.6184 Call or Text

EXHIBIT 51
WIT: Edelblut
DATE: 5-23-23
Cynthia Foster, RPR, LCR #14

PL00787

**This sample letter was in a Grantite Grok article by Anne Marie Banfield as a plan of action for concerned parents. Please contact our committee for an electronic copy.**

"Here is a template to help you write a letter to the teachers who are assigned to your kids in the fall. Feel free to tweak your letter to reflect your own thoughts and concerns. I recommend that you send it as soon as you find out who the teachers are, even before the first day of school. You might especially want to send it to your kid's History, English, and SEL / SEEL / Employability Skills teachers. Let me know what sort of response you get, whether favorable or unfavorable. My hope is that this template will help parents to retain their authority to raise their own kids according to their own values. Let me also especially emphasize how important it is to send letters of support and encouragement to the many teachers from all across the political spectrum who do a fantastic job."



Dear **[teacher's name]**,

My **[son/daughter]**, **[name]**, is in your **[subject]** class this term. I'm really glad, I'm looking forward to seeing **[him/her]** grow this year, and I'm confident **[he/she]** will learn a lot from you. Thanks for all you do for our kids!

I'm sure you're aware that there have been concerns recently in the community about political advocacy in the schools. Because of that, I and many other concerned parents are sending this letter to our kids' teachers this year. I want to make sure that you know how much I support you and how much I want to help you achieve a high level of academic excellence. I also want to open a clear line of communication about my expectations related to controversial topics, and especially politics, in the classroom.

Here are my expectations:

- Please provide a lesson plan for my review if there will be class content, discussion, or assignments related to:
- Race
- Gender identity, or LGBT issues
- Sexuality
- Equity
- Please do not ask my child for **[his/her]** preferred pronouns, either verbally or on informational forms; instead, I suggest that you ask the students whether there is anything you should know about how they wish to be addressed
- Please try to approach controversial topics in class along the lines of the article linked here
- Please remove any signs or symbols of political advocacy from your classroom (e.g., a MAGA hat, a BLM flag, a rainbow flag, a Red for Ed shirt, etc.). My child is there to learn, not be indoctrinated to anyone's personal views.
- If any of these things will be a problem for you, don't hesitate to inform me and we will have my child moved out of your class.

If there is anything I can do to help you, please let me know. I'm eager to see you and all of your students succeed this year, and I would be very happy if there were any way I could contribute to that or provide support for you as you navigate this difficult season.

Thanks again for all you do.

Sincerely,
**[Your Name]**

Teach Not Indoctrinate

History Not Propaganda

Northwood Republican Town Committee
Cheryl Dean, Chairman
363 First NH Turnpike
Northwood NH 03261

PRSRT STD
ECRWSS
U.S.POSTAGE
PAID
EDDM Retail

**POSTAL CUSTOMER**

PL00788