# EXHIBIT 27

Aug. 19, 2022
Kathryn
Borysenko' Article
(Depo. Ex. 65)

6/13/23, 4:28 PM  The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 2 of 20

# The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

The state Department of Education should investigate.



**KARLYN BORYSENKO**
AUG 19, 2022



EXHIBIT 65
WIT: SBurkeCohen
DATE: 6-26-23
Cynthia Foster, RPR, LCR

 6     1

Share   



SCHOOLS EXPOSED   CROWDSOURCED JOURNALISM ON TAXPAYER FUNDED INDOCTRINATION

This article is part of Schools Exposed by the **Unwoke Army**, which means that everything in this article is public information that anyone can find. If you appreciate my work, I hope you'll consider ordering **my book** and supporting my work on **Patreon**, **Locals**, or **through a Substack subscription**.

6/13/23, 4:28 PM    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB    Document 85-28    Filed 08/14/23    Page 3 of 20

*"Part of our educational mission is to awaken our students' awareness of **their power and privilege** so that they may view the world through a lens of equity and help eliminate unjust systems and practices."*

And in that simple sentence, one taken from a document called "**Diversity, Equity, Inclusion, and Justice in SAU16**" the Exeter Region Cooperative School District landed itself in open violation of New Hampshire's HB2, otherwise known as the divisive concepts bill or the anti-CRT law.

That's not the only thing that may land them in trouble. And they're doing it completely publicly, where everyone can see it if they take the time to look.

# Let me explain.

In the Exeter Regional School District, their equity office is called Diversity, Equity, Inclusion and Justice, or DEIJ for sure. So, I went to **their website** and searched for DEIJ. Here's what came up.



6/13/23, 4:28 PM                    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 4 of 20

Right in the middle was the "About DEIJ in SAU16" page. Perfect! I clicked on that link and ended up looking **at this document**, a missions statement of sorts:

> **Diversity, Equity, Inclusion and Justice in SAU 16**
>
> Our effort to create and expand space for living under social justice ideals in SAU 16 engages all community members from the organization's seven school districts. Collectively, we aim to ensure that our school system is an enterprise whose growth is undeterred by bias or discrimination, where individuals of all backgrounds and experiences are welcomed and where personal narratives are heard, included and valued. Part of our educational mission is to awaken our students' awareness of their power and privilege so that they may view the world through a lens of equity and help eliminate unjust systems and practices. Our vision is that all students will grow with confidence, empathy and understanding of what is right so that they may advocate for these ideals in their world.

(document backed up here for posterity, just in case something happens to the one on their website)

Actively Unwoke is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

| Type your email... | Subscribe |

**Here's the problem SAU16 now has**: On June 15, 2021, New Hampshire's divisive concepts bill was signed into law as a part of HB2. It is not a perfect bill, by any means. Governor Chris Sununu and his cronies watered it down before he signed it, which makes it less effective. However, it did include the following language:

6/13/23, 4:28 PM　　　　　　　　　　The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 5 of 20

> 354-A:32 Prohibition on the Content of Government Programs and Speech. No government program shall teach, advocate, or advance any one or more of the following:
>
> I. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;
>
> <u>II. That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;</u>
>
> III. That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or
>
> IV. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

The law specifically and unequivocally says that the government cannot teach that individuals are inherently racist, sexist, and oppressive, whether consciously or unconsciously.

If **this** is still the mission of the Diversity, Equity, Inclusion and Justice program at SAU16 today *(and we have no reason to believe it's not because it's on their website)*, then the Exeter Region Cooperative School District is in open and flagrant violation of the law for this reason:

## You CANNOT teach students "awareness of their power and privilege" without also teaching them that some people are inherently oppressive and some people are inherently oppressed.

If some people have "power and privilege", that means that other people do not have power and privilege.

People with power and privilege are oppressive and people without power and privilege are oppressed.

That is inherent to the argument of power and privilege.

That means you cannot teach this as a part of a public high school curriculum in the state of New Hampshire without violating the law. It is not possible.

So, either this is the true and current mission of the SEIJ program in SAU16 and they are breaking the law, or it is not and they are in compliance. But if it's not the current mission, then what replaced it? And why is this one still on their website?

6/13/23, 4:28 PM                    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 6 of 20

This alone is enough to prove they're breaking the law. But, there's more weird stuff.

# Let's meet the "Racial Unity Team"

In researching something else that was going on at Exeter High School, I came across something called the Racial Unity Team. I came across an event listed **on Facebook** for the Racial Unity Team of New Hampshire, which I had seen mentioned on the SAU16 website. They were holding an event (almost two weeks AFTER the divisive concepts bill was signed into law) and said they had received a $7500 grant from the state of New Hampshire.



