UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                           Case No.   1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)


**NOTICE OF CONVENTIONAL FILING**


Plaintiffs have conventionally filed the following attachment or exhibit:

Exhibit 29 to Plaintiffs' Statement of Material Facts entitled Actively Unwoke Aug 2022 Tweets
(Depo. Ex. 67                          .

This attachment or exhibit has not been filed electronically because:

It exceeds the file size.


Date: August 14, 2023                    /s/  Gilles Bissonnette
                                         Gilles Bissonnette
                                         265393
                                         ACLU of New Hampshire
                                         18 Low Avenue
                                         Concord, NH 03301
                                         603-224-5591
                                         gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette
Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603-224-5591
gilles@aclu-nh.org