UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                                          Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs has conventionally filed the following attachment or exhibit: Exhibit 37 to Plaintiffs' Statement of Material Facts (Depo. Ex. 75).

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023

/s/ Gilles Bissonnette
Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603-224-5591
gilles@aclu-nh.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette
Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603-224-5591
gilles@aclu-nh.org