# EXHIBIT 43

Sept. 13, 2021
NEA-NH Email to
HRC

(Depo. Ex. 54)

**From:** "BurkeCohen, Sarah" <Sarah.E.BurkeCohen@hrc.nh.gov>
**To:** "Malachi, Ahni" <Ahni.N.Malachi@hrc.nh.gov>
**Subject:** Requesting a workshop or Webinar to further clarify Sections 297 and 298 of HB 2
**Date:** Mon, 20 Sep 2021 15:08:31 -0000
**Importance:** Normal

---

See below.

*Sarah E. Burke Cohen, Esq.*
Assistant Director
NH Commission for Human Rights
2 Industrial Park Drive
Concord, New Hampshire 03301
Phone: (603) 271-6840
Fax: (603) 271-6339

**\*\*PLEASE NOTE MY NEW EMAIL ADDRESS AND UPDATE YOUR ADDRESS BOOK\*\***
Sarah.E.BurkeCohen@hrc.nh.gov

**Statement of Confidentiality**

The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Human Rights Commission immediately at (603) 271-6840 or reply to Sarah.E.BurkeCohen@hrc.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

---

**From:** Irv Richardson <irichardson@nhnea.org>
**Sent:** Monday, September 13, 2021 11:02 AM
**To:** HRC: Human Rights Commission <humanrights@nh.gov>
**Cc:** Irv Richardson <irichardson@nhnea.org>
**Subject:** Requesting a workhop or Webinar to further clarify Sections 297 and 298 of HB 2

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Good morning,

My name is Irv Richardson and I am the Coordinator for Public Education and School Support for NEA-New Hampshire. One of the responsibilities of my role is to provide professional development for educators in New Hampshire – particularly the 17,000 educators who are members of our organization. Many of the licensed educators who teach Social Studies in New Hampshire's public school are seeking clarification on Sections 297 and 298 of House Bill 2. We have shared the guidance on your website with members but many of our members still have questions and want to better understand the law.

Do you have someone associated with the Human Rights Commission who might provide further clarification on the law and answer questions from educators using a virtual platform? I have reached out to the New Hampshire

Department of Education and they indicated that I should make such a request to you. We have our next conference scheduled for October 8th but this topic is so important, we can accommodate any time that would be convenient for the presenter you recommend.

I look forward to hearing from you.

Sincerely,

Irv Richardson, Ed.D.
Coordinator for Public Education and School Support, NEA-New Hampshire

HRC-00380