# EXHIBIT 49

HRC Website
and
Questionnaire

(Depo. Ex. 60)



an official NEW HAMPSHIRE government website

**NEW HAMPSHIRE Commission for Human Rights**

Monday, May 22, 2023

- Home
- About Us
- Law and Rules
- Required Posters
- Pregnancy Discrimination
- Disability Discrimination
- Mediation Resolution
- Commission Meetings
- Commission Data
- Commission Decisions
- Human Rights Links
- How to File a Complaint
- Contact Us
- Site Map

## How To File A Complaint

EXHIBIT 60
WIT: S Burbeleten
DATE: 6-26-23
Cynthia Foster, RPR, LCR

### Who May File

- Any person who believes that he or she has been subjected to unlawful discrimination on the basis of age, sex, gender identity, race, creed (religion), color, marital status, physical or mental disability, national origin or sexual orientation in employment, housing, public accommodations or commercial property, may file a complaint with the Commission. In addition, in the area of housing only, charges alleging familial status discrimination can be filed.

### When to File

- A charge should be filed as soon as possible after the act of discrimination occurs.
- A charge MUST be filed within 180 days of the last date of discrimination. (Under certain circumstances a charge may be filed up to 300 days from the date of alleged discrimination. If you are beyond 180 days, contact the Commission immediately to find out if you have the basis to file a timely charge.)

### Procedure After Filing

- A copy of the Charge is sent to the respondent for a written response.
- An investigator is assigned to the case and begins an impartial investigation of the Charge.
- If the complainant decides during the investigation that he or she does not want the investigation to be completed, the complainant may withdraw the Charge without prejudice.
- Throughout the investigation, the Commission encourages both parties to consider how they might be willing to resolve the case. The Investigator can assist the parties at any time with settlement discussions. The Commission also offers voluntary mediation at no cost.
- The parties will provide relevant information to the assigned investigator upon request.
- If the case cannot be resolved, the investigator completes the investigation and prepares a report. The assigned Investigating Commissioner will make a decision of Probable or no Probable Cause. The parties are sent a copy of the Investigative Report.
- If there is a finding of Probable Cause by the Investigating Commissioner, the Executive Director will issue an Order of Notice scheduling a Public Hearing. Prior to the Public Hearing, the Commission will attempt to conciliate the case. The parties can decide to remove the case to court. If the Commission hears the case, a Decision is issued either finding in favor of the charging party and ordering appropriate relief, or finding in favor of the responding party and dismissing the charge. Either party can appeal the Commission's decision to Superior Court.
- To get a further understanding of the complaint, investigation, and post-Probable Cause process, please review our Commission Statute, RSA 354-A, and the Commission's Administrative Rules, HUM 100-406.
- ***There is no filing fee to file a complaint at the Commission.***

### If You Want to File

You may contact the Commission either by telephone, or in writing by using an Intake Questionnaire form. Neither being interviewed, nor filling out the questionnaire automatically creates a formal charge of discrimination. You will be contacted by the Commission regarding the filing of a formal charge if your situation comes under our jurisdiction.

If your issue involves a claim of **employment discrimination** or **discrimination in hiring**, you may either,

Click on this link and fill out the Employment Discrimination Intake Questionnaire form, you may then email the form directly to us at humanrights@hrc.nh.gov or print it and mail to the Commission at the address below;

or

call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

If your issue involves a **housing or commercial property discrimination** claim you may either,

Print our Housing or Commercial Property Discrimination Intake Questionnaire form, write or type in your answers and mail to the Commission at the address below;

or

call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

If your issue involves a claim for discrimination in a place of **public accommodation**, you may either:

Print our Public Accommodation Intake Questionnaire form, write or type in your answers and mail to the Commission at the address below;

or

call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

If your issue involves a claim of discrimination in **public education**, you may either:

Print our "Public Education General Questionnaire", write or type in your answers and email or mail to the Commission at the address below;

or

call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

If your issue involves a claim of discrimination relative to the **Right to Freedom from Discrimination in Public Workplaces and Education**, you may either:

Print our "Public Education RSA 354-A:29 Questionnaire", write or type in your answers and email to the Commission at the address below;

or

call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

### Intake Questionnaire Mailing Address:

Intake Department
NH Commission for Human Rights
2 Industrial Park Drive
Concord, NH 03301

**Post Filing Withdrawal Form**

**Case procedure diagram**



nh.gov | privacy policy | accessibi

Copyright (c) State of New Hampshire, 2005

📎 This symbol indicates the document is in Portable Document Format (PDF). To view PDF files, you will need the Adobe Acrobat Reader which is available for free from **Adobe**.

New Hampshire Commission for Human Rights
2 Industrial Park Drive, Bldg. One, Concord, NH 03301

# CONFIDENTIAL
# THIS IS NOT A CHARGE OF DISCRIMINATION.

NEW HAMPSHIRE COMMISSION FOR HUMAN RIGHTS
2 INDUSTRIAL PARK DRIVE
CONCORD, NEW HAMPSHIRE 03301
(603) 271-2767
FAX: (603) 271-6339
TTD ACCESS: RELAY NH 1-800-735-2964
Email: humanrights@hrc.nh.gov

### PUBLIC EDUCATION INTAKE QUESTIONNAIRE FOR RSA 354-A:29-34
### (RIGHT TO FREEDOM FROM DISCRIMINATION IN PUBLIC WORKPLACES & EDUCATION)

**INSTRUCTIONS:** *This is a questionnaire, not a charge of discrimination.* Please fill out this questionnaire as completely as possible and send a copy back to the Commission either via regular mail, fax or email using the contact information above and keep a copy of the completed questionnaire for your records. The questionnaire will provide a Commission Investigator with information about your claim. The Investigator will use this information to determine whether you have the basis to file a formal charge. After reviewing the questionnaire, the Investigator will contact you to gather further information, as necessary and either explain the next steps in filing a formal charge or explain why you do not have the basis to file a charge of discrimination.

**Is your claim relative to a public school?**                                               Yes   or   No

**Does the school or school district teach grades K-12?**                      Yes   or   No

**Was the offered program/training part of a class?**                              Yes   or   No

**Was the offered program/training part of an extra-curricular activity?**         Yes   or   No

---

Student's Name: _____

Parent/Guardian Name: _____

Address: _____

City: _____ State _____ Zip Code _____

Primary Phone number: _____ Secondary Phone Number _____

Email address: _____

**Is the student currently enrolled at the school?**                          Yes   or   No

**If yes, present Grade:** _____

---

**Optional**: What is your Race? _____ What is your National Origin? _____

# CONFIDENTIAL
## THIS IS NOT A CHARGE OF DISCRIMINATION.

Name of Public School: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Phone Number (include area code): _____

**First date of Discrimination:** Month          Day          Year
**Last date of Discrimination*:** Month          Day          Year

*\* Please keep in mind that you only have 180 days from the last date of discrimination to file a Charge of Discrimination with the Commission under state laws.*

**Please briefly explain in the space provided below or on a separate piece of paper what action was taken against you that you believe to be discriminatory to include a description of the program/training alleged to violate RSA 354-A: 29-34. Provide details such as names and dates, etc. Were other persons treated differently than you? Please describe. What harm, if any, was caused as a result of that action?**