**EXHIBIT 51**

DOE's August
2021
Presentation

(Depo. Ex. 7)

**From:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
    **To:** "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
**Subject:** code of conduct
    **Date:** Tue, 17 Aug 2021 12:44:24 -0000
**Importance:** Normal
**Attachments:** continued_excellence--HB2.pptx



I updated it to include Section 297 or HB 2—pls review.

~~~~~~~~~~~~~~~~~~

Diana E. Fenton, Esq.
Chief, Governance Unit
New Hampshire Department of Education
Office of the Commissioner
101 Pleasant Street
Concord, NH 03301
Diana.fenton@doe.nh.gov
(603) 271-3189

DOE-10058



New Hampshire
**Department of Education**

CONTINUED EXCELLENCE
ELEVATING AN ESTEEMED PROFESSION

Diana E. Fenton, Esq., Chief, Governance Unit
Richard Farrell, Investigator

"An ethics code reflects a collective decision that a profession is better off when ethical standards are not based solely on individual assessments of what is or is not acceptable."

Fisher, C. (2013). Decoding the Ethics Code: A practical guide for psychologists (3rd edition).

Code of Conduct is Not Punishment—

It is about Process!!!

DOE-10059

# A BRIEF HISTORY OF CREATING
# THE CODE OF ETHICS & CODE OF CONDUCT

June 2015—PSB began to look into a code of ethics;

August 2016—Commissioner Barry created Ethics Task Force;

Sept-Dec 2016—Task Force begins work on Code of Ethics;

April 2017—HB 210 signed into law;

Sept-Dec 2017—Task Force transitions focus to Code of Conduct;

Summer of 2018—State Board accepts Code of Ethics;

November 2018—State Board adopts Code of Conduct

DOE-10060



DOE-10061

DOE-10062

# STATUTE

**TITLE I**
**STATE AND ITS GOVERNMENT**

**CHAPTER 21-N**
**DEPARTMENT OF EDUCATION**

Section 21-N:9

(CC) The establishment and enforcement of a code of ethics for certified educational personnel, which shall be adopted no later than July 1, 2016. This professional code shall include a statement of purpose and standards defining each of the 4 primary principles which are:

(1) Responsibility to the education profession and educational professionals.

(2) Responsibility to students.

(3) Responsibility to the school community.

(4) Responsible and ethical use of technology as it relates to students, schools, and other educational professionals.

(5) The professional code of ethics shall apply to all teachers, supervisors, administrators, and other personnel licensed or seeking licensure in the education profession in the state of New Hampshire. In this subparagraph, "teacher" means a person who has applied for or holds a valid teaching license, credential, or other equivalent certificate issued by the state board of education.

## RSA 21-N:9, II(CC)



New Hampshire
**Department of Education**

# RULES

## PART Ed 510 CODE OF CONDUCT

Section Ed 510.01 Principles — Responsibility to the Education Profession and Educational Professionals

Section Ed 510.02 Principle 2 — Responsibility to Students

Section Ed 510.03 Principle 3 — Responsibility to the School Community

Section Ed 510.04 Principle 4 — Responsible and Ethical Use of Technology

Section Ed 510.05 Duty to Report

Principle 1 — Responsibility to the Education Profession and Edu...
example 2 — Responsibility to Students
Principle 3 — Responsibility to the School Community
10.04  Principle 4 — Responsible and Ethical Use of Technology
510.05  Duty to Report

.12  DENIAL, INVESTIGATIONS AND DISCIPLINARY PROCEEDINGS
ction Ed 511.01  Complaints, Data and Investigations
Section Ed 511.02  Reprimand, Reprimand, or Revocation
Section Ed 511.06  Disciplinary Hearings
Section Ed 511.10  Terms of a Consent Finding, Conditions of Disciplinary Proceeding
Section Ed 511.10.  Grounds for Reinstatement After Suspension

### PART Ed 512  DENIAL OR CERTIFICATION

T MASTER PLANS AND RECERTIFICATION
2, Clinical Professional Development Master Plan
Development Plan
of Educators Under the Professional Development Master Plan
n of Educators Not Under the Local Professional Development Master Plan
1.1

... .01 PREREQUISITES FOR INITIAL CERTIFICATION
Section Ed 514.01  their Academic Skills, and Subject Area Assessment
Section Ed 514.02  Validated Studies
Section Ed 514.01  Highly Qualified Teacher

### PART Ed 600  APPROVAL OF PROFESSIONAL PREPARATION PROGRAMS
PART Ed 601  DEFINITIONS
Section Ed 601.01  Definitions

T Ed 602  PROCEDURES FOR APPROVAL
Section Ed 602.01  Scope of Approval Process
Section Ed 602.02  Evaluation Requirements
tion Ed 602.03  Demonstrated Competencies
Ed 602.04  Approval Requirement
602.05  Application Fees for Program Approval
Option 1
Option 2
tion 3

... .03  Approval Recommendations

New Hampshire
Department of Education



THE DIFFERENCE

**Code of Conduct**
*NH's Principles of Professional Conduct*

**Code of Ethics**
*The Code of Ethics for New Hampshire Educators*

New Hampshire
**Department of Education**

DOE-10064

DOE-10065

