**EXHIBIT 56**

Excerpts of
July 8, 2021
Board of
Education
Meeting

## 1

TRANSCRIPTION OF AUDIO FILE
NEW HAMPSHIRE BOARD OF EDUCATION MEETING
JULY 8, 2021

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

## 2

1        (START OF REQUESTED PORTION)
2        COMMISSIONER EDELBLUT:  And then another
3  aspect that was through the law is the anti-
4  discrimination, you know, the right to, you know,
5  freedom from discrimination in the workplace and
6  education.  So it was another pivotal -- it was
7  another piece that was included in the legislative
8  thing.  And we are in the process -- I've written a
9  technical advisory for the schools.  That was over
10 at the Attorney General's Office.
11        Today while I've been sitting here I got
12 some information back from the Attorney General's
13 Office.  So we will tune that up and make sure that
14 we get good technical advisory out to the District.
15        And there is -- you know, it was
16 interesting.  At the superintendent's meeting I
17 asked many superintendents, I was like, "So what do
18 you guys think about this?"  And they didn't really
19 have a lot of misinformation, but they didn't
20 actually have information about what the law said.
21 So the technical advisory, I think, is going to be
22 very important.
23        And then I just -- I wanted to share with
24 you, you know, a part of this topic because we are
25 -- you know, people say will say like, well, this

## 3

1  doesn't happen in New Hampshire.  These are not
2  issues.  But there are a number of issues that we
3  starting with at the Department.  We get a number of
4  different complaints, and there are many things that
5  we are looking into.
6        And I -- this is a little -- it's a little
7  long, and I'll try and go quickly.  But there's --
8  this is a book that is used in middle school.  Some
9  of you may have seen it.  It's called, "This Book is
10 Anti-Racist."  And it is really designed for, you
11 know, a young adolescent, you know, in terms of the
12 engagement and stuff like that.
13        But I thought I would just like share stuff
14 out of one chapter, which -- and the reason I'm
15 picking this chapter is that, you know, reading this
16 material when I share this with you, I would think
17 that this would be unsettling to our educators in
18 terms of what they're being taught.
19        So it's amazing that, you know, in very --
20 we're teaching this to them.  And then I'm going to
21 read you something about it because you're just
22 like, how is that going to play out?  So I'll just
23 start.  This is chapter 10.
24        "You know more history, the parts you are
25 told about and what has been left out.  You are

## 4

1  attuned to microaggressions and are aware of their
2  impact.  You see the work institutions have put in
3  over hundreds of years to maintain the structure of
4  racism.
5        Your school may have rules around how
6  students can wear their hair and for what folks can
7  wear on their head, and you understand how this is
8  affirming the dominant culture.
9        You notice that, still, most of the shows
10 and movies you watch have nearly all white casts and
11 how every time there is a terrorist, that person is
12 Western Asian and speaks Arabic.
13        What do you do next?
14        Use your voice to speak the truth about
15 injustice.  Talk to your family, your friends, your
16 classmates, anyone and everyone who will listen.  I
17 wish I had used my voice when my teacher was so
18 continually awful to us.  I wish I had stood up to
19 my teacher and to our school administration and
20 allowed her to remain -- rather than allow her to
21 remain there.
22        What would I do today if I were in that
23 classroom?  I'd physically stand up to her in all my
24 nine-year-old self.  I'd get out of my seat, stand
25 up, and tell her, "You can't talk to him like that.

Page 5

1 It's not okay." Then I'd walk out of that
2 classroom, bringing my friend with me and anyone
3 else who wanted to -- who wanted and needed to come.
4     I would walk down the stairs to the office,
5 where I'd ask the school secretary or principal to
6 file a complaint against that teacher. I'd tell
7 them she verbally abused my friend, and I'd file
8 that complaint.
9     I would ask the office to call my friend's
10 parents. He shouldn't have to sit through another
11 minute in the classroom with our teacher who
12 assaulted him with her racist words. No one should.
13     We would all attend the next school board
14 meeting to demand our school be a place where we can
15 learn free from racial violence, both verbal and
16 physical.
17     What if you and your family or friends are
18 driving through town, and you see four police
19 officers surrounding two young black men? You may
20 be able to see if the police are armed. You can see
21 that the young black men are not armed, and that
22 they look confused. And that their hands are up.
23     You know that this happens every day, and
24 today could be the day that you change that. Here
25 is where you can make a plan so you'll know what you

Page 6

1 can do if this does come up in your life."
2     And so I just shared that because this is
3 what we're teaching, you know, 9, 10, 11, 12-year-
4 old students in our school, and I'm not sure that
5 this is as constructive as we might want it to be
6 for our students. So I just wanted to share that,
7 so you can have some concrete --
8     UNIDENTIFIED FEMALE: So how do we find out
9 -- if were a parent and I had child, how do we find
10 out if that book is --
11     COMMISSIONER EDELBLUT: So I'm thinking
12 you'd go to your school board. You'd go to your
13 superintendent. I just want to know if this
14 resource is being used. It would be appropriate if
15 you're a parent to be able to request to see all of
16 the actual resources that are being used in the
17 education of your children, right. That's --
18 they're your children, and you want to know what
19 they're being taught.
20     UNIDENTIFIED MALE: Is that it?
21     COMMISSIONER EDELBLUT: Yeah. That's all.
22 And then that's the end of the report.
23     UNIDENTIFIED FEMALE: I just -- one more
24 question.
25     COMMISSIONER EDELBLUT: Yeah.

Page 7

1     UNIDENTIFIED FEMALE: What subject would
2 that (indiscernible)?
3     COMMISSIONER EDELBLUT: I don't know the
4 answer to that.
5     UNIDENTIFIED MALE: I don't think they know
6 the answer to it either. Right now it kind of goes
7 to that question when we were talking about the
8 holocaust, where -- especially use like Critical
9 Race Theory or examining how everything in our life
10 has some racist element to it. So there's really no
11 boundaries where you might see it look like that.
12 That book could be liable in a mathematics class and
13 liable to the social science class.
14     (Indiscernible)
15     COMMISSIONER EDELBLUT: I'm just sharing
16 some actual (indiscernible). Okay.
17     (END OF REQUESTED PORTION)

Page 8

1     CERTIFICATE OF TRANSCRIPTIONIST
2     I certify that the foregoing is a true and
3 accurate transcript of the digital recording
4 provided to me in this matter.
5     I do further certify that I am neither a
6 relative, nor employee, nor attorney of any of the
7 parties to this action, and that I am not
8 financially interested in the action.

12                _____
13                Julie Thompson, CET-1036

Page 8

1                CERTIFICATE OF TRANSCRIPTIONIST
2                I certify that the foregoing is a true and
3       accurate transcript of the digital recording
4       provided to me in this matter.
5                I do further certify that I am neither a
6       relative, nor employee, nor attorney of any of the
7       parties to this action, and that I am not
8       financially interested in the action.
9
10
11
12                              _____
13                              Julie Thompson, CET-1036
14
15
16
17
18
19
20
21
22
23
24
25