**EXHIBIT 57**

Dec. 14, 2021
Email Chain with
DOE
Commissioner F.
Edelblut

```
      From: "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
        To: "Malay, Robert" <rmalay@sau29.org>
        Cc: "D'Eon, Sharyn" <sdeon@sau29.org>, "VanStechelman, Jay" <jvanstechelman@sau29.org>,
            "Brian Campbell" <bcampbell@sau29.org>
       Bcc: "Bond, Christopher" <Christopher.G.Bond@doe.nh.gov>
   Subject: RE: Here are the materials you asked Jay for
      Date: Tue, 14 Dec 2021 21:48:50 -0000
Importance: Normal
Inline-Images: image001.png; image002.png; image003.png; image004.png
```

Dear Rob,

Thanks for reaching out. While I appreciate your willingness to engage with me on this, I want to clarify that I was simply passing along a parent concern that had come to my attention. I have not reviewed the attached materials, nor do I intend to, as NHDOE does not have a role in adjudicating violations of the new law. That role falls to the NH Human Rights Commission and/or the Superior Court. Thus, I'm not in a position to give you any direction as to whether the materials here are or are not in conformity with the new legislation. If you have questions about the material, I would encourage you to reach out to your district's legal counsel. Again, I simply wanted to alert you to a parent complaint.

Remember also that, leaving the new law aside, you might want to consider whether your district's "opt-out" policy under RSA 186:11, IX-c is applicable to this parent concern.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Malay, Robert <rmalay@sau29.org>
**Sent:** Monday, December 13, 2021 8:28 AM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Cc:** D'Eon, Sharyn <sdeon@sau29.org>; VanStechelman, Jay <jvanstechelman@sau29.org>; Brian Campbell <bcampbell@sau29.org>
**Subject:** Fwd: Here are the materials you asked Jay for

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good Morning Commissioner Edelblut,

Thank you for bringing the concern raised to you regarding the showing of a film in one of our schools. I attempted to conference call you in with both the teacher and Principal on Friday so that you could hear directly

from our boots on the ground educators.

Out of context, and given the title of the film, it would be easy to assume that the use of the film "White Like Me" would be inappropriate to show in the classroom given the recently passed legislation in NH. However, when put into real teaching and learning context, I don't believe that to be the case in this situation.

To be clear, the film has NOT been shown this school year at this time and it will not be shown as planned as we are seeking your input. The classroom teacher (copied on this email), has gone to great lengths to openly communicate the lessons being taught in his classroom. He has also attended in depth training on what is and what is not acceptable given the passage of the new law. We have a policy in place with regard to objectionable material to which the school follows.

Because we were not able to connect on Friday, I have asked the teacher to send forth the attachments for your review. If you feel this is still inappropriate to ignite higher level thinking in the classroom, the film simply will not be shown. Please let us know your thoughts on this so that our teacher doesn't become the test case for the new law.

Thank you,
Robb

*Environmental awareness message*

**Please do not print this email unless you have to**

CONFIDENTIALITY NOTICE:
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If the reader of this message is not the intended recipient, or an authorized employee or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may subject you to civil action and/or criminal prosecution. If you have received this communication in error, please notify us by replying to this message and deleting it from your computer and any network to which your computer is connected. Thank you.

DOE-00858