# EXHIBIT 58

July 22, 2021 Email from S. Gibson to A. Malachi

(Depo. Ex. 47)

EXHIBIT 47
WIT: Edelblut
DATE: 5/23/23
Cynthia Foster, RPR, LCR #14

**From:** Sarah Gibson <sgibson@nhpr.org>
**To:** "Malachi, Ahni" <Ahni.N.Malachi@hrc.nh.gov>, "Ahni.malachi@nh.gov" <Ahni.malachi@nh.gov>, "DOE: Communications Office" <Comms@doe.nh.gov>, "Edelblut, Louis (Frank)" <frank.edelblut@doe.nh.gov>, "Giaquinto, Kate" <Kate.M.Giaquinto@doj.nh.gov>
**Subject:** Follow-up inquiry on DOE guidance
**Date:** Thu, 22 Jul 2021 13:27:56 +0000
**Importance:** Normal

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Hi all -

I'm following up on the guidance issued yesterday on the Freedom from Discrimination bill. I am assuming that training from third parties - i.e. an organization that provides teachers with professional development, which is paid for and approved by the district - must also adhere to this guidance. Is that correct?

Here's a description of a workshop that's been offered in the past by an organization: "The pre-cursor to anti-bias, anti-racist work is the awakening that whiteness is the deeply-held root of racism. Examining white culture and who whiteness manifests as privilege, immunity, and complicity is key in divesting from it."

Would this workshop run afoul of the new law?

My deadline is 1 pm this afternoon.

Thanks,
Sarah

Sarah Gibson
Pronouns: She/Her/Hers
Reporter

**NEW HAMPSHIRE PUBLIC RADIO**
2 Pillsbury Street, 6th Floor, Concord NH 03301
**C:** 802.779.2356
**E:** sgibson@nhpr.org