**EXHIBIT 59**

Nov. 15, 2021
Edelblut/
Northwood
GOP Meeting
Exchange

(Depo. Exs. 37 and 52)

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "Cheryl Dean" <CHE_DEA@msn.com>
**Cc:** "Adams, Angela" <Angela.M.Adams@doe.nh.gov>
**Subject:** RE: Thank you
**Date:** Mon, 15 Nov 2021 15:55:29 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

EXHIBIT 37
R. Farrell
5/18/2023
Reporter: Sharon Saalfield
RDR, CRR

---

Happy to come and speak to education issues. I am cc'ing Angela to find a time that would work for your group.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Cheryl Dean <CHE_DEA@msn.com>
**Sent:** Monday, November 15, 2021 9:56 AM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Thank you

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

Dear Frank

I wanted to thank you for all you've done in ensuring that the new NH law prohibiting the teaching of racism in our schools is honored. Your new website addition for parents to report concerns is exactly what NH parents needed!
I am the chair of Northwood GOP and we have been investigating CRT in our school and were concerned with what we found. We are very happy with the new law and sent a flyer with information on it to everyone in our town. We also created a hotline for our town to report concerns. Your website is far better and so much more efficient and effective. Thank you!
I was extremely disappointed to see Sununu discourage your work and outreach with NH parents .
Unfortunately Sununu has been a disappointment for quite some time.
We would love to have you speak with our group anytime and especially if you are running for governor! (Hint...hint)

Thanks again for all hard work for NH children!

Cheryl Dean
Northwood GOP chair
603-344-2190

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "Cheryl Dean" <CHE_DEA@msn.com>
**Cc:** "Adams, Angela" <Angela.M.Adams@doe.nh.gov>
**Subject:** RE: Thank you
**Date:** Mon, 15 Nov 2021 15:55:29 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

Happy to come and speak to education issues. I am cc'ing Angela to find a time that would work for your group.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov




New Hampshire
**Department of Education**

The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

---

**From:** Cheryl Dean <CHE_DEA@msn.com>
**Sent:** Monday, November 15, 2021 9:56 AM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Thank you

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Dear Frank

I wanted to thank you for all you've done in ensuring that the new NH law prohibiting the teaching of racism in our schools is honored. Your new website addition for parents to report concerns is exactly what NH parents needed!
I am the chair of Northwood GOP and we have been investigating CRT in our school and were concerned with what we found. We are very happy with the new law and sent a flyer with information on it to everyone in our town. We also created a hotline for our town to report concerns. Your website is far better and so much more efficient and effective. Thank you!
I was extremely disappointed to see Sununu discourage your work and outreach with NH parents. Unfortunately Sununu has been a disappointment for quite some time.
We would love to have you speak with our group anytime and especially if you are running for governor! (Hint...hint)

Thanks again for all hard work for NH children!

Cheryl Dean
Northwood GOP chair
603-344-2190

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

DOE-00870