# EXHIBIT 60

Jan. 20. 2023
D. Fenton
Email
Exchange

(Depo. Ex. 10)

**From:** Pierre Couture <pcouture@sau4.org>
**To:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
**Subject:** Re: Devisive topics
**Date:** Fri, 20 Jan 2023 08:12:54 -0500
**Importance:** Normal



EXHIBIT 10
D. Fenton
5/17/2023
Reporter: Sharon Saalfield
RDR, CRR

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Thank you.

On Wed, Jan 18, 2023 at 1:34 PM Fenton, Diana <Diana.E.Fenton@doe.nh.gov> wrote:

> Pierre—
>
> Thanks for reaching out to the Department—because this issue—divisive topics is handled by the Human Rights commission and the AG's office the Department has not issued much information on this topic—but I did find this document on the Attorney General's website—hope it helps!
>
> https://www.doj.nh.gov/public-documents/documents/opinion-2021-01-hb2-anti-discrimination.pdf
>
> Thanks!
>
> ---
>
> **From:** Pierre Couture <pcouture@sau4.org>
> **Sent:** Wednesday, January 18, 2023 11:43 AM
> **To:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
> **Subject:** Devisive topics
>
> ---
>
> **EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.
>
> Hello Diana, I hope all is well. Is there somebody at the DOE who can speak with a teacher and principal here in Newfound with specifics about what she can say or not say regardings issues that might pertain to divisive topics?
>
> Pierre
>
> --
>
> Pierre Couture

Superintendent of Schools

Newfound Area School District

603-744-5555

ext. 8500

--
Pierre Couture
Superintendent of Schools
Newfound Area School District
603-744-5555
ext. 8500