# EXHIBIT 62

Nov. 15, 2021 R. Farrell Email Exchange

(Depo. Ex. 34)

From: "terridd@metrocast.net" <terridd@metrocast.net>
To: "'Farrell, Richard'" <Richard.J.Farrell@doe.nh.gov>
Subject: RE:
Date: Mon, 15 Nov 2021 12:35:04 -0500
Importance: Normal



EXHIBIT 34
R. Farrell
5/18/2023
Reporter: Sharon Saalfield
RDR, CRR

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

Hi Rich,
I was not upset with you at all. I understand what you are saying but one cannot overlook the optics of this whole thing. A $500 bounty. Nothing is innocent about that web page.
We are good. I hope though you can see this through the eyes of educators.
Terri

From: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Sent: Monday, November 15, 2021 12:29 PM
To: Donovan, Terri <terridd@metrocast.net>
Subject: RE:

Good Afternoon,
Have you had time to calm down a bit? Certainly, don't want to damage our professional working relationship and friendship. Believe me when I say that I will follow the law to the letter. In answer to your question, we have had allegations of Educator Misconduct related to the new law.
Each has been triaged and sent to the HRC for their review. I have not undertaken any formal investigation related to "Divisive Content."
Rich

Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

*The contents of this message are **CONFIDENTIAL** Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is **PROHIBITED**. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

From: terridd@metrocast.net <terridd@metrocast.net>
Sent: Thursday, November 11, 2021 3:35 PM
To: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Subject: RE:

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

I understand the HRC part however there are tons of things where people could be educated on ow to file complaints etc. Are those things worry of their own page? Nope. I am curious how many complaints over the new law have been received? This is wrong on so many levels.

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Hi Rich,
So it looks like the NH DOE has crossed the Rubicon.
Terri

Terri D. Donovan, Esquire
Director of Collective Bargaining and Field Services
AFT-NH
785 Route 3A, Unit 102
Bow, NH  03304
603-832-9232 (direct line)
603-393-9705 (cell)
terridd@metrocast.net