# EXHIBIT 63

Aug. 20, 2021 F. Edelblut Email Exchange

(Depo. Ex. 45)

EXHIBIT 45
WIT: Edelblut
DATE: 5/23/23
Cynthia Foster, RPR, LCR #14

**From:** "sanborn.kyle" <sanborn.kyle@protonmail.com>
**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>, Hoppy & Harry <froggytouttaint@aol.com>
**Subject:** RE: CRT Advisory
**Date:** Fri, 20 Aug 2021 01:29:50 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Hello Sir,

Yes. I would also think about referencing the applicable section from HB2

193:40  Prohibition on Teaching Discrimination.

IV.  Violation of this section by an educator shall be considered a violation of the educator code of conduct that justifies disciplinary sanction by the state board of education.

V.  For the purposes of this section, "educator" means a professional employee of any school district whose position requires certification by the state board pursuant to RSA 189:39.  Administrators, specialists, and teachers are included within the definition of this term.

Best,
Kyle Sanborn

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, August 17th, 2021 at 10:20 AM, Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov> wrote:

Kyle,

Thanks for following up. Just to make sure we are on the same page, the section that I will be referencing is from Ed 510.05, Principle 5 – Duty to Report.

Is this correct?

# Ed 510.05 Duty to Report

(a) Any credential holder shall report any suspected violation of the code of conduct following the school, school district, or SAU reporting procedures.

(b) Each principal shall report to the superintendent of the school district or SAU where the principal is employed, the chief executive officer of a chartered public school or public academy, or the headmaster of a nonpublic school, if the principal has been notified of, or is personally aware that a credential holder has violated any of the rules of professional conduct as enumerated in Ed 510, which occurred on or off duty.

(c) The superintendent, chief executive officer of a chartered public school or public academy, or headmaster of a nonpublic school, shall report any of the following to the office of credentialing:.

(1) When a superintendent has knowledge that an credential holder, as defined in Ed 501.02(m), has been arrested and charged with an offense enumerated in RSA 189:13-a, V; and

(2) When a superintendent has knowledge that a credential holder has violated the code of conduct as specified in Ed 510.01 through Ed 510.04.

(d) If a credential holder suspects that a superintendent has violated the code of conduct, as specified in Ed 510.01 through Ed 510.04, or if a credential holder has made a report and believes the local reporting procedures have not been followed, the reporting credential holder shall notify the department directly.

(e) Credential holders who have reason to suspect that a student has been, or is being, abused or neglected, shall report the same to:

(1) His or her immediate supervisor, superintendent, or both; and

(2) The department of health and human services, pursuant to RSA 169-C:29.

(f) If the department has reason to suspect that any violation of the code of conduct enumerated in Ed 510.01 through Ed 510.04 was known by a credential holder and not reported, the department shall undertake an investigation, as enumerated in Ed 511.01, against that credential holder as required by Ed 510.05(a), (b), or (c).

(g) The office of credentialing shall open a case, as enumerated in Ed 511.01, in response to a report made pursuant to Ed 510.05(a), (b), (c), or (d) above.

) Any credential holder shall report any suspected violation of the code of conduct following the school, school district or SAU reporting procedures.

*Frank Edelblut*

Frank Edelblut | Commissioner of Education

Phone: 603-271-3144

Frank.Edelblut@doe.nh.gov





*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** sanborn.kyle <sanborn.kyle@protonmail.com>
**Sent:** Monday, August 16, 2021 8:27 PM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>; Hoppy & Harry <froggytouttaint@aol.com>
**Subject:** CRT Advisory

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Commissioner Edelblut,

My name is Kyle Sanborn and I am a member of the Gilford School Board. We briefly spoke at last Wednesday's Belknap County Meeting along with Representative Harry Bean about possibly sending out an advisory to all NH districts highlighting the fact that if an educator disregards the new law, they would be violating the educator code of conduct and would face disciplinary action by the state board of education and by their local school board.

Thank you for you time and for what you have been able to accomplish at the NH DOE.

Best,

Kyle Sanborn

(603)832-4086

Sent with ProtonMail Secure Email.