# EXHIBIT 66

Redacted version of Aug. 27, 2021 F. Edelblut Email Exchange

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** <█████████████@gmail.com>
**Subject:** RE: Interview
**Date:** Fri, 27 Aug 2021 19:38:37 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

If you could share with me the names of those educators (if the incident happened after 6/29/2021, the effective date of the statute) I would be happy to look into it.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** <█████████████@gmail.com>
**Sent:** Friday, August 27, 2021 12:46 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Interview

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Dear Commissioner Edelblut,

Thank you for doing a fine job on the NHPR interview regarding the Divisive Concepts Bill.

My sons have been informed by high school teachers that they are inherently racist and sexist because they are white males. When we react by being appalled, we have been "educated" that we are inherently racist too, by virtue of being white. I do hope this Bill makes a difference.

Thank you for your strong work.

Kindly,

█████████
█████████
Amherst, NH 03031