**EXHIBIT 67**

Redacted version of Oct. 21, 2021 F. Edelblut Email Exchange

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "SAU 29" <rmalay@sau29.org>
**Subject:** FW: Curriculum Information
**Date:** Thu, 21 Oct 2021 19:32:30 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

I tried to call back. Below is what I was calling on.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Edelblut, Louis (Frank)
**Sent:** Thursday, October 21, 2021 3:30 PM
**To:** ▮▮▮▮▮▮@msn.com>
**Subject:** RE: Curriculum Information

Let me try one more time.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ▮▮▮▮▮▮@msn.com>
**Sent:** Thursday, October 21, 2021 3:04 PM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Cc:** Cline, Andrew <andrew.c.cline@affiliate.doe.nh.gov>
**Subject:** Fwd: Curriculum Information

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Hi Frank,

I reached out to Superintendent Malay by phone the day we talked. His assistant took a message and my info. She then called me back and and said Superintendent Malay asked for me to correspond with the him by email.

I then sent the following email to Superintendent Malay back on September 23 (ignore 9/16 date on email). I also sent a reminder a couple of weeks later, followed by a phone call to his assistant, Cathy. I asked Cathy if she knew if the Superintendent intended to respond. She was going to check with him. I have yet to hear.

I guess I'm ready for the RTK.

■

Get Outlook for iOS

**From:** ▇▇▇▇▇▇▇▇▇ msn.com>
**Sent:** Thursday, September 23, 2021 3:04 PM
**To:** rmalay@sau29.org
**Subject:** Curriculum Information

September 16, 2021

Robert Malay
Superintendent SAU29
167 Maple Avenue
Keene NH 03431

Dear Superintendent Maylay:

Thank you for the follow up connection from Commissioner Edulblut.

I represent a group of concerned parents and taxpayers in our community, all of whom want a public education system that is effective, efficient, and focused exclusively on serving the needs of all individual children in its care.

I apologize for the delay. I had a two page Right To Know request ready to send and sat on it a few days. It just felt best to have a conversation first.

With the new age of Covid and Zoom, parents have had a larger window into the classroom. Questions about subject content and academic rigor have been raised. Along with the recent passage of the anti-discrimination curriculum law, all of have brought quite the spotlight on education to us all.

Personally, I am appalled at some of what I've heard. One friend of mine (in another NH school district) asked her son what he learned about racism. He was told since he is white he is racist, was born racist because of his skin color, and will always be a racist. He never told this to his parents before being asked. I can't imagine being told that as a child.

Earlier in the year I approached Principle Sharyn D'Eon at Chesterfield for information. I was sent a lesson for voting rights (4th grade I believe). Not only did it have some political bias, there was quite a lot of misinformation in it. It was a surprise this was an ELA lesson, but didn't seem to have a lot of instruction specific for that subject.

After reading the lesson there were questions on how content is decided. I was told a curriculum committee at the SAU level approves textbooks and content for the schools. From what I understand, this is not decided at a school board meeting.

While concerned about discrimination and bias which may be obvious or subtle in our classrooms, there is the question of how much instruction time or focus is the social justice/equity agenda taught at the expense of academic skills and

excellence?

What is the long term psychological impact on children?

Maybe it is all positive and that would be important to know, but what if it's not?

Our group is willing to invest the time and energy to get a better view of what is being taught to our students, but it's hard to know where to start. How can we work together to identify bias and discrimination? What access do we have to review teacher trainings, subject content in textbooks, handouts, or any type of instruction? Is there a committee or department for Diverstiy or Equity?

How will schools monitor for compliance for the new anti-discrimination law and make sure this does not take place in any classroom?
Examples of such discriminatory ideas:
-*White Privilege*
-*White Guilt*
-*White Rage*
-*Critical (Race) theory*
-*Any race is superior or otherwise advantaged compared to another, Inherited traits define you, your worth, or your ability to achieve that which you set out to do.*
-*Equity (unlike Equality) – The concept that all outcomes should be equal regardless of behavior or effort, and furthered by Ibram X Kendi to claim that "all inequity between races is always the result of racism and that the only cure for past racism is current racism and the only cure for current racism is future racism" (How To Be An Anti-Racist)*
-*Any suggestion of any form of segregation by race, religion, sex, gender or any other heritable trait.*

I'll include a graphic of some of the buzzwords which can be of concern.

Please let me know how best we can learn more, review and give feedback, and ultimately support and empower every child.

Thank you,

[redacted]

Spofford, NH 03462

[redacted]