**EXHIBIT 68**

Redacted version of Dec. 13, 2021 F. Edelblut Email Exchange

(Depo. Ex. 15)

EXHIBIT 15
D. Fenton
5/17/2023
Reporter: Sharon Saalfield
RDR, CRR

From: "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
To: "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
Cc: "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>, "Bond, Christopher" <Christopher.G.Bond@doe.nh.gov>
Subject: FW: Cheshire County SAU29 - Concerned Parent
Date: Mon, 13 Dec 2021 16:05:24 +0000
Importance: Normal
Attachments: received_599899994398162.pdf; ACFrOgCEUqTQie3kzvltQjk1IXPLNcNe8WQKqki...pdf
Inline-Images: image001.png; image002.png; image003.png; image004.png

---

The first part of this email is for Chris, the second is relative to procedural and disciplinary issues and a request for an investigation at Keene.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



**New Hampshire**
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

From: ▬▬▬▬▬@gmail.com>
Sent: Monday, December 13, 2021 9:45 AM
To: Edelblut, Louis (Frank) <Frank.Edelblut@doe.nh.gov>
Subject: Cheshire County SAU29 - Concerned Parent

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good Morning Frank,

I am writing you this e-mail as a follow up to our conversation on Friday 12/10/21 in regards to some concerns I have with the SAU29 School System in Cheshire County. I have a son who is a Sophomore at KHS, and a daughter who is a Freshman at KHS. Both have attended Keene Schools since pre-school and we have lived and paid taxes in Keene since 2005.

The first concern I have is in regards to a Permission Slip (attached) that was sent out to parents of 8th Grade students at the Chesterfield School. It asks parents to give permission for their 8th graders to watch a film "White Like Me by Tim Wise"..."a leading researcher in the field of "Race Relations" and oft commentator for CNN, and someone who has also been on Fox News on this topic." This film emphasizes "White Privilege" and equates Conservatism with White Supremacy. The film should not be shown at all, as it is clearly CRT, and in direct violation of NH Bill "HB 2 Sections 297 and 298, Right to Freedom from Discriminaton in Public Workplaces and Education."

This was the first I had seen anything like this being sent home from school, and it was shared with me by a parent with a child in the Chesterfield School 8th grade class. However, I have heard from multiple other parents

of situations like this happening often in their classrooms. Although it goes against NH Law, it is being enabled and encouraged by local School Boards, School Administrators, and Teachers Unions. There needs to be an investigation into "at the very least" the Chesterfield School and their curriculum, their policies on CRT and if it is in line with NH Law, if they are following the Law, and if not, it be brought up to meet the standards of the Law to protect the students from teacher's biased and politically driven lesson plans.

The second concern I have is with the Keene High School, SAU29 School Board, and School Administrators, in regards to Safety, Assaults, Lack of Teacher Supervision or Staff on Duty, Destruction of Property (I pay for that with my Taxes) and multiple days a week with no class instruction, with students are being given all day Study Hall instead.

I received the attached letter from KHS on 12/9/21 about a student threatening to "Shoot up the School". This is not the first incident of a threat made by a student at KHS just this year. Earlier this year, my son was brought into an office and questioned by the School Resource Officer, who is also a Keene Police Officer, because my son and a few of his friends had overheard another student making similar threats to the school, to come to school and shoot students. I was first surprised that the resource officer had questioned my son without my knowledge or permission or presence, nor was I notified beforehand. I found out about it later when my son got home from school. I called the school and questioned the resource officer on what happened and I also spoke with Cindy Gallagher, the school principal. She explained that the only recourse the school has is to suspend the student who was making threats for 10 days, after which the student must be allowed back into the school with steps made for counseling and rehabilitation of the student "According to NH State Law" (I was told by the principal). That student is now back in school and walking the halls with the other students, who he threatened to shoot. I find it very hard to process that NH Law would allow a student who made threats on other students' lives, to be allowed back into the regular student population, with very little to no safety precautions taken for the rest of the students.

This leads me to the other concerns I have in regards to Student Safety. My kids have come home on several days and told me that a lot of teachers are constantly absent from school at the same time. They have said that on more than one occasion, there have been 30 teachers out at one time, with no student teacher backup. So many teachers are absent from school at one time, that there are no classes being taught, At All, on those days. Instead, the students are ushered into the auditorium or the cafeteria for "Study Hall".

During these all day Study Halls, there is no supervision, teachers or adult staff (because they have all called out). There is open drug use (and dealing), vaping, sexual assault, and violent fighting going on during this time, and in the hallways in between periods. When fights break out, teachers and staff do not intervene in defense of the victim, but instead they turn and walk away, as if instructed by policy Not to intervene...when it is their duty to protect all students in their care. There have been students who have been severely injured by being attacked, not in a Fight, but being Attacked! And the teachers do nothing and the attacker is allowed to walk the halls and also be confined in the auditorium or cafeteria with their victims, and no staff.

For what I have stated above...the students are filming all of this in real time. I have seen the videos myself, as my children show it to me. I have discussed this with the principal of KHS and have been told that a lot of what is happening is out of her control and at the state level. That she cannot suspend a student indefinitely, even when that student threatens to shoot and kill their fellow students. That students who have threatened or physically assaulted other students, are part of a protected class. Well, what about my children who just want to go to school, go to classes, with teachers teaching, and not fear for their safety?

I am calling for an immediate investigation into SAU29 School Board, KHS School Administrators, and KHS Teachers and Staff. There are laws being broken while my children are in school every day. I will no longer sit by and watch it happen. I am part of a much larger group of parents that are starting to gather their resources to fight against the school, system when it comes to our kids. We are fed up!

Lastly...I encourage you to watch the video below in its entirety. This was posted on 12/10/21 titled "Oxford school mass shooting: Two $100M lawsuits allege school officials knew of threats". What was happening at

DOE-09587

Oxford High School was well known. It was known by the students, the teachers, the guidance counselors, the principal, the school board...they all knew. And they did nothing. What is happening at Keene High School, where you have all the kids in two large rooms all day, all together, with little to no supervision, and students who have already threatened to shoot and kill their classmates, are in there with them...this is tactically and morally a recipe for disaster.

https://fb.watch/9S_aSWLMU_/

███████

Concerned Parent