**EXHIBIT 69**

Redacted version of Aug. 23, 2021 F. Edelblut Email Exchange

(Depo. Ex. 19)

EXHIBIT 19
D. Fenton
5/17/2023
Reporter: Sharon Saalfield
RDR, CRR

**From:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: Latest update
**Date:** Mon, 23 Aug 2021 11:45:24 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

Sure—let me see what I can do.

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Friday, August 20, 2021 8:15 AM
**To:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Subject:** FW: Latest update

I did call David Ryan to ask for and about the book. Can you get a copy? He has not returned my call.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov




New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ▇▇▇▇▇▇@msn.com>
**Sent:** Thursday, August 19, 2021 8:44 PM
**To:** Christopher Andriski <candriski@sau16.org>; Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>; Adams, Angela <angela.adams@doe.nh.gov>; Governor Sununu <governorsununu@nh.gov>
**Cc:** Becky Ruel <bruel@sau16.org>; ▇▇▇▇▇@sau16.org>; SAU 16 <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ▇▇▇▇▇; Patrick & Jenn Marr <rpjmarr@yahoo.com>; jason.a.bonnevie@gmail.com
**Subject:** Latest update

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

I'm writing again in hopes to seek the answers that I have been desperately seeking with books that are being read and also teachers Kelsey Plourde, principal Becky Ruel and Assistant Super Intendant Chris Andriski all ignoring to comply with The Board of Education and Comissioner of Education. There has definitely been lies and cover ups about inappropriate content being read to 4th grade students. You have violated my rights with a special education student and you have violated the entire group of parents and students in the 4th and 5th grade Cohort in May of 2021. I realize there will be no response to the answers I seek in a formal email. Therefore I have spoken to an attorney to seek legal action.

One last thing that I would like to bring to the attention of administration is that I along with several parents in town spoke either secretary Kristin Griggs asking why an important board meeting was not posted at Kensington Elementary School, on the front board that town residents drive by and rely on. Kristin stated that it was in the works and was going to be posted. It was NOT POSTED ON OR BEFORE THE MEETING ON August 18th. It however was posted today August 19th, after the meeting had already been conducted. WHY? What is it that you are hesitant for parents to be informed of?

Chris Andriski and David Ryan you will be hearing from the attorney that is representing me soon as you have left me no other choice.

Attached is a picture of how staff, school teachers posted the meeting after it was held. These administrators, teachers and Becky Ruel principal need to be held accountable and held responsible for violating codes of conduct. I will speak with you through my attorney that is representing me.

Because of you lack of response and poor administration with everyone that I have contacted within the Sau16, I have had t ok become boisterous. This has caused my entire family and home to be threatened! I have received horrible messages from community and also have had nails thrown in our driveway. I have 3 children that live here and an elderly parent who will be 79 this September 4th, 2021. You lack of proper administration has caused my family and I a tremendous amount of unwanted stress considering we pay almost $8,000k in property taxes. You all need to be held accountable, I will make sure my attorney takes care of these matters. God Bless you all!

Sincerely,

<!-- redacted -->

---

**From:** <!-- redacted -->@msn.com>
**Sent:** Tuesday, August 10, 2021 5:26 PM
**To:** Christopher Andriski <candriski@sau16.org>; frank.edelblut@doe.nh.gov <frank.edelblut@doe.nh.gov>; angela.adams@doe.nh.gov <angela.adams@doe.nh.gov>; governorsununu@nh.gov <governorsununu@nh.gov>
**Cc:** Becky Ruel <bruel@sau16.org>; <!-- redacted -->@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; <!-- redacted -->; Patrick & Jenn Marr <rpjmarr@yahoo.com>; jason.a.bonnevie@gmail.com <jason.a.bonnevie@gmail.com>
**Subject:** Re: Gender Book & Review RSA 186:11,IX-b and IX-c. Section 186:11 Duties of State Board of Education.

