# EXHIBIT 70

Redacted version of Aug. 12, 2021 F. Edelblut Email Exchange

**From:** [redacted]com>
**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: CRT - Hopkinton
**Date:** Thu, 12 Aug 2021 19:21:53 +0000
**Importance:** Normal
**Attachments:** common_challenges_when_teaching_about_equity___social_justice__.pdf; NCTE19__CARBTE_Full_Handout.pdf
**Inline-Images:** image005.png; image007.png; image008.png; image009.png; image010.png; image011.jpg

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Frank:

I am not sure if you had a chance to view Kate LaClair's twitter feed in relation to the study guide materials that she was circulating to teachers. Because of our presentation Tuesday night, she has now restricted access – i.e. her twitter feed is no longer open to the public. Attached is the study guide that she was circulating plus the "book replacement" recommendations.



*Admitted in NH and DC*

**Orr&Reno**
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Monday, August 9, 2021 8:56 PM
**To:** [redacted]com>
**Subject:** RE: CRT - Hopkinton

Tomorrow early 7:30/8:00 might be best. My cell is 603[redacted]

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144

Frank.Edelblut@doe.nh.gov





New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** [REDACTED].com>
**Sent:** Monday, August 9, 2021 3:14 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: CRT - Hopkinton

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Frank:

When you get a moment, could you give me a call? Or I could call you.

Let me know, thanks.





Orr&Reno
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Wednesday, April 7, 2021 5:15 PM
**To:** [REDACTED].com>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

Yes.

*Frank Edelblut*

Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov






*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** [REDACTED].com>
**Sent:** Wednesday, April 7, 2021 5:06 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Frank:

I am assuming that Dan Richards was the gentlemen you were going to introduce me to?

Let me know, I may want to chat with Dan and his wife.






**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Thursday, April 1, 2021 1:02 PM
**To:** [REDACTED].com>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

I shared this with Steve.


Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov


New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** [REDACTED].com>
**Sent:** Thursday, April 1, 2021 12:43 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Frank:

This video is fantastic. We are going to work this (and the compelling substance contained therein) into our plea to the Hopkinton School District.



**Orr&Reno**
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Thursday, April 1, 2021 11:54 AM
**To:** [REDACTED].com>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

Here is the video link.

Ian Rowe talks with New Hampshire State Board of Education 3/11/2021 - YouTube


Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** [redacted].com>
**Sent:** Thursday, April 1, 2021 10:55 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Cc:** Julie L <julielaboe@gmail.com>
**Subject:** FW: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Frank:

It was great to talk with you and I hope we can coordinate a meaningful resistance to the divisive critical race theory agenda.

Below is the superintendent's response to my email.



**Orr&Reno**
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

**From:** Steven Chamberlin <schamberlin@hopkintonschools.org>
**Sent:** Thursday, April 1, 2021 5:20 AM
**To:** [redacted].com>
**Subject:** Re: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

April 1, 2021

Hi [redacted],

Thanks for the email.

The Hopkinton School District has not adopted Critical Race Theory...

The District is entering a process to learn more of the experiences of others and have conversations with the community about this work.

Please know I will reflect upon this email and appreciate your perspective.

Steve

On Wed, Mar 31, 2021 at 4:19 PM [redacted].com> wrote:

> Mr. Chamberlin:
>
> We have three children in the Hopkinton School System, one at Maple Street and two in the Middle High School. According to your email below, it would strongly appear that the Hopkinton School District faculty, at all levels, is being trained to teach critical race theory to Hopkinton students. Is this correct? If so, please point us to the curriculum for both Maple Street and Middle High School that incorporates the teaching and/or theories espoused in the three books that you referenced below.
>
> As you are well aware, critical race theory is an ideology which falsely maintains that the United States is a fundamentally racist country and that the Constitution, capitalism, and individual rights must be overthrown in the name of "antiracism." Kendi, the author you reference below, advocates for the discrimination against Americans according to their ethnicity – it's OK, he posits. He writes: "[t]he defining question is whether the discrimination is creating equity or inequity. *If discrimination is creating equity, then it's antiracist.* If discrimination is creating inequity it is racist." This is how you become an antiracist – discriminate against whites. How is this acceptable? Critical race theory ignores the vast amount of empirical evidence that family structure, education, and employment are the drivers of inequality. Instead, every instance of disparity between ethnicities – according to Kendi - is evidence of racial discrimination. All other causal factors cannot be considered. Moreover, if you are white, you are inherently racist and must atone for your sins. This type of theory encroaches upon our Christian beliefs and I am positive that others in the community would agree. Kendi, and others like him, refuse to judge people based upon the content of their character, but *only* on the color of their skin. This is quintessential racism. Teaching our children to feel shame because of the color of their skin – something they have no control over – is despicable. Teaching our youngsters to hate this Country runs quite close to advocating subversive doctrines prohibited under NH RSA 191:1. It is identity-based Marxism.
>
> From our experience, the children in Hopkinton are raised by some pretty amazing parents. They do not see color, they see each other as human beings. I know that we have raised our kids to treat others with the respect that they deserve, regardless of their ethnicity. Critical race theory vehemently rejects such a notion. Instead, critical race theory *requires* the kids to "see color" and act accordingly – this is incredibly divisive. It's espoused goal is to manufacture conflict between ethnicities.
>
> If the Hopkinton School System is teaching critical race theory we need to know this immediately. Thank you for your immediate attention, we look forward to hearing from you soon.



