**EXHIBIT 71**

Redacted version of June 14, 2022 Email to R. Farrell (Depo. Ex. 36)



**From:** ▓▓▓▓▓▓▓▓@aol.com>
**To:** "Stephen.W.Berwick@doe.nh.gov" <Stephen.W.Berwick@doe.nh.gov>
**Subject:** Fwd: Oyster River DEIJ coordinator
**Date:** Tue, 14 Jun 2022 11:22:04 +0000 (UTC)
**Importance:** Normal
**Inline-Images:** Screenshot_20220614-063833.png; Screenshot_20220614-063802.png; Screenshot_20220614-063739.png

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

-----Original Message-----
From: ▓▓▓▓▓▓▓▓@aol.com>
To: RICHARD.J.FARRELL1@DOE.NH.GOV <RICHARD.J.FARRELL1@DOE.NH.GOV>
Sent: Tue, Jun 14, 2022 6:42 am
Subject: Oyster River DEIJ coordinator

Good morning Mr. Farrell,
I wasn't sure exactly who to contact within the board of education, I found your email under code of ethics complaints.
Oyster River has hired a diversity coordinator, Rachael Blansett, who runs a blog called "2 Heauxes". An openly racist blog which thankfully parents in the district saw before she made it password protected.
The shirt she is wearing for the press release says "Pro black, Pro Queer, Pro Hoe".
I've attached images of her site, clearly fueling racism which isn't needed in our schools.
This individual should not be guiding children, of which she clearly states is not a fan of the color they are.

I've attached a few images.
Thank you for your time.

-Concerned Parent





DOE-09911



2 Happy Heauxes

# Wh*te Women: The Cultural Competency Starter Pack

S1: EP1 - "Top 10 Do's & Don'ts For White Women"

- Do your baby's hair, bitch
- WASH YOUR FUCKING LEGS
- Do say "excuse me" when you need to cut around someone in a public space (this includes the sidewalk)
- Do give CREDIT where CREDIT is due aka Black women and women of color
- Do season your food (we promise you, it'll taste better)
- Don't get dreads. Just don't. Please.
- Don't wear Rainbows or

DOE-09912





Sent from the all new AOL app for Android

DOE-09913