**EXHIBIT 72**

DOE Nov. 15, 2021 Email Exchange

(Depo. Ex. 22)

**From:** "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
**To:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
**Subject:** RE: New Hampshire Moms for Liberty chapter offers $500 to anyone who can catch teachers breaking a new 'discrimination' law
**Date:** Mon, 15 Nov 2021 18:26:03 +0000
**Importance:** Normal

**EXHIBIT 22**
D. Fenton
5/17/2023
Reporter: Sharon Saalfield
RDR, CRR

An Anti LGBTQ group is also offering $500

Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

*The contents of this message are CONFIDENTIAL Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is PROHIBITED. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Sent:** Monday, November 15, 2021 1:25 PM
**To:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Subject:** RE: New Hampshire Moms for Liberty chapter offers $500 to anyone who can catch teachers breaking a new 'discrimination' law

I saw that when I was talking with Chris earlier today

---

**From:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Sent:** Monday, November 15, 2021 12:48 PM
**To:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Subject:** New Hampshire Moms for Liberty chapter offers $500 to anyone who can catch teachers breaking a new 'discrimination' law

I thought that you'd be interested in this article from Business Insider Australia:
https://www.businessinsider.com.au/anti-crt-moms-for-liberty-teachers-breaking-new-discrimination-law-2021-11