**EXHIBIT 73**

Redacted version of Nov. 15, 2021 F. Edelblut Email Exchange

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "Houghton, Kimberly C" <kimberly.c.houghton@doe.nh.gov>
**Subject:** FW: Please comment on the "bounty" being placed on NH educators
**Date:** Mon, 15 Nov 2021 19:28:08 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ████████████████ @gmail.com>
**Sent:** Monday, November 15, 2021 2:24 PM
**To:** Walker, Kate <Kate.A.Walker2@doe.nh.gov>; Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>; Governor Sununu <governorsununu@nh.gov>
**Subject:** Please comment on the "bounty" being placed on NH educators

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Good afternoon,

I am a history and English teacher who has just moved to New Hampshire after teaching for several years in Detroit and Philadelphia. I have an undergraduate degree in history and a master's in secondary education, and I take my job very seriously. Like most educators, I find myself working well beyond my contracted hours to plan, grade, and support my students both academically and in their social-emotional lives. I am an advocate for *all* students and work to provide them with a rich and inclusive curriculum that highlights the experiences of a diverse nation - which is what the U.S. is and has historically been.

The "divisive concepts" law, as written, is certainly one thing. The language is very clearly broad in its conception of oppression and in identifying ways in which educators should not be discussing inherent superiority or inferiority. However, the spirit in which this law was written seems to reflect a political agenda of those who specifically do not want to revisit traditional historical narratives with a critical lens and an eye to the experiences of marginalized peoples.

Regardless of anyone in the Department of Education or Governor's Office political beliefs, it should deeply concern you that there are groups like Moms for Liberty NH who are actively calling on parents to report educators in order to potentially receive a bounty of $500 for successful prosecution and loss of license. You know as well as I do that people will be rushing to report educators for even broaching the topics of racism, sexism, or other forms of discrimination along the lines of a McCarthy-era witchhunt.

DOE-00864

There is a dire shortage of highly qualified educators both in this state and across the country. We are still dealing with a pandemic and have not had a moment to address any of the many collective traumas we have endured during the past 18 months. To remain silent while teachers are being targeted in this manner is criminal.

I look forward to reading your timely public condemnation of this group and their scare tactics.

Thank you,
███████████