# EXHIBIT 74

Dec. 28, 2021 F. Edelblut Email Exchange

(Depo. Ex. 43)

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "Mike Breen" <dr.breen@roadrunner.com>
**Subject:** RE: Request for information
**Date:** Tue, 28 Dec 2021 22:08:21 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

Dr. Breen,

Information relative to New Hampshire educators can be found here: Bureau of Credentialing | Department of Education (nh.gov)

Simply click on "Educator Search," enter the educators name, and the relevant information is available.

Please let me know if you need any additional information.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov




New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Mike Breen <dr.breen@roadrunner.com>
**Sent:** Monday, December 27, 2021 6:17 PM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Request for information

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

December 27, 2021
Frank Edelblut, Commissioner
New Hampshire Department of Education
RE: Request for information

This request emanates from Critical Race Theory's (CRT) inculcation in public school curriculums. Rejecting biological and historical realties, and decades of economic and social science research, CRT's cult like assertions include convictions that all racial economic disparities are caused solely by racism, all white individuals are irrefutably racist since infancy, the United States was and is still purposed to promote racism, and genders are disengaged from biology. These bizarre beliefs, alongside allied "cancel culture" efforts of this ilk, which "Great Leap Forward" witnesses say parallel the 1960s social experiment in China, sponsor a science-free evolving eugenics style taxonomy of identity intersectionalities of Marxist-like "oppressed" population cohorts. In this vein, investigative surveys, disengaged from legitimate educational goals, explore some student's intersectionalities of proletarian like "oppression" and other student's bourgeoisie like "privilege." These

investigations document the race, gender, emotional, mental and physical disabilities, economic status of families, and whether parents are living together. Pornographic materials are often employed alongside inquiries of unprepared children as to whether they are "in the right body." Typically, parents are not informed and/or are misled about their children's real or conjured proclivities. Like parents, professional child psychologists are also excluded in this process. Typically, ironically, paternalistic secretive School Boards have denied these practices take place in schools while the Marxist Zinn website accumulated public educator pledges to violate state laws prohibiting its discriminatory practices in the classroom.

New Hampshire, among other States enacted legal prohibitions against the anti-intellectual propagation of harmful CRT beliefs when being taught as fact and/ or when being used to discriminate, segregate or otherwise abuse students. Attached is a list of New Hampshire educators who made the Zinn pledge. We seek to contact the appropriate School Administrative Units (SAUs) to determine if, among the vast majority of otherwise professional New Hampshire educators, these self-avowed lawless educators have fulfilled their pledge to discriminate against, mislead, shame or emotionally incense students, by communicating as factual:

"that people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, are inherently superior or "inferior" to another person of any of these immutable characteristics or personal identities."

"that an individual is inherently racist, sexist or oppressive, whether consciously or unconsciously, because of some immutable characteristic or group identity."

- "that an individual should be discriminated against or receive adverse treatment because of some immutable characteristic or group identity;" or
- "that people of one identity group or immutable characteristic should not treat other classes of people equally, without regard to those traits or classes."

Please provide us with the appropriate SAU's of these educators. We are confident that this information is available under New Hampshire's Right-to-Know law. That said, we thought it would be easiest for both us and your department if we simply submitted this informal request. This email will be followed by a hard copy letter.
Respectfully submitted,
Michael D. Breen, Ph.D.
Director, No Left Turn in Education, New Hampshire Chapter