# EXHIBIT 77

# May 3, 2021 and May 4, 2021 Presentations to N.H. Court System

# Week Three Agenda – Understanding the Communities We Serve

### May 3, 2021 – The Communities We Serve
#### *1 Granite Place*
#### Facilitator: Gina

9:00 – 10:00: Access to Justice: What do we mean?
- **Presenter(s):** Margaret Huang, Heather Kulp
- **Location:** In-person

10:00 – 11:00: New Hampshire's Diverse Communities
- **Presenter(s):** Dr. Jessica Carson, UNH Carsey School of Public Policy
- **Location:** WebEx

11:00 – 11:15: Break

11:15 – 12:45: Diversity, Equity, and Inclusion
- **Presenter(s):** James McKim, President, Manchester NAACP
- **Location:** WebEx

12:45 – 1:15 Lunch

1:15 – 2:15: Introduction to the Disability Community and Access to Justice (New Judge Education > Week 3 > Disability Community, Accessibility, and Access to Justice)
- **Presenter(s):** Pamela Phelan, Litigation Director, Disability Rights Center; Déodonné Bhattarai, Communications Specialist, Disability Rights Center
- **Location:** In-person

2:15 – 2:30: Break

2:30 – 3:30: Queer in the Granite State
- **Presenter(s):** Chris Erchull, Staff Attorney, GLBTQ Legal Advocates and Defenders (GLAD)
- **Location:** WebEx

3:30 – 4:15: Veterans Justice Outreach Program
- **Presenter(s):** Diane Levesque, Manchester VA; Daniel Bricker, Manchester VA
- **Location:** In-person

# Introduction to Diversity, Equity, & Inclusion



James McKim, Managing Partner
James.McKim@OrganizationalIgnition.com

Copyright© 2020 Organizational Ignition



Organizational
Ignition

# Imagine...

Copyright© 2020 Organizational Ignition

# Introduction



## What is the underlying issue in the photos?

Copyright© 2020 Organizational Ignition

3

# Objectives & Agenda

**Objectives**

- Understand basic concepts in diversity
- Relate your experiences to the diversity challenge

**Non-Objective**

- Make you an expert on diversity

**Agenda**

- 8 Key Concepts
- Manifestations of Implicit Bias
- Wrap-up

Copyright© 2020 Organizational Ignition

# 8 Key Concepts



Copyright© 2020 Organizational Ignition

# What is Race?



- Q: What word or phrase comes to mind after viewing this video?

VOX – "The myth of race, debunked in 3 minutes
https://www.youtube.com/watch?v=VnfKgffCZ7U

Copyright© 2020 Organizational Ignition

6

# Gender





Copyright© 2020 Organizational Ignition

# Age

| | Traditionalists | Boomers | Gen X | Millennials |
|---|---|---|---|---|
| **Born** | 1922-1943 | 1943-1960 | 1960-1980 | 1980-2000 |
| **Influences** | Great Depression; military model; formality; patriotism; atomic bomb | Korean War; Civil, Women and Reproductive Rights and Ecology Movements; Woodstuck, Sputnik; TV; dual incomes | moon landing; Watergate; MTV; video games; AIDS; CNN; web; latchkey; divorce | 9/11; Challenger; cell phones; pagers; computers; IM |
| **Values** | respect; security; loyalty; obedience | challenge; ambition; achievement; power | leadership; freedom; truth; independence | safety; loyalty; security; hope |
| **Work Preferences and Style** | hierarchical command and control; formal environment with dress code and strict conduct rules; one job, one employer | politically savvy; competitive environment; challenge authority for feedback; opportunity seekers; frequent job changers | work-life balance; skeptical of authority; self-reliant; oppose hierarchy; innovative; intentional, frequent job changing | diverse culture; collaborate; meaningful work; fun at work; flexibility |
| **Meeting Career Needs** | define and build legacy; annual feedback outlining contributions | define promotional opportunities; annual feedback on progress with documentation | define career path expectations; real time feedback on progress | define career path opportunities; real time feedback on progress and alignment |

Characteristics of Generations

# Neurodiversity

## Thinking Styles



## Neurodivergent



James McKim - Copyright© 2020
Organizational Ignition

# Diversity



*Diversity* is counting, and *inclusion* is cultivating… Diversity is being invited to the party, but inclusion is being asked to dance."

