**EXHIBIT 83**

Rep. Daniel Itse,
"Taxpayers Money is
Being Used to Promote
Systemic Racism in
NH," Union Leader
(Apr. 28, 2021)

https://www.unionleader.com/opinion/op-eds/daniel-itse-taxpayers-money-is-being-used-to-promote-systemic-racism-in-nh/article_e81b9b26-e3f5-5e03-8276-742475a3968c.html

# Daniel Itse: Taxpayers money is being used to promote systemic racism in NH

Apr 28, 2021



Daniel Itse

IT IS IMPORTANT to understand what is happening around us. In the name of anti-racism, our schools and institutions are engaging in racist education.

Here are a few examples:

The University of New Hampshire has a webinar for employees that said the role of White people was to "shut up" and "school yourself."

Southern New Hampshire University has a 5-year plan that involves employees having conversations with their managers about their unconscious bias.

Manchester schools mandated anti-Whiteness training for employees, including a webinar called "what is White privilege really?"

Exeter schools have emailed parents information to educate themselves about anti-racism teaching that Whites are inherently racist.

Holderness has on their website that they are integrating social justice, socialism, into the curriculum: that traditional American values are evil.

Concord is doing "anti-racism" training with teachers, teaching that Whites are inherently racist

These teachings are an attack on what it has traditionally meant to be an American. They are an attempt to make every American subjects rather than citizens. The proposed cure is to transfer wealth from the "oppressor" to the "oppressed". The inevitable result is Marxism. They ignore the fact that American governments are the creations of the people, and the creator is always greater than the creation.

In 1974, the people of New Hampshire amended their Bill of Rights Article 2 by adding a second sentence. "Equality of rights under the law shall not be denied or abridged by this state on account of race, creed, color, sex or national origin." This may seem intuitively obvious to us, but not to everyone. Importantly, this amendment puts a particular burden not upon you and me, but upon the State of New Hampshire, and by extension its political subdivisions: counties, towns and ... school districts.

This amendment makes it patently unconstitutional for any part of our state or local governments to assign a quality or characteristic upon any person based upon their race (including Caucasian), their creed (including Jewish and Christian), their color (including White), their sex (including male), or national origin (including American). Unfortunately, some of our school districts have been violating this principle by teaching controversial topics such as Critical Race Theory — the theory that White males are inherently oppressors of everyone else. As government officials, our teachers, school administrators and school board members are prohibited from delving into these subjects.

When they took office, our representatives, senators and the governor all took an oath to uphold the Constitution of the state of New Hampshire. That means that they have the duty to enact laws that enforce the Constitution; particularly to prevent members of government from violating the Constitution, such as by teaching Critical Race Theory and similar topics.

Fortunately, Article 38 of our Bill of Rights gives you, the people, the right to enforce the Constitution upon those in public office. It says, in part: And they (the people) have a right to require of their lawgivers (representatives and senators) and magistrates (governor, school administrators, and teachers), an exact and constant observance of them (the principles of the constitution), in the formation and execution of the laws necessary for the good administration of government.

The purpose of House Bill 544 is to enforce the Bill of Rights, Article 2, of the Constitution of the state of New Hampshire upon the government of New Hampshire. Unfortunately, the House of Representatives has laid HB 544 on the table. That means that though it is not dead, neither will it likely go forward.

You, the people of New Hampshire, have the opportunity to lobby your state representatives and senators, and tell them to protect your children from the malfeasance of their teachers and school administrators. You can find your state senator online here — **http://gencourt.state.nh.us**. Tell them what to do.

If the House of Representatives, the Senate and the governor do not take this opportunity to enforce the Constitution, your Constitution, with the school administrators and teachers of this state, then they are declaring war on you and your children.

Daniel Itse served 18 years in the New Hampshire House of Representatives and as vice chair of the Children and Family Law Committee. He lives in Fremont.