**EXHIBIT 84**

Excerpt from Jan. 11, 2022 HB1313 Hearing

Page 1

New Hampshire House of Representatives
House Education Hearing
Chairman Rick Ladd on HB1313
January 11, 2022

---

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 2

1    VICE-CHAIR CORDELLI:  I think we're about
2  ready to resume.  And we will resume with House Bill
3  1313 relative to the rights to freedom from
4  discrimination in higher education.  And the prime
5  sponsor is ready to go.  And so we welcome the
6  testimony of Representative Ladd.
7      REPRESENTATIVE LADD:  Thank you very much,
8  Mr. Chairman and members of the House Education
9  Committee.  For the record, my name is Rick Ladd.  I
10 come from Haverhill, New Hampshire, and I'm here today
11 to speak and introduce HB1313.
12     On June 25, 2021, Governor Sununu signed HB2
13 into law.  New Hampshire became one of six to prohibit
14 instruction that certain individuals are inherently
15 superior to people of another age, sex, gender,
16 identity, sexual orientation, race, creed, color, and
17 other conditions so stated in the bill.  The law
18 further states that an individual, by virtue of certain
19 identifying conditions, such as the color of one's
20 skin, is inherently racist, sexist, or oppressive,
21 whether consciously or unconsciously.  The law does not
22 prohibit discussing, as a part of a larger course of
23 academic instruction, the historical existence of ideas
24 and subjects identified in this section.
25     HB 1313 adds public post-secondary

Page 3

1  institutions to the definition of public employer that
2  was passed back in HB2, for the purpose of prohibiting
3  discrimination in higher education.  Be it being a
4  public employee in grades K through 12 or an instructor
5  at the post-secondary levels, the law applies to all.
6      One should not convey to any individual that
7  his or her color, creed, or other defining
8  characteristics is inherently racist, sexist, or
9  oppressive, whether consciously or unconsciously.  Any
10 instructor aligning and communicating one's own vision
11 of race relations, where the national narrative that
12 uses diversity and inclusion as its platform, is
13 unacceptable.  It is the teacher's or the professor's
14 responsibility to carefully weigh words and actions and
15 thoughtfully engage in civil discussion.  Public
16 employees should reflect that -- reflect the approved
17 curriculum of the institution and not personal belief.
18     The false national narrative that professes
19 that all states suffer from centuries of white
20 privilege, white supremacy, and systematic racism does
21 not reflect New Hampshire.  Any instruction promoting
22 that racism is alive and well in New Hampshire does not
23 reflect post-secondary education in our state, nor does
24 it accurately portray our residents, particularly those
25 who have been here for generations, nor does it address

Page 4

1  the fact that we have invested efforts to attract more
2  individuals and families to New Hampshire, increasing
3  diversity by nearly 75 percent in the decade.
4      In closing, we should not forget
5  Dr. Martin Luther King's famous speech and advice to
6  the nation.  "I have a dream that my four little
7  children will one day live in a nation where they will
8  not be judged by the color of their skin, but by the
9  content of their character."  As a parent and
10 grandparent, I ask that schools and post-secondary
11 institutions teach our young people to think but not
12 tell them what to think.  Advocating CRT is
13 discriminatory and does not reflect New Hampshire's way
14 of life and certainly doesn't align Dr. King's vision.
15 It does the opposite by pitting people against each
16 other.
17     Thank you, Mr. Chair.
18     VICE-CHAIR CORDELLI:  Thank you,
19 Representative.
20     Are there questions from the Committee?
21 Representative Porter?
22     REPRESENTATIVE PORTER:  Thank you, Mr. Chair,
23 and thank you, Representative Ladd for taking my
24 question.
25     Can you tell me, do you believe in such a

Page 5

1  thing as inclusive bias?
2          REPRESENTATIVE LADD:  I think we have a law
3  in place that we passed with HB2, and now I'm asking
4  that that same law be put in place for the other end of
5  education, post-secondary education.
6          REPRESENTATIVE PORTER:  But my question is,
7  do you believe in -- that there's such a thing as
8  implicit bias?  Because implicit bias is not allowed
9  under the under -- my understanding.  The -- we have to
10 deny that that exists.  I want to know if you believe
11 it exists.
12         REPRESENTATIVE LADD:  I don't deny that we
13 have a history that has good, bad, ugly points
14 throughout it.  I agree 100 percent.  As a teacher
15 myself, I was teaching when I was in Alaska that in
16 slavery, as done by the Russians when they came over to
17 Alaska, was absolutely not acceptable and a portion of
18 our history, which should be, you know, corrected, and
19 it was.
20         I also taught the Holocaust, and reading a
21 book right now dealing with "The Tattooist of
22 Auschwitz," which is a wonderful book that all should
23 read.  We have a history in this country that is
24 developing and -- but I don't believe I should be
25 tagged or you should be tagged or anybody in this room

