# EXHIBIT 85

Redacted version of Feb. 1, 2022 F. Edelblut Email Exchange

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** ███████████████@gmail.com>
**Subject:** RE: FW: The Regulated Classroom disappointing
**Date:** Tue, 01 Feb 2022 13:47:04 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

I do not have an "independent" review of the actual trainings. There will be an on-line version that I would be happy to share with you to watch and share any feedback.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ███████████████@gmail.com>
**Sent:** Tuesday, February 1, 2022 8:38 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: FW: The Regulated Classroom disappointing

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

I don't know what your other options were to deal with the classroom fallout from Covid-19 policies, but I do appreciate that you were attentive to and attempted to mitigate the potential damage in advance.

Is there a review process in place for Ms. Daniel's training and methods that includes anonymous feedback from individual teachers?

Thank you for your prompt response and your leadership at NH DOE.

Best regards,


On Tue, Feb 1, 2022, 8:14 AM Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov> wrote:

> ███,
>
> Thank you for sharing that with us.
>
> I can tell you that I personally reviewed the materials for this program and reserved, as part of the contract (you can see the contract on the Governor and Council site), the right to edit such content to ensure that the "woke" CRT type concepts would not be included in this program that may be a violation of our laws. I further spoke with Emily to ensure that she too was aware of the proper scope of this contract to ensure the services provided are directed at

supporting the students and teachers with tools relative to dysregulation. I am happy to discuss this further with you if you like. My cell number is 603-███████

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov

[NHDOE-logo-fullWide]

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Houghton, Kimberly C <kimberly.c.houghton@doe.nh.gov>
**Sent:** Tuesday, February 1, 2022 8:03 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Fwd: The Regulated Classroom disappointing

**From:** ███████████████@gmail.com>
**Sent:** Monday, January 31, 2022 9:15:50 PM
**To:** Houghton, Kimberly C <kimberly.c.houghton@doe.nh.gov>
**Subject:** The Regulated Classroom disappointing

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Dear Ms. Houghton,

As a school board member, I am sad to see that the NH DOE is partnering with an organization whose founder is so steeped in critical race theory. A cursory reading of the two blog posts which are linked to her web page was disturbing, especially in view of the current legislation which has drawn attention to educators who are engaging in a form of racism themselves. Ms. Daniels by her own woke words fits the description of one who seeks to divide our world into the oppressed and the oppressor based on skin color.

Disappointed,

███████
Pittsfield