# EXHIBIT 86

Redacted version of Mar. 18, 2022 D. Fenton Email Exchange

(Depo. Ex. 23)

From: ▮▮▮▮▮▮▮▮@hotmail.com>
To: "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
Subject: Re: Devise Concepts Policy and Complaint Process
Date: Fri, 18 Mar 2022 18:45:03 +0000
Importance: Normal



**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Much appreciated Diana! - ▮▮▮

---

From: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
Sent: Friday, March 18, 2022 2:36 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮@hotmail.com>
Subject: Devise Concepts Policy and Complaint Process

-

Richard Farrell forwarded the email that you sent to him. You are correct that the subject matter of HB 544 was put into HB 2 and was passed into law last year. The Attorney General's Office issued a Technical Advisory on this matter back in July and you can access it here:

https://www.doj.nh.gov/news/2021/20210721-anti-discrimination-laws.htm

You may file a grievance directly with the Human Rights Commission and there is also a link to a submission form on the DOE website.

I hope that helps provide clarification. Please feel free to contact me with any additional questions as it pertains to this matter.

Best,

diana

~~~~~~~~~~~~~~~~
Diana E. Fenton, Esq.
Chief, Governance Unit
New Hampshire Department of Education
Office of the Commissioner
101 Pleasant Street
Concord, NH 03301
Diana.fenton@doe.nh.gov
(603) 271-3189

DOE 812