**EXHIBIT 89**

DOE Nov. 10, 2021 Press Release

(Depo. Ex. 25)

Change Site Language    Search The Site

 New Hampshire Department of Education

OPEN MENU

Home > NHDOE launches webpage for reporting alleged discrimination in schools



EXHIBIT 25
R. Farrell
5/18/2023
Reporter: Sharon Saalfield
RDR, CRR

## Press Release

For Immediate Release
**Posted:** November 10, 2021

## Contact

Kim Houghton, Communications Administrator
(603) 513-3030 | kimberly.c.houghton@doe.nh.gov

# NHDOE launches webpage for reporting alleged discrimination in schools

CONCORD, NH — The New Hampshire Department of Education has launched a new webpage in support of the New Hampshire Commission on Human Rights aimed to ensure that students and educators are free from discrimination, and that they have the opportunity to learn and teach in a safe environment.

This website in support of the Commission provides parents with an online site to address concerns that their child may have been discriminated against. Parents, guardians and teachers are able to submit a public education intake questionnaire that will be reviewed by a Commission intake coordinator to determine if there are grounds to file a formal complaint.

This project was spearheaded following the passage of House Bill 2, Right to Freedom from Discrimination in Public Workplaces and Education.

"This update to the law provides a mechanism for individuals who believe they are being discriminated against or aggrieved to have a neutral, third party review and weigh the information. This also creates a unique opportunity for NHDOE and New Hampshire school districts to have more robust conversations about discrimination, educational efforts on the topic and a better understanding of how to differentiate between discrimination and nondiscrimination," said Ahni Malachi, executive director at NHCHR.

"We know that here in New Hampshire, teachers do their best to treat everyone equally, and genuinely strive to communicate with both dignity and respect," said Frank Edelblut, commissioner of education. "This webpage is now available to the public so, in the rare instance that something might appear to be adverse treatment, individuals have a place to go where they can voice their concerns and receive assistance – whether that be parents or teachers."

The new webpage is Right to Freedom from Discrimination in Public Workplaces and Education | Department of Education (nh.gov).

###

---

 New Hampshire Department of Education

25 Hall Street | Concord, NH | 03301-3860
(603) 271-3494 | TDD Access: Relay NH 1-800-735-2964 |
info@doe.nh.gov

Directions to NHDOE >    Notice of Non-Discrimination >

Request for Proposals
NH Career and Technical Education
myNHDOE
Educator Search
Right to Freedom from Discrimination

COVID-19 Resources
NH Government Careers
NH Travel & Tourism
NH Web Portal - NH.gov
ReadyNH.gov
Transparent NH

© 2023 State of New Hampshire • All rights reserved | Accessibility Policy | Privacy Policy    AN OFFICIAL NEW HAMPSHIRE GOVERNMENT WEBSITE