# EXHIBIT 90

Nov. 15, 2021 F. Edelblut Email Exchange

(Depo. Ex. 41)

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "m4l hillsboroughnh" <m4lhillsboroughnh@gmail.com>
**Subject:** RE: Press Release - M4L Offers incentive for evidence on HB2 violations
**Date:** Mon, 15 Nov 2021 15:54:44 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

Thank you.



Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** m4l hillsboroughnh <m4lhillsboroughnh@gmail.com>
**Sent:** Monday, November 15, 2021 9:56 AM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Press Release - M4L Offers incentive for evidence on HB2 violations

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good morning Mr Edelblut,

A few days ago on the M4L Hillsborough County Twitter account, we offered a $500 incentive for individuals to come forward with information on those violating HB2, the Prohibition on Teaching Discrimination.

Attached is the official Press Release.
https://www.momsforliberty.org/files/671

We look forward to working with you, teachers, schools, parents, and the greater community to create the best possible environments for our children to learn.

All the best,
Moms For Liberty - Hillsborough County, NH