# EXHIBIT 91

Nov. 17, 2021 HRC Email Exchange

(Depo. Ex. 61)

From: "BurkeCohen, Sarah" <Sarah.E.BurkeCohen@hrc.nh.gov>
To: "Sheldon, Linda" <Linda.L.Sheldon@affiliate.doit.nh.gov>, "DoIT-wcm" <wcm@nh.gov>
Cc: "Malachi, Ahni" <Ahni.N.Malachi@hrc.nh.gov>
Subject: RE: NHCHR - Website Updates and Document Uploads
Date: Wed, 17 Nov 2021 16:21:50 -0000
Importance: Normal
Attachments: NHCHR_Public_Education_General_Questionnaire.pdf
Inline-Images: image001.gif

EXHIBIT 61
WIT: S BurkeCohen
DATE: 6-20-23
Cynthia Foster, RPR, LCR

Hello Linda,

I have a revision to yesterday's requests:

"How to File A Complaint" Page: https://www.nh.gov/hrc/howto.html

1. Please delete the current document hyperlinked to the "Public Education General Questionnaire" and connect the hyperlink to the attached pdf document.

Thank you,
Sarah

*Sarah E. Burke Cohen, Esq.*
Assistant Director
NH Commission for Human Rights
2 Industrial Park Drive
Concord, New Hampshire 03301
Phone: (603) 271-6840
Fax: (603) 271-6339

**PLEASE NOTE MY NEW EMAIL ADDRESS AND UPDATE YOUR ADDRESS BOOK**
Sarah.E.BurkeCohen@hrc.nh.gov

Statement of Confidentiality

The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Human Rights Commission immediately at (603) 271-6840 or reply to Sarah.E.BurkeCohen@hrc.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

From: Sheldon, Linda <Linda.L.Sheldon@affiliate.doit.nh.gov>
Sent: Tuesday, November 16, 2021 2:46 PM
To: BurkeCohen, Sarah <Sarah.E.BurkeCohen@hrc.nh.gov>; DoIT-wcm <wcm@nh.gov>
Cc: Malachi, Ahni <Ahni.N.Malachi@hrc.nh.gov>
Subject: RE: NHCHR - Website Updates and Document Uploads

Review in 5

**From:** BurkeCohen, Sarah <Sarah.E.BurkeCohen@hrc.nh.gov>
**Sent:** Tuesday, November 16, 2021 2:34 PM
**To:** Sheldon, Linda <Linda.L.Sheldon@affiliate.doit.nh.gov>; Hassan, Ruthie - DoIT Affiliate <Ruthie.A.Hassan@affiliate.doit.nh.gov>; DoIT-wcm <wcm@nh.gov>
**Cc:** Malachi, Ahni <Ahni.N.Malachi@hrc.nh.gov>
**Subject:** NHCHR - Website Updates and Document Uploads

Hello!

Below please find uploads and changes to be made to the HRC's internal web pages. The links for each page are listed for your convenience and documents attached that correspond with sections in need of updates as outlined.

**"Commission Meetings" Page:** https://www.nh.gov/hrc/minutes.html

1. Please add the following .pdf documents to the "2021 Commission Meetings Minutes" as a hyperlink on the date of the meeting. The attached document is named to correspond with the date that should appear in text on the website at the link above.

    October 7, 2021 (see "Meeting Minutes - 20211007 – Approved.pdf")

**"How to File A Complaint" Page:** https://www.nh.gov/hrc/howto.html

1. Please delete the following paragraph and hyperlink:

    If your issue involves a claim for discrimination in a place of **public education**, you may either:

    Print our Public Education Intake Questionnaire Form, write or type in your answers and mail to the Commission at the address below;
    or
    call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

2. In the place of the above deleted paragraph, please put the following with hyperlinks to the indicated pdf. Documents, which are attached above:

    If your issue involves a claim of discrimination in **public education**, you may either:

    Print our "Public Education General Questionnaire", write or type in your answers and email or mail to the Commission at the address below;

    or

    call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

    If your issue involves a claim of discrimination relative to the **Right to Freedom from Discrimination in Public Workplaces and Education**, you may either:

    Print our "Public Education RSA 354-A:29 Questionnaire", write or type in your answers and email or mail to the Commission at the address below;

    or

HRC-00414

call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

Please don't hesitate to reach out with any questions.

Thank you for your assistance!
Sarah

*Sarah E. Burke Cohen, Esq.*
Assistant Director
NH Commission for Human Rights
2 Industrial Park Drive
Concord, New Hampshire 03301
Phone: (603) 271-6840
Fax: (603) 271-6339

**\*\*PLEASE NOTE MY NEW EMAIL ADDRESS AND UPDATE YOUR ADDRESS BOOK\*\***
Sarah.E.BurkeCohen@hrc.nh.gov

### Statement of Confidentiality

The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Human Rights Commission immediately at (603) 271-6840 or reply to Sarah.E.BurkeCohen@hrc.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.