**EXHIBIT 93**

Redacted version of Oct. 26, 2021 F. Edelblut Email Exchange

(Depo. Ex. 38)



From: "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
To: "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
Subject: FW: Inappropriate reading Material, No 2 weeks notice given
Date: Tue, 26 Oct 2021 13:23:13 +0000
Importance: Normal
Inline-Images: image001.png; image002.png; image003.png; image004.png

---

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov




New Hampshire
**Department of Education**

The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

---

From: ███████████████@msn.com>
Sent: Monday, October 25, 2021 2:14 PM
To: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>; candriski@sau16.org; ███████@sau16.org>; Becky Ruel <bruel@sau16.org>
Cc: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
Subject: Re: Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

One other important factor that should be mentioned of how the KES is run by poor administration.

1. Our Chief of Police (Scott Sanders) had to leave his position (2018) in Kensington because he was having a sexual affair with the principal Becky Ruel. That is completely inappropriate and unprofessional. The whole administration is corrupt at the tiny little Kensington Elementary School, school since Becky came along.
2. ███████

From: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
Sent: Monday, October 25, 2021 9:54 AM
To: ███████████████@msn.com>
Cc: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
Subject: RE: Inappropriate reading Material, No 2 weeks notice given

I met with the school last week. As with any type of inquiry, we are not able to discuss any actions the department may take.

Know that I have read the book and we are taking appropriate action.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov





New Hampshire
**Department of Education**

The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

From: ▮▮▮▮▮▮▮▮▮▮▮@msn.com>
Sent: Monday, October 25, 2021 9:12 AM
To: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
Subject: Re: Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Just checking in. Do you have a timeline of when I should be hearing back from you?

I hope that you have been enjoying the fall season!

▮▮▮▮▮

From: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
Sent: Wednesday, October 13, 2021 1:15 PM
To: ▮▮▮▮▮▮▮▮▮▮▮@msn.com>
Subject: Re: Inappropriate reading Material, No 2 weeks notice given

▮▮,

Working through this. I personally read the book this weekend.

From: ▮▮▮▮▮▮▮▮▮▮▮@msn.com>
Sent: Wednesday, October 13, 2021 12:24:33 PM
To: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
Subject: Re: Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

I'm following up with you regarding the emails I sent last week. When will I hear back and what is the resolution going to be with this book being read?

▮▮▮▮▮

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Friday, October 1, 2021 10:01 AM
**To:** ███████████@msn.com>
**Subject:** RE: Inappropriate reading Material, No 2 weeks notice given

Thank you for refreshing my memory. I know the issue and spoke with the superintendent. Can you give me a call so we can discuss next steps?

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov




New Hampshire
**Department of Education**

The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

---

**From:** ███████████@msn.com>
**Sent:** Friday, October 1, 2021 9:54 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Kensington Elementary SAU16

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Thursday, September 30, 2021 2:58 PM
**To:** ███████████@msn.com>
**Subject:** RE: Inappropriate reading Material, No 2 weeks notice given

Can you let me know your district again? Sorry ...

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov


New Hampshire
**Department of Education**

The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

**From:** ███████████@msn.com>
**Sent:** Thursday, September 30, 2021 11:47 AM

**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Hi Frank,

We spoke in late July regarding a book that I was concerned about. This book was read aloud to my daughter's entire class. It contains matters of BLM, gunshots, violence, gang colors, rioting, looting, sexual matters, and white privilege. I feel that I haven't gotten anywhere with the school administration and the teacher that read this material has not been disciplined for this. Can you please tell me what the next step should be. I brought this up at the school board meeting and the school has done nothing to resolve my problem.

I look forward to hearing from you.