# EXHIBIT 94

Redacted version of Oct. 1, 2021 F. Edelblut Email Exchange

**From:** <span style="background:black">▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮</span>@msn.com>
**To:** Christopher Andriski <candriski@sau16.org>
**Cc:** "frank.edelblut@doe.nh.gov" <frank.edelblut@doe.nh.gov>, "stephen.berwick@doe.nh.gov" <stephen.berwick@doe.nh.gov>, Becky Ruel <bruel@sau16.org>, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮@sau16.org>, "dryan@sau16.org" <dryan@sau16.org>, Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>, Whitney Schwartz <wschwartz@sau16.org>, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.net>
**Subject:** Re: Gender Book
**Date:** Fri, 1 Oct 2021 14:24:10 +0000
**Importance:** Normal

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good morning,

Frank Edelblut, the Commissioner of Education informed me that anything that contains **equity and inclusion** or sexual content, parents must be given a 2-week notice. This was not done. I have spoken to Frank again this morning, he is giving me instructions on proceeding with disciplinary actions of breaking educational codes of conduct. I'm hoping this will result in Kelsey Plourde losing her license to teach. I will not let this rest until this happens. Because of the lies and cover ups with your poor administration policies my husband and I have lost complete trust in the SAU16 educating our 5th grade child.

I will follow up with you or Frank will do so as well.

Sincerely,

▮▮▮▮▮▮▮▮

---

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Thursday, September 30, 2021 3:03 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@msn.com>
**Cc:** frank.edelblut@doe.nh.gov <frank.edelblut@doe.nh.gov>; stephen.berwick@doe.nh.gov <stephen.berwick@doe.nh.gov>; Becky Ruel <bruel@sau16.org>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.net>
**Subject:** Re: Gender Book

Good afternoon ▮▮▮,

I hope that you and your family had a relaxing time in Montana as you travel through the National Parks. I have attached policies IGE and BEDG for you to review. Policy IGE- Parental Objection to Specific Course Material does have a two week notice to parents if specific instruction is going to be in the instruction of human sexuality or human sexual education. At no time was human sexualtiy or human sexual education a part of the curriculum in your daughter's class last year. The school did reach out to you and looked to set up a meeting time to discuss concerns of materials that you found objectionable, however no meeting date was scheduled so that an alternative assignment could be agreed upon.

As for your question about modifying the board meeting minutes, I have included policy BEDG- Minutes so that you are aware of what is required to be captured in the minutes. If you believe that information has been left out, I again recommend that you send an email to myself and all three board members as general correspondence. In that general correspondence please indicate what you feel should be added or edited in the minutes for the board to review. All general correspondence to the board is attached to the board minutes and becomes part of the public minutes.

I am always willing to have a meeting at the SAU to assist you with your questions and concerns. Just as a reminder, the Kensington School Board meeting takes place at Kensington Elementary School and therefore ▮▮▮ would have to address the board in person. Thank you and please let me know if you have any further questions.


On Thu, Sep 30, 2021 at 12:04 PM ▮▮▮@msn.com> wrote:
> Hi Chris,
>
> Sorry for my lack of response on the board meeting minutes. We were traveling for 10 days in Montana through the National Parks.
>
> Again, this issue has not been resolved with inappropriate reading material. By law, your teachers and staff are supposed to give a two week opt out notice for the inappropriate material being reading. I have contacted Frank Edeblut once again. I ask that I have a meeting at the next school board meeting to seek the answers that you do not want to provide in writing. Would this be done at KES or Exeter High?
>
> Talk soon.
>
> ▮▮▮
>
> ---
>
> **From:** Christopher Andriski <candriski@sau16.org>
> **Sent:** Tuesday, August 10, 2021 12:53 PM
> **To:** ▮▮▮@msn.com>
> **Cc:** Becky Ruel <bruel@sau16.org>; ▮▮▮@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ▮▮▮>; Patrick & Jenn Marr <rpjmarr@yahoo.com>
> **Subject:** Re: Gender Book
>
> Good afternoon ▮▮▮,
>
> I understand that you are looking for an answer in writing, however I am not sure what you are asking us to answer as we have not had the chance to speak as a group about the concern you have raised. That is why I have invited Dr. Ryan, Mr. Mejia, Ms. Ruel, Ms. ▮▮▮ and myself to meet with you to discuss and understand the statements you have made about the teaching and curriculum that your daughter engaged in last year. Again, so that we can all be on the same page and together, please let us know your availability on Monday and Tuesday afternoon.
>
>> On Tue, Aug 10, 2021 at 9:58 AM ▮▮▮@msn.com> wrote:
>> Chris Andriski and David Ryan

