UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                              Case No.   1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)


**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs has
conventionally filed the following attachment or exhibit:
Exhibit 98 to Plaintiffs' Statement of Material Facts (Depo. Ex. 31).

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.


Date: August 14, 2023                    /s/  Gilles Bissonnette
                                         Gilles Bissonnette
                                         265393
                                         ACLU of New Hampshire
                                         18 Low Avenue
                                         Concord, NH 03301
                                         603-224-5591
                                         gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette
Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603-224-5591
gilles@aclu-nh.org