**EXHIBIT 100**

Feb. 7, 2022 No Left Turn Letter

(Depo.Ex. 26)



EXHIBIT 26
R. Farrell
5/18/2023
Reporter: Sharon Saalfield
RDR, CRR

No Left Turn in Education
P.O. Box 1101
Moultonborough, NH 03254

February 7, 2022

NH State Board of Education
NH Department of Education
101 Pleasant Street
Concord, NH 03301

CC: Drew Cline, Chair
NH State Board of Education
361 North Amherst Road
Bedford, NH 03110

CC: Richard Farrell, Investigator
Bureau of Credentialing
NH Department of Education
101 Pleasant Street
Concord, NH 03301

Chair Cline, Members of the State Board of Education, and Bureau of Credentialing:

No Left Turn in Education (NLTE) is a national education advocacy organization. I am the director of the New Hampshire Chapter. I am writing you today to present the Board and the Bureau with evidence of probable widespread violation of New Hampshire's Educator Codes of Conduct.

As you know, on June 25, New Hampshire enacted a Prohibition on Teaching Discrimination. This law prohibits teaching that any person or group of people is inherently racist, sexist, or oppressive, or that any person or group of people should be discriminated against on the basis of their race or sex.

New Hampshire's Department of Education, Department of Justice, and Commission for Human Rights have issued a joint memorandum summarizing this law in the following words: "In short, do not teach that a person or a group is inherently oppressive, superior, inferior, racist, or sexist. Teach and treat all equally and without discrimination."[1]

As acknowledged in the joint memorandum, New Hampshire law also makes any violation of the Prohibition on Teaching Discrimination a breach of the Educators Code of Conduct. The statute

---

[1] https://www.doj.nh.gov/civil-rights/documents/faq-educational-programs.pdf

000068
Nolan Perroni 4.19.23
AFT/NEA v. NH DOE - USDC NH 1:21 cv 01063
No Left Turn R.45 Response

says that "[v]iolation of this section by an educator *shall be considered a violation* of the educator code of conduct that justifies disciplinary sanction by the state board of education."

On August 11, in explicit response to the Prohibition on Teaching Discrimination—along with eleven analogous bills introduced in other states—the political organization Zinn Education Project, named for Marxist historian Howard Zinn,[2] called upon educators around the country to sign a pledge (the "Zinn Pledge") promising to openly violate any such prohibitions that might become law. The organization claims to base this pledge upon the principle that "one has a moral responsibility to disobey unjust laws."[3]

The Zinn Pledge and its signatories are publicly available online. In confirming these names two categories of signatories have emerged. Of the sixty-two individuals who asserted they were New Hampshire educators, 35 were confirmed as such by the NH Department of Education. The NH DOE could not confirm or deny the legitimacy of the remaining 27 signatories as individuals employed in the New Hampshire school system. Both lists are attached.

The goal of these signatories to the Zinn pledge to teach racism and sexism is not an overstatement. In its own words, the Zinn Pledge says that it opposes banning education which "identifies people or groups of people… as inherently, immutably, or systemically sexist, racist, anti-LGBT, bigoted, biased [or] privileged." All of the signatories of the Zinn Pledge, whether currently identified as N. H. educators or allied professions within the NH school system, can be assumed to have read the public document to which they signed their names.

While some educators signed the Zinn Pledge before New Hampshire's law was passed, they did so, anticipating passage of New Hampshire's law and promising to break it after enactment. The Zinn Pledge is evidence that all the educators who signed it, whether before or after the law was passed, are actively using their positions to instill racism, sexism, and other forms of invidious prejudice in their students.

It is also more than enough evidence for this Board to act, and for the Bureau to open investigations into all NH Zinn Pledge signatories. The Educator Code itself states that "the department [of education] *shall undertake* an investigation" of an educator if the department merely "has reason to suspect" that any educator knowingly failed to report a violation of the Codes.[4]

Organized educator defiance of this magnitude endangers both our children and those educators who oppose invidious discrimination. Accordingly, we urge the Board and Bureau to protect New Hampshire's children by investigating each of the Zinn Pledge signatories for potential violations of their ethical obligations and the law.[5]

---

[2] For more information regarding Howard Zinn, *see e.g.*, *Howard Zinn's History Lessons*, by Michael Kazin (2004); *Howard Zinn*, by Discover the Networks; *Howard Zinn: Fake Historian* (2020); *Where Howard Zinn's a People's History Falls Short*, by Sam Wineburg (2012-2013); and *The Left's Blindspot*, by Rick Shenkman (2010).

