# EXHIBIT 101

Feb. 22, 2022 F. Edelblut Email Exchange

(Depo. Ex. 27)

**From:** "Krol, Diana" <Diana.C.Krol@doe.nh.gov>
**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: media inquiries (we can discuss at our 10 a.m.)
**Date:** Tue, 22 Feb 2022 17:40:40 +0000
**Importance:** Normal
**Inline-Images:** image005.png; image006.png; image007.png; image008.png; image009.png

EXHIBIT 27
R. Farrell
5/18/2023
Reporter: Sharon Saalfield RDR, CRR

---

I have Rich doing some digging as well, below is the link to the contact section on their website if all else fails
https://www.noleftturn.us/contact-us/

Stay safe and stay well,
*Diana Krol*
Diana C. Krol | Front Desk Support
Office of the Commissioner
Phone: 603-271-6133


**New Hampshire Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Tuesday, February 22, 2022 11:09 AM
**To:** Krol, Diana <Diana.C.Krol@doe.nh.gov>
**Subject:** FW: media inquiries (we can discuss at our 10 a.m.)


Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



**New Hampshire Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Houghton, Kimberly C <kimberly.c.houghton@doe.nh.gov>
**Sent:** Tuesday, February 22, 2022 8:54 AM
**To:** Edelblut, Louis (Frank) <Frank.Edelblut@doe.nh.gov>
**Subject:** media inquiries (we can discuss at our 10 a.m.)

I have some media inquiries from over the weekend. Please let me know if you are available to speak with these reporters, or whether there is someone else within the department who would be better suited.

**\*Krysten Maddocks 603-817-1080 works with Granite State News Collaborative and is asking about :**

**Striking the balance between academics and fun this summer.**
Questions for expert:
- - Are kids still behind in their academics due to the pandemic? How do we know this?
- - Are there activities parents can engage their children in to prevent "summer slide?"
- - Should parents spend some time this summer focusing on academics? If so, how should they approach it? Does this differ significantly according to how old your child is?
- - Physical activity and socialization are still very important. What is the balance between keeping kids' minds engaged and making sure they are outside playing?
- - If you do think your child is behind academically, who should you contact in your school?
  - Are there district- or state-sponsored activities that are available to NH kids this summer? (Prenda, VLACS, summer schools run by the district.)
- - When should you consider tutoring or enrolling your student in an academic program such as Kumon or Sylvan Learning?

Questions for the commissioner:

- Why was it important for NH to again offer Prenda and Rekindling Curiosity this summer?
- In your opinion, what should parents do to strike the balance between making sure their children are caught up academically vs. making sure they are getting fresh air and exercise?
- Are any of the public school districts offering additional summer catch up programs this year (funded through the federal government, grants or other means.)

**How to keep your teen busy this summer.**

Too old for camp, too young to drive. It can be a long summer for teens home along.

SEL expert or other expert focused on teen behavior:

1. Why is it important that teens (12-17) stay busy during the summer? What is the best mix of activities for them?
2. How can you tell if your teen is "bored?" What activities should they avoid? (social media, video games, TV, excessive computer time.)
3. How can internships or volunteer activities help provide learning experiences for kids not yet old enough to work?

---

**\*Megan Fernandes** 603-943-4008 **of Fosters Daily Democrat is asking about this press release and seeking a comment:**
35 New Hampshire teachers subject of requests for investigations at affected SAUs and the Department of Education.

## A PRESS RELEASE

## February 11, 2022
## New Hampshire Chapter of No Left Turn in Education
## P.O. Box 1101, Moultonborough, NH 03254

No Left Turn in Education (NLTE) is a national education advocacy organization. Its New Hampshire Chapter has requested investigations by affected School Administrative Units (SAUs) and the New Hampshire Department of Education into the professional conduct of 35 New Hampshire educators in an array of SAUs across the state. In a manner wholly inconsistent with American Civil Rights legislation, and the teachings of Dr. Martin Luther King, these misguided educators from the school systems of Oyster River, Claremont, Concord, Derry, Exeter, Winnacunnet, Keene, Newmarket, Manchester, Nashua Merrimack Valley, Winnisquam, Fall

Mountain Regional, Kearsarge Regional, Monroe, Timberlane Regional, and the Mount Prospect Academy have publicly vowed to violate New Hampshire law.

Motivated by decency and common sense, New Hampshire law, prohibits teaching that any individual is inherently racist, sexist, oppressive, or that any person or group of people should be discriminated against on the basis of their race or sex. New Hampshire's Department of Education, Department of Justice, and Commission for Human Rights has articulated this intent by simply saying "In short, do not teach that a person or a group is inherently oppressive, superior, inferior, racist, or sexist. Teach and treat all equally and without discrimination." Conversely, the "Zinn Pledge" made by these educators unambiguously seeks to teach racism and sexism. In its own words, following the classic Marxist playbook of creating combative groups of "oppressors" and "the oppressed," the Zinn Pledge opposes banning education which "identifies people or groups of people… as inherently, immutably, or systemically sexist, racist, anti-LGBT, bigoted, biased [or] privileged."

