**EXHIBIT 102**

Feb. 14, 2022 R. Farrell Email Exchange

(Depo. Ex. 28)

**From:** "/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B73ED742D2BC41A4BD75EE92045AC48E-FARRELL, RI" <Richard.J.Farrell@doe.nh.gov>
**To:** "Garth McKinney" <McKinneyG@nashua.edu>
**Subject:** RE: Message from KM_C550i
**Date:** Mon, 14 Feb 2022 14:32:45 -0000
**Importance:** Normal
**Inline-Images:** image002.png; image003.png



Good Morning,
I wanted to give you an update regarding the "No Left Turn Letter."
I received a similar letter with ALL the names on it. Additionally, Drew Cline (State Board Chair) and the State Board members got the same letter. Every school district with an identified teacher received the same letter (Specific to the identified educator).
I have consulted with The Assistant Attorney General assigned to our office (Chris Bond) and Atty. Diana Fenton. Neither of these lawyers feel we have an interest in the allegations. We reviewed the same list back in the summer and the decision was the same. Moreover, the Day of Action in New Hampshire took place on June 12, 2021.
Therefore, it is believed that the signatures (if confirmed) were affixed to the "pledge" prior to HB2 becoming law.
I hope this helps a bit. If you have any additional questions, give me a call.
Thanks.
Rich


Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

*The contents of this message are <u>CONFIDENTIAL</u> Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is <u>PROHIBITED</u>. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Garth McKinney <McKinneyG@nashua.edu>
**Sent:** Wednesday, February 9, 2022 11:06 AM
**To:** Farrell, Richard <richard.farrell@doe.nh.gov>
**Subject:** FW: Message from KM_C550i

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

FYI – should we investigate?

----



**From:** Gabriele Bernardo <Bernardog@nashua.edu>
**Sent:** Wednesday, February 9, 2022 11:05 AM
**To:** Garth McKinney <McKinneyG@nashua.edu>
**Subject:** FW: Message from KM_C550i

Thank you,

*Gabriele Bernardo*
**Office of the Superintendent**



141 Ledge Street
Nashua, NH 03060
bernardog@nashua.edu
Ph#: 603-966-1002
Fax#: 603-594-4350

**From:** DO-MainOffice@nashua.edu <DO-MainOffice@nashua.edu>
**Sent:** Wednesday, February 9, 2022 11:02 AM
**To:** Gabriele Bernardo <Bernardog@nashua.edu>
**Subject:** Message from KM_C550i

DOE-00701