**EXHIBIT 103**

Redacted version of Apr. 7, 2022 DOE Email Exchange

(Depo. Ex. 18)



From: "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
To: "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
Subject: Re: Londonderry
Date: Thu, 07 Apr 2022 22:02:33 -0000
Importance: Normal
Inline-Images: image001.jpg; image002.jpg; image003.jpg; image004.png; image005.jpg; image006.jpg; image007.jpg

You should review the text messages.

From: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
Sent: Thursday, April 7, 2022 6:01:18 PM
To: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>; Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Cc: Bond, Christopher <Christopher.G.Bond@doe.nh.gov>; Brennan, Christine <Christine.M.Brennan@doe.nh.gov>
Subject: RE: Londonderry

Yes, we need to discuss at our sexted misconduct meeting in further detail.

From: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
Sent: Thursday, April 7, 2022 3:46 PM
To: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Cc: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>; Bond, Christopher <Christopher.G.Bond@doe.nh.gov>; Brennan, Christine <Christine.M.Brennan@doe.nh.gov>
Subject: RE: Londonderry

Rich,

Can we discuss in our next meeting? Looking at the "opt out/in" content, I would say that the content of the materials may not match the relatively benign syllabus.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



New Hampshire
Department of Education

The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

From: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Sent: Thursday, April 7, 2022 9:55 AM
To: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
Cc: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>; Bond, Christopher <Christopher.G.Bond@doe.nh.gov>; Brennan, Christine <Christine.M.Brennan@doe.nh.gov>
Subject: FW: Londonderry

Please Review the responses from Londonderry.
Rich

Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

The contents of this message are CONFIDENTIAL. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is PROHIBITED. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

From: Scott Laliberte <slaliberte@londonderry.org>
Sent: Thursday, April 7, 2022 9:34 AM
To: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Cc: Daniel Black <dblack@londonderry.org>; Jason Parent <jparent@londonderry.org>; Kim Lindsey-Soucy <klindley@londonderry.org>
Subject: RE: Londonderry

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good morning Rich.
We have had an opportunity to review the material that you'd sent and have the following information for you in response to the inquiry.
First and foremost, the activities identified are from the Human Relations Course at LHS. After review with the principal, curriculum coordinator, and assistant superintendent, we have determined that these activities do fall within the scope of the course. For your information, I have attached a copy of the syllabus. You'll also notice that this syllabus includes a form for parental notification, as well as an invitation for parents to review class assignments on Google Classroom at any time. I'm told that all participants in the class have submitted signed acknowledgements. Furthermore, neither the teacher nor school administrators have received any complaints to date regarding the course content. Should any such objection be received, the district will handle it in accordance with our Policy IGE – Exceptions to Use of Specific Course Materials). We have also reviewed this material through the lens of the new Divisive Concepts law, and find that the subject of these activities do not apply.

I have copied the school staff involved in this matter on this email – please feel free to let us know if you require further information.

Regards,
Scott

Scott A. Laliberte
Superintendent
Londonderry School District – S.A.U. #12
6A Kitty Hawk Landing, Ste 101
Londonderry NH 03053

(603) 432-6920 ext. 1109



**From:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Sent:** Tuesday, April 5, 2022 10:03 AM
**To:** Scott Laliberte <slaliberte@londonderry.org>
**Subject:** FW: Londonderry

Please Review:
I am not familiar with ▇▇▇▇▇. I do not know if she is a parent of an interested party. Is she on your radar?
Thanks,
Rich

Richard J. Farrell Jr
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

The contents of this message are CONFIDENTIAL. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is PROHIBITED. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

**From:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Sent:** Tuesday, April 5, 2022 9:03 AM
**To:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Subject:** FW: Londonderry

Can you look into this?

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Tuesday, April 5, 2022 7:58 AM
**To:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Subject:** FW: Londonderry

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
frank.edelblut@doe.nh.gov



New Hampshire
Department of Education

The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

**From:** ▇▇▇▇▇▇▇▇▇@gmail.com>
**Sent:** Monday, April 4, 2022 8:19 PM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Londonderry

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good evening,

This was brought to my attention today. A Human Relations teacher at the Londonderry High School gave these worksheets out to students. Is this allowed?

Thank you,

▇▇▇▇



DOE-10288

## DIVERSITY BINGO

Directions: Find someone in the class to fill each square and ask them to write their name in that square. Each person can only fill ONE square on your card. The first goal is to get Bingo: 5 in a row across, down or diagonally. When you do, yell: "BINGO!"

| Knows what Diwali is | Has memorized a poem | Has travelled to South America | Is a vegetarian | Has a quote that inspires them |
|---|---|---|---|---|
| Comes from an interracial family | Celebrates Yom Kippur or knows what it is | Is a twin or triplet | Has a family member who has a service animal | Has travelled to Europe |
| Plays a musical instrument | Speaks more than one language (fluently) | Lives on the planet Earth | Is a first generation American (both parents were born in another country) | Was born in another country |
| [ ] | Has travelled to Canada | Celebrates Kwanzaa or knows what it is | Sent a handwritten 'thank you' note recently | Does NOT have SnapChat |
| Is of Native American heritage | Does not use binary gender pronouns | Has lived in more than one state | Has a cause they are passionate about | |



DOE-10290