**EXHIBIT 105**

Aug. 24, 2022 R. Farrell Email Exchange

(Depo. Ex. 29)


**From:** Karlyn Borysenko <kb@activelyunwoke.com>
**To:** "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
**Subject:** Re: Inquiry
**Date:** Wed, 24 Aug 2022 11:39:36 -0400
**Importance:** Normal



EXHIBIT 29
R. Farrell
5/18/2023
Reporter: Sharon Saalfield RDR, CRR

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Hi Richard,

While I am more than happy to play this out in the public square to see how the citizens of New Hampshire feel about their own department of education refusing to investigate this obvious violations, I must point out that you are patently incorrect in your assertion that it does not name individuals.

It does.

As I have outlined, the following individuals are named: https://karlyn.substack.com/p/the-exeter-region-cooperative-school

David Ryan
Adam Krauss
Dennis Magliozzi
Kristina Peterson

They are all individual educators and they are all named in the information I submitted.

Karlyn Borysenko

On Aug 24, 2022, at 9:37 AM, Farrell, Richard <Richard.J.Farrell@doe.nh.gov> wrote:

Good Morning,
Thank you for the information provided in your Email (19 August 2022). Pursuant to guidance from the Office of the Attorney General (Department of Justice), this complaint should first be reviewed by the Human Rights Commission (HRC). You may find information regarding how to file a complaint with the HRC on their website. **New Hampshire Commission for Human Rights (nh.gov)** If the HRC determines that there is a violation of RSA 354-A, the Department of Education will examine their findings (if any) and determine if they are consistent with the possible violation of the Code of Conduct regulations. Moreover, this agency reviews the License Status of New Hampshire Educators. The current complaint does not allege the violation of any portion of the Code of Conduct by individual educators within SAU 16.
The issues raised are likely systemic and approved by administrative supervision and the boards of governance within SAU 16. Therefore, we will await the decision made by the Human Rights Commission before any further action is undertaken.
Moreover, Commissioner Edelblut has forwarded your inquiry directly to Ahni Malachi (HRC) on 19 August 2022 for her review.
Respectfully,
R.J. Farrell Jr.

Richard J. Farrell Jr.

New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

*The contents of this message are <u>**CONFIDENTIAL**</u> Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is <u>**PROHIBITED**</u>. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*