**EXHIBIT 106**

Redacted version of Sept. 21, 2021 F. Edelblut Email Exchange

(Depo. Ex. 39)

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
**Subject:** FW: Sex groups???
**Date:** Wed, 21 Sep 2022 11:05:56 +0000
**Importance:** Normal
**Attachments:** 77E7A8F5-2799-43BF-AB74-7CDA0702F361.jpeg
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov

New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** @comcast.net>
**Sent:** Tuesday, September 20, 2022 9:05 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Sex groups???

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

This is what results from the agenda pushed at SAU34. I'll call tomorrow. Boundaries are necessary.

, MSW

On 09/19/2022 11:04 AM Edelblut, Louis (Frank) <louis.f.edelblut@doe.nh.gov> wrote:

,

If you can give me a call to discuss the below, that would be helpful. 603-931-.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov

New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and*

DOE-09896

any attachments from your system.

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @comcast.net>
**Sent:** Thursday, September 1, 2022 1:52 PM
**To:** Edelblut, Louis (Frank) <Frank.edelblut@doe.nh.gov>
**Subject:** This Book Is Anti-Racist

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

The book in the subject line is actually the total opposite of it's title. It's a blatantly racist book directing kids to redistribute wealth from those who earned it, giving it to those who didn't. The book openly denies any and all racism exists against whites. As a person who has experienced white racism, I KNOW this is untrue. It violates the law put into place to protect against this exact thing, racism.

I am requesting an investigation of SAU34 and it's practices to knowingly advertise racist and sexual education books to it's students through their liberal Sora reading app. The app was brought up to the school board, but no investigation occurred, just blind support with no questions about what was found. We have taken it off our children's computers, but the law remains for the others. They have a right to educational materials that aren't racist or sexually educational.

The Sora app is being used by many schools in the state now without knowing the harms and legal liabilities they have signed up for. I'm happy to discuss what I have found. I know most people don't have the time to look through their children's curriculum like I do. I want to protect students by way of following our laws. This app and it's sexual and racist curriculum violates our laws. As the education director, I'm asking you to investigate and keep sex Ed and racist texts and teachings, out of our schools, per the law.

The Sora app is an agenda driven "reading" (or listening app) that has zero conservative content but over 150 books in their reading rainbow section with straight up porn available to children AT school. These questionable books have embedded links in the back, straight to the authors or any link they put there. The children have already gotten past the school's Internet

blockers, leading them right into the hands of offenders. I was reading The Beginner Kama Sutra in two clicks. No kidding. A sex position handbook! I'm happy to show you how.

The book Flamer was fully read by me on the app. I am glad to see it was recently removed. It was nothing but graphic porn for kids. The Sora app advertises these questionable books to the kids through their computers. There is no way to ask for content controls. The parents can't interact with the app in any way, they cannot see what their kids are reading and the kids can delete their history from ALL eyes. Not even their teachers will know the new positions they learned from The Beginner Kama Sutra, unless the student brings it up. I hope not. The kids are forced to see these titles because of the app's advertising of new reading or "suggested reading". My 15-year-old was advertised: Lesbiana's Guide to Catholic School and Here and Queer a few months ago. "Lesbiana's" is just completely inappropriate, in my opinion, and Here and Queer is a sexual education book for questioning lesbians. It defines the terms in an educational manner. There is no story line, just information on being a lesbian. Probably NOT the best book to advertise to BOYS. It's sex Ed. Parents should be able to opt out of these materials being advertised to our children. It's inappropriate and illegal. Sexual education materials are for sexual education classes, not for private advertising to children when parents aren't around to approve. How do we keep it that way when the app bypasses all of the laws and the schools just blame the app and take no responsibility? How to I keep sexual education materials in sexual education class, when the school is knowingly advertising sexual education materials to my unsuspecting kids?
I'm requesting your help to protect the kids and follow the laws meant to do that. Racist and sexual education materials are being distributed to our kids. They deserve better and the law supports my concerns. Please let me know how I can support YOU in getting these illegal materials out of our schools. I know we can do better.

███████████, MSW
Mother of two at NH SAU34

blockers, leaving more kids into the hands of offenders. I was reading The Beginner Kama Sutra. I was not choke. No kidding, a sex position handbook. I'm happy to show you how.

The book Flamer was fully read by me on the app. I am glad to see it was recently removed. It was nothing but graphic porn for kids. The Sora app advertises these questionable books to the kids through their computers. There is no way to ask for content controls. The parents can't interact with the app. If any way they cannot see what their kids are reading and the kids can delete their history from ALL eyes. Not even their teachers will know the new positions they learned from The Beginner Kama Sutra, unless the student brings it up. I hope not. The kids are forced to see these titles because of the app's advertising of new reading or "suggested reading." My 13-year-old was advertised Lesbian's Guide to Catholic School and Here and Queer a few months ago. "Lesbiana's" is just completely inappropriate, in my opinion, and Here and Queer is a sexual education book for questioning lesbians. It defines the terms in an educational manner. There is no story line, just information on being a lesbian. Probably NOT the best book to advertise to BOYS. It's sex Ed. Parents should be able to opt out of these materials being advertised to our children. If is inappropriate and illegal. Sexual education materials are for sexual education classes, not for private advertising to children when parents aren't around to approve. How do we keep it that way when the app bypasses all of the laws and the schools just blame the app and take no responsibility? How do I keep sexual education materials in sexual education class, when the school is knowingly advertising sexual education materials to my unsuspecting kids?

I'm requesting your help to protect the kids and follow the laws meant to do that. Racist and sexual education materials are being circulated to our kids. They deserve better and the law supports my concerns. Please let me know how I can support or YCU in getting these illegal materials out of our schools. I know we can do better.

Betsy Harrington, MSW
Mother of two at MS SAU34