**EXHIBIT 107**

Jan. 7, 2022 Email from Ann Marie Banfield Opposing SB304

```
Received:        Fri 1/7/2022 5:30:14 PM
Subject:         VOTE ITL on SB304
From:            Ann Marie Banfield <banfieldannmarie@gmail.com>
To:              "Sharon.Carson@leg.state.nh.us" <Sharon.Carson@leg.state.nh.us>, William.Gannon@leg.state.nh.us,
Harold.French@leg.state.nh.us, Becky.Whitley@leg.state.nh.us, jennifer.horgan@leg.state.nh.us
Cc:              Ruth Ward <Ruth.Ward@leg.state.nh.us>, Denise Ricciardi <denise.ricciardi@leg.state.nh.us>,
Erin.Hennessey@leg.state.nh.us, Jay Kahn <Jay.Kahn@leg.state.nh.us>, Suzanne.Prentiss@leg.state.nh.us, Senators New Hampshire
<Senators@leg.state.nh.us>, "Louise (Frank) Edelblut" <Frank.Edelblut@doe.nh.gov>
```

[Screen Shot 2021-08-24 at 11.39.33 PM.jpg](#)
[Screen Shot 2021-06-15 at 9.57.54 AM.jpg](#)
[Screen Shot 2021-06-22 at 1.27.50 PM.jpg](#)
[White Supremecy culture.jpg](#)
[Screen Shot 2021-09-05 at 12.44.34 AM.jpg](#)
[Screen Shot 2022-01-07 at 2.12.00 PM.jpg](#)

Dear Members of the Senate Judiciary Committee:

My name is Ann Marie Banfield and I am a resident of North Hampton, New Hampshire. **I urge you to vote ITL on SB304** which would reinstate discriminatory actions within the public school system.

In 2021, we saw an influx of the radicalized Critical Race Theory training for teachers, and the curriculum aimed at children in the public schools. This came in under the umbrella of Diversity, Equity, Inclusion and Justice. It was so alarming to teachers and parents, that many of them mobilized to affirm our civil rights through the non-discriminatory language that was passed in HB2.

We saw teacher training in SAU16 that described everyone as white supremacists if they believed in a colorblind society. We had New Hampshire parents assuring their children that they were not responsible for slavery after receiving a lesson in history that placed the actions of slave owners on their children.

These are violations of the Civil Rights Act, but parents and teachers do not want to have to take their school district to court. There are costs involved, and it can be a lengthy process, as we are seeing in SAU16 right now. The school districts have tax-payer funded attorneys at their disposal, so it can be a daunting task to spend thousands of dollars on a private attorney to fight for our basic civil rights.

Currently there is an ongoing lawsuit in SAU16 where a resident is just trying to compile documents to see how CRT was implemented in the school district. Residents already uncovered information that shows that they were planning to push more bias and prejudice on the students. The Superintendent is using tax-payer funded attorneys to fight against producing these documents. SAU16 has already spent roughly $10,000.00 to keep these documents hidden.

We do know that SAU16 purchased books for the students on anti-racism. Anti-racism includes the same toxicity as the radicalized Critical Race Theory we are seeing in k-12 schools.

For instance, in the book SAU16 purchased for 8th grade children, the author says that there are two identities that we all fit in.
You fit into the ***dominant culture*** if you fit into any of these identities:
1) White
2) Upper-middle-class

3) Cisgender
4) Male
5) Educated
6) Athletic
7) Neurotypical
8) Able-bodied

You are in the ***subordinate culture*** if you fit into any of these identities:
1) Brown
2) Indigenous people of color of the global majority
3) Queer, transgender, nonbinary, cisgender women, youth
4) Muslim, Jewish, Buddhist, atheist, non-Christian
5) Neurodiverse
6) Those living with disabilities
7) Those living in poverty, and more.

A student or teacher must then determine which of those two boxes they fit in.

This is why Condoleeza Rice rejected the narrative of CRT that we are seeing in k-12. She disagreed with requiring white people to feel guilty for everything that has happened in the past. She mentions one of the most important features of CRT which is, the idea that black people have to feel disempowered.

Rice rejects this radical worldview, and goes on to say that she wants black kids to be completely empowered, and to know that they are beautiful in their blackness.  But in order to do that, she doesn't want them to make white kids feel bad for being white. Condoleeza Rice just summed up why the radicalized CRT agenda is wrong for students in New Hampshire.

While this radical agenda in our schools may be wrong, the CRT/DEIJ/Anti-Racist agenda also violates our basic civil rights. Those rights were affirmed in HB2 with the anti-discrimination language.

Why would anyone think it's ok to discriminate against any group of people based on their skin color? Why would we want to go backwards? Why would you **not** want to affirm the civil rights of all of the children and teachers in the public school system?

This kind of discriminatory behavior has been happening in many of the New Hampshire schools like Litchfield, Sanborn, Exeter, Hollis-Brookline, and Hopkinton, to name a few.

Parents have set up websites, Facebook pages, and have objected to this discriminatory behavior at school board meetings. HB2 has helped those parents and teachers demand that their school administrators focus on academic achievement for all of their students.

Teachers are in a very difficult position speaking publicly, but HB2 helped them so they aren't subjected to this kind of hate and prejudice in Professional Development.

