**EXHIBIT 108**

Feb. 18, 2021 email from D. Richards in HB544 Legislative History

(Depo. Ex. 49

EXHIBIT 49
WIT: Edelblut
DATE: 5-23-23
Cynthia Foster, RPR, LCR #14

**Archived:** Wednesday, April 7, 2021 1:18:19 PM
**From:** Daniel Richards
**Sent:** Thursday, February 18, 2021 10:56:22 PM
**To:** ~House Executive Departments and Administration
**Subject:** Testimony
**Response requested:** No
**Importance:** Normal
**Attachments:**
Exploring Whiteness .pdf ;House Testimony 2-18-21 Final.docx ;

---

Dear House EDA Committee,

Attached to this email is my testimony for today including the "Exploring Whiteness" course syllabus. Please confirm receipt.

Thank you,

Daniel Richards
Etna, NH

Thank you members of the Committee for the opportunity to speak.

My name is Dan Richards and I live in Etna, New Hampshire. I also own and run a company that employs over 200 people that is headquartered in Lebanon, NH.

I come to you today to support and respectfully request you vote in favor of HB 544. My family and our fellow citizens in NH do not believe racist and discriminatory practices are acceptable under any circumstances and this bill would forever enshrine that belief in NH State law.

My wife Melissa and I have two young children, our daughter is in second grade and our son will be entering kindergarten next year at SAU70. My wife and I are deeply concerned about what is being taught and the trainings that are being conducted in our district. But I don't come here just for myself and my family. I also come here today out of concern for the dozens of my employees' children who are being educated in New Hampshire.

Let me give you an example of what is happening. This past spring, a course was taught entitled "Exploring Whiteness and Becoming an Anti-Racist Activist" that contained blatantly racist and anti-American topics. The course syllabus will be submitted following my testimony for your review.

A brief summary of the objectionable content includes:

1. A quiz that asks: The rise of white supremacy was tied most directly to:
    a. Indian removal
    b. Slavery
    c. **The Declaration of Independence**
    d. The US Constitution
    e. Ancient Greece

    The answer demanded is c: The Declaration of Independence.

2. A 2hr 13min lecture given by an individual named Tim Wise. Mr. Wise's lecture includes frequent and repeated racist and anti-American statements, including:
    a. "Rich white people telling working class white people that their problem is other working class people who just so happen to be browner than themselves. That is the whole history of America."
    b. "Let's be clear. Our ancestors from Europe were the losers of their societies."
    c. "Liberty and freedom? You think we believed in that? What history book have you been reading? We didn't believe in that."

3. A 1hr23 minute lecture from Robin DiAngelo whose entire talk is consumed with how all whites are "fragile" due their culpability and complicity in our "racist system."

4. We have also been told by a member of our elementary school leadership team that they will be using "achievement debts accumulated over hundreds of years" to "teach for social transformation." To accomplish this, equity, diversity and inclusion trainings have been conducted for months, I'm told partially funded by state grants, for all teachers, faculty and staff.

In my opinion, these kinds of teachings and trainings are as objectionable as they are false, inflammatory and racist. They have no place in our NH schools and the training programs of NH companies.

I'd like to conclude by saying I am the son of a Marine veteran and my grandfather and several great uncles served in the armed forces and fought the Axis during WWII. Some of my ancestors were rounded up, sent to camps and exterminated. My family knows what racism and white supremacy looks like. We have fought and we have died to defend the United States and the egalitarian principles for which it stands. It is sad commentary about our times that we need HB 544, but the reality is that we do. Our children deserve to be taught the history of this nation, for all of its greatness and flaws. They do not deserve to be indoctrinated with hatred not only of themselves, but also of those who choose to love this country.

I humbly request you pass HB 544 so I can send my kids to a school free from racism, discrimination and racial stereotyping.

Thank you.

Daniel L. Richards

## Exploring Whiteness and Becoming an Anti-Racist Activist

INSTRUCTORS John Peterman (cm), Nicole Hansen, Devon Voake (½ day), Amy Good (½ day), Johari Ajwang (s)
LOCATION HHS Classroom Room 302
READINGS TBD
TIME Full Day    MAX ENROLLMENT 16    STUDENT COST $0

DESCRIPTION Students will join in honest, frank, and respectful examination of what it means to be a white person in 21st century America. We will explore many topics on race including: personal identity and power, white privilege, guilt, and fragility, and taking anti-racist action. We will learn how whiteness and race were invented in the early years of our country's formation, further sustained through government programs, and how this has played out in our own community. Students will learn how to take anti-racist action by meeting with college students who currently are engaged in national and local anti-racist work, including where anti-racist work intersects with gun safety, climate change, and LGBTQ rights. This MI is open to all students, and we hope that we will have a diverse group. The course will be designed to be a dynamic and interactive experience based at HHS, but also involving field trips off campus. Tentative plans include interaction with Dartmouth students/staff members and other local community members involved with anti-racism work and correspondence with students from Ashley Hall School in Charleston SC to discuss how we perceive race and each other in New England and the South.

