UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.<br>   Plaintiffs,<br>     v.<br>FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION, CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.<br>   Defendants.<br>--------------------------------------------------------------------------<br>ANDRES MEJIA,<br>CHRISTINA KIM PHILIBOTTE, and<br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br>   Plaintiffs,<br>     v.<br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,<br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br>   Defendants. | Civil No. 1:21-cv-01077-PB |

**PLAINTIFF'S ASSENTED-TO MOTION TO SEAL (I) THE UNREDACTED VERSION OF PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT, (II) THE UNREDACTED VERSION OF PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS, (III) UNREDACTED COPIES OF FIVE DEPOSITION TRANSCRIPTS, AND (IV) 18 EXHIBITS ATTACHED TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS**

Pursuant to Paragraph 6 of the Protective Order in this case (Doc. No. 76), L.R. 83.12, and A.P. 3.3, Plaintiffs request to seal at Level I (i) the unredacted version of Plaintiffs' Memorandum of Law in support of their Motion for Summary Judgment (**Doc. No 83-1**), (ii) the unredacted version of Plaintiffs' Statement of Undisputed Facts in Support of Their Motion for Summary Judgment (**Doc. No 85-1**), (iii) the unredacted copies of five deposition transcripts attached to Plaintiffs' Statement of Undisputed Facts (*see Exhibits 2-6*; **Doc. Nos. 85-3, 85-4, 85-5, 85-6, and 85-7**), and (iv) 18 exhibits attached to Plaintiffs' Statement of Undisputed Facts (*see Exhibits 23, 24, 25, 26, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 98, 99, 104*) (**Doc. Nos. 85-24, 85-25, 85-26, 85-27, 85-29, 85-31, 85-32, 85-33, 85-34, 85-35, 85-36, 85-37, 85-38, 85-39, 85-40, 85-99, 85-100, 85-105**).

By **August 17, 2023**, redacted versions of (i) Plaintiffs' Memorandum of Law in support of their Motion for Summary Judgment, and (ii) Plaintiffs' Statement of Undisputed Facts in Support of Their Motion for Summary Judgment will be filed publicly pursuant to Paragraph 6(b) of the Protective Order.

Furthermore, redacted versions of the five deposition transcripts attached to Plaintiffs' Statement of Undisputed Facts (*see Exhibits 2-6*) have been filed publicly pursuant to Paragraph 6(b) of the Protective Order at **Doc. Nos. 85-3, 85-4, 85-5, 85-6, and 85-7**.

The unredacted portions of Plaintiffs' Memorandum of Law in support of their Motion for Summary Judgment, the unredacted portions of Plaintiffs' Statement of Undisputed Facts in Support of Their Motion for Summary Judgment, the unredacted five deposition transcripts attached to Plaintiffs' Statement of Undisputed Facts (*see Exhibits 2-6*), and the 18 exhibits (*see Exhibits 23, 24, 25, 26, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 98, 99, 104*) sought to be sealed contain information that has been designated by Defendants as "Confidential—Attorneys' Eyes

Only" pursuant to the Protective Order insofar as Defendants assert that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART Hum 219.04(a).[1] These documents also contain other personal identifying information of private individuals.

These two sealed unredacted pleadings, unredacted five deposition transcripts attached to Plaintiffs' Statement of Undisputed Facts (*see* Exhibits 2-6), and 18 exhibits (*see* Exhibits 23, 24, 25, 26, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 98, 99, 104) will be conventionally filed, provisionally under seal. Defendants assent to the relief requested in this Motion.

WHEREFORE, for the reasons stated above, Plaintiffs request that the Court:

A.  Seal at Level I (i) the unredacted version of Plaintiffs' Memorandum of Law in support of their Motion for Summary Judgment (**Doc. No. 83-1**), (ii) the unredacted version of Plaintiffs' Statement of Undisputed Facts (**Doc. No. 85-1**), (iii) five deposition transcripts attached to Plaintiffs' Statement of Undisputed Facts (*see* Exhibits 2-6; **Doc. Nos. 85-3, 85-4, 85-5, 85-6, and 85-7**), and (iv) 18 exhibits attached to the Plaintiffs' Plaintiffs' Statement of Undisputed Facts (*see* Exhibits 23, 24, 25, 26, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 98, 99, 104) (**Doc. Nos. 85-24, 85-25, 85-26, 85-27, 85-29, 85-31, 85-32, 85-33, 85-34, 85-35, 85-36, 85-37, 85-38, 85-39, 85-40, 85-99, 85-100, 85-105**); and

B.  Other and further relief as this Court deems just and proper in the circumstances.

---

[1] While Plaintiffs do not concede that this information is "confidential," Plaintiffs did not challenge these designations under Paragraph 8 of the Protective Order.

