UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.
Plaintiffs,
v.
FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION, CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.
Defendants.

---

ANDRES MEJIA,
CHRISTINA KIM PHILIBOTTE, and
NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,
Plaintiffs,
v.
FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,
JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,
AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,
CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,
KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,
Defendants.

Civil No. 1:21-cv-01077-PB

### PLAINTIFFS' LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, KIMBERLY GREEN ELLIOTT MEGHAN EVELYN DURDEN MOTION TO ADMIT DANIEL J. MCNEIL **PRO HAC VICE**

Pursuant to United Stated District Court District Court of New Hampshire Local Rule 83.2(b), the "AFT" Plaintiffs, through the undersigned counsel, respectfully move this Honorable Court to admit Attorney Daniel J. McNeil to the Bar of this Court *Pro Hac Vice*. An affidavit in support of this motion is submitted herewith.

                                                Respectfully Submitted,
                                                For the Plaintiffs,
                                                By their lawyer,

/s/ Peter J. Perroni, Esq.
Peter J. Perroni, Esq. - NH Bar 16259
Nolan Perroni, P.C.
The Mill - 73 Princeton Street, Suite 306
N. Chelmsford, MA 01863
T: 978. 454. 3800
Dated: 08/24/23        peter@nolanperroni.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 24, 2023.

Dated: 08/24/23                    By:    <u>/s/ peter j. perroni</u>