UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL,** teachers in the New Hampshire Public Schools, and **KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN,** parents or guardians of children in the New Hampshire public schools.
**Plaintiffs,**
v.
**FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION, CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. Defendants.**

---

Civil No. 1:21-cv-01077-PB

**ANDRES MEJIA, CHRISTINA KIM PHILIBOTTE, and NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,**
**Plaintiffs,**
v.
**FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,**
**JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,**
**AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,**
**CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,**
**KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,**
**Defendants.**

## PLAINTIFFS' STATEMENT OF CONCURENCE PURSUANT TO RULE 7.1 IN SUPPORT OF THEIR MOTION TO ADMIT DANIEL MCNEIL, PRO HAC VICE

Pursuant to Rule LR 7.1(c) the undersigned states that concurrence for the Plaintiffs' Motion to admit Daniel McNeil, Esq., pro hac vice, has been obtained from all parties. The motion is thus "assented-to" by all parties.

Respectfully Submitted,
For the Plaintiffs,
By their lawyer,

/s/ Peter J. Perroni, Esq._____
Peter J. Perroni, Esq. - NH Bar 16259
Nolan Perroni, P.C.
The Mill - 73 Princeton Street, Suite 306
N. Chelmsford, MA 01863
978. 454. 3800 Dated 9.1.23

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 1, 2023.

Dated: 9.1.23                    By:     <u>/s/ peter j. perroni</u>