# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.<br>      Plaintiffs,<br>    v.<br>FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION, CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.<br>      Defendants.<br>--------------------------------------------------<br>ANDRES MEJIA,<br>CHRISTINA KIM PHILIBOTTE, and<br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br>      Plaintiffs,<br>    v.<br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,<br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br>      Defendants. | Civil No. 1:21-cv-01077-PB |

HARRY SANDICK, being duly sworn, deposes and says:

1. I am an attorney, duly admitted to the Bar of the State of New York, and make this affidavit in support of my application for admission to the Bar of the United States District Court for the District of New Hampshire, *pro hac vice*, pursuant to Local Rule 83.2 (b), in order to represent Plaintiffs Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richman, John Dube, Jocelyn Merrill and Kimberly Green Elliott in the above-captioned matter.

2. My office address and firm is as follows:

> PATTERSON BELKNAP WEBB & TYLER LLP
> 1133 Avenue of the Americas
> New York, New York 10036
> (212)336-2723
> hsandick@pbwt.com

3. Associated with me is PETER PERRONI, a Member of the Bar of this Court and a member of the firm of Nolan Perroni, PC, 73 Princeton St., N. Chelmsford, MA 01863 (978454-3800; email: peter@nolanperroni.com).

4. I was duly admitted to the New York Bar on May 10, 1996 and I am a member in good standing. I was admitted to the Bar of the following Federal Courts in the years noted and continue to be a Member in good standing thereof:

> U.S. Supreme Court (2016)
> U.S. Court of Appeals, D.C. Circuit (2018)
> U.S. Court of Appeals, 2nd Circuit (1997)
> U.S. Court of Appeals, 3d Circuit (2020)
> U.S. Court of Appeals, 4th Circuit (1999)
> U.S. Court of Appeals, 7th Circuit (2018)
> U.S. Court of Appeals, 9th Circuit (2018)
> U.S. Court of Appeals, 10th Circuit (2019)
> U.S. District Court, Southern District of N.Y (1997)
> U.S. District Court, Eastern District of N.Y (1997)
> U.S. District Court, Northern District of N.Y (2012)
> U.S. District Court, District of Connecticut (2017)
> U.S. District Court, Northern District of Illinois (2017)

5. I am not now nor have I ever been suspended or disbarred in any jurisdiction.

6. I have never been denied admission to the Bar of any Court or jurisdiction, nor have I ever been the subject of any disciplinary proceeding, past or pending; neither have I ever been convicted of a felony or misdemeanor in any jurisdiction.

7. I have never been denied admission *pro hac vice* in any jurisdiction.

WHEREFORE, I respectfully request admission *pro hac vice* to the Bar of this Court. Signed under the pains and penalties of perjury this 29th day of December 2023.

/s/ Harry Sandick
Harry Sandick