UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.<br>　　　　　　　　　　Plaintiffs,<br>　　　　　v.<br>FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION, CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.<br>　　　　　　　　　　Defendants. | |
| ANDRES MEJIA,<br>CHRISTINA KIM PHILIBOTTE, and<br>NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE,<br>　　　　　　　　　　Plaintiffs,<br>　　　　　v.<br>FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,<br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,<br>AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,<br>CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,<br>KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,<br>　　　　　　　　　　Defendants. | Civil No. 1:21-cv-01077-PB |

**PLAINTIFFS' ASSENTED-TO MOTION TO ADMIT JOSHUA GOLDMAN PRO HAC VICE**

Pursuant to United Stated District Court District Court of New Hampshire Local Rule 83.2(b), the Plaintiffs, through the undersigned counsel, respectfully moves this Honorable Court to admit Attorney Joshua Goldman to the Bar of this Court *Pro Hac Vice.* An affidavit in support of this motion is submitted herewith. All parties assent to this motion.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>For the Plaintiffs,<br>By their lawyer, |
|  | /s/ Peter J. Perroni, Esq.<br>Peter J. Perroni, Esq. - NH Bar 16259<br>Nolan Perroni, P.C.<br>The Mill - 73 Princeton Street, Suite 306<br>N. Chelmsford, MA 01863<br>T: 978. 454. 3800 |
| Dated: January 10, 2024 | peter@nolanperroni.com |

Rule 7.1 Certification: I certify that I have conferred with counsel of record for all parties and that all parties assent to this motion.

/s/ peter j. perroni

CERTIFICATE OF SERVICE

I certify that I have served the foregoing through the Court's ECF system this 10th day of January, 2024 on all counsel of record.

/s/ peter j. perroni