AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| Local 8027, AFT-N.H., AFL-CIO, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-01077-PB |
| Frank Edelblut, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Local 8027, AFT-N.H., AFL-CIO, Ryan Richman, John Dube, Jocelyn Merrill and Kimberly Green Elliott.

Date: 01/12/2024

s/ Harry Sandick
*Attorney's signature*

Harry Sandick, NY #2734788
*Printed name and bar number*

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
*Address*

hsandick@pbwt.com
*E-mail address*

(212) 336-2723
*Telephone number*

(212) 336-2222
*FAX number*