Withdrawal of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Andres Mejia, Christina Philibotte and NEA-NH ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-01077 |
| F. Edelblut, J. Formella, A. Malachi, C.Kim, K.Merrifield ) | |
| *Defendant* ) | |

## WITHDRAWAL OF COUNSEL

To: The clerk of court and all parties of record

I am withdrawing my appearance in this case as counsel for: National Education Association - New Hampshire. My appearance was filed on 12/20/21.

Date: 2/26/2024

*Attorney's signature*

Esther Kane Dickinson, Bar #20764
*Printed name and bar number*
NEA-NH
9 So. Spring Street
Concord, NH 03301-2425

*Address*

edickinson@nhnea.org
*E-mail address*

(603) 224-7751
*Telephone number*

*FAX number*