UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. <br>     Plaintiffs, <br> v. <br> FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION, CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. <br>     Defendants. <br> ------------------------------------------------------------------------- <br> ANDRES MEJIA, <br> CHRISTINA KIM PHILIBOTTE, and <br> NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE, <br>     Plaintiffs, <br> v. <br> FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, <br> JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, <br> AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, <br> CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, <br> KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, <br>     Defendants. | Civil No. 1:21-cv-01077-PB |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby submit this notice of supplemental authority to inform this Court of the United States District Court for the Middle District of Tennessee's May 2, 2024 memorandum in *Tenn. Educ. Ass'n v. Reynolds*, No. 3:23-cv-00751, 2024 U.S. Dist. LEXIS 80277 (M.D. Tenn. May 2, 2024), which denied Tennessee's motion to dismiss educators' lawsuit challenging, on Fourteenth Amendment Due Process/vagueness grounds, a 2021 Tennessee law that bans "a handful of 'concepts' that a teacher cannot 'include' or 'promote' in his or her curriculum, instruction, or supplemental materials." *Slip op.* at *2. A copy of this decision is attached to this notice.

May 14, 2024

Respectfully Submitted,

*/s/ Peter J. Perroni*
Peter Perroni (N.H. Bar No. 16250)
NOLAN PERRONI PC
73 Princeton Street
North Chelmsford, MA 01863
(978) 454-3800
peter@nolanperroni.com

Charles G. Moerdler*
Harry Sandick*
Joshua M. Goldman*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: 212.336.2000
cmoerdler@pbwt.com
hsandick@pbwt.com
jgoldman@pbwt.com

Daniel J. McNeil, Esq.*
David Strom, Esq.*
AMERICAN FEDERATION OF TEACHERS
555 New Jersey Ave. NW
Washington DC 20001
Tel.: 202.393.7472
dmcneil@aft.org
dstrom@aft.org

Mark Richard, Esq.*
PHILLIPS, RICHARD & RIND P.A.
9360 S.W. 72nd Street, Suite 283
Miami, FL 33137
Tel.: 305.412.8322
mrichard@phillipsrichard.com

Faith Gay, Esq.*
SELENDY & GAY PLLC
1290 6th Avenue
New York, NY 10104
Tel.: 212.390.9000
fgay@selendygay.com

*Co-Counsel for Local 8027, AFT-New
Hampshire, AFL-CIO, Ryan Richman,
John Dube and Jocelyn Merrill,
teachers in the New Hampshire Public Schools,
and Kimberly Green Elliot and Meghan Evelyn
Durden parents or guardians of children in the
New Hampshire public schools.*

| | |
|---|---|
| */s/ Gilles R. Bissonnette*<br>Gilles R. Bissonnette (N.H. Bar. No. 265393)<br>Henry R. Klementowicz (N.H. Bar No. 21177)<br>SangYeob Kim (N.H. Bar No. 266657)<br>AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE<br>18 Low Avenue, Concord, NH  03301<br>Tel.  603.224.5591<br>gilles@aclu-nh.org | */s/ Morgan C. Nighan*<br>Morgan C. Nighan (N.H. Bar No. 21196)<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109-2835<br>Tel.: 617.345.1031<br>mnighan@nixonpeabody.com |
| */s/ Chris Erchull*<br>Chris Erchull (N.H. Bar No. 266733)<br>GLBTQ LEGAL ADVOCATES & DEFENDERS<br>18 Tremont, Suite 950<br>Boston, MA 02108<br>Tel.: 617.426.1350<br>cerchull@glad.org | */s/ David A. Vicinanzo*<br>David A. Vicinanzo (N.H. Bar No. 9403)<br>S. Amy Spencer (N.H. Bar. No. 266617)<br>NIXON PEABODY LLP<br>900 Elm Street, 14th Floor<br>Manchester, NH 03101<br>Tel.: 603.628.4000<br>dvicinanzo@nixonpeabody.com<br>aspencer@nixonpeabody.com |
| Jennifer Eber (N.H. Bar No. 8775)<br>Kayla Turner (N.H. Bar No. 270167)<br>DISABILITY RIGHTS CENTER-NEW HAMPSHIRE<br>64 N Main St, Ste 2<br>Concord, NH 03301-4913<br>Tel.: 603.228.0432<br>JenniferE@drcnh.org<br>kaylat@drcnh.org | William E. Christie (N.H. Bar No. 11255)<br>SHAHEEN & GORDON, P.A.<br>107 Storrs Street<br>P.O. Box 2703<br>Concord, NH  03302<br>Tel.: 603.225.7262<br>wchristie@shaheengordon.com |
| *Co-counsel for Plaintiffs Andres Mejia and Christina Kim Philibotte* | Emerson Sykes*<br>Speech, Privacy, and Technology Project<br>Leah Watson*<br>Sarah Hinger*<br>Racial Justice Program<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY  10004<br>Tel.: 212.549.2500<br>esykes@aclu.org<br>lwatson@aclu.org<br>shinger@aclu.org |

4

*/s/ Jason Walta*
Alice O'Brien\*
Jason Walta\*
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
aobrien@nea.org
jwalta@nea.org

Lauren Snow Chadwick (N.H. Bar No. 20288)
Staff Attorney
NATIONAL EDUCATION ASSOCIATION-
    NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
edickinson@nhnea.org

Nathan R. Fennessy (N.H. Bar No. 264672)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
rtoland@preti.com


*Co-Counsel for National Education Association-New Hampshire*

\*Admitted *pro hac vice*.