# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

<u>Local 8027, AFT-N.H., AFL-CIO, et al.</u>,

     v.                                     Case No. 21-cv-1077-PB

<u>Frank Edelblut, Commissioner,</u>
<u>N.H. Department of Education, et al.</u>

## **JUDGMENT**

In accordance with the Memorandum and Order dated January 12, 2023, and the Memorandum and Order dated May 28, 2024, judgment is hereby entered as follows:

    1. Plaintiffs are awarded declaratory relief that N.H. Rev. Stat. Ann. §§ 354-A:31, 354-A:32, and 193:40 are unconstitutionally vague in violation of the Due Process Clause of the Fourteenth Amendment.

    2. Plaintiffs' claim that they have a First Amendment right to control their curricular speech is dismissed for failure to state a claim.

    3. Plaintiffs' remaining claims are dismissed as moot.

                                              BY THE COURT:

                                              Daniel J. Lynch
                                              Clerk of Court

June 24, 2024

                                              APPROVED AS TO FORM:

                                              <u>/s/ Paul J. Barbadoro</u>
                                              Paul J. Barbadoro
                                              United States District Judge

cc:     Counsel of Record