UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 1:21-cv-01077-PB

2. TITLE OF CASE: Local 8027, AFT-New Hampshire, AFL-CIO et al v. NH Department of Education, Commissioner et al

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Barbadoro

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **June 24, 2024**

8. DATE OF NOTICE OF APPEAL: **July 24, 2024**

9. FEE PAID or IFP :YES

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):  and DATES:   3/8/22- Status Conference Jan-Marie Glaze; 9/14/22 Motion Hearing Brenda Hancock; 2/15/23 Pretrial Conference Liza Dubois; 1/16/24 Motion Hearing Brenda Hancock; 1/16/24 SEALED In Camera Hearing Brenda Hancock; 6/18/24 Status Conference Liza Dubois

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: YES

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS:

cc: Counsel of Record