## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, *et al.* <br>                  Plaintiffs, <br>             v. <br> FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION, *et al.* <br>                  Defendants. | Case No. 1:21-cv-01077-PB |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that I am withdrawing my appearance in this case as counsel for Plaintiffs LOCAL-8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN.  My appearance was filed on January 12, 2024.  Plaintiffs will continue to be represented in this matter by its other counsel of record.

 

*/s/ Joshua Goldman*
Joshua M. Goldman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York
(212) 336-2000

## CERTIFICATE OF SERVICE

      I hereby certify that on December 31, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of New Hampshire by using the CM/ECF system. I certify that participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: December 31, 2025                              */s/ Joshua Goldman*