That $7,500 grant means that the state of New Hampshire may be funding a program that is breaking state law by teaching this content in schools.

I recognized it because "Racial Unity Team" was all over the "**DEIJ Happenings**" website:

6/13/23, 4:28 PM      The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB  Document 85-28  Filed 08/14/23  Page 7 of 20



They had done **this video** in which students performed songs and read essays about racial justice. Again, note that this was posted on July 16, 2021, one month **AFTER** the divisive concepts bill was signed into law, and seems to have been taken from a live stream.

6/13/23, 4:28 PM	The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 8 of 20

In that video was a few weird things.

There was this clip of one of the co-founders of the Racial Unity Team, Sylvia Foster, talk about getting funded by the state, and how she came to work with Exeter High School after she was brought in by ELO coordinator Adam Krauss (more on him in a moment) because there were "passionate teachers who would share their curriculum on justice."

*(I found myself asking "Why do teachers have a curriculum on justice?")*

She went on to say "We became part of the DNA of the classroom."

6/13/23, 4:28 PM  The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 9 of 20

Exeter Clip - Racial Unity Team part of classroom DNA



Now, I've seen enough videos like this to know exactly what it means when a group called "Racial Unity Project" becomes "part of the DNA of the classroom." And sure enough, I found what I knew I would.

Later in this video, I found this student discussing a project she did in conjunction with Racial Unity Project staff called "Bookshelf Diversity" that they even brag about on their website.

In this video, the student says:

> "If we can think about our identity as well, we can check our privilege and maybe think about some ways we've been unfairly treated based on things we can't change."

6/13/23, 4:28 PM
The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 10 of 20



exeter student clip 1

The student in this video did nothing wrong - they are repeating the things that adults have told them to say. But it is very clear that they have been taught about power and privilege because there would be no need for her to say "check your privilege" if someone hadn't taught her that.

And in this clip a little later on in the video, a student says

> "Racism is a belief ingrained in the systems and minds of white Americans."

Exeter student clip 2



Again, the teaching that anyone is inherently racist based on their skin color violates New Hampshire state law. If she didn't learn this in school, then where did she learn it?

## To Kill a Mockingbird is Racist

But, that's not the only odd thing about the Racial Unity Project. They also worked with Exeter High School's ELO Coordinator Adam Krauss (mentioned earlier) and English Teachers Dennis Magliozii and Kristina Peterson to **disrupt the way they teach To Kill a Mockingbird** because the normal way was deemed a little too racist.

> "This year, one of the goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those who stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race the equity."

6/13/23, 4:28 PM
The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 12 of 20

## To Kill a Mockingbird 60 years later – refocusing the lens on DEIJ in 2021

*An Interview with EHS English teachers Dennis Magliozzi and Kristina Peterson and ELO Coordinator Adam Krauss*



The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16 has recently taken on more focus, structure and form. Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform how they perceive and teach the classic novel written by Harper Lee, *To Kill a Mockingbird*. The Pulitzer Prize-winning novel has been the subject of conversation in countless classrooms for six decades. Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well. This year, one of their goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those whose stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race and equity.

This PDF is backed up here for posterity, just in case the file is removed from SAU16's website.

### You've read this far. Why not subscribe?

Actively Unwoke is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

6/13/23, 4:28 PM												The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 13 of 20

Type your email... | Subscribe

**On their website**, they go into greater detail about the changes they made to the curriculum with a "DEIJ lens". Here are some quotes:

> "Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind."

> "Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well."

6/13/23, 4:28 PM                The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 14 of 20

## Phase II

### Curriculum Adjustment – refocusing the lens on DEIJ

An Interview with EHS English teachers Dennis Magliozzi and Kristina Peterson and ELO Coordinator (Courtesy SAU-16) Adam Krauss



The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16 has recently taken on more focus, structure and form. Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform how they perceive and teach the classic novel written by Harper Lee, To Kill a Mockingbird. The Pulitzer Prize-winning novel has been the subject of conversation in countless classrooms for six decades. Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well. This year, one of their goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those whose stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race and equity.

Instead of studying the book, they appeared to make it into a character study of Atticus Finch as a white man and a lesson for students in how they can be activists:

> action research.
> Their approach became to study Atticus Finch's world view by asking students questions such as these:
> • Have we realized his vision for justice in the United States?
> • If so, how?
> • If not, what changes can we make to get there?
> • What change do you want to see in the world?
> • How can you affect that change?

Once they did that, the students did an art project about what it's like to be black in America with the goal of creating art for social change.

> From there, students are invited to create art as a form of expression to further their impact. That's where Adam Krauss, ELO Coordinator in the school, joined the mission. Krauss helped Peterson and Magliozzi join forces with several mentor artists from The Racial Unity Team. This partnership allowed students to hear from individuals who shared how they and others use art to make an impact on the world, and how they grapple with the realities of being Black in America. Working side by side with these artists, students are learning to govern their voices and use art to inspire others. The final component of the student work is – with the help of the mentor artists – to turn their research for social change into art for social change.