# ARE YOU TALKING TO ME?

Who is the document applicable to??

Code of Ethics—Applicable to all educators and all school
personnel

Code of Conduct—Applicable to all credential holders
"Credential" is defined in Ed 501.02(g)—page 9 of the
Code of Ethics & Conduct booklet!

# WHY IS A CODE OF CONDUCT IMPORTANT?

- **Child Safety should not be determined by zip code!!**

- Teachers are asked to play an increasingly expansive role in students' lives without any discussion of the inherent risks of this.

- All professions that are characterized by intimate relationships rely on professional standards and norms that help them recognize and respond appropriately when navigating interactions.

DOE-10066

# CODE OF CONDUCT VS. CODE OF ETHICS

Code of Ethics is guidance—aspirational in nature—articulates responsibilities common to all members of the education profession.

Code of Conduct establishes the lowest standard of care—it is actionable only against credential holders

Applicable on or off duty!



New Hampshire
Department of Education

DOE-10067

# CODE OF ETHICS & CONDUCT

*Difference in language:*

*Code of ethics:*

When communicating with students, utilizes social media responsibly, transparently and primarily for the purposes of teaching and learning

*Code of Conduct:*

An educator shall not engage in harassment, stalking, or bullying via electronic media.

DOE-10068

# EMPLOYMENT VS. LICENSURE

- Licenses are required in professions that require public trust;

- Employment and licensure are separate concepts;

- The Department's role is *broader in jurisdiction*, but *narrower in scope*.



DOE-10069

# The Analysis......

*Separate and distinct, but sometimes they affect each other.*



Employment

Code of Conduct

Code of Ethics

DOE-10070

# CODE OF ETHICS & CONDUCT

<u>Four Principles:</u>

Principle I—Responsibility to the Education Profession and Educational Professionals;

Principle II—Responsibility to Students;

Principle III—Responsibility to the School Community;

Principle IV—Responsible and Ethical Use of Technology

**Principle V—Duty to Report

DOE-10071

DOE-10072

# CODE OF CONDUCT—PRINCIPLE 1 (ED 510.01)

## Responsibility to the Education Profession & Educational Professionals:

- Failure to report if arrested for RSA 189:13-a, V offense;

- Falsifying professional qualifications;

- Unlawful possession of drug;

- Possessing or being under influence of drugs or alcohol on school premises or school sponsored activity where students are present.

# CODE OF CONDUCT—PRINCIPLE II (ED 510.02)

## *Responsibility to Students:*

- Failure to provide appropriate supervision of students pursuant to local policy;

- Furnishing alcohol or illegal drugs to students;

- Engaging in sexual activity with student;

- Soliciting participation in sexual relationship

\* "Student" is defined as being up to 10 months after graduation



DOE-10073

# CODE OF CONDUCT—PRINCIPLE III (ED 510.03)

## *Responsibility to the School Community:*

- Accepting gifts or favors where there might be an actual or appearance of a conflict of interest

**Gifts of small amount shall NOT be deemed conflict of interest.

- Misuse of funds for use by the school

- Intentional altering or misrepresenting student assessments, results or official school records.

DOE-10074

DOE-10075

# SO WAIT JUST A MINUTE......

What if a parent gives me a bottle of wine as a present?

Am I going to lose my license for that??



DOE-10076

# CODE OF CONDUCT—PRINCIPLE IV (ED 510.04)

## *Responsible & Ethical Use of Technology:*

- Soliciting a sexual relationship with a student

- Engaging in inappropriate communication—intent, timing, subject matter and amount of communication and whether communication could reasonably be interpreted as being sexual in nature.