No worries Chris Andriski and David Ryan; at this time our cat and mouse game has come to a complete STOP! I have spoken to the Commissioner of Education Stephen Berwick and Frank Edelblut. I'm requesting that this be reviewed by the SAU16 School Board. After a week, if I have not received a written response, I will file for an appeal under Ed 204 with my local school board, addressed to the chair. Ed 200 (state.nh.us)

By law the SAU16 and teacher <!-- redacted --> has violated my parental rights; along with other parent's rights to read any objectionable material to my child and other children. By law you are required to give parents a two week notice of sexual material and also any material that contains equity and inclusion. You have ignored this repeatedly, David and Chris. By law you as teachers and administrators need to give ALL parents a two-week notice. I know there are hundreds of parents that are not in favor of this DEIJ program/CRT. I will make all elementary schools aware of this. Hopefully if many parents are not in favor of these books; together as parents we can ask to have the DEIJ Director fired since he may likely not be needed. I also request as others have at the school board meetings that David Ryan and Chris Andriski resign. These two supposed leaders have lost our

trust and faith far too many times. They simply can no longer be trusted. These two board members are the first two that parents have requested and demanded to RESIGN! The next should be Kimberly Meyer since she kept our schools closed however housed hundreds of kids at the YMCA in Exeter. This was for her benefit not for our children's!

If I am dissatisfied with the resolution, it will then go to the state! I have expressed my concerns with these controversial books, for these young age groups. Since you seem to not have not been to be able to understand what I am demanding, I have been advised by the Education Commission Manager Stephen Berwick to reiterate why these materials are damaging. So here we go! First you violated my rights and my daughters (H.J) civil rights along with all the other students in the entire classroom. You have these children very confused, and they are all saying they are gay, lesbian, pan gender, two spirited. All these ridiculous things that parents should speak to their children about NOT YOU!

Regarding the book "A Good Kind of Trouble," it is a terrible book that shames "white" children into thinking, they are the oppressors in society. This book talks about gunshots, rioting, looting, burning down buildings. It also made our daughter very uncomfortable and scared. Most parents try to monitor and protect their children just from watching the news whether local or world news because of the violence and bloodshed. I still don't understand why you think these scary, controversial subjects are ok to read to children without parental consent. The last I knew you all work for us. Teachers and administrators are paid through our high property taxes. Without our tax dollars there would not be funding to have job security. So, I suggest you start taking these matters seriously. If you do not, I have been told by Stephen Berwick that he will be meeting with you to make sure these rules are followed. So, I believe now that I will have to have this in writing that you will be following these guidelines. I'm beyond ecstatic that I finally got my way with you after you putting me off since May, ignoring me and trying to run me around in circles. One last quote that I would like to mention from this book is how it said "white cops" kill innocent black people. First, I do not like the phrase COPS, as it sounds disrespectful. Also, If this is not a white HATE book it would have said bad police officers kill innocent people, excluding the gesture of color.

I'm also requesting that Black Lives Matters Organization be removed immediately from our SAU16. This is not working out very well already. You're going to have major lawsuits out very soon, parents at the August 3, 2021, meeting showed extreme dissatisfaction. BLM wants to defund and dismantle our police, what are we to do if that were to happen. They are not a positive organization, This is becoming too political!

I was born in 1974 to an average, middle class, LOVING, CARING FAMILY! My best friend lived across the street from me in a Veteran Housing Project. To this day we still remain best friends. When I was in high school, I would give some of my classmate's rides to or from school. Some were Asian, Vietnamese, Bi-racial, African American. Some were also very poor white families. Some of those white kids went to bed hungry at night. Some had single parent homes. Others had drug addicted or alcoholic parents. STOP reading these books! These BLM books are designed to shame all children of every color and more importantly SHAME WHITE CHILDREN and to MAKE THE WHITE CHILD THE OPRESSOR! It stops here! This book has proven that!

Thank you for your time,

███████████████

Please schedule a meeting or refer to Stephen Berwick 603-271-2299. He will advise you where you need to start to rectify this problem that you have ignored since May 2021. You can also contact Frank Edelblut 603-271-3144. I'm relieved that we are finally going to head in the right direction of the education that these children deserve.

███████████████

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Tuesday, August 10, 2021 12:53 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@msn.com>
**Cc:** Becky Ruel <bruel@sau16.org>; ▓▓▓▓▓▓▓▓▓▓@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Patrick & Jenn Marr <rpjmarr@yahoo.com>
**Subject:** Re: Gender Book

Good afternoon ▓▓▓,

I understand that you are looking for an answer in writing, however I am not sure what you are asking us to answer as we have not had the chance to speak as a group about the concern you have raised. That is why I have invited Dr. Ryan, Mr. Mejia, Ms. Ruel, Ms. ▓▓▓▓▓ and myself to meet with you to discuss and understand the statements you have made about the teaching and curriculum that your daughter engaged in last year. Again, so that we can all be on the same page and together, please let us know your availability on Monday and Tuesday afternoon.