Orr&Reno
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

---

**From:** mssnews <mssnews-bounces@hopkintonschools.org> **On Behalf Of** Steven Chamberlin
**Sent:** Friday, March 19, 2021 12:39 PM
**To:** Harold Martin School <hmsnews@hopkintonschools.org>; HMS School Staff <hms@hopkintonschools.org>; HSD Email List Serve <hsdnews@hopkintonschools.org>; Maple Street School <mssnews@hopkintonschools.org>; Maple Street School Staff <mss@hopkintonschools.org>; Middle and High School <hmhsnews@hopkintonschools.org>
**Subject:** [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

March 19, 2021

Hello Everyone -

The third and hopefully final stage in the 2021 version of the Hopkinton School District Annual Meeting - the drive-through vote - will take place tomorrow (Saturday) from 8:00 am - 2:00 pm at Hopkinton Middle and High Schools. Please remember to enter through the Keasare Avenue entrance. To reduce the early rush, Moderator Newsom is encouraging people to come after 10:00 am if possible.

***Status Report - Case Update - as of March 19***
Harold Martin School
No staff members are currently impacted.
One student is in dilation.
Two students are waiting for test results.

Maple Street School
Two students have confirmed positive tests and are in isolation.
Four staff members are out waiting for test results.
Two teachers are in quarantine.
Two students are in quarantine.

Hopkinton Middle and High Schools
No staff members are currently impacted.
Threes students are in quarantining; one is ill, waiting for test results.

Please remember to complete the screening and reach out to the school nurses with any "yes" answers to the questions.

***Hopkinton School District joins the Hopkinton Reads Program***

The Hopkinton School District and the Hopkinton Town Library are working together to create conversations about culturally responsive teaching and learning. Dr. Dottie Morris, Associate Vice President for Institutional Equity and Diversity at Keene State College, will be leading the discussion.



The event will take place through zoom on Thursday, March 25, beginning at 7:00 pm. Please register for the event at the following link.

https://keene.zoom.us/meeting/register/tZMvcu6tqzoqE9CA0LF5AjBMoGcTZLv_AkPz

I hope you will join this critical discussion.

Thank you for your support. Have a great weekend.

Steve

--
Steven M. Chamberlin, Superintendent
Hopkinton School District
"Above All, Care"

204 Maple Street
Contoocook, NH 03229
Office: (603) 746-5186
schamberlin@hopkintonschools.org

PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL.
-----------------------------------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: This email and any attachments thereto are intended only for use by the addressee(s) named herein and may be proprietary, confidential, and/or privileged, and the disclosure is governed by applicable law. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying this email and any attachments thereto, without the prior written permission of the sender, is strictly prohibited. If you received this email in error, immediately telephone or e-mail the sender, and permanently delete the original copy. The sender accepts no liability for any damage caused by any virus transmitted by this e-mail. Thank you.
-----------------------------------------------------------------------------------------------------------

--
Steven M. Chamberlin, Superintendent
Hopkinton School District
"Above All, Care"

204 Maple Street
Contoocook, NH 03229
Office: (603) 746-5186
schamberlin@hopkintonschools.org

PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL.
-----------------------------------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: This email and any attachments thereto are intended only for use by the addressee(s) named herein and may be proprietary, confidential, and/or privileged, and the disclosure is governed by applicable law. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying this email and any attachments thereto, without the prior written permission of the sender, is strictly prohibited. If you received this email in error, immediately telephone or e-mail the sender, and permanently delete the original copy. The sender accepts no liability for any damage caused by any virus transmitted by this e-mail. Thank you.
-----------------------------------------------------------------------------------------------------------