**VOL. 37, NO. 4**
ABA Bar Leader
"Beyond diversity: The bar leader's role in fostering inclusion"

Copyright© 2020 Organizational Ignition                    10

# Equality Vs. Equity



Copyright© 2020 Organizational Ignition                                                    11

# "isms"

## Imagine...



**Structural/ Systemic Discrimination**

**Micro aggressions**

**White Privilege**

**Isms**
Using our power to reinforce our discrimination and prejudice in the institutions and groups to which we belong

**Discrimination**
taking an action on our prejudice

**Prejudice**
a value judgment based on our feelings associated with the stereotype

**Stereotype**
an incomplete or distorted picture in our head

**Generalization:** The process of formulating general concepts by abstracting common properties of instances

Unconscious Implicit Bias

Copyright© 2020 Organizational Ignition

# Structural/Systemic Discrimination



Wealth

Media

Housing

## Cultural

"Culture is how our bodies retain and re-enact history through the foods we eat; the stories we tell; the things that hold meaning for us; the images that move us…Change culture and you change lives…. Social activism is necessary for changing the world in productive ways." – Resmaa Menakem

## Institutional

Best Practices /Policies /Procedures

### Legal

| State* | Local |
|---|---|

Education

Criminal Justice

Copyright© 2020 Organizational Ignition

13

# Institutional/Systemic Racism

"The complex interaction of culture, policy, and institutions that holds in place the outcomes we see in our lives."  - Glen Harris, President of the New Race Forward

"The collective failure of an organization to provide an appropriate and professional service to people because of their colour, culture, or ethnic origin. It can be seen or detected in processes, attitudes, and behavior that amounts to discrimination through prejudice, ignorance, thoughtlessness, and racist stereotyping which disadvantage minority ethnic people". - Sir William Macpherson

Copyright© 2020 Organizational Ignition

# The Cause of Discrimination…
# Unconscious Cognitive Implicit Bias



https://www.nytimes.com/video/us/100000004818663/peanut-butter-jelly-and-racism.html



# Cycle of Socialization

**Lens of Identity**

**Lens of Socialization & Teaching**

Socialized—Taught on a personal level by Parents, Relatives, Teachers, People We Love & Trust—Shapers of Expectations, Norms, Values, Roles, Rules, Models of Ways to Be, Sources of Dreams

**1st Socialization**

**Institutional & Cultural Socialization**

**The Beginning**

Born into a World with Mechanisms in Place. No Blame. No Consciousness. No Guilt. No Choice. Limited Information. No Information. Misinformation. Biases. Stereotypes. Prejudices. History. Habit. Tradition

**Core**

Reinforced/bombarded with messages from:

| Institutions | Culture |
|---|---|
| Churches | Practices |
| Schools | Lyrics |
| Television | Language |
| Legal system | Media |
| Mental Health | Patterns of |
| Medicine | Thought |

On Conscious and Unconscious levels

**Fear Ignorance Confusion Insecurity**

Enforced Sanctioned Stigmatized

Rewards and Punishments

**Actions**

Do Nothing

Don't Make Waves

Promote Status Quo

**Lens of Experience**

Privilege Persecution

Change Interrupt Educate Take a Stand Raised Consciousness Question Reframe

Resulting in: Dissonance, Silence, Anger, Dehumanization, Guilt, Collusion, Ignorance, Self-hatred, Stress, Lack of Reality, Violence, Horizontal Violence, Inconsistency, Crime, Internalization of Patterns of Power

Discrimination Empowerment

**Enforcements**

**Results**

**Direction for Change**

B. Harro (1982), in Teaching for Diversity and Social Justice: A Sourcebook. (1997). Adams, Bell, Griffin [Eds.].

Copyright© 2020 Organizational Ignition



## NH CIRCUIT COURT NEW JUDGE EDUCATION

CHRIS ERCHULL

MAY 3, 2021

# 1-800-455-GLAD
# GLBTQ Legal Advocates & Defenders (GLAD)

CALL GLAD ANSWERS!!!
M-F, 1:30-4:30 PM



# TERMINOLOGY

**Sexual orientation** refers to a person's emotional, romantic, or sexual attraction to people of the same sex, different sex, or any sex.