Page 6

1  be tagged with the idea that you are racist because of
2  our past.  Our past is our past.
3          REPRESENTATIVE PORTER:  May I have one more
4  question, sir?
5          REPRESENTATIVE LADD:  We can learn from it.
6          VICE-CHAIR CORDELLI:  Yes.
7          REPRESENTATIVE PORTER:  The definition that
8  I'm here from perception.org, "What does it mean to
9  have an implicit bias?  We have a bias when, rather
10 than being neutral, we have a preference for or
11 aversion to, a person or group of people.  Thus, we use
12 implicit bias to describe when we have attitudes toward
13 people or associates stereotypes with them without our
14 conscious knowledge."  Do you believe that that exists?
15         REPRESENTATIVE LADD:  I think that as you
16 grow and one acquires the wisdom through life, as I did
17 when I moved to Alaska to a small community where I was
18 in the minority.  My younger daughter grew up learning
19 how to speak Yup'ik.  I didn't see one person different
20 from another person.  Yes, there are people you like
21 and you don't like.  That's in every society.  However,
22 I didn't see it in the way, in the format, in the
23 direction you're going.
24         REPRESENTATIVE PORTER:  Then you're a better
25 person than I am, Representative Ladd.

Page 7

1          REPRESENTATIVE LADD:  Well, thank you for the
2  compliment.
3          VICE-CHAIR CORDELLI:  Thank you.  Other
4  questions from the Committee for Representative Ladd?
5          Seeing none -- oh, I'm sorry.  Sorry I missed
6  you.  Please proceed, Representative.
7          UNIDENTIFIED REPRESENTATIVE:  Thank you, Mr.
8  Chair, and thank you, Representative, for taking my
9  question.
10         Would it be allowed in an elementary school
11 to illustrate what discrimination is by, for example,
12 allowing children with only brown eyes to line up first
13 for lunch or to get drinks at the water fountain for
14 lunch as opposed to the blue-eyed children, and then
15 the next day reverse it and allow the blue-eyed
16 children as opposed to the brown-eyed children?
17         REPRESENTATIVE LADD:  I've seen that occur in
18 schools and with younger children, and that has a
19 reverse effect, as well.  And that will oftentimes pit
20 children against children who don't really understand.
21 And I think that that's something I wouldn't do.  I
22 wouldn't line a lot of kids up and say, "Okay, John and
23 Susan, you pick the kids in your team, and the person
24 standing there last is the one that's always hurt."
25 That's not correct.

Page 8

1          I also believe that when we say that we're
2  going to separate based upon a physical characteristic,
3  and, who knows, that young child may go home saying, "I
4  don't have blue eyes, and I'm not the same as that
5  person that has brown eyes."  I don't think young kids
6  see that difference.  I don't think young kids know
7  that when they come to school.  We teach them these
8  discriminatory actions by some of our actions.
9          We should be teaching in our schools what's
10 happened in our past, which is negative, I agree.  But
11 I don't think we should be doing an activity such as
12 that and giving them that experience so they take home
13 the wrong message and they start believing the wrong
14 message.  I think there's other ways to teach what
15 you're trying to teach and what you're trying to do
16 through that activity.
17         VICE-CHAIR CORDELLI:  Representative Mullen?
18         REPRESENTATIVE MULLEN:  Thank you,
19 Representative Cordelli, and thank you, Representative
20 Ladd, for taking the question.
21         So post-secondary students are college
22 students.  Is -- am I correct in assuming that that's
23 what the term means in this bill, Representative Ladd?
24         REPRESENTATIVE LADD:  Yes, that means that
25 they're -- the pupils are K through 12, and that those