I need to be very specific with you Chris! What part do you NOT understand?? I want my simple questions answered in writing! I do not know why you seem to think you are more superior than me. You work for me, and I want my simple questions answered by you and your $95,000k, DEIJ director Andres Mejia. Again, I will not let you run me around in circles this time around. You clearly are not going to answer my questions in writing. It is extremely frustrating to me that you do not realize that you and your teacher ▇▇▇▇▇▇▇ have VIOLATED our child's Civil Rights. You leave me no other option than to seek a lawyer for a lawsuit. I will work as hard as I can to get DEIJ/CRT out of SAU16; just as other parents are in the SAU16 District. Teachers and Principals that assume this is OK need to be held accountable and be TERMINATED! You will be hearing from my attorney as you leave me and other parents no other choice! I hope you realize that when you play with fire you are going to get burned! I will not be complacent any longer! I wish you a blessed day.

▇▇▇▇▇▇▇▇▇▇▇▇

---

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Tuesday, August 10, 2021 8:32 AM
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇@msn.com>
**Cc:** Becky Ruel <bruel@sau16.org>; ▇▇▇▇▇▇▇▇▇▇@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ej@vikingwelding.net <▇▇▇▇▇▇▇▇▇▇>; Patrick & Jenn Marr <rpjmarr@yahoo.com>
**Subject:** Re: Gender Book

Good morning ▇▇▇ and ▇▇▇,

As I stated in my responses on June 7 and June 8, we would welcome you to come meet with us at the SAU office to discuss this concern in greater depth. What is your availability next Monday or Tuesday afternoon? I look forward to scheduling a time to meet with you.

On Tue, Aug 10, 2021 at 4:06 AM Alex Settings <summerdahlias@msn.com> wrote:
> Dr. David Ryan and Chris Andriski I would like a reply to this email on Tuesday, August 10, 2021. Is this how you want to make children become "global citizens?" My e-mail was never fully resolved the last time I questioned literature being read to my daughter's class. Perhaps you can refer to your DEIJ director to answer this question that I have. I find it discriminatory that my questions cannot be fully resolved/answered. David Ryan seems to send out Mass e-mails answering questions instead of dealing with parents directly; to answer questions parents seek. David Ryan, your salary is beyond an average income, you are paid very well. My husband and I pay an astronomical amount of property tax that goes directly to the SAU16. I would like a reply today for you to start answering my questions. I have lost faith in teachers and you being the Superintendent/leader of our SAU16 school district. David Ryan your trust has been broken so badly that I cannot send my daughter to school any longer. That is a HUGE PROBLEM. Please get back to me today before I need to seek alternative help to resolve this matter.
>
> Thank you,
> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>
> ---
> **From:** ▇▇▇▇▇▇▇
> **Sent:** Monday, August 9, 2021 1:30 PM
> **To:** Becky Ruel <bruel@sau16.org>; candriski@sau16.org <candriski@sau16.org>; ▇▇▇▇▇▇▇▇▇▇@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield

<Melissa.Litchfield@leg.state.nh.us>
**Cc:** Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ███████████████████████████.net>; Patrick & Jenn Marr <rpjmarr@yahoo.com>
**Subject:** Gender Book

Good afternoon,,

It appears there has been a gender book read to ███████ class. She came home saying that her female friends at school are saying that they are bisexual and pan gender. I'm not sure what Pan Gender is can you please enlighten me as to what Pan Gender is? Also what is two spirted?

I have married gay and lesbian friends but I've never heard of these other sexualities. I'm not HOMOPHOBIC, I love my gay friends. It appears that these books are confusing these children and I'm extremely concerned.

I look forward to having this discussion.

███████████

--
Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities.  SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice.  Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

--
Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities.  SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice.  Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.


--
Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities.  SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice.  Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

DOE-07026