[3] https://www.zinnedproject.org/news/pledge-to-teach-truth

[4] Ed. 510.05(f).

[5] In our view it is non sensical on its face to assume that lessons and/or curriculum grounded in cult like intellectually illiterate beliefs, such as all white citizens are racist since infancy, that only whites can be racist, the United States

The names and school districts of each New Hampshire Zinn Pledge signatory—all derived from the Zinn Pledge itself and other publicly available information—are provided below. We encourage the Bureau to verify these names directly by viewing the Zinn Pledge online at https://www.zinnedproject.org/news/pledge-to-teach-truth.

Sincerely,

Michael D. Breen Ph.D. Director, N.L.T.E. New Hampshire Chapter

Attached:

[1] Full list of educators, confirmed by DOE and their SAUs.

(2) Full list of individual Zinn signatories not confirmed by NH DOE as employees within the NH school system.

---

was purposed to promote slavery, is now purposed to suppress minorities, and that due to this "systemic racism," and "white privilege" the morally inferior white race including school children need to be discriminated against, as non-discriminatory.

### Zinn Signatories who are confirmed NH educators and their SAU's

|    | Name | SAU# | SAU Address | Superintendent |
|----|------|------|-------------|----------------|
| 1  | Vivian Jablonski | 5 | Oyster River SAU Office | James Morse |
| 2  | Kate Zimar | 5 | 36 Coe Dr. | jmorse@orcsd.org |
|    |  |  | Durham, NH 03824-2200 |  |
| 3  | Olivia Bregani | 6 | Claremont SAU Office | Michael Tempesta |
|    |  |  | 165 Broad St. | mtempesta@sau6.org |
|    |  |  | Claremont, NH 03743-2624 |  |
| 4  | Heather Ouellette-Cygan | 8 | Concord SAU Office | Kathleen A. Murphy |
|    |  |  | 38 Liberty St. | kmurphy@sau8.org |
|    |  |  | Concord, NH 03301-2934 |  |
| 5  | Misty Crompton | 10 | Derry Cooperative SAU Office | Mary Ann Connors - Krikorian |
| 6  | Meredith Walker | 10 | 18 South Main St. | makrikorian@sau10.org |
|    |  |  | Derry, NH 03038-2197 |  |
| 7  | Heather Hyvari | 16 | Exeter SAU Office | David Ryan |
| 8  | Mary Vogt | 16 | 30 Linden St. | dryan@sau16.org |
| 9  | Abby Hood | 16 | Exeter, NH 03833-2522 |  |
| 10 | Daniel Stowell | 16 |  |  |
| 11 | Ross Phillips | 21 | Winnacunnet SAU Office | Meredith Nadeau |
| 12 | Lara Johnson | 21 | 2 Alumni Dr. | mnadeau@sau21.org |
| 13 | Charlotte Scott | 21 | Hampton, NH 03842-2281 |  |
| 14 | Wendy Bergeron | 21 |  |  |
| 15 | Amy Scholes | 21 |  |  |
| 16 | Stacy Brown | 21 |  |  |