By publicly pledging on the Marxist Zinn Project website to violate New Hampshire law, these teachers have pledged to violate their professional code of conduct. In fact, the statute itself mandates that such a violation "*shall be considered a violation* of the educator code of conduct that justifies disciplinary sanction by the state board of education."

Lost upon these signatories is an understanding that investigations into private mental, emotional, or physical disabilities, gender, race, or private family issues, are not—and have never been, a legitimate function of public education. As suggested by New Hampshire law, an education's proper role is to simply help *any* student perform at their best, in spite of the anti-intellectual "identity" constructs these educators have imposed.

By making this type of race and gender discriminatory treatments illegal, the New Hampshire law attempts to blunt the worst aspects of *Critical Race Theory* (CRT) which is now stressed in virtually all topics under a growing array of pseudonyms. No matter how obliquely taught, sanitized, or word-smithed with labels such as "antiracism, equity, inclusion, social justice," and/or "diversity," CRT's fundamental hate-laden racist, sexist, and anti-scientific dogma, is as well documented as it is bizarre. While openly discarding science and rationality itself, these beliefs advance five foundational ethical and factual absurdities.

(1) It causes harmful often life-altering gender confusion among children. This disorientation is inflicted by wholly unqualified educators absent professional psychological oversight, or even parental knowledge and consent; all under the deceptive guise of the otherwise laudable, albeit inappropriate school-based goal, of assisting the socialization of gender minorities.

(2) Likewise, under the deceptive guise of assisting victims of the evidence-free notions of "systemic racism," and "white privilege," it isolates, shames and discriminates against one race. It asserts that every individual of this one race is morally inferior in that they are unavoidably and permanently "*systemically racist… and born oppressors,*" and *must* be discriminated against in the future. Its allied science-free belief is that melanin makes one race superior "*cognitively, spiritually, and physically.*" This blatant racist philosophical foundation is succinctly communicated by CRT advocates. Consider one example; the comments of CRT writer Noel Ignatiev: *"If you are a white male, you do not deserve to live, you are a cancer; a disease…. The key to solving the social problems of our age is to abolish the white race."*

(3) CRT inspired education insists upon "instructing through a lens;" e.g.: their anti-historical and anti-scientific preconceptions. U.S. history is presented in a highly selective manner to support conclusions otherwise unsupported by the data or the centuries old professional "lens free" *objective analysis* by professional historians. CRT oriented conclusions now being taught in many schools nationwide are not simply unsupported; they are demonstrably false. Not surprisingly, as with all Marxist political efforts, their "history" supports concepts of collectivism, as it demeans concepts of individualism, democratic rule of law, equality theory, capitalism itself, and the individual freedoms in which these democratic concepts are founded. In seeking to eradicate these democratic legal pillars, these law violating educators have taken to heart Derrick Bell's (the father of CRT) instruction, that: *"Private rights and public sovereignty mediated by the rule of law need to be exploded."*

(4) Although wholly disproved by aggregate data, police officers, (about one third of which are women or racial minorities), are typecast as a single-minded group of racists and murderers. Children are repeatedly encouraged to fear their police in CRT "equity" styled surveys and in class instruction. Random assassination of police officers is at its highest rate in twenty years.

(5) Honest discourse inconsistent with these anti-intellectual beliefs are verboten by classroom CRT advocates just as they are in the public square. Social science research that identifies genuine cultural reasons for disparities among groups is left undiscovered by students. CRT advocates renounce this science by claiming it is *"Masculine and Western."* Parents, students, academics, historians, or citizens attempting disagreement with the encouragement of hateful racism, false history, and gender confusion, are systematically humiliated, perversely labeled and ostracized. CRT proponents trained to employ this bullying practice to distract one from genuine facts. They call the strategy "Upstanding."

No Left Turn in Education, alongside the vast majority of informed citizens oppose employing our educational system to facilitate harm to vulnerable children and their families. No matter how implicitly accomplished, there is no "free speech right" among educators to deceive children, to coerce them to surrender private information relative to physical, mental, or emotional maladies, income data, gender issues, racial pedigree, or other issues inherently private to their families. Educators do not have a "right" to discriminate against some children, to alienate children from one another, or manipulate them into feeling angry, afraid, victimized, or ashamed. Surrendering parental roles to ideologically driven teachers deliberately undermine the foundation of a child's basic support structure, the nuclear family. NLTE will assist with any student or family complaints regarding these ideological transgressions emanating from a school environment. We also request that the Department of Education in alliance with other responsible educators protect children from the damage these 35 educators have pledged to promote in violation of New Hampshire Law.

Respectfully submitted,

Michael D. Breen Ph.D. Director, N.L.T.E. New Hampshire Chapter

- **\*SHE IS ALSO ASKING ABOUT THIS: School Boards are being targeted with folks threatening to file claims on surety bonds, in order to try to force districts to remove mask mandates. Is the DOE aware of this, and are they taking any action? What purpose do these bonds serve and is the DOE concerned about the impact this has on the districts?**

Kimberly Houghton
Communications Administrator
603-513-3030
Kimberly.C.Houghton@doe.nh.gov



New Hampshire
**Department of Education**