It was David Ryan, Superintendent of SAU16 who admitted in a public meeting that they would

BAN00000691

have to change their professional development because of the anti-discriminatory law. The professional development in SAU16 provided by 2Revolutions was questioned at a public meeting when someone asked about the Professional Development East Kingston teachers had to endure [1:22:29](#).

According to 2 Revolutions, teachers and children are covert racists and a white supremacists if they are:

1. Of the belief that we should be colorblind when judging someone
2. Silent
3. Are white parents self-segregating in certain neighborhoods & schools
4. Live in an area where education funding is from property taxes
5. Supports the message of Make America Great Again
6. Denies White Privilege
7. Believes in Exceptionalism
8. Celebrates Columbus Day
9. Claims reverse racism
10. Assumes good intentions are enough
11. Believes : But we're all one big human family....there's only one human race.

This is the kind of professional development we have seen in New Hampshire Schools. This is not training that is focused on helping all students succeed academically, but training teachers to blame and shame their colleagues and the children in their care.

The teachers in SAU16 were subjected to professional development by 2Revolutions who was hired to work with the teachers. According to 2 Revolutions if you live in an area that funds public education through property taxes, you are a white supremacist. That would mean that every resident in New Hampshire is a white supremacist, including all of the members of the Senate Judiciary Committee. They then work on dismantling your inherent white supremacy. But if you look at this new world view, you can never dismantle your inherent racism. These vendors sell their anti-racist propaganda for profit to schools that are willing to violate the civil rights of the teachers and children.

There are many more examples I can share but I think you can see that this kind of destructive bias we saw in New Hampshire schools prior to the passage of HB2. This was damaging to teachers and children in our public schools, but more importantly, it was violating their civil rights. The children who are in the subordinate culture may then begin viewing themselves as abnormal and inferior just as Condoleeze described in her interview.

HB2 provided a way for parents and teachers to fight back against the prejudice aimed at them. They shouldn't be used as a political tool by political radicals. Our schools should be focused on academic excellence and literacy in the core subjects. They should be nurturing children in kindness and compassion instead of the character assassination we've witnessed.

It's unfortunate that some of our educators thought that this radicalized approach in our classrooms was ok. It is not-- it violates our most basic civil rights. There are ways that teachers and children can learn the truth about history without this kind of psychological game being played on them, and it shouldn't include discriminatory actions aimed at teachers and children.

BAN00000692

For these reasons I urge you to vote ITL on SB304 and affirm our civil rights.

ADDITIONAL Information:

2REVOLUTIONS:



BAN00000693





**Ibram X. Kendi's books have been assigned to children in districts like Hopkinton.**

BAN00000694

# SOME CHARACTERISTICS OF WHITE SUPREMACY CULTURE

| CHARACTERISTIC | WHAT IT LOOKS LIKE IN ACTION |
|---|---|
| Perfectionism | Little appreciation expressed among people for the work that others are doing; appreciation that is expressed usually directed to those who get most of the credit anyway |
| Sense of Urgency | Continued sense of urgency that makes it difficult to take time to be inclusive, encourage democratic and/or thoughtful decision-making, to think long-term, to consider consequences |
| Defensiveness | The org structure is set up & much energy spent trying to prevent abuse and protect power as it exists rather than to facilitate the best out of each person or to clarify who has power and how they are expected to use it |
| Quantity over Quality | Things that can be measured are more highly valued than things that cannot; Little or no value attached to process; If it can't be measured, it has no value |
| Paternalism | Those with power think they are capable of making decisions for and in the interests of those without power |
| Either/Or thinking | Good/bad; right/wrong; with us/against us; linked to perfectionism in making it difficult to learn from mistakes or accommodate conflict. No sense that things can be both/and |
| Power Hoarding | Little, if any, value around sharing power |
| Fear of Open Conflict | When someone raises an issue that causes discomfort, the response is to blame the person for raising it, rather than looking at the issue which is actually causing the problem. Culture of politeness |
| Right to Comfort | The belief that those with power have a right to emotional and psychological comfort (valuing logic over emotion) Scapegoating those who cause discomfort |

Source: showingupforracialjustice.org

---

**ANALYSIS · RACIAL ISSUES**

# VIDEO: 'White people should commit suicide as an ethical act,' Duquesne professor says

MATT LAMB - ASSOCIATE EDITOR · AUGUST 30, 2021

*He defended a proposition by a fellow professor*

Duquesne University **Professor Derek Hook** said there are merits to the argument proposed by another professor who argued that it would be ethical for white people to kill themselves.

The anti-critical race theory group Mythinformed MKE posted the video recently. "This is part of an 'anti-racist' discussion on 'nice white therapists held by the [American Association for Psychoanalysis in Clinical Social Work]," the group wrote on Facebook. The video appears to be from a **summer session** hosted by Hook, though the content is not otherwise publicly available.

"White people should commit suicide as an ethical act," the top of a presentation by Hook said.

---

**Rebecca** ▓▓▓▓▓
I just can't 🤦, My 9 year old asked me this weekend if slavery was her fault because she's a white person. (We have an open question/answer about anything) and she is super interested in Rosa Parks and the Underground Railroad. We happened to be in Boston when she asked this one.
I guess we prob need a separate FB page 🤦. The look in her eyes thinking that slavery was HER/OUR fault was soul-crushing.

Like · Reply · 1d    👍😢 5

**Rebecca is a New Hampshire who posted this on Social Media**

BAN00000695

BAN00000696