Tuesday 3/10
8:00-8:30 Introductions/Rules of Engagement/ Race Literacy Quiz (John)
8:30-9:00 Equity and Inclusion Terms, Language, and Definitions (Meredith/Johari)
9:00-9:45 The Invention of Whiteness/ Race the Power of an Illusion (John)
9:45-10:00 Break
10:00-11:00 Action Plan Design planning (Group led by Johari and Meredith)
11:00-12:00 Lunch
12:00-1:00 "Understanding Racism and Systemic Oppression " Brian Cook/Groundswell Change
1:00-1:30 Discussion on Brian Cook's Presentation
1:30-1:45 Break
1:45-2:45 iPod walk-around (Nicole)
2:45-3:00 Journaling (Amy prompts)

Wednesday 3/11
8:00-9:00 How we got here: Jim Crow, Redlining, Racial Wealth Gap (John)
9:00-9:30 Shadows Fall North film excerpt (John)
9:30 -10:00 Citrus Preview (Nicole and Johari)
10:00-10:30 Brunch
10:30-1:30 (including travel time) Citrus at Northern Stage
1:30-2:00 Citrus Discussion and Journaling (John/Amy's prompts)

Thursday 3/12
8:00-9:00 White Privilege/ White Fragility (John/Meredith) (with selected video)
9:00-9:45 Intro to Kendi: Anti-racism/ in-class reading (Johari/Meredith)
9:45-10:00 Break
10:00-10:30 Action Plan Design planning (Group/Johari/Meredith)
10:30-11:30 "Carol Street" Being a Person of Color in an All White Environment (film maker Demetrius Borge)

*First Draft of Daily Schedule Topics*
*Speakers/video/presentations/discussion TBD*

## Tuesday 3/10
### Introductions/ / Rules of Engagement/ Opening Exercises
    http://www.pbs.org/race/002_SortingPeople/002_00-home.htm
    race literacy quiz
    http://newsreel.org/guides/race/quiz.htm
### Language and Definitions
    **The Invention of Race and Whiteness**
    *Tim Wise:what is race  invention of whiteness*
    *https://www.youtube.com/watch?v=jBUnziGqN4o*   1:53-2:01
    Race the Power of an Illusion
    Ep 1 The difference between us ... segments
    https://www.youtube.com/watch?v=OXEV0tqox9k&t=2s
    Discussion Guide pages 7&8 http://newsreel.org/guides/race/race-guide-lores1.pdf
    The Other Race (Mixed Race)  Documentary...segments
    https://www.youtube.com/watch?v=GfM-F172548
### White Privilege
    The advantages of wealth and whiteness  10 question walk/race
    https://www.youtube.com/watch?v=4K5fbQ1-zps
    https://www.nasponline.org/resources-and-publications/resources-and-podcasts/diversity/social-justice/social-justice-lesson-plans/talking-about-race-and-privilege-lesson-plan-for-middle-and-high-school-students
    https://www.huffpost.com/entry/explaining-white-privilege-to-a-broke-white-person_b_5269255
    *"White Immunity": Working through the pitfalls of "privilege" discourse*
    https://www.youtube.com/watch?v=JtLpAfB-DEc  segments
### Affirmative Action
    A Long History of Affirmative Action - For Whites
    http://newsreel.org/guides/race/whiteadv.htm
### Black Lives Matter
    *NYT A conversation with police*
    https://www.nytimes.com/video/opinion/100000004027684/a-conversation-with-police-on-race.html?module=inline   1:59-2:30
    Tim Wise  Black Lives Matter/All Lives Matter
    https://www.youtube.com/watch?v=jBUnziGqN4o  42:06

**Wednesday 3/11**
How we got here: Jim Crow, Redlining, Racial Wealth Gap
　　Race the Power of An Illusion - ep3 The House We Live
　　https://www.youtube.com/watch?v=QHo8AKNfB68
　　https://www.youtube.com/watch?v=mW764dXEI_8
　　THE POWER OF AN ILLUSION How the Racial Wealth Gap Was Created
　　https://www.youtube.com/watch?v=QHo8AKNfB68&t=4s
　　Discussion Guide pages 11-13 http://newsreel.org/guides/race/race-guide-lores1.pdf
Being a Person of Color in an all white environment
　　Documentary film maker speaker
White Fragility/ White Guilt
　　Robin DiAngelo lecture
　　https://www.youtube.com/watch?v=45ey4jgoxeU&t=1230s

　　https://www.nytimes.com/video/opinion/100000003773643/a-conversation-with-white-people-on-race.html?module=inline


**Thursday 3/12**
Anti-racism
Dartmouth Student Leaders and others
Skype with school in South Carolina  North/South perspectives on race

**Friday 3/13**
Becoming and activist
Dartmouth Student Leaders and others
Closing/ Goals/ Action Steps