August 14, 2023

Respectfully Submitted,

*/s/ Peter J. Perroni*
NOLAN PERRONI PC
NH Bar. No. 16250
73 Princeton Street
North Chelmsford, MA 01863
(978) 454-3800
peter@nolanperroni.com

STROOCK & STROOCK & LAVAN LLP
Charles G. Moerdler, Esq.*
David J. Kahne, Esq.*
Elizabeth Milburn, Esq.*
180 Maiden Lane
New York, New York 10038
(212) 806-5400
cmoerdler@stroock.com

David Strom*
American Federation of Teachers
555 New Jersey Ave. NW
Washington DC 20001
Tel.: 202.393.7472
dstrom@aft.org

Mark Richard*
Phillips, Richard & Rind P.A.
9360 S.W. 72nd Street, Suite 283
Miami, FL 33137
Tel.: 305.412.8322
mrichard@phillipsrichard.com

SELENDY & GAY PLLC
Faith Gay, Esq.*
1290 6th Avenue
New York, NY 10104
(212) 390-9000
fgay@selendygay.com

*Co-Counsel for Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richman,*

*John Dube and Jocelyn Merrill,*
*teachers in the New Hampshire Public Schools,*
*and Kimberly Green Elliot and Meghan Evelyn*
*Durden parents or guardians of children in the*
*New Hampshire public schools.*

| | |
|---|---|
| */s/ Gilles R. Bissonnette*<br>Gilles R. Bissonnette (N.H. Bar. No. 265393)<br>Henry R. Klementowicz (N.H. Bar No. 21177)<br>SangYeob Kim (N.H. Bar No. 266657)<br>AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE<br>18 Low Avenue, Concord, NH 03301<br>Tel. 603.224.5591<br>gilles@aclu-nh.org | */s/ Morgan C. Nighan*<br>Morgan C. Nighan (N.H. Bar No. 21196)<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2835<br>Tel.: 617.345.1031<br>mnighan@nixonpeabody.com |
| */s/ Chris Erchull*<br>Chris Erchull (N.H. Bar No. 266733)<br>GLBTQ LEGAL ADVOCATES & DEFENDERS<br>18 Tremont, Suite 950<br>Boston, MA 02108<br>Tel.: 617.426.1350<br>cerchull@glad.org | */s/ David A. Vicinanzo*<br>David A. Vicinanzo (N.H. Bar No. 9403)<br>S. Amy Spencer (N.H. Bar. No. 266617)<br>NIXON PEABODY LLP<br>900 Elm Street, 14th Floor<br>Manchester, NH 03101<br>Tel.: 603.628.4000<br>dvicinanzo@nixonpeabody.com<br>aspencer@nixonpeabody.com |
| Jennifer Eber (N.H. Bar No. 8775)<br>Kayla Turner (N.H. Bar No. 270167)<br>DISABILITY RIGHTS CENTER-NEW HAMPSHIRE<br>64 N Main St, Ste 2<br>Concord, NH 03301-4913<br>Tel.: 603.228.0432<br>JenniferE@drcnh.org<br>kaylat@drcnh.org | William E. Christie (N.H. Bar No. 11255)<br>SHAHEEN & GORDON, P.A.<br>107 Storrs Street<br>P.O. Box 2703<br>Concord, NH 03302<br>Tel.: 603.225.7262<br>wchristie@shaheengordon.com |
| *Co-counsel for Plaintiffs Andres Mejia and Christina Kim Philibotte* | Emerson Sykes*<br>Speech, Privacy, and Technology Project<br>Leah Watson*<br>Sarah Hinger*<br>Racial Justice Program<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel.: 212.549.2500<br>esykes@aclu.org<br>lwatson@aclu.org<br>shinger@aclu.org |

5

*/s/ Jason Walta*
Alice O'Brien\*
Jason Walta\*
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
aobrien@nea.org
jwalta@nea.org

Esther K. Dickinson (N.H. Bar No. 20764)
Lauren Snow Chadwick (N.H. Bar No. 20288)
Staff Attorneys
NATIONAL EDUCATION ASSOCIATION-
 NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
edickinson@nhnea.org
lchadwick@nhnea.org

Nathan R. Fennessy (N.H. Bar No. 264672)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
rtoland@preti.com


*Co-Counsel for National Education Association-New Hampshire*

\*Admitted *pro hac vice*.