The teachers concluded that their work on revamping how To Kill A Mockingbird is taught achieved a level of justice that Atticus Finch could not have aspired to.

> Krauss, Magliozzi, and Peterson are trying hard not to send the message that one voice is the end all be all. "Our students have just as much agency in this project and conversation as we do as their guide on the side," said Krauss. Students have just as much power to criticize, challenge, and change their world – our shared world – as everyone else involved in their education. That's equity and inclusion at work. It's a vision for justice Atticus couldn't attain. But lifting up voices, ensuring people from all backgrounds and experiences are welcomed and their stories are heard – that is a vision for justice that all teachers can champion.

## It's all very incestuous.

I'm sure it's just a coincidence that Adam Krauss, Dennis Magliozzi, and Kristina Peterson are also listed as members on the Racial Unity Team's Leadership Team website:



And not only that, but **David Ryan**, the Superintendent of the Exeter Region Cooperative School District is on the Board Of Directors:

6/13/23, 4:28 PM — The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 17 of 20



## Does the Racial Unity Team, and their members working for the Exeter Regional Cooperative School District, know they are breaking the law?

Yes, they do.

And we know that because **they have a public statement on their website denouncing the divisive concepts bill** and saying they will lobby in favor of its repeal.

6/13/23, 4:28 PM
The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB  Document 85-28  Filed 08/14/23  Page 18 of 20

for all available evidence.

The Racial Unity Team supports educators in their efforts to address issues around diversity, equity, inclusion, and justice in the classroom. This includes, but is certainly not limited to, teaching about our complex history. While sections of the "Right to Freedom from Discrimination in Workplaces and Education" (297-298, NH House Bill 2) do not prohibit this work, the narrative among conservative groups and in some of the mainstream media is that they do. Despite what is actually written in the law, the reality is that these provisions discourage the careful examination of historical and current discriminatory practices within our schools and society.

What HB2 does prohibit is the teaching that any *individual or group of individuals are inherently superior or inferior to people of another group*. While this is not taught in our public schools, the prohibitions in HB2, alongside the inaccurate narrative perpetuated by those who wish to delegitimize public schools, have led to fear and confusion among educators about how and what they may teach, while encouraging complaints against them that jeopardize their licenses and careers. The Racial Unity Team expressly denounces the actions of those, including those at the State level, which have created an atmosphere of fear and intimidation among educators. In turn, teachers are responding by removing from their classrooms concepts and conversations that shed light on harmful historical policies and practices. This atmosphere creates a barrier to providing students with a school experience that reflects DEIJ principles as well as a full education for protected classes of people.

We support efforts to **reverse** these legislative actions.

Ken Mendis, President, Racial Unity Team

They claim that they are not breaking the law...but the problem is they didn't read the whole law. They just cherry-picked one of the components of it that they are not breaking, while ignoring the clear component of the law that they are breaking.

You cannot teach what the Racial Unity Group and the Exeter Regional Cooperative School District are teaching students without breaking this part of the law. It is not possible.

6/13/23, 4:28 PM                                         The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 19 of 20

> 354-A:32 Prohibition on the Content of Government Programs and Speech. No government program shall teach, advocate, or advance any one or more of the following:
> I. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;
> II. That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;
> III. That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or
> IV. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

## The State of New Hampshire must investigate if these practices and partnerships are still in place today.

Superintendent David Ryan has some explaining to do. Particularly since he's on the Board of Directors of the group operating within his school district that seems to be in open violation of New Hampshire State law.

Thank you for reading Actively Unwoke. This post is public so feel free to share it.

## Fight back against the woke and support my work

I believe the woke - on the left and the right - are an existential threat to our values as Americans. Some of them know it, most of them are just useful idiots. Regardless, fighting back against this cultural revolution is my full-time job. I'm dedicated to exposing the woke ideology in our country, helping people to understand what's going on, and providing spaces for non-woke people to connect, support each other, and plan ways to fight back.

Here's how you can help.

6/13/23, 4:28 PM
The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 20 of 20

- **Order my book:** Actively Unwoke: The ultimate guide to fighting back against woke insanity in your life.
- **Support my work:**
    - Sponsor my work on Patreon
    - Become a supporter in Locals
    - Support my work through a Substack subscription

Actively Unwoke is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.



6 Likes

**1 Comment**





WoZBee   Aug 19, 2022

This is a great find. I'm working on this in CA, and unfortunately, state law backs the groomers. All the stuff we're warned about in regard to transing the kids behind parents' backs is *recommended* by the CA CDC. Must keep digging.