\* "Student" is defined as being up to 10 months after graduation

# I NEED SOME EXAMPLES OF WHAT YOU ARE SAYING

- "YOU were one of my rare accomplishments"

- "I saw special in you from the beginning"

- "I felt compelled to both nurture and provocatively challenge [your thoughts]"



DOE-10077

# CODE OF CONDUCT—PRINCIPLE V (ED 510.05)

## *Duty to Report:*

- Any credential holder shall report any suspected violation of the code of conduct

- Superintendent shall report to office of credentialing when a credential holder has been arrested for RSA 189:13-a and violated code of conduct

- Credential holders shall report abuse or neglect

DOE-10078

# PROHIBITION ON TEACHING DISCRIMINATION

- Section 297 & 298 of HB 2 was passed during the 2021 Legislative Session

I. No pupil in any public school in this state shall be taught, instructed, inculcated or compelled to express belief in, or support for, any one or more of the following:

(a) That one's age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion or national origin is inherently superior

to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status,

familial status, mental or physical disability, religion, or national origin;

(b) That an individual, by virtue of his or her age, sex, gender identity, sexual

orientation, race, creed, color, marital status, familial status, mental or physical

disability, religion,

or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

DOE-10079

DOE-10080

# PROHIBITION ON TEACHING DISCRIMINATION

(c) That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color,

marital status, familial status, mental or physical disability, religion, or national origin; or

(d) That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and

should not attempt to treat others without regard to age, sex, gender identity, sexual orientation,

race, creed, color, marital status, familial status, mental or physical disability, religion, or national

origin.

II. Nothing in this section shall be construed to prohibit discussing, as part of a larger

course of academic instruction, the historical existence of ideas and subjects

identified in this section.

DOE-10081

# PROHIBITION ON TEACHING DISCRIMINATION

- All suspected violations of this new law are to be reported to the Human Rights Commission

- The Human Rights Commission will adjudicate these cases

- A finding of a violation of this law by the Human Rights Commission shall be a violation of the Code of Conduct for educators.

*\*\*Please see Technical Advisory by the NH Attorney General's Office on this law for more guidance.*



DOE-10082

# INVESTIGATIONS—ED 511.01

- Initial review
- Credential holder is notified if placed under investigation
- Superintendent is notified if credential holder is placed under investigation



# INVESTIGATIONS—ED 511.01

This letter serves as the official notification, pursuant to New Hampshire Administrative Rule Ed. 511.01, that the New Hampshire Department of Education has initiated an investigation into a complaint against you which alleges that you engaged in an act or acts which violate the New Hampshire Code of Conduct for Educational Professional as enumerated in Ed. 510.01-510.04.

Specifically, the Department of Education has become aware of an action(s) which may have violated Ed -------- of the Code of Conduct for Educational Professionals. Specifically, the allegation is that you -------- --------. At this time, no action has been taken against your teaching credential. Therefore, your teaching credential is still valid during this pending investigation. A copy of this letter will be provided to the superintendent of SAU ------ and the Union.

DOE-10083

# SANCTIONS—ED 511.02

**Four options—3 forms of sanction:**

*Close out case*—Allegation unfounded—no action taken

*Suspension*—rescinded for set period of time

*Revocation*—permanently rescinded

*Reprimand*—note to file of credential holder

DOE-10084

# INVESTIGATIONS—ED 511.01

Considerations of sanctions:

- Seriousness of offense;
- Prior disciplinary record
- Potential harm to students
- Purpose of the rule violated



DOE-10085

# REPRIMAND, SUSPENSION OR REVOCATION

Ed 511.02

- All discipline is documented in writing
- Signed by all parties
- Maintained in electronic credentialing file

Ed 502.01

List of suspended and revoked educators is maintained and is $\circ$——n
DOE website

Ed 511.05

Grounds for Reinstatement after Suspension



D⊂⊃E-10086

# OTHER ISSUES TO BE AWARE OF—ED 511.04

If arrested for RSA 189:13-a, V, DOE can do an immediate suspension of credential

- Credential holder and school district will be notified
- Credential holder is entitled to hearing within 10 days.



DOE-10088

# NEED TO REPORT?

**Richard Farrell, Investigator**
271-8372 (office)
231-0521 (cell)

**Diana Fenton, Esq. Chief of the Governance Unit**
271-3189 (office)
325-2198 (cell)



New Hampshire
**Department of Education**

DOE-10089