On Tue, Aug 10, 2021 at 9:58 AM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:

> Chris Andriski and David Ryan
>
> I need to be very specific with you Chris! What part do you NOT understand?? I want my simple questions answered in writing! I do not know why you seem to think you are more superior than me. You work for me, and I want my simple questions answered by you and your $95,000k, DEIJ director Andres Mejia. Again, I will not let you run me around in circles this time around. You clearly are not going to answer my questions in writing. It is extremely frustrating to me that you do not realize that you and your teacher ▓▓▓▓▓▓▓▓▓▓ have VIOLATED our child's Civil Rights. You leave me no other option than to seek a lawyer for a lawsuit. I will work as hard as I can to get DEIJ/CRT out of SAU16; just as other parents are in the SAU16 District. Teachers and Principals that assume this is OK need to be held accountable and be TERMINATED! You will be hearing from my attorney as you leave me and other parents no other choice! I hope you realize that when you play with fire you are going to get burned! I will not be complacent any longer! I wish you a blessed day.
>
> ▓▓▓▓▓▓▓▓▓▓▓▓▓
>
>> **From:** Christopher Andriski <candriski@sau16.org>
>> **Sent:** Tuesday, August 10, 2021 8:32 AM
>> **To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
>> **Cc:** Becky Ruel <bruel@sau16.org>; ▓▓▓▓▓▓▓▓▓▓@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Patrick & Jenn Marr <rpjmarr@yahoo.com>
>> **Subject:** Re: Gender Book
>>
>> Good morning ▓▓▓▓▓▓▓▓,
>>
>> As I stated in my responses on June 7 and June 8, we would welcome you to come meet with us at the SAU office to discuss this concern in greater depth. What is your availability next Monday or Tuesday afternoon? I look forward to scheduling a time to meet with you.
>>
>> On Tue, Aug 10, 2021 at 4:06 AM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓msn.com> wrote:

Dr. David Ryan and Chris Andriski I would like a reply to this email on Tuesday, August 10, 2021. Is this how you want to make children become "global citizens?" My e-mail was never fully resolved the last time I questioned literature being read to my daughter's class. Perhaps you can refer to your DEIJ director to answer this question that I have. I find it discriminatory that my questions cannot be fully resolved/answered. David Ryan seems to send out Mass e-mails answering questions instead of dealing with parents directly; to answer questions parents seek. David Ryan, your salary is beyond an average income, you are paid very well. My husband and I pay an astronomical amount of property tax that goes directly to the SAU16. I would like a reply today for you to start answering my questions. I have lost faith in teachers and you being the Superintendent/leader of our SAU16 school district. David Ryan your trust has been broken so badly that I cannot send my daughter to school any longer. That is a HUGE PROBLEM. Please get back to me today before I need to seek alternative help to resolve this matter.

Thank you,

[redacted]

---

**From:** [redacted]
**Sent:** Monday, August 9, 2021 1:30 PM
**To:** Becky Ruel <bruel@sau16.org>; candriski@sau16.org <candriski@sau16.org>; [redacted]; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>
**Cc:** Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; [redacted]; Patrick & Jenn Marr <rpjmarr@yahoo.com>
**Subject:** Gender Book

Good afternoon,,

It appears there has been a gender book read to Hannah's class. She came home saying that her female friends at school are saying that they are bisexual and pan gender. I'm not sure what Pan Gender is can you please enlighten me as to what Pan Gender is? Also what is two spirted?

I have married gay and lesbian friends but I've never heard of these other sexualities. I'm not HOMOPHOBIC, I love my gay friends. It appears that these books are confusing these children and I'm extremely concerned.

I look forward to having this discussion.

[redacted]

--

Christopher Andriski
Assistant Superintendent
SAU #16
603-775-8679
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities. SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice. Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

Christopher Andriski
Assistant Superintendent
SAU #16
603-775-8679
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities. SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice. Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.