**Gender identity** is an individual's insistent, persistent, and consistent understanding of themselves as male, female, both, or neither. For most people, gender identity aligns with sex assigned at birth. E.g., person assigned male at birth identifies as a man. For many people, gender identity and assigned sex do not align.

**Gender expression/presentation** is an individual's external expression and/or perception of their gender, manifested through clothing, voice, mannerisms**,** names/pronouns, or even physical features.



3

# TERMINOLOGY – LEGAL DEFINITIONS

**Sexual orientation** means having or being perceived as having an orientation for heterosexuality, bisexuality, or homosexuality. This definition is intended to describe the status of persons and does not render lawful any conduct prohibited by the criminal laws of this state or impose any duty on a religious organization. This definition does not confer legislative approval of such status, but is intended to assure basic rights afforded under this chapter.
RSA 354-A:2 (XIV-c)



4

# TERMINOLOGY – LEGAL DEFINITIONS

**Gender Identity** means a person's gender-related identity, appearance, or behavior, whether or not that gender-related identity, appearance, or behavior is different from that traditionally associated with the person's physiology or assigned sex at birth. Gender-related identity may be shown by providing evidence including, but not limited to, medical history, care or treatment of the gender-related identity, consistent and uniform assertion of the gender-related identity, or any other evidence that the gender-related identity is sincerely held as part of a person's core identity provided, however, that gender-related identity shall not be asserted for any improper purpose.
RSA 354-A:2 (XIV-e)



5

# TERMINOLOGY – MEDICAL DEFINITIONS

**Gender dysphoria** is a medical condition recognized in the DSM-5.

- Clinically significant distress caused by incongruence between a person's gender identity and assigned sex
- A serious but highly treatable medical condition
- Untreated or under-treated gender dysphoria can be disabling for some people



6

# TERMINOLOGY – MEDICAL DEFINITIONS

**Gender transition** is the ONLY widely accepted treatment for gender dysphoria, but the course of treatment is highly individualized.

- Social Transition
  - *Legal Transition*
- Hormone Therapy
- Surgical Treatment



7

# KEY STATUTES

- RSA 354-A (1965)
  - *Created the NH Commission on Human Rights*
  - *Bars discrimination in employment, housing, public accommodations*
  - *Sexual Orientation-1996 Gender Identity-2018*
- RSA 193:38-39 (2019)
  - *Prohibits discrimination in public schools*
- RSA 5-C:87 (2005)
  - *Corrections to birth records*



8

# CODE OF JUDICIAL CONDUCT—CANON 3

- "A judge shall perform the duties of judicial office impartially and diligently."
- Sexual Orientation & Gender Identity are listed with the protected classifications in parts (5) & (6)
- Applies to:
  - *Judges*
  - *Staff, court officials under the judge's direction*
  - *Lawyers before the judge*



9

# PRACTICAL TIPS

- Respect preferred names and pronouns
  - *Avoid assumptions*
  - *Ask when uncertain*
- Avoid gendered terms and honorifics
  - *Use Attorney Jones instead of Mr./Ms. Jones*
  - *Use "the defendant" or "your client" instead of Mr./Ms. ____.*
- Generously allow motions to amend captions, etc., whenever possible



# COURTROOM SCENARIOS

- Boston Straight Pride Parade: Aug. 31, 2019
  - *Counter-protesters significantly outnumbered the Straight Pride demonstrators*
  - *36 arrests, predominantly LGBTQ people*
- Boston Municipal Court Judge denies ADA's request to drop charges against 18 defendants
- Judge intentionally misgenders one transgender defendant and forces her to wait house under guise of clarifying her "alias"