Page 9

 1  students on the other side of this --
 2       MS. CULLEN:  Yeah.
 3       REPRESENTATIVE LADD:  -- are graduated from
 4  high school --
 5       MS. CULLEN:  Okay.  So they're --
 6       REPRESENTATIVE LADD:  -- and on to the next
 7  level --
 8       REPRESENTATIVE MULLEN:  -- beyond K through
 9  12.
10       REPRESENTATIVE LADD:  Yes.
11       REPRESENTATIVE MULLEN:  So in this bill, it
12  says that, "No pupil in elementary or second and no
13  post-secondary educational student shall be taught,
14  instructed, inculcated, or compelled to express a
15  belief in or support for any one of the following" --
16  and then I don't have the list in front of me.  But I
17  mean, we basically know that it's the sort of divisive
18  concepts language that follows at this point, correct?
19       REPRESENTATIVE LADD:  Everything that's in
20  the highlighted dark area is new.  Everything that is
21  in the non-bold font is what is in law right now.
22       REPRESENTATIVE MULLEN:  Okay.  So could I
23  have a follow-up, Representative Cordelli?  Thank you.
24       So by adding this to the statute, by adding
25  post-secondary to the statute, are we saying then that

Page 10

 1  colleges -- in college classes, people can't discuss
 2  critical race theory?
 3       REPRESENTATIVE LADD:  No, we're not saying
 4  that.  We're not saying that you can't be teaching
 5  issues that are in our past that have dealt with race.
 6  You can teach, but you're not going to advocate it as
 7  your personal belief.
 8       REPRESENTATIVE MULLEN:  One more follow-up?
 9       VICE-CHAIR CORDELLI:  Yes.
10       REPRESENTATIVE MULLEN:  And I promise I'll
11  get off of this.
12       VICE-CHAIR CORDELLI:  Got the promise.
13       REPRESENTATIVE MULLEN:  I'll -- I wouldn't
14  have given it, Representative, if I didn't mean it.
15       So I guess I'm having a hard time with the
16  nebulousness of the word "instructed" or "taught at the
17  post-secondary level" because it would seem to me that
18  we would not -- we would want adults to be able to talk
19  about anything in an instructional situation.  We would
20  want them to use critical thinking to draw their own
21  conclusions at the post-secondary level.  And so I'm
22  wondering how this cannot be a violation of someone's
23  freedom of speech.
24       REPRESENTATIVE LADD:  We have to look at the
25  rest of that law that was passed last year, which you

Page 11

 1  don't see here.
 2       MS. CULLEN:  Mm-hmm.
 3       REPRESENTATIVE LADD:  And when it talks about
 4  "any one or more of the following", and then you go
 5  down and you'll see the areas which this bill talks to,
 6  which I spoke to at the beginning of my presentation.
 7  Those are the issues which we're directing this bill,
 8  this post-secondary education instruction towards.
 9       REPRESENTATIVE MULLEN:  But my question to
10  you -- and it's the same question, Representative
11  Cordelli, it's not a new one.  My question to you is:
12  Why would we want to prohibit adults from talking about
13  anything in their post-secondary education that they
14  have paid for and are capable of formulating their own
15  opinions?  I mean, we're talking college students.  Why
16  would we want to do that?  Would that not be considered
17  curtailing the freedom of speech?
18       REPRESENTATIVE LADD:  I would just love to be
19  -- have the opportunity to attend and join some of
20  these classrooms where I have been told by college
21  students you echo back exactly what you want to that --
22  what that professor wants and you'll get your A; you
23  show a divergent way of thinking, and hang it up.  I
24  think that we got to be very careful that we don't
25  narrow down the -- where we're going with our

Page 12

 1  instruction in a post-secondary level by coming across
 2  and saying, I as the instructor, am advocating this,
 3  I'm pushing this.  I, as this young student, would be
 4  kind of like, well, I guess I know how I can get out of
 5  this class; I'll just echo what that individual's
 6  saying; if I go the other way, I know where I'm going
 7  to be.
 8       So I think that there's certain ways of
 9  communicating.  We don't want to teach them what to
10  think.  We want to teach them how to think.  And we
11  ought to be able to respect perspectives from different
12  directions.
13       REPRESENTATIVE MULLEN:  I'm not sure that you
14  answered my question, Representative, but thank you for
15  the attempt.
16       REPRESENTATIVE LADD:  You're welcome.
17       VICE-CHAIR CORDELLI:  Representative Tanner?
18       REPRESENTATIVE TANNER:  Thank you, Mr. Chair,
19  and thank you, Representative Ladd, for taking the
20  question.
21       I think there has been nothing since I've
22  been legislator that has caused more of my
23  constituents, in particularly teacher friends of mine,
24  to contact me and talk to me.  And we've wrestled with
25  this about this bill.  And you're making it even --