|    | Name | SAU | SAU Address | Superintendent |
|----|------|-----|-------------|----------------|
| 17 | Barbara Kaufmann | 29 | Keene SAU Office | Robert Malay |
| 18 | Laura White | 29 | SAU# 29 | rmalay@sau29.org |
|    |      |     | 193 Maple Avenue |  |
|    |      |     |             |                |
| 19 | Joanne Lazarus | 31 | Newmarket SAU Office | Susan K. Givens |
|    |      |     | 186A Main St. | givenss@newmarket.k12.nh.us |
|    |      |     | Newmarket, NH 03857-1838 |  |
|    |      |     |             |                |
| 20 | Mary Ann Wood | 37 | Manchester SAU Office | John Goldhardt |
| 21 | Megan Kilar | 37 | 20 Hecker Street | jgoldhardt@mansd.org |
| 22 | Sean Russell | 37 | Manchester, NH 03102-9999 |  |
| 23 | Gregory Giorgio | 37 |  |  |
|    |      |     |             |                |
| 24 | Samantha Leone | 42 | Nashua SAU Office | Garth J. McKinney |
| 25 | Paul Menard | 42 | 141 Ledge St. | mckinneyg@nashua.edu |
| 26 | Jocelyn Merrill | 42 | Nashua, NH 03061-0687 |  |
| 27 | Stephane Cassidy | 42 |  |  |
|    |      |     |             |                |
| 28 | Cindy Falabella | 46 | Merrimack Valley SAU Office | Mark T. MacLean |
| 29 | John Cassidy | 46 | 105 Community Dr. | mmaclean@mvsdpride.org |
|    |      |     | Penacook, NH 03303-1625 |  |
|    |      |     |             |                |
| 30 | Elizabeth England | 59 | Winnisquam Regional SAU Office | Robert T. Seaward |
|    |      |     | 433 West Main St. | rseaward@wrsdsau59.org |
|    |      |     | Tilton, NH 03276-5026 |  |
|    |      |     |             |                |
| 31 | Nick Belsky | 60 | Fall Mountain Regional SAU Office | Lorraine Landry |
|    |      |     | 122 NH Route 12A | Llandry@sau60.org |
|    |      |     | P O Box 720 |  |
|    |      |     | Langdon, NH 03602-0720 |  |

|    | Name              | SAU  | SAU Address                        | Superintendent                              |
|----|-------------------|------|------------------------------------|---------------------------------------------|
| 32 | Lauren Duquette   | 65   | Kearsarge Regional SAU Office      | Winfried Feneberg                           |
|    |                   |      | New London, NH 03257-4554          |                                             |
| 33 | Jennifer Kenney   | 77   | Monroe SAU Office                  | Leah D. Holz                                |
|    |                   |      | 77 Woodsville Rd.                  | lholz@monroeschool77.com                    |
|    |                   |      | PO Box 130                         |                                             |
|    |                   |      | Monroe, NH 03771-0130              |                                             |
| 34 | John Dube         | 106  | Timberlane Regional SAU Office     | Interim Superintendent Christopher Kellan   |
|    |                   |      | 30 Greenough Road                  | Christopher Kellan                          |
|    |                   |      | Plaistow, NH 03865                 |                                             |
| 35 | Sarah Wirein-Rudy | 1057 | Mount Prospect Academy             | Jay Marshall, M.Ed., Head of Schools        |
|    |                   |      | 354 Main Street                    | Jeffrey Caron. M.Ed., President             |
|    |                   |      | Plymouth, NH 03264                 |                                             |

| | Zinn Signatories claiming to be NH educators not confirmed as such by NH Department of Education | |
|---|---|---|
| | **Name** | **SAU** |
| 1 | Landis Brown | |
| 2 | Jay Reiter | |
| 3 | Tiffany Gagnon | |
| 4 | Clare Ringwall | |
| 5 | Siobhan Senier | |
| 6 | Christie Cho | |
| 7 | Lindsay Mears | |
| 8 | Mika Court | |
| 9 | Louise Pajak | |
| 10 | Patricia Patricia | |
| 11 | Lianne Prentice | |
| 12 | Whitney Howarth | |
| 13 | Jacob Bennett | |
| 14 | Yekaterina McKenney | |
| 15 | Cailey Mastrangelo | |
| 16 | Eric Meth | |
| 17 | Barbara Tobin | |
| 18 | Ryan Buchanan | |
| 19 | Candace Moulton | |
| 20 | Marianne Salcetti | |
| 21 | Shannon Kelly | |
| 22 | Yussra Ebrahim | |
| 23 | Jasmine Soleyn | |
| 24 | Kristi Lockhart | |
| 25 | Sherry Frost | |

| | Zinn Signatories claiming to be NH educators not confirmed as such by NH Department of Education | |
|---|---|---|
| | Name | SAU |
| 26 | Joanna Preucel | |
| 27 | Carissa Corrow | |