11

# COURTROOM SCENARIOS

- In Ohio, parents of a transgender teenage boy petition for name change
  - *Parents present evidence that the boy has been treated for over a year for gender dysphoria*
- Judge denies petition, claiming it is premature, against the advice of medical providers and the wishes of the young person's parents



# COURTROOM SCENARIOS

- In Texas, parents disagree about young child's gender transition in the midst of custody dispute
- Jury verdict awarded legal custody to the mother
- Judge reverses jury verdict
  - *Judge made comment about case on Facebook*
  - *Judge removed from case*
  - *Jury verdict reinstated*
- Appeals still pending



13

# COURTROOM SCENARIOS—HYPO

- Jury selection in a civil trial
- Plaintiff's attorney exercises peremptory strike
  - *Defense counsel objects, claims improperly struck based on sexual orientation*
- Record demonstrates no basis for strike other than sexual orientation

How do you proceed with respect to the defense counsel's Batson objection?



# GLAD Answers:
# 1-800-455-GLAD

# Questions & Contact

CHRIS ERCHULL
CERCHULL@GLAD.ORG





# The Disability Community and Access to Justice

*Pamela E. Phelan, Litigation Director*
*Déodonné Bhattarai, Communications Specialist*

*Protection and Advocacy System for New Hampshire*

## Presentation outline

- About DRC-NH
- What is the 'disability community'?
- What is a 'disability'?
- Disability data
- Disability etiquette
- Discussion/Q&A



## About DRC-NH

- New Hampshire's designated *Protection and Advocacy* agency.
- Authorized by federal statute "to pursue legal, administrative and other appropriate remedies" on behalf of individuals with disabilities.
- Statewide organization independent from state government or service providers.



The disability rights movement's struggle for access [has shown] that the exclusion of persons with disabilities from the public sphere was not only the outcome of stigma, but also the product of an exclusionary environment that includes physical and structural barriers. In the absence of access, disabled people cannot benefit from the services and opportunities that are available to the public at large and are unable to exercise their rights as citizens of equal value and status.

Sagit Mor, *With Access and Justice for All*, Cardozo Law Review, Vol. 39, Issue 2 (2018).



DISABILITY RIGHTS
CENTER · NH

Ensuring equal access necessarily must encompass considerations of legal capacity, physical access to courts and other legal tribunals, access to legal proceedings and representation, communication, information, language barriers, socioeconomic barriers, structural biases within the legal process and more. *Id.*



# What is the 'disability community'?

- Only minority group anyone can join at anytime
- Plaintiff, defendant, witness, victim, lawyer, CASA volunteer, guardian, friend, family, court employee, or visitor





DISABILITY RIGHTS
CENTER - NH

# What is a 'disability' - Legal

The ADA defines a person with a disability as a person who has a physical or mental impairment that substantially limits one or more major life activity. This includes people who have a record of such an impairment, even if they do not currently have a disability. It also includes individuals who do not have a disability but are regarded as having a disability. The ADA also makes it unlawful to discriminate against a person based on that person's association with a person with a disability.
https://adata.org/faq/what-definition-disability-under-ada



# What is a 'disability' – Lived

- Disability is a natural part of the human experience.

- Types of disabilities are as diverse as the individuals who experience them. Among other things, a disability may affect a person's mental health, vision, hearing, movement, ability to learn or communicate. Disabilities include substance abuse disorder.

- Disabilities affect people in different ways. Two people with the same diagnosis may experience it very differently.

- Disabilities are both visible (e.g., a wheelchair) and invisible (e.g., an intellectual disability). One individual may have multiple disabilities (27%).