Page 13

1  I -- in my opinion, even harder on teachers, and now
2  even college professors.  And I'm wondering, because
3  you were an administrator and because you were a
4  teacher, given what we have here, how do you feel a
5  person in a classroom would be when some student in the
6  class asks a question that enters into this critical
7  race theory, divisive concept, nebulous cloud that
8  we're talking about?  How would you counsel a teacher
9  as to how to handle that?
10         REPRESENTATIVE LADD:  You can respond to a
11  question.  You don't have to say, "This is my way of
12  thinking" though.  You can respond to a question.  You
13  can have open dialogue.  I don't object to that, and I
14  don't think that that a college professor should.
15  However, when you come out and you're advocating for
16  that or forming committees or groups to work on
17  subjects like this on this topic, you're advocating for
18  it, you're pushing it.  And that's something we don't
19  want to push discrimination because that's exactly what
20  it is.  It's ending up pitting individuals against
21  other individuals when we didn't need to go that
22  direction.
23         I believe our society is changing, and it's
24  changing for the better.  We're all more aware, and
25  it's moving forward.  This legislation or CRT or any of

Page 14

1  these projects that have come out are just, I think,
2  tearing the fabric of this country apart.  And I think
3  there are different opinions on the committee right now
4  on this topic.  And you're welcome to have your own
5  opinion.
6         REPRESENTATIVE TANNER:  Well --
7         REPRESENTATIVE LADD:  And I respect that.
8         REPRESENTATIVE TANNER:  Thank you for that.
9  I'm glad I have still free speech.
10         REPRESENTATIVE LADD:  Yes, you do.  We all
11  do.
12         VICE-CHAIR CORDELLI:  Any other questions for
13  the representative?
14         Maybe, if I could ask, Representative, it's
15  my recollection that the existing statute currently has
16  a provision explicitly stating that subjects, as we've
17  been discussing, can be part of any academic
18  instruction that would, I think, or should satisfy any
19  teacher concerns?  Am I correct in my recollection of
20  that statute?
21         REPRESENTATIVE LADD:  That is in law, and you
22  are correct, Representative Cordelli.
23         VICE-CHAIR CORDELLI:  Thank you very much for
24  your testimony.
25         Oh, I'm sorry.  Representative Ford?

Page 15

1         REPRESENTATIVE FORD:  Thank you, Mr. Chair.
2         Representative, one question that's puzzled
3  me throughout this entire discussion is that there
4  never seems be a definition of a theory; and that what
5  is often advanced in terms of a theory is advanced as
6  fact.  And a theory is, as I've always been taught,
7  something that is not yet proved.  And so I wonder
8  about if part of the issue here isn't that people who
9  are perhaps not as skillful in their teaching, but are
10  teaching the theory as though it's a fact, when in fact
11  it's nothing more than a speculation.  The thing falls
12  on its face in terms of just rational and analysis.
13         REPRESENTATIVE LADD:  I think that's well-
14  stated.
15         VICE-CHAIR CORDELLI:  Thank you very much.
16         REPRESENTATIVE FORD:  Thank you.
17         VICE-CHAIR CORDELLI:  Seeing no further
18  questions, thank you very much, Representative.
19         REPRESENTATIVE LADD:  Thank you.
20     (Excerpt ends)
21
22
23
24
25

Page 16

1        C E R T I F I C A T I O N
2
3    I, Alicia Jarrett, do hereby certify that the
4  foregoing is a correct transcript from the electronic
5  sound recording provided for transcription and prepared
6  to the best of my professional skills and ability.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  _____
24  ALICIA JARRETT, AAERT NO. 428    DATE:  April 14, 2023
25

Page 16

1                    C E R T I F I C A T I O N

2

3            I, Alicia Jarrett, do hereby certify that the

4    foregoing is a correct transcript from the electronic

5    sound recording provided for transcription and prepared

6    to the best of my professional skills and ability.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   _____

24   ALICIA JARRETT, AAERT NO. 428      DATE:  April 14, 2023

25