DRC
DISABILITY RIGHTS
CENTER · NH

# Data – Disability by the numbers

- About 1 out of every 8 NH residents (**12.6%**) report having a disability

- Number of children and adults engaging in the state's public mental health system is increasing



**UNITED STATES**     **NEW HAMPSHIRE**

| | UNITED STATES | NEW HAMPSHIRE |
|---|---|---|
| **POPULATION** | | |
| with disability | 39,792,082 | 165,149 |
| without disability | 316,027,641 | 1,314,875 |
| **% OF TOTAL** | | |
| with disability | 12.6% | 12.6% |
| without disability | 87.4% | 87.4% |

**WITH DISABILITY   WITHOUT DISABILITY**



DISABILITY RIGHTS
CENTER - NH

# Data – Disability by the numbers

- Less likely to attend college
  - 19.2 percentage points
- Less likely to be employed
  - 40.2 percentage points
- Higher rates of poverty (19.6% v. 5.8%)
- More likely to have public insurance (50.1% v. 12.8%)





# Disability etiquette

- Everyone who works in or comes to court

- Dignity + Respect

- They're the experts about disabilities + needs

- People first language



Image credit: Disabled and Here



# Etiquette: Person-first language

| Preferred | Avoid |
|---|---|
| an individual who has a disability | disabled or special needs |
| an individual with a physical disability | crippled, handicapped; deformed; defective; lame |
| an individual who uses a wheelchair | wheelchair bound or confined to a wheelchair |
| an individual who is blind or has low vision | the blind |
| an individual who is deaf or hard of hearing | the deaf; deaf and dumb; mute; hearing impaired |
| an individual with an intellectual or a developmental disability | slow; retarded; dim-witted |
| an individual with a psychiatric disability or a mental health diagnosis | crazy; maniac; lunatic; demented; schizo; psycho; feeble-minded |

*Person-first language should be used unless an individual prefers identity-first language. Best guideline when referring to people with disabilities is to ASK.*



DISABILITY RIGHTS
CENTER · NH

# Etiquette (continued)

- Ask before acting

- Assume competence and independence

- Identify auxiliary aids/accommodations

- May be hesitant to acknowledge a disability or need



Image credit: Lawrence Roffee



# Etiquette (continued)

- Be mindful of invisible disabilities

- Secondary trauma

- Implicit biases

- Appreciate barriers to services that may impact matters before the court



Image credit: autismspeaks.org





Pamela E. Phelan, Litigation Director
pamelap@drcnh.org

Déodonné Bhattarai, Communications Specialist
deodonneb@drcnh.org

— Protection and Advocacy System for New Hampshire —

# Data-The employment gap detail

In NH, the employment gap
is 40.2 percentage points
(national is 40.6 pts)





# Data-The education gap detail

In NH, the education gap is 19.2 percentage points (national is 19.8 pts)





**May 4, 2021 – Confronting the Twin Challenges of Poverty and Racism**
*WebEx*
**Facilitator: Ryan Guptill**


9:00 – 10:00: Understanding Immigrant and Refugee Experiences
- **Presenter(s):** Dawn Higgins, NHTI
- **Location:** WebEx


10:00 – 11:00: Race and Racial Justice in New Hampshire Presentation (New Judge Education > Week 3 > Implicit Bias, Racism, and Racial Justice)
- **Presenter(s):** James McKim, President of Manchester NAACP
- **Location:** WebEx

11:00 – 11:15: Break

11:15 – 12:15: Race and Racial Justice in New Hampshire Panel
- **Presenter(s):** Joseph Lascaze, ACLU Smart Justice Organizer; Donna Brown, Manchester NAACP; Professor John DeJoie, UNH
- **Location:** WebEx

12:15 – 1:15 Lunch and Conversation on Bias and Judicial Decision-Making
- **Presenter(s):** Judge James Leary
- **Location:** WebEx

1:15 – 2:45: The Real Impact of Poverty
- **Presenter(s):** Professor Stephen Pimpare, UNH
- **Location:** WebEx

2:45 – 3:00: Break

3:00 – 4:00: Panel: Poverty, Homelessness, and New Hampshire Families
- **Presenter(s):** Stephanie Savard, Chief External Relations Officer, Families in Transition; Allie Reyes
- **Location:** WebEx

# Race in NH



James McKim, Managing Partner
James.McKim@OrganizationalIgnition.com



Organizational
Ignition

Copyright© 2020 Organizational Ignition

# Agenda



**Session Objective**
- Understand racism in NH

**Agenda**
- Recap
- Deeper Dive on Implicit Bias
- Microaggressions & White Privilege
- Racism in NH
- Putting It All Together

# Recap









"isms"





Copyright© 2020 Organizational Ignition

19

# Big Picture View of Racism



Safehouse Progressive Alliance for Nonviolence (2005)
"Building a Multi-Ethnic, Inclusive & Antiracist Organization-Tools for Liberation Packet for Anti-Racist Activists, Allies, & Critical Thinkers")

Copyright© 2020 Organizational Ignition

# Types of Implicit Biases

**Decision-making, Belief, and Behavioral/Confirmational (125+)**



- Automation bias
- Bias blind spot
- Dunning–Kruger effect
- **Stereotyping**
- **Zero-sum bias**

**Social /Attributional (220+)**



- **Group attribution error**
- **In-group/Affinity**
- **Puritanical bias**

**Memory Errors (40+)**



- Consistency bias
- **Cross-race effect**
- **Stereotypical bias**

Copyright© 2020 Organizational Ignition

# Bias Impact Context

- Information Overload
- Feelings Over Facts
- Need for Speed
- What to remember



**The Cognitive Bias Codex: A Visual Of 180+ Cognitive Biases**

Copyright© 2020 Organizational Ignition

# Micro-aggression Summary

| | | |
|---|---|---|
| Alien in own land | Ascription of Intelligence | Color Blindness |
| Denial of racism | Myth of meritocracy | Pathologizing cultural values/styles |
| Second class citizen | Environmental | Assumption of criminal status |

## 9 Flavors – 2 forms

# Verbal Micro-aggression Exercise

**"Where are you from? You speak good English!"**

"You are a credit to your race."
"You are so articulate."

"When I look at you, I don't see color."
"America is a melting pot.
"There is only one race, the human race."

A person asking an Asian American to teach them words in their native language.

Assuming everyone can read English

Everyone is the same.

You are not American.
You are a foreigner.

People of color are generally not as intelligent as Whites.
All Asians are intelligent and good in Math / Sciences.

Racial /ethnic experiences are don't matter. There is no value in them.

Copyright ©  Organizational Ignition 2020

# Behavioral Micro-aggression Exercise

PoC mistaken for a service worker.
Taxi cab passes a PoC – picks up a white person
PoC ignored at a store counter

College/University w/buildings with all white heterosexual upper class male names.
Media without PoC.
Overcrowding of public schools in communities of color.

White person clutching purse/wallet as PoC approaches/passes.
Store owner follows PoC around the store

PoC are servants to whites.
PoC are likely t cause trouble.
You don't belong. You are a lesser being.

You don't belong/won't succeed here.
You are an outsider./You don't exist.
PoC don't value education.
PoC are deviant and belong together in schools.

PoC are dangerous.
PoC are likely to cause trouble.

# What is White Privilege?



https://www.youtube.com/watch?v=ysj_8fqnNcY

# Current NH Demographics By Age/Gender



# Current NH Demographics By



Race and Ethnicity                                          #1

Percentage of the total population.

*Scope: population of the United States and New Hampshire*



**Percentage of Population by Racial or Ethnic Group**
*Estimates for 2014-2018, Hispanic Origin Included in Racial Groups*

■ New Hampshire   ■ Manchester   ■ Nashua

<- Margin of Error

Black or African American    Asian    Hispanic or Latino, of Any Race

**Racial or Ethnic Group**

Note: Margins of Error represent 90 percent confidence intervals
Source: U.S. Census Bureau, American Community Survey, 2014-2018

New Hampshire Fiscal Policy Institute

Copyright© 2020 Organizational Ignition                                          28

# NH Examples of Implicit Bias – Part I





A "Best"

B "Still Desirable"

C "Definitely Declining"

D "Hazardous"

# NH Examples of Implicit Bias – Part II

## Cases and deaths by race/ethnicity

| Race/ethnicity | Percentage of population | Percentage of cases | Percentage of deaths |
|---|---|---|---|
| Black or African American alone | 1% | 6% ◆ | 2% |
| Hispanic or Latino * | 4% | 13% ◆ | 3% |
| Asian alone | 3% | 3% | <1% |
| Native Hawaiian and Pacific Islander alone | <1% | 0% ① | 0% ① |
| American Indian or Alaska Native alone | <1% | 0% ① | 0% ① |
| Two or more races | 2% | 0% ① | 0% ① |
| White alone | 90% | 74% | 94% |
| Some other race alone | <1% | 4% ① | <1% ① |



- **Discrimination in every day life & the emotional toll it takes**
- **Special fear of life when pulled over by police – regardless of agency**

Copyright© 2020 Organizational Ignition

# Criminal Justice Process



https://www.fbi.gov/resources/victim-services/a-brief-description-of-the-federal-criminal-justice-process

# Seeing Through an Equity Lens (Breakout)



- What decision is being made?

- Who is at the table?

- How is the decision being made?

- What assumptions are at the foundation of the issue?

- What is likely impact?

- What is your decision?



Overview of the criminal process

32

# Wrap-up





AN
INTRODUCTION TO
UNCONSCIOUS BIAS

An Introduction to Unconscious Bias













**Decision-making, Belief, and Behavioral/Confirmational (125+)**
- Automation bias
- Bias blind spot
- Dunning–Kruger effect
- Stereotyping
- Zero-sum bias

**Social /Attributional (220+)**
- Group attribution error
- In-group/Affinity
- Puritanical bias

**Memory Errors (40+)**
- Consistency bias
- Cross-race effect
- Stereotypical bias

*What will you do?*



**Counterstereotype Training**
- Dasgupta and Asagari (2004)

**Negation**
- Kawakami, Dovido, Moll, Hermsen, and Russin (2000)

**Perspective-taking**
- Shih, M. J., Wang, E., Bucher, A. T., & Stotzer, R. (2009).

**Meditation/Lovingkindness meditation (LKM)**
- Stell, A. J., & Farsides, T. (2016).

**Implicit bias workshops**
- like the one we offer

Copyright© 2020 Organizational Ignition

33

# Eliminating Bias & Discrimination

Mindset



How we think

How we behave

Actions

# How We Think



Wasabi Learning Flow Charts   https://www.wabisabilearning.com/blog/5-useful-critical-thinking-flowcharts

Copyright© 2020 Organizational Ignition                                    35

# How We Behave



# Understanding Communication Basics



*Shannon and Weaver Model*

*Dr. Albert Mehrabian's 7-38-55 Rule of Personal Communication*

Copyright© 2020 Organizational Ignition

37

# Rules for Difficult Conversations



- Who's right?
- What was the intent?
- Who's to blame?

- Uncontrollable urge

**What happened**

**Feelings**

- Have your feelings or they will have you!
- Not who's right - understand each other's story
- Don't assume they meant it - disentangle intent from impact
- Abandon blame

**Way forward: Shift to a learning stance**

**Identify**

- Am I competent?
- Am I a good person?
- Am I worthy of love?

<u>Difficult Conversations</u> by Douglas Stone, Bruce Patton, & Sheila Heen

Copyright© 2020 Organizational Ignition

38

# Pulling It All Together



<u>Justice</u> mindful
of an <u>equity lens</u>

James McKim - Copyright© 2020
Organizational Ignition

# References

Garcia, C. E. (2020). Belonging in a predominantly White institution: The role of membership in Latina/o sororities and fraternities. *Journal of Diversity in Higher Education, 13*(2), 181–193. https://doi.org/10.1037/dhe0000126

National Organization of Nurse Practitioner Faculties.  (2018, August).  *NONPF Calls for Greater Racial and Ethnic Diversity in Nurse Practitioner Education.*  Retrieved May 20, 2020 from https://cdn.ymaws.com/www.nonpf.org/resource/resmgr/docs/20180807_diversity_statement.pdf

Perez, R. J., Robbins, C. K., Harris, L. W., & Montgomery, C.  (2020). Exploring graduate students' socialization to equity, diversity, and inclusion.  *Journal of Diversity in Higher Education, 13*(2), 133-145. https://doi.org